December 12, 2019

Health and Welfare Benefits Administrative Committee
Occidental Petroleum Corporation
5 Greenway Plaza, Suite 110
Houston, TX 77046

      Re:    Ping Lu – Claim for Benefits

Dear Committee,

My duties as the Manager of Data Science & Advanced Analytics were materially and adversely diminished since the change of control. Because of this, I resigned for good reason under Anadarko Petroleum Corporation's Change of Control Severance Plan on November 1, 2019.

At the time of my resignation, I was no longer tasked with any of the responsibilities in my job description.[1] This claim specifically details how numerous significant responsibilities I had before the change of control were eliminated after the change of control. I did not have enough responsibilities to even occupy a part-time workweek. The attached calendars for 2019 are just one illustration of how materially my job duties were diminished since the change of control in August.[2]

As you will see in this detailed letter and the exhibits attached, my resignation was involuntary and for good reason as defined by the Plan. The evidence of this is overwhelming and my entitlement to benefits under the Plan is the only accurate finding for my claim.

**Overview of the AAET and my role**

Advanced Analytics & Emerging Technology ("AAET") has four primary functional units (1) Data Science Team, (2) Engineering Team, (3) Emerging Geoscience Team, and (4) Geoscience Technology Team. I worked in the AAET department during my time at Anadarko Petroleum Corporation ("APC"). After the acquisition closed, Occidental Petroleum ("OXY") defunctionalized and decentralized the entire AAET team and disbursed the team members to individual functional groups within OXY.

The Advanced Analytics R&D team is a sub-team of the Data Science team. I was the manager of this team with four direct reports: one data scientist, one senior data scientist, one staff data engineer, one data engineer (contractor). We worked and collaborated closely with colleagues from the Geoscience Team and Geotechnology Team.

As APC's CEO Al Walker stated, "[t]he AAET will be an entrepreneurial organization focused on developing new technologies and next-generation capabilities. Including those for our digital operations, reservoir characterization and modeling, and geophysical analysis," the core functionality of AAET focusing on R&D is no longer a continuation after the acquisition.

---

[1] Exhibit 1, Job description.
[2] Exhibit 2, Outlook calendars for 2019.

Occidental [Ping Lu] 000001

**I. OXY's cancellation of the Data Science Internship Program absolved me of the substantial duties I had relating to the program.**

One of my job duties at APC was to lead the promotion of digital transformation, training and development of other Data Scientists, Citizen Data Scientists, and peers throughout the organization. A major component of this job duty was the Data Science Internship Program.

In 2018 and 2019, my group was assigned four interns. I was actively involved in the internship program including assisting with the campus information session, recruiting session, interviewing sessions, proposing and determining projects for the interns, mentoring, management, project advisement, publications, and making decision on extending employment offers.

The Data Science Internship Program was a success. Below are some examples of our interns' work.

1. 2018 Intern Program

    a. Arkabandhu Chowdhury (Rice University, PhD student - Computer Science) worked on projects titled "Generation of synthetic geological seismic and label data using deep-learning model" during summer 2018.

    b. Mostafa Karimi (Texas A&M University, PhD student - Electrical & Computer Engineering) worked on projects titled "Development of deep convolutional neural network architecture for seismic interpretation" during summer 2018.

    c. Mostafa Karimi's developments enabled us to publish a paper at the Thirty-second Conference on Neural Information Processing Systems, held in Montreal in 2018.

2. 2019 Intern Program

    a. Xing Zhao (Texas A&M University, PhD student - Computer Science) worked on "Deep learning approach on seismic noise attenuation: case studies for gaussian noise and swell noise" during summer 2019.

    b. Xing Zhao's work was integral to two journal publications, one of which was published in "The Leading Edge" and another submitted to "Geophysics."

    c. Rebecca Li (University of Houston, PhD student - Computer Science) worked on projects titled "Seismic compressive sensing technology through deep learning models" during summer 2019.

    d. Rebecca Li's work during her internship led to the publication of a paper in "The Leading Edge" journal and a paper at the Thirty-third Conference on Neural Information Processing Systems held in Vancouver in 2019.

For the 2018 intern program, I was responsible for: (1) assigning interns' projects and mentors, (2) making decisions on extending employment offers to interns, and (3) providing recommendations for interns' projects. For the 2019 intern program, I was responsible for: (1)

Occidental [Ping Lu] 000002

assigning interns' projects and mentors, (2) making decisions on extending employment offers to interns, and (3) coordinating intern recruiting events.

Summer interns were critical to support my group's research activities and functionality, which were necessary for success and development. OXY would not be making any offers to APC's 2019 summer interns (as repeat interns or employees).

OXY delivered a recruiting presentation on August 28, 2019.[3] OXY ended the Data Science Internship Program and accordingly cancelled all of APC's scheduled campus informational sessions, recruiting sessions, and interviewing sessions. My former supervisor, Jeremy Graybill (Director of Data Science), provided the presentation information to those involved with the internship program before the change of control. Mr. Graybill described the program as "effectively dead."[4] OXY's human resources presentation was not provided to Anadarko's human resources department, nor did OXY provide it to me directly.

I was never given any documentation or had any conversations with Reza Rastegar (my direct supervisor after the change of control, Director of Data Analytics) or anyone else at OXY about the continuation of the internship program. The information communicated in OXY's August 28 presentation was the only information I was provided about the program.

Without having the internship program in 2020, the number of resources that can be dedicated to my research topics and projects in my group was largely reduced.

The cancellation of the Data Science Internship Program meant that I did not have any of the following job responsibilities that I previously had at APC:

    a.  Providing input into or making a decision on which Data Science candidates should be hired as returning interns for next summer, or as new hires after graduation.

    b.  Recruiting Data Science candidates at the various college campuses and through other recruiting efforts.

    c.  Interviewing Data Science candidates for summer 2020 internship opportunities, both through recruiting efforts and formal scheduled interviews.

    d.  Providing input and deciding which candidates will be selected to receive internship offers.

    e.  Extending offers to Data Science intern candidates.

    f.  Determining which Data Science projects the interns work on and preparing for the Data Science summer internship program.

---

[3] Exhibit 3, Fall Internship Recruiting Update.
[4] Exhibit 4, September 11, 2019 email from Jeremy Graybill.

Occidental [Ping Lu] 000003

g.  Providing individual mentorship, management, project advisement, and general internship program mentorship and input throughout the program.

## II. Geophysical R&D was allocated $0 in the 2020 budget, which decimated my individual and collaborative research duties.

In my role at APC I was tasked with working with external technology organizations including joint industry projects, external industry technology organizations, and key university departments through research consortiums to improve digital capabilities. I was also in charge of leading algorithm deployment and maintenance for E&P project domains including seismic acquisition, processing, inversion, and interpretation; subsurface characterization, field development, planning, and optimization; geologic and petrophysical analysis, offshore advanced process analytics, and digital operations. These tasks require support through third party R&D.

During the past two years I was involved in the following activities, which required investments totaling well over $6.6 million.

a.  AAET collaborated with Bluware to build a powerful, interactive interpretation package to deploy our geophysical deep-learning models. (over $750,000)

b.  AAET and Schlumberger signed a contract to develop the Delfi environment where our deep-learning models could be deployed and a user-interface with GUI capability could be built for geophysicists to provide training labels and QC results from those models. ($750,000)

c.  AAET spent approximately $5.1 million on the Geophysical R&D team during 2018 and 2019, including internal labor of $3.3 million and $1.8 million in capital and operating expenses.

d.  AAET planned to collaborate with CGG on re-processing the BOA project to incorporate dirty salt/inclusions from APC's deep-learning predictions into vendor processing workflow.

e.  AAET worked on a collaboration with WesternGeco to leverage the GPU technology in seismic processing for the BEVO project with the integration of the deep-learning models.

f.  AAET planned to continue to participate in consortiums through the University of Texas at Austin – Bureau of Economic Geology and Georgia Tech University's ML4Seismic, as well as took considerations of joining consortiums through Stanford University, SEG SEAM AI, University of Leeds, Fraunhofer Institute

g.  AAET collaborated with Halliburton for development of fault segmentation tool

h.  AAET invested Topcoder for seeking solutions with fault segmentation solutions

Occidental [Ping Lu] 000004

During a meeting on September 6, OXY communicated its decision to reduce the investment for AAET project and product development from $37.5 million to $4.6 million (a reduction of 88%).[5] Specifically, all the Geophysical R&D projects have been held completely at a standstill, with no budget allocation for 2020.[6] Prior to the acquisition, APC had allocated $4 million to Geophysical R&D for the year 2020.[7]

Before the change of control, I was actively involved in the following Core R&D projects listed on the AAET website:[8]

    a.  Machine Augmented Seismic Interpretation

- DL- based seismic fault interpretation
- DL- based seismic salt interpretation
- DL- based seismic stratigraphic interpretation

    b.  Advanced Reservoir Characterization & Quantitative Interpretation Solutions

- ML- based seismic inversion
- ML- based noise attenuation

With the Geophysical R&D budget slashed to zero, all the on-going and backlogged R&D projects were suspended. After the change of control, I did not perform any duties related to the projects listed above. Like the Geophysical R&D budget, my responsibility for these R&D activities was reduced by 100%.

With a zeroed-out budget, all R&D research and collaborations with third parties were terminated. The deep-learning models that I had developed will no longer have commercial platforms to deploy in the future. The critical research projects that were no longer being funded were a major supplement to the R&D activities within my group. In addition, promotion of the technologies developed, one of my responsibilities at APC, had been totally eliminated.

**III. One of my key responsibilities, developing deep-learning models, was also terminated by the slashing of the Geophysical R&D budget.**

In my role at APC, I was leading the effort to develop deep-learning models for geophysical projects. There were several topics that have been identified as collaborations with the geophysical team at AAET, Geoscience Technology, and Asset teams. Prior to the change of control, the R&D geophysical projects that I was involved with were:

    a.  Channel detection for the assets in Mozambique, Horn Mountain, Ghana

---

[5] <u>Exhibit 5</u>, AAET Portfolio – Evaluation progress update, p. 4.
[6] <u>Exhibit 5</u>, p. 5.
[7] <u>Exhibit 5</u>, p. 11.
[8] <u>Exhibit 6</u>, AAET website "Core R&D" page.

**Occidental [Ping Lu] 000005**

b. Salt/Salt inclusion detection for the assets in GoM K2, BOA, BEVO

c. MTC detection for the assets in Columbia, GoM

d. Horizon pickings for the assets in GoM Cretaceous, Horn Mountain, Ghana

e. Sand thickness detection for the assets in Mozambique, Horn Mountain

f. Seismic bandwidth extension for the assets in Mozambique, Horn Mountain

g. AVO anomaly detection for the assets in Mozambique

h. Attenuations of multiples for the assets in GoM K2

All the in-flight and future projects were well defined prior to the change of control. My responsibilities for those projects were to: (1) roadmap for geophysical DL projects and (2) roadmap salt identification projects. As shown in the memorandum from CTO Sanjay Paranji to the Governance and Risk Committee, in November 2018, it was estimated that "2-3 years of R&D" would be "required to get through it all."[9]

After the change of control, the work I did on these projects ceased. Before the change of control, a significant portion of my daily work was spent on these projects. None of the eight listed projects were discussed after the change of control. I was not provided with any individual projects to fill this reduction and the only two projects assigned to my group were directly relevant to my team members' work, not mine. The "compressive sensing" and "deployment of fault detection" projects assigned by Klaas Koster (OXY's Chief Geophysicist) and Mr. Rastegar after the change of control do not have any tasks relevant to my duties, as described below.

a. **Compressive sensing.** Mr. Koster assigned the compressive sensing project to my team members Yanyan Zhang, Yuan Xiao, and Nikos Mitsakos. Mr. Koster did not assign me any work for this project in his emails to the team.[10]

Mr. Koster sent several emails to Yanyan and Yuan asking them for input on the project. Mr. Koster also invited them to have a meeting with him at OXY's office. Mr. Koster did not request my input or my presence at the meeting.

Mr. Koster explicitly expressed that he only wanted to see the DL compressive sensing reconstruction to apply to another dataset. Mr. Koster did not express or imply that he would like to continue any R&D collaborations even though the potential for this was brought to his attention. I had no responsibility on the project without any R&D collaboration.

b. **Deployment of fault detection.** Before the change of control, Yanyan was exclusively responsible the deployment tasks relevant to fault detections. Yanyan was solely responsible for relevant interactions with counterparts and performance of all data science

---

[9] Exhibit 7, Memorandum dated November 16, 2018.
[10] Exhibit 8, September 26, 2019 email chain from Klaas Koster.

Occidental [Ping Lu] 000006

work. After the change of control, Yanyan continued to maintain responsibility of the fault deployment work. I was not assigned any work on this project.

Mr. Rastegar requested that I present technical details about these projects to his team members during a group meeting on October 14, 2019. I was not involved in any work on these projects. Mr. Graybill emailed David Bowlby (VP Data Management & Analytics) and described that I was not involved in either of the projects. As Mr. Graybill explained, I was confused about why Mr. Rastegar invited me to present "deep technical details in some domains where neither of them performed the work, when other individuals were not invited."[11] Ultimately, Nikos presented the compressive sensing work, Yanyan presented the fault deployment work, and I presented the introduction of team members, deep-learning workflows and challenges.

**IV. OXY has reduced seismic licensing, which left me with limited access to data and hindered me from performing my research and publication duties.**

At APC, my job required that I: (1) lead the execution of a wide range of projects across core focus areas of AAET, leveraging significant data within the operational and production domains for all core E&P business functions, to deliver tangible business value and (2) generate content for external publications and presentations in conference and scientific journals, participating and presenting in external conferences and meetings to promote APC's name as a leader in technology.

The Geophysical R&D research topics required large volumes of datasets to support my R&D activities. Access to these datasets provided me with the requisite background information for the development of deep-learning models designed for each individual research topic and integration of regional deep-learning models to commercial platforms. APC purchased access to all the seismic datasets from assets in the Gulf of Mexico and international assets including Mozambique, Ghana, Colombia, Argentina, and more.

OXY largely reduced the budget for licensing seismic data from major vendors in the Gulf of Mexico region. In addition, OXY no longer has ownership of the international assets, like Mozambique that was owned by APC, which has been sold to Total. OXY and Total continued to work towards closing the remaining transactions for African assets in Algeria, Ghana and South Africa pursuant to their agreement signed in August 2019. The investment on licensing of seismic data had been reduced by about 60% after the change of control. None of the licensed data for international areas had been relicensed and most of the onshore data was not relicensed either.[12]

Without continued licensing of the datasets, which I was able to access before the change of control, most of my research activities, particularly relying on the characterizations of the various seismic datasets, could not be conducted. Because of this, 80% of my research topics were terminated, since I could not successfully develop deep-learning models and test the ideas with developing models in the absence of these datasets.

Also, I was no longer able to publish scientific papers relevant to the data that had been sold to other companies or no longer continued to be licensed by OXY. For instance, the Mozambique dataset was used for publications for several research topics including channel, sand detection, and

---

[11] Exhibit 9, September 5, 2019 emails between Jeremy Graybill and David Bowlby.

[12] Exhibit 10, Email from Cody Comiskey (Supervisor of Geophysical Team) regarding seismic licensing.

Occidental [Ping Lu] 000007

bandwidth extension projects. Without access to these datasets, none of the publications, including any of the previous work developed and based on the African assets, could be developed in the future. One paper that had been accepted from The Leading Edge had to be withdrawn in November 2019 due to the lack of seismic licensing for Mozambique.

**V. I lost all geophysicist collaborators and as a result was no longer be able to develop deep-learning models for Geophysical R&D projects.**

In my position at APC, two of my duties were to (1) work intimately and collaboratively with business Geophysicists in leading advanced applied research and development for challenging and high impact problems within the E&P operations domains and (2) network internally and externally to build relationships that foster technology transfer and collaboration.

Prior to the acquisition, I closely collaborated with ten Geophysicists from AAET and Geophysics Technology. Creating deep-learning models for Geophysical R&D projects requires the input, support and time of geophysicists with specialized knowledge and expertise. Before the change of control, I depended on the following Geophysicists for research in specific areas.

      a.  Channel detection: Karilys Castillo and Cody Comiskey

      b.  Salt/Salt inclusion detection: Hunter Danque and Cody Comiskey

      c.  MTC detection: Matt Morris and Cody Comiskey

      d.  Horizon pickings: Matt Morris, Carrie Kidd and Cody Comiskey

      e.  Sand thickness detection: Stan Morris, Grace Yu, Scott Geauner, Lin Yang and Mike Seeber

      f.  Seismic bandwidth extension: Stan Morris, Grace Yu, Scott Geauner, Lin Yang and Mike Seeber

      g.  AVO anomaly detection: Olga Brusova, Karilys Castillo and Cody Comiskey

      h.  Attenuation of multiples: David Sixta, Jianxiong Chen and Mike Seeber

My ability to successfully perform this key duty depended on the expertise of geophysicists who defined the scope of geophysical R&D and built connections with the business units.

All ten of my prior collaborators have either taken volunteer or change of control severance packages, moved to Total, or report to a new business unit or the new functional group lead by Mr. Koster. During a meeting on August 21, 2019 Mr. Koster stated that his group does not support Geophysical R&D activities and that his team will not collaborate with Geophysical R&D.

Occidental [Ping Lu] 000008

Because collaborative efforts ceased with the change of control, my job duties no longer included the following:

a. Planning meetings, which were held with Cody and Mike's team, to initiate R&D efforts between geophysicists and my team, by presenting the scope of the project, exchange opinions, and understand the feasibility of developing deep-learning models for the tasks.

b. Interactions with prior collaborators or new collaborators from OXY. Mr. Koster directly delivers the data to my team.

c. Providing my opinions and ideas based on technical information shared between R&D and geophysicists. Mr. Koster and his team members do not request my input nor provide me with technical information they have.

Because I no longer had partners to collaborate with, I was not able to develop any deep-learning models for Geophysical R&D projects. OXY does not have any plan to rebuild a centralized team to support collaborative activities.

**VI. After the change of control, I lost 100% of the Data Engineers on my team, reducing my ability to perform R&D activities and thwarting all R&D potential.**

A large part of my role at APC was providing leadership support to various positions within my team, including data engineering. My team before the change of control had two Data Engineers, Yuan Xiao and Jerry Xiao. Both had very strong coding capability and geophysical backgrounds.

Yuan was the first data engineer hired at AAET in June 2017. He was brought onboard to work closely with me to provide dedicated Geophysical R&D research data. All of the team members from my group and the geophysical group, myself included, relied heavily on Yuan's work. Yuan's work included:

a. Managing the design and development of all seismic data workflows and pipelines to support my research activities.

b. Connecting the gap between data scientists and geophysicists. The programs and codes developed by Yuan provided a significant backbone for my daily work.

c. Assisting with all Geophysical R&D projects (including interns' projects), activities, and interactions.

d. Engaging in collaboration activities with external vendors to develop tools to integrate the deep-learning capabilities for the developed geophysical projects.

Jerry Xiao focused on the Geophysical R&D projects by developing and conducting:

a. Algorithms for seismic interpretation projects and supports for geophysicists.

b. Research of 3D visualization and quality control tools for seismic data and deep-learning output.

Occidental [Ping Lu] 000009

    c.   Support for deep-learning research activities (including interns' projects).

    d.   Geologically synthetic models, which can be used for training the deep-learning models.

Jerry resigned on September 21, 2019. On October 17, 2019, Yuan was transferred to Mr. Koster's Geophysical group. There were no longer any Data Engineers working in my group. There were plans to hire any new Data Engineers for my group. Mr. Rastegar nor anyone else ever told me that OXY planned to hire another team member to report to me, nor that Yuan would continue to support me and my group. After Yuan was transferred to Mr. Koster's group, he was fully occupied by tasks in his new role, as a Senior Geophysicist. Prior to the acquisition, Yuan dedicated 100% of his time to my group and was involved in all the projects for my group. With no Data Engineers, all R&D activities were slated to eventually cease.

## VII. My team leadership responsibilities were significantly diminished because I was excluded from communications, meetings and activities in Geophysical R&D.

As a manager leading the Geophysical R&D activities, before the change of control, I was always invited and made aware of technical discussions with collaborators and my supervisor, as I was considered a technical lead. I was invited to all Geophysical R&D meetings and activities and involved with all Geophysical R&D projects. I was made aware of all project plans and collaborations.

Before the change of control, I was invited to make suggestions and decisions for project planning, research direction, joining consortiums, and reporting project progress (fault deployment). Some of my other leadership responsibilities included:

    a.   Steering the research direction for internal project planning.

    b.   Instructing the technical advisor regarding research direction for external collaborations.

    c.   Interacting with researchers from University of Texas at Austin regarding R&D efforts.

    d.   Presenting Geophysical R&D program to the Executive Committee.

    e.   Attending the Joint Anadarko Executive engagement with Google at San Jose.

    f.   Leading external R&D efforts in collaboration with Google.

Following the change of control, Mr. Koster and Yongfeng Li (Lead Technical Analytics) bypassed most of my leadership responsibilities. After the change of control, Mr. Koster sent several emails directly to my team members (Yanyan Zhang and Yuan Xiao), requesting that they perform deep-learning work. Mr. Koster did not copy me on these emails or communicate these assignments to me. Mr. Koster also requested Yuan's attendance at several of his team meetings without me ever being invited to or made aware of these meetings. On August 23, 2019, I raised concerns to my manager Jeremy Graybill about my team members being asked to attend meetings that I was not invited to or aware of. Despite my report, Mr. Koster and Mr. Li continued to email my team members directly, without copying me, requesting that they perform certain tasks and inviting them to meetings that I was unaware of.

Occidental [Ping Lu] 000010

On October 8, 2019, Mr. Koster sent emails directly to Yanyan and Yuan asking them to travel to OXY's office to have technical discussions. On October 9, 2019, Maksym Pryporov (Mathematical Scientist) sent a technical paper to Yanyan and Yuan for comments and suggestions without including me.[13] On October 21, 2019, Mr. Li directly called Yanyan asking her to perform a task without my knowledge.[14]

I was excluded from key communications related to my job duties. This undermined my position as a manager and my ability to keep abreast of the tasks my team members were performing. My responsibility to lead my team was materially reduced.

**VIII. My project assignments at OXY came with extremely reduced discretion and a much narrower scope than my responsibilities before the change of control.**

The responsibility of the advanced analytics R&D team is to focus on development of deep-learning models by providing the most advanced technologies and capabilities for the problems brought to my group. At APC, I had the freedom to initiate research topics and engage as much or as little as I felt necessary with existing projects. I was given the discretion to select the most appropriate approach to conduct the research in order to produce the most compelling results for projects. Below are numerous examples of some my initiatives before the change of control.

    a. On November 10, 2017, I proposed the idea of starting a technical collaboration regarding fault extraction with Xinming Wu, a post-doctoral researcher from the University of Texas at Austin.

    b. On March 12, 2018, I proposed my ideas and plans to Christian Noll (Manager of Emerging Geoscience), Mr. Graybill, and Sanjay Paranji (VP of Technology) about how to develop a deep-learning model to assist seismic projects.

    c. On November 12, 2018, I initiated the bandwidth extension research topic and sought collaborations with the Geophysics team.

    d. On January 15, 2019, I steered the direction of a research topic for collaborative efforts with the Geophysics team and planned next steps.

    e. On February 12, 2019, I proposed to review the progress and next steps for research of bandwidth extension with the Geophysics team.

    f. On March 11, 2019, I initiated the meetings with the Geophysics team to report progress and goals of collaborative projects. I also drafted a spreadsheet including all the current projects and tasks associated with Geophysical team and advanced Analytics R&D team.

    g. On March 20, 2019, I introduced the idea of leveraging a deep-learning approach to geophysicists from Geoscience Technology to begin a collaboration for seismic inversion projects. Within this collaboration, I have determined the research direction, and assigned tasks to those involved in the collaboration including Geoscience Technology, the asset

---

[13] <u>Exhibit 11</u>, October 9, 2019 email from Maksym Pryporov.
[14] <u>Exhibit 12</u>, October 21, 2019 email from Yanyan.

Occidental [Ping Lu] 000011

team and my team. I served as the project manager in organizing and reporting progress to stakeholders on a quarterly basis.

h.   On March 21, 2019, I proposed and steered an effort to Cody Comiskey (Supervisor of geophysics), Mr. Noll, and Mr. Graybill to develop a global deep-learning model for fault detections.

i.   On April 3, 2019, I proposed a meeting with the Geophysics team to discuss the research topics and challenges regarding bandwidth extension with development of deep-learning models.

j.   On April 24, 2019, I provided my feedback and directions to Mr. Comiskey to address the backlog of geophysical projects.

k.   On May 15, 2019, I provided my feedback to Mike Seeber (Director of Geophysics), Mr. Graybill, Mason Dykstra (Director of Geoscience Technology), Stan Morris (Distinguish Geophysicist), David Sixta (Distinguish Geophysicist), Grace Yu (Senior Geophysicist), and Jianxiong Chen (Geophysicist) and managed the direction for the ongoing collaborated projects with Geoscience Technology.

l.   On May 29, 2019, I provided my feedback and directions to Mr. Comiskey regarding the roadmap of geophysical projects.

m.   I had the support of Mr. Graybill, Mr. Comiskey, and Mr. Noll, with my own discretion to decide if a project was suitable for the deep-learning approach or not.

After the change of control, I did not engage in any similar work or get delegated responsibilities analogous to those listed above.

All the deep-learning models that my team developed and applied to the Geophysical R&D projects during the past two years were compiled with the latest deep-learning frameworks−TensorFlow or PyTorch. All the developed deep-learning models heavily leverage the GPUs or TPUs and cloud technologies. After the change of control, the deep-learning method used at APC was made all but obsolete. OXY urged me and my team to use methods that were outside of our areas of expertise and allowed minimal discretion.

One example of this arose on the compressive sensing project, one of two projects assigned to my team. The compressive sensing project was not conducive to the deep-learning model used before the change of control. Yanyan and Yuan, the team members working on this task explained this to Mr. Koster on numerous occasions. After Yanyan and Yuan explained this to Mr. Koster, Mr. Rastegar asked me to provide a plan for the compressive sensing project. I also tried my best to explain to Mr. Rastegar numerous times about the reasons why I thought this project was very different from my team's developments and projects before the change of control. Mr. Rastegar and his team did not listen to me either.

Mr. Pryporov and Mr. Rastegar asked me to review and understand a paper that Mr. Proporov used to develop an algorithm that heavily involved mathematical formulas, and did not require the use of any GPU or deep-learning frameworks. The approach used in the paper was completely outside

Occidental [Ping Lu] 000012

the scope of my responsibilities and job description before the change of control, and was not within the framework of a data scientist's position.

Mr. Rastegar was frustrated when I told him that the task I was being asked to perform did not align with my skills or responsibilities. He insisted that I was a mathematician[15] and that using a mathematical approach to solve a compressive sensing task is relevant to my domain, however, I never worked on a mathematical project since I joined AAET in 2017. All of the projects I worked on before the change of control utilized a deep-learning model with GPU technology approach.

My prior supervisor, Mr. Graybill, sent a detailed email to Mr. Bowlby, who is Mr. Rastegar's supervisor, which discussed several ways the discretion and duties of Data Scientists, like myself, were narrowed and materially diminished after the change of control.[16] Unfortunately, Mr. Bowlby and Mr. Rastegar did not change course after Mr. Graybill's email. My duties continued to diminish and my role as a Data Scientist was reduced to that of a mathematician.

## IX. Post-acquisition budget cuts forced me to withdraw publications and cease pursuing new publication opportunities that were required of my position before the change of control.

At APC, I was tasked with generating content for external publications and presentations in conference and scientific journals, participating and presenting in external conferences and meetings to promote Anadarko's name as a leader in technology and encouraged to pursue continuous learning, literature, and training opportunities, to keep up with academic and industry research and trends, and ensure that the most advanced technologies and capabilities are being leveraged and implemented.

I was provided with the opportunities of attending, presenting, and publishing papers at several conferences, workshops, and journals at AAET during the past two and half years. AAET has reserved certain budget for attending conferences and taking training. In 2017, I attended the SEG International Exposition and 88th Annual Meeting and NIPS 2017: The Thirty-first Annual Conference on Neural Information Processing Systems. In 2018, I attended the eight conferences and workshops. In 2019, I attended six conferences and workshops before the change of control.

Before the change of control I was encouraged to write papers and submit publications. I provided technical support for ten publications. I was also encouraged to deliver technical presentations. Between 2017 and 2019, I presented seven times at various conferences and workshops across the United States. Before the change of control I participated in six consortiums. I attended three Google trainings and was given several opportunities to collaborate with Google's team.

Mr. Graybill, my supervisor before the change of control, encouraged my attendance and participation in conferences, workshops, and consortiums. After the change of control, Mr. Rastegar denied every request I made to attend conferences, which also adversely impacted my ability to have papers published.

The 2019 SEG 3rd International Workshop on Mathematical Geophysics: Traditional vs. Learning accepted a paper my team and I submitted before the change of control. The workshop was held

---

[15] <u>Exhibit 13</u>, October 23, 2019 emails between Mr. Rastegar and I.
[16] <u>Exhibit 14</u>, August 22, 2019 email from Mr. Graybill.

Occidental [Ping Lu] 000013

the week of November 4, 2019. My request to attend the workshop and present the paper was approved prior to the change of control. The expenses for this trip were also approved and reimbursed. On October 17, 2019, I emailed Mr. Rastegar for his approval to attend the event.[17] Mr. Rastegar declined my request. The reason he provided was budget constraints. I sent a follow-up email the next day. Mr. Rastegar again declined my request. Because of this, I was forced to withdraw my paper from the workshop. This is detrimental to the company's reputation and my own. I am also now at risk from being banned from publication at any future SEG event.

This was not an isolated denial. My team members were similarly denied requests to attend consortiums, workshops, and conferences. Another paper was accepted for a NIPS conference in December 2019. Mr. Rastegar also denied my request to attend this conference. I also suggested organizing trainings from Google Brain. Mr. Rastegar never responded.

My duties to generate publications, present, and promote further training and opportunities for myself and my team members was completely diminished.

**X. Mr. Rastegar's statements allegedly supporting the denial of my good reason inquiry were false and representative of his pattern of lying to me and ignoring my legitimate concerns.**

Mr. Rastegar provided information that OXY relied on to deny my good reason inquiry. During the time Mr. Rastegar was my supervisor, he lied, or at the very least made inconsistent statements, to me and my team members on numerous occasions. This pattern continued in the statements he made to the Good Reason Subcommittee. Below are some examples.

1. Mr. Rastegar said that I refused to work on assigned projects. This is simply not true. This comment to the Subcommittee was not the first time Mr. Rastegar said this. He sent me an email on October 23, 2019 alleging that I said this in a staff meeting in front of my team members. I responded to this email to clarify that I never made that statement. Mr. Rastegar never replied to my email. My prior performance reviews indicate that this would be extremely out of character for me and I am confident that my team members would confirm I did not say this during our meeting on October 10, 2019.

2. Mr. Rastegar stated that I "did not produce any significant results" to requests to apply my algorithms to OXY's geophysical data "for nearly three months." The first time I was on notice of any task related to compressive sensing was on September 26, 2019, when Mr. Koster asked my team members to perform it. Once I was told about the task, I followed up with Reza to provide explanations and suggestions about the feasibility of applying deep-learning model to this task, and interacted with his team members (Yongfeng Li and Maksym Pryporov) to understand the mathematical approach developed at OXY. On October 23, 2019, I was told by Mr. Koster that he was waiting for Yanyan to complete the fault deployment task, although this task was contingent upon the completion of the work from Geophysicist. I submitted my good reason inquiry form less than three weeks after the first request. This falls far short of the three months Mr. Rastegar claims I did not provide results within. I provided technical advice as soon as I was able to, which was contingent upon the work of my team members.

---

[17] Exhibit 15, Emails between Mr. Rastegar and I regarding an upcoming conference.

Occidental [Ping Lu] 000014

3. Mr. Rastegar told the Subcommittee that the internship program has not been cancelled. He indicated that he verbally told me this. He did not. The only information I was provided about the internship program is Exhibit 2 to this claim, which clearly does not align with Mr. Rastegar's claim that "no decision has yet been made."

4. Mr. Rastegar claims that one data engineer would continue to support me from Mr. Koster's group. This is not true and Mr. Koster himself has confirmed that his group will not support mine. Mr. Rastegar references an "additional team member" who was going to be reporting to me and supporting my work. I am not aware of any additional team member who would be supporting my work.

Mr. Rastegar assigned me tasks that were unrelated to my job responsibilities. When I did not understand the tasks and sought clarification, assistance, and/or told Mr. Rastegar that these tasks were not part of my role as a data scientist, Mr. Rastegar threatened to "find ways to fire me for cause" so that I would not be eligible for severance benefits.

My colleagues received similar treatment from Mr. Rastegar. Mr. Graybill's emails to OXY's human resources department[18] and to Mr. Bowlby and Barbara Bergerson (SVP Technical Support) voiced accurate concerns about Mr. Rastegar's treatment of me and my team members, as well as the material diminishing of our job duties.[19] Ms. Bergerson forwarded these emails to OXY's compliance department for investigation as well. I was not provided an update regarding human resources and compliance's investigation of Mr. Graybill's concerns.

While I understand that each good reason claim is analyzed on a case-by-case basis, I believe the similarly situated good reason claims from my team members are relevant to my claim. Three managers on the Data Science team (Alex Bayeh, Ding Cao, and Natalie Berestovsky) were told by Rosaliz Ufret (Director of HR at OXY) that they qualified for severance benefits because OXY cannot find a position for them in the new organization and their job duties were materially diminished. All three of them reported to Mr. Rastegar and had similar experiences to me. Ms. Berestovsky submitted a complaint to Human Resources. I am not sure if Human Resources' investigation of any of the complaints against Mr. Rastegar factored into the good reason claims granted to my team members. I have not been provided with the findings of any investigations. At a minimum, the multitude of corroborated complaints from those within and outside of my team demonstrate that Mr. Rastegar has been untruthful and is intent on ensuring that APC employees do not qualify for benefits under the change of control, whether they are entitled to under the Plan or not.

Donald Iacobell also provided the Good Reason Subcommittee with information that is inaccurate. To my knowledge, Mr. Iacobell did not know my actual job duties before or after the change of control.

**Conclusion**

I respectfully request that this claim, including all attachments, be reviewed completely and fairly, as required by the Plan. The information provided in this claim illustrates that following the change

---

[18] Exhibit 16, September 12, 2019 email from Mr. Graybill to Lindsay Kilcrease (Senior HR Business Partner).
[19] Exhibit 17, October 1, 2019 email from Mr. Graybill to Barbara Bergerson.

Occidental [Ping Lu] 000015

of control, my duties were materially and substantially diminished in almost every way. I ask that you find my resignation was involuntary and for good reason as defined by the Plan and accordingly conclude that I am entitled to severance benefits under the Plan. In light of the overwhelming evidence, this is the only logical conclusion.

Thank you for your consideration.

Sincerely,

*Ping Lu*

Ping Lu

Occidental [Ping Lu] 000016

# EXHIBIT 1

Occidental [Ping Lu] 000017



# JOB DESCRIPTIONS: AAET DATA SCIENCE

DIRECTOR OF DATA SCIENCE & ADVANCED ANALYTICS

MANAGER OF DATA SCIENCE & ADVANCED ANALYTICS

AAET DATA SCIENTIST

AAET DATA ENGINEER





## MANAGER OF DATA SCIENCE & ADVANCED ANALYTICS

### SUMMARY

The AAET group serves as a centralized innovation and excellence organization responsible for identifying and developing Advanced Analytics and Emerging Technologies which provide differentiating capabilities across Anadarko's business.

The Manager of Data Science & Advanced Analytics leads the Data Science efforts for various AAET initiatives, working very closely with counterparts in the Geoscience and Petroleum Engineering domains within AAET and Geoscience Technology, along with AAET's Application Development organization, in leading applied research and development in generating advanced data driven solutions for challenging and high impact problems within the E&P operations domains.

### QUALIFICATIONS

- Strong background and broad expertise in Data Science disciplines, including Mathematics, Statistics, Computer Science, Machine Learning, Data Engineering, Spatial Analytics, and/or Applied Physics
- Strong quantitative and problem-solving skills, including strong mathematical, statistical, and technical knowledge and skills
- Demonstrated ability to lead and deliver applied research and development projects for new technologies in oil and gas
- Recognized thought leadership and technical expertise with established credibility both internally and externally
- Strong programming and scripting skills, with languages such as Python, C#, C++, and Java
- Strong experience with modern ML and Deep Learning frameworks including TensorFlow, PyTorch, Keras, Theano, and Caffe
- Strong experience with modern ML and Data Science libraries including Pandas, Numpy, Scikit-Learn, NLTK, Seaborn, Dplyr
- Excellent understanding of ML techniques & algorithms, such as ANNs, SVM, GBM, Decision Forests, k-NN, Naive Bayes, etc.
- Master's Degree and/or PhD strongly preferred in Computer Science, Computational Mathematics, Applied Mathematics, Statistics, Engineering, Physics, or related quantitative field

### RESPONSIBILITIES

- Work intimately and collaboratively with business SMEs (Petroleum Engineers and Geoscientists) in leading advanced applied research and development for challenging and high impact problems within the E&P operations domains
- Lead the execution of a wide range of projects across core focus areas of AAET, leveraging significant data and real-time surveillance within the operational, production, and financial domains, for all core E&P business functions (US Onshore, GOM, and International), to deliver tangible business value
- Lead algorithm deployment and maintenance for E&P project domains including seismic acquisition, processing, inversion, and interpretation; subsurface characterization, field development, planning, and optimization; geologic and petrophysical analysis, offshore advanced process analytics, and digital operations
- Provide leadership within various Data Science & Advanced Analytics sub-functions, including Data Science Advanced Research & Development, Data Science Center of Excellence, Data Science Fleet Performance Optimization, Data Science Technology Advancement, Data Strategy & Analytics, and Embedded Data Science & Analytics teams
- Leverage statistical analysis, mathematical modeling, pattern recognition, and ML and deep learning frameworks (including TensorFlow, PyTorch, and Keras) towards recommending, selecting, developing, and integrating any Artificial Intelligence, Machine Learning, and Deep Learning algorithms and approaches required to provide requested capabilities
- Network internally and externally to build relationships that foster technology transfer and collaboration
- Work with external technology organizations including joint industry projects, external industry technology organizations, and key university departments through research consortiums, to improve digital capabilities
- Lead the promotion of digital transformation, training and development of other Data Scientists, Citizen Data Scientists, and other peers throughout the organization
- Lead advanced analytics projects using ML and Deep Learning, heavily utilizing GPU hardware stacks (including dedicated DGX boxes) and Google Cloud Platform infrastructure (Cloud Composer, CMLE, GKE, BigQuery, DataFlow, Pub/Sub, etc.)
- Pursue continuous learning, literature, and training opportunities, to keep up with academic and industry research and trends, and ensure that the most advanced technologies and capabilities are being leveraged and implemented
- Generate content for external publications and presentations in conference and scientific journals, participating and presenting in external conferences and meetings to promote Anadarko's name as a leader in technology

# EXHIBIT 2

Occidental [Ping Lu] 000020

# January 2019

| SUNDAY | MONDAY | TUESDAY | WEDNESDAY | THURSDAY | FRIDAY |
|---|---|---|---|---|---|
| Dec 30 | 31<br>7:30am PTO, Thanks; Lu, Ping<br>8:30am Canceled: Geophysical ML Strat Interpretation - Daily Stand Up; *ALR-04MOBILEB (VC); Palmer, Scott [Enaxis Consulting] | Jan 1, 19<br>New Years Day<br>10:00am Canceled: AAET DS&AA Team Discussion; *ALR-04028 CONF (18, VC); Graybill, Jeremy | 2<br>7:30am PTO; Lu, Ping | 3<br>7:30amLu, Ping | 4<br>Schedule A - Friday Off |
| 6 | 7<br>1:00pm Canceled: ML-Inversion Deep Dive Slides Review; *ALR-04012 CONF (6, VC); Brusova, Olga | 8<br>7:30am GSH North Technical Breakfast - Seismic Reflection Imaging with DAS Data for Long Term Reservoir Surveillance (ROOM UPDATE); Allison Tower - Hall D; Perez, Maria<br>10:00am Canceled: AAET DS&AA Team Discussion; *ALR-04028 CONF (18, VC); Graybill, Jeremy | 9<br>2:00pm Bandwidth extension discussion; *ALR-21047 CONF (18) (Managed); Yu, Grace | 10 | 11<br>7:30am as<br>9:30am FW: Agenda review for GT/AAET mini conference; *ALR-04078 CONF (24,VC); Brusova, Olga |
| 13 | 14<br>9:00am Discussion for deep dive meeting; Ping's office; Lu, Ping<br>2:30pm Canceled: Bevo feedback discussion with WesternGeco; *ALR-04078 CONF (24,VC); Noll, Christian | 15<br>10:00am Canceled: AAET DS&AA Team Discussion; *ALR-04028 CONF (18, VC); Graybill, Jeremy | 16 | 17<br>8:00am  ODiSI training with Pat Connolly; AHT-11100  (Conference Rm. 6) ; Bru 5:00pm<br>8:30am Canceled: AAET Quarterly Business Review (QBR); ALR Conference Center ; RSC-Technology | 18<br>Schedule A - Friday Off |
| 20 | 21<br>10:30am Canceled: Slides Review for ML Inversion Deep Dive; *ALR-04044 CONF (3, VC); Brusova, Olga<br>1:00pm DRY RUN - Technology R&D Update; *ALR-04078 CONF (24,VC); John...<br>3:00pm Salt ML - Prep for Phase 1 & 2 Discussion; *ALR-04078 CONF (24,VC); P... | 22<br>10:00am Canceled: AAET DS&AA Team Discussion; *ALR-04028 CONF (18, VC); Graybill, Jeremy<br>2:00pm Decesionspace; Hunter's office; Lu, Ping | 23<br>Google EBC - Placeholder; Mountain View Campus; Keister, Eric<br>8:00am | 24<br>Rice Math Symposium | 25<br>9:30pm |
| 27 | 28<br>9:30am Salt ML Summary and Roadmap; *ALR-04078 CONF (24,VC); Danque, Hun...<br>9:30am Canceled: Salt prediction status from Ph1 & Phase 2 forward plan; *ALR-...<br>1:00pm Canceled: ML-Inversion Deep Dive dry run; *ALR-04078 CONF (24,VC); ...<br>2:30pm Geoscience Team meeting; *ALR... | 29<br>9:00am Technology R&D Update; ALR-0...<br>9:00am Canceled: Technology R&D Upd...<br>10:00am Canceled: AAET DS&AA Team D...<br>11:30am Anadarko's Risking Tables: So...<br>1:00pm GT JIP Consortium Proposal - M...<br>2:00pm Geophysical ML - Sprint Review;... | 30<br>9:00am Info session about seismic projects; *ALR-04012 CONF (6, VC); Tobar, Ingrid<br>1:00pm Seismic ML Strat Interpretation - Sprint Retrospective & Planning; *ALR-07003 CONF (18); Palmer, Scott [Enaxis Consulting] | 31<br>7:30am work from home<br>12:30pm Last day to cancel hotel<br>1:30pm exxon<br>2:00pm Tech Thursday Talk: AAET Leadership Hosted Discussions; ALR-04078; Garza, Selena [INSIGHT GLOBAL INC.] | Feb 1<br>Schedule A - Friday Off |

Occidental [Ping Lu] 000021

# February 2019

◄  ►

| SUNDAY | MONDAY | TUESDAY | WEDNESDAY | THURSDAY | FRIDAY |
|---|---|---|---|---|---|
| Jan 27 | 28 | 29 | 30 | 31 | Feb 1 |
|  | 9:30am Salt ML Summary and Roadmap; *ALR-04078 CONF (24,VC); Danque, Hun... | 9:00am Technology R&D Update; ALR-0... | 9:00am Info session about seismic projects; *ALR-04012 CONF (6, VC); Tobar, Ingrid | 7:30am work from home | Schedule A - Friday Off |
|  | 9:30am Canceled: Salt prediction status from Ph1 & Phase 2 forward plan; *ALR-... | 9:00am Canceled: Technology R&D Upd... |  | 12:30pm Last day to cancel hotel |  |
|  | 1:00pm Canceled: ML-Inversion Deep Dive dry run; *ALR-04078 CONF (24,VC); ... | 10:00am Canceled: AAET DS&AA Team D... | 1:00pm Seismic ML Strat Interpretation - Sprint Retrospective & Planning; *ALR-07003 CONF (18); Palmer, Scott [Enaxis Consulting] | 1:30pm exxon |  |
|  | 2:30pm Geoscience Team meeting; *ALR... | 11:30am Anadarko's Risking Tables: So... |  | 2:00pm Tech Thursday Talk: AAET Leadership Hosted Discussions; ALR-04078; Garza, Selena [INSIGHT GLOBAL INC.] |  |
|  |  | 1:00pm GT JIP Consortium Proposal - M... |  |  |  |
|  |  | 2:00pm Geophysical ML - Sprint Review;... |  |  |  |
| 3 | 4 | 5 | 6 | 7 | 8 |
|  | 7:30am | work from home | | 5:30pm | 8:00am AI Planning Workshop: Friday, 8 February - 8:30am-4:00pm (CT); Turquoise ZoomRoom; Shelly Oakley |
|  | 8:00am GT-AAET Geoscience Conference ; 2301 NORTH MILLBEND DRIVE , THE WOODLANDS, TX 77380; Jendrusch, Jennifer [Prodigy Staff Advsr] | 7:30am | PTO, Thanks; Lu, Ping | 5:30pm | 5:00pm Farewell Celebration for Travis Olbrich; The Refuge Bar & Bistro; Ridley, Gina | 9:00am FW: Invitation: SeismicML Phase II kickoff @ Fri Feb 8, 2019 9am - 11am (CST) (cody.comiskey@anadarko.com) ; Anadarko Petroleum Corporation, 1201 Lake Robbins Dr, Room ALR-21047; bha... |
|  |  | 7:30am GSH North Technical Breakfast - Least-Squares Full Wavefield Migration ... |  |  |  |
|  |  | 8:00am GT-AAET Geoscience Conference ; 2301 NORTH MILLBEND DRIVE , THE WO... |  |  |  |
|  |  | 10:00am Canceled: AAET DS&AA Team D... |  |  |  |
| 10 | 11 | 12 | 13 | 14 | 15 |
|  | 9:30am otc rating | 10:00am Canceled: AAET DS&AA Team Discussion; *ALR-04028 CONF (18, VC); ... | 7:00am inter | 10:00am rating otc | Schedule A - Friday Off |
|  | 11:45am Technology Team Lunar New Year Lunch ; 4th Floor Cafe; RSC-Technology | 1:30pm Seismic Attribute; *ALR-21047 CONF (18) (Managed); Lu, Ping | 7:30am PTO, thanks; Lu, Ping |  |  |
|  |  | 1:30pm Low Frequency, Bandwidth Research; Mike's Office, 21079; Seeber, ... | 8:30am Canceled: [UPDATE] OpendTect Seismic Interpretation Software Training Session; ALR 11035; Brazell, Seth |  |  |
|  |  | 3:30pm OTC |  |  |  |
| 17 | 18 | 19 | 20 | 21 | 22 |
|  | Presidents Day | 10:00am Employee Town Hall; The Woodlands: Allison Hall / Denver: 7th Floor Conference Center / Midland: Green Tree Country Club; APC Communications | 9:30am doctor | 11:45am lunch; allison cafe; Kara, Mustafa | 7:00am df |
|  |  | 12:00pm Geophysical Projects; *ALR-04012 CONF (6, VC); Comiskey, Cody | 2:30pm Canceled: Geoscience Team meeting; *ALR-04078 CONF (24,VC); Noll, Christian |  |  |
| 24 | 25 | 26 | 27 | 28 | Mar 1 |
|  | 1:00pm Historical Matching; *ALR-04028 CONF (18, VC); Lu, Ping | 10:00am Canceled: AAET DS&AA Team Discussion; *ALR-04028 CONF (18, VC); ... | 8:00am updates; Stan's office; Lu, Ping | 1:30pm ML work; *ALR-21053 IDEA Lab (12); Zhang, Yanyan | Schedule A - Friday Off |
|  | 1:00pm Horn Mountain ; *ALR-04028 CONF (18, VC); Lu, Ping | 11:30am February & March Birthday Luncheon; Allison Hall; Walker, Al | 10:00am review Horn Mtn M56 reservoirs with AAET data science; *ALR-10003 CONF (18); Morris, Matt |  |  |
|  | 2:00pm ML work; Maria's office; Zhang, Yanyan | 1:30pm Carat Learning; Grace's Office; Zhang, Yanyan |  |  |  |
|  |  | 3:00pm Technology Talk: One GOM Bus... |  |  |  |

Occidental [Ping Lu] 000022

# March 2019

| SUNDAY | MONDAY | TUESDAY | WEDNESDAY | THURSDAY | FRIDAY |
|---|---|---|---|---|---|
| Feb 24 | 25 | 26 | 27 | 28 | Mar 1 |
|  | 1:00pm Historical Matching; *ALR-04028 CONF (18, VC); Lu, Ping | 10:00am Canceled: AAET DS&AA Team Discussion; *ALR-04028 CONF (18, VC); ... | 8:00am updates; Stan's office; Lu, Ping | 1:30pm ML work; *ALR-21053 IDEA Lab (12); Zhang, Yanyan | Schedule A - Friday Off |
|  | 1:00pm Horn Mountain ; *ALR-04028 CONF (18); Lu, Ping | 11:30am February & March Birthday Luncheon; Allison Hall; Walker, Al | 10:00am review Horn Mtn M56 reservoirs with AAET data science; *ALR-10003 CONF (18); Morris, Matt | | |
|  | 2:00pm ML work; Maria's office; Zhang, Yanyan | 1:30pm Carat Learning; Grace's Office; Zhang, Yanyan | | | |
|  | | 3:00pm Technology Talk: One GOM Bus... | | | |
| 3 | 4 | 5 | 6 | 7 | 8 |
|  | 9:00am Introduction to ENRGeo; *ALR-04028 // Skype Meeting; Johnson, Jenny | 7:30am GSH North Technical Breakfast - Automated Scanning of Fine-Scale Geological, Petrophysical and Geomech... | 8:15am Send karilys | 9:00am Potential collaborations; Cristian's office; Lu, Ping | 8:45am Send email to Scott |
|  | | 9:00am Basin Structure Group, University of Leeds; ALR 3rd floor - The Quad - Ro... | 1:30pm Technology Talk: Delaware Technology Review; Allison Tower Idea Theater; RSC-Technology | 3:00pm Seismic ML Sprint 18 Review; *ALR-04028 CONF (18, VC); Passey, Karan [Enaxis Consulting] | |
|  | | 10:00am Canceled: AAET DS&AA Team Discussion; *ALR-04028 CONF (18, VC); ... | | | |
| 10 | 11 | 12 | 13 | 14 | 15 |
|  | 8:30am Talk to David and Stan AVO | 10:00am ML Inversion - Time Update to accommodate your calendar; Ping's Offi... | 11:00am asd | 7:30am sdf | Schedule A - Friday Off |
|  | | 1:00pm DL discussion; *ALR-05003 CONF (18); Lu, Ping | 1:00pm ef | 2:00pm GTC Talk Dry Run - with Amit Vij; *ALR-04028 CONF (18, VC); Tobar, Ingrid | |
|  | | 1:00pm Deep Learning work for seismic data; *ALR-05003 CONF (18); Lu, Ping | | | |
|  | | 3:00pm Geophysical R&D Project Planni... | | | |
| 17 | 18 | 19 | 20 | 21 | 22 |
|  | 8:00am Jeremy sal yy | 9:00am DR; *ALR-05003 CONF (18); Lu, P... | 2:30pm K2 Multiples; *ALR-11013 CONF (16) (Managed); Rodriguez, Arnold | 8:00am Interactive Training and Prediction on Bluware; *ALR-05003 CONF (18); Comiskey, Cody | 8:00am |
|  | 1:30pm hunter card | 9:00am DR; *ALR-05003 CONF (18); Lu, P... | 3:00pm FW: Review Salt ML Path; *ALR-04078 CONF (24,VC); Comiskey, Cody | | 8:15am Hunter card |
|  | | 10:00am Canceled: AAET DS&AA Team D... | | | |
|  | | 1:00pm sand detection; *ALR-05003 CO... | | | |
|  | | 1:00pm True sand thickness detection f... | | | |
|  | | 1:00pm Canceled: Digital Transformatio... | | | |
| 24 | 25 | 26 | 27 | 28 | 29 |
|  | 11:30am APC / Bluware IDL Project. ; *ALR-05003 CONF (18); Comiskey, Cody | 9:00am Hampson Russell Foundations and AVO Analysis ; ALR 11049 ; Chen, Jianxiong | 8:30am Hampson Russell Foundations and AVO Analysis ; ALR 11049 ; Chen, Jianxiong | 9:00am Optional: Intern & Co-op Project Discussion; *ALR-05053 CONF (16); Graybill, Jeremy | Schedule A - Friday Off |
|  | 1:00pm DS Leadership Discussion; *ALR-04028 CONF (18, VC); Graybill, Jeremy | 10:00am Canceled: AAET DS&AA Team Discussion; *ALR-04028 CONF (18, VC); Graybill, Jeremy | 10:00am Discussions on CGG's Dirty-Salt Model-Building Practice plus ML Activiti... | 2:00pm Hunter Danque's Baby Shower; *ALR-04010 Cafe (12,VC); Jendrusch, Jennifer [Prodigy Staff Advsr] | |
|  | | | 2:00pm Geoscience Team meeting; *ALR-04078 CONF (24,VC); Noll, Christian | | |

Occidental [Ping Lu] 000023

# April 2019

| SUNDAY | MONDAY | TUESDAY | WEDNESDAY | THURSDAY | FRIDAY |
|---|---|---|---|---|---|
| Mar 31 | **Apr 1**<br>9:00am inversion workshop registration | 2<br>7:30am GSH North Technical Breakfast - Integrating Geology and Geophysics into Engineering workflows to Enhance Unconventional Production; Allison Tower - Hall D; Perez, Maria<br>10:00am Canceled: AAET DS&AA Team Discussion; *ALR-04028 CONF (18, VC); Graybill, Jeremy | 3<br>9:00am sd; *ALR-05003 CONF (18); Lu, Ping<br>9:00am bandwidth extension; *ALR-05003 CONF (18); Lu, Ping | 4<br>10:00am HGS inversion registration<br>11:00am Unconventional SIG: Artificial Intelligence for High Resolution Reservoir Characterization - Apr 4th; TGS 10451 Clay Road Houston, TX  77041-8753 | 5 |
| 7 | 8<br>2:30pm Salt inclusion; Hunter's office; Lu, Ping<br>3:00pm ML on GCP; *ALR-05086 Team (8); Comiskey, Cody | 9<br>8:30am salt inclusion excel and 3 predictions; Hunter's office; Danque, Hunter<br>10:00am Canceled: AAET DS&AA Team Discussion; *ALR-04028 CONF (18, VC); Graybill, Jeremy<br>12:00pmLi, Youxin [Apex Systems] | 10<br>9:00am Summer Intern Project; *ALR-05003 CONF (18); Zhang, Yanyan | 11<br>7:00am habitat | 12<br>Schedule A - Friday Off |
| 14 | 15<br>8:45am Conference other than cvpr<br>10:00am Employee Town Hall, Allison Hall in The Woodlands; APC Communications<br>1:30pm Corporate Headshot; Photo Stu...<br>4:00pm 8=====================...<br>4:30pm Discussion; *ALR-04028 CONF (1... | 16<br>10:00am Canceled: AAET DS&AA Team Discussion; *ALR-04028 CONF (18, VC); Graybill, Jeremy | 17<br>8:30am Tell yy to work on mtc<br>2:30pm FW: Magnus/Spencer Seismic Reprocessing Close-Out Meeting ; ALR #3; Chen, Jianxiong | 18<br>7:30am          UT consortium          5:00pm<br>Good Friday<br>9:00am | 19 |
| 21 | 22<br>8:00am Go through projects to make agreement, thanks!; Cody's office; Lu, Pi...<br>10:00am seismic project deliverable; Jeremy's office; Lu, Ping<br>10:00am Exploration Lookback 2016-2018; ALR 3rd Floor, Allison Hall A,...<br>2:30pm Geoscience Team meeting; *ALR... | 23<br>8:30am Speak to cody and Yuan to feel comfortable; Tell Matt appointment an...<br>8:45am Speak to Carrie to offer help<br>10:00am Canceled: AAET DS&AA Team Discussion; *ALR-04028 CONF (18, VC); ...<br>1:00pm 2019 Q2 Product Backlog and Roadmap Review - (Geophysics Teams)... | 24<br>7:45am Bandwidth use synthetic double, grace<br>2:00pm Planning session for De-Multiple project; *ALR-05003 CONF (18); Lu, Ping | 25<br>8:00am   Student Research Conference Alumni & Industry Open House at UH<br>9:00am SEAM AI | 26<br>Schedule A - Friday Off<br>7:30am Student Research Conference Alumni & Industry Open House at UH |
| 28 | 29<br>7:45am Ask for guillaume data and David letter, place multiple in Cody excel, jerry...<br>8:30am Batch Machine Learning Development on Bluware; *ALR-05003 C...<br>3:30pm Horn Mountain Channel discussion; My office; Castillo, Karilys<br>4:00pm Backlog Grooming Session ; *AL... | 30<br>7:45am Global model<br>10:00am Canceled: AAET DS&AA Team Discussion; *ALR-04028 CONF (18, VC); Graybill, Jeremy<br>1:00pm Seismic ML Sprint 19 Review; *ALR-04028 CONF (18, VC); Passey, Karan [Enaxis Consulting] | **May 1**<br>7:30am On shore noise attenuation , meet mike & mason to layout<br>9:00am Opendtect; *ALR-05053 CONF (16); Lu, Ping<br>2:00pm RFP ML Pipeline ; *ALR-05053 CONF (16); Comiskey, Cody<br>5:00pm Eric Keister's Farewell Celebrati... | 2<br>1:00pm Discussions of paper, *ALR-05003 CONF (18); Lu, Ping<br>1:00pm paper; *ALR-05003 CONF (18); Lu, Ping<br>3:00pm summer intern project - follow up; *ALR-05003 CONF (18); Zhang, Yanya... | 3 |

Occidental [Ping Lu] 000024

# May 2019

◀ ▶

| SUNDAY | MONDAY | TUESDAY | WEDNESDAY | THURSDAY | FRIDAY |
|---|---|---|---|---|---|
| Apr 28 | 29 | 30 | **May 1** | 2 | 3 |
| | 7:45am Ask for guillaume data and David letter, place multiple in Cody excel, jerry... | 7:45am Global model | 7:30am On shore noise attenuation , meet mike & mason to layout | 1:00pm Discussions of paper; *ALR-05003 CONF (18); Lu, Ping | |
| | 8:30am Batch Machine Learning Development on Bluware; *ALR-05003 C... | 10:00am Canceled: AAET DS&AA Team Discussion; *ALR-04028 CONF (18, VC); Graybill, Jeremy | 9:00am Opendtect; *ALR-05053 CONF (16); Lu, Ping | 1:00pm paper; *ALR-05003 CONF (18); Lu, Ping | |
| | 3:30pm Horn Mountain Channel discussion; My office; Castillo, Karilys | 1:00pm Seismic ML Sprint 19 Review; *ALR-04028 CONF (18, VC); Passey, Karan [Enaxis Consulting] | 2:00pm RFP ML Pipeline ; *ALR-05053 CONF (16); Comiskey, Cody | 3:00pm summer intern project - follow up; *ALR-05003 CONF (18); Zhang, Yanyan | |
| | 4:00pm Backlog Grooming Session ; *AL... | | 5:00pm Eric Keister's Farewell Celebrati... | | |
| 5 | 6 | 7 | 8 | 9 | 10 |
| | 8:00am look for Guillaume: GSH invite: invite cody | 9:00am De-multiple; David's office; Lu, Ping | | 7:30am China abstract degree | Schedule A - Friday Off |
| | 2:30pm Riomar Visit to Anadarko; ALR The Quad (Room 16); Carvajal, Cristian | 10:00am Canceled: AAET DS&AA Team Discussion; *ALR-04028 CONF (18, VC); ... | | | |
| | | 11:00am Microsoft Advanced Hub Training - Session 1; *ALR-04010 Cafe (1... | | | |
| | | 1:00pm*ALR-05053 CONF (16); Lu, Ping | | | |
| 12 | 13 | 14 | 15 | 16 | 17 |
| | PTO; Zhang, Yanyan | 9:00am*ALR-05003 CONF (18); Lu, Ping | 1:30pm Website Discussion; Codys Office ; Comiskey, Cody | 8:00am RUN 200 res | |
| | 7:30am GSH North Technical Breakfast - Neural Networks 101: Math, not Magic ;... | 9:00am Ongoing projects; *ALR-05003 CONF (18); Lu, Ping | | 9:00am | |
| | 1:00pm Microsoft Advanced Hub Training - Session 2; *ALR-04010 Cafe (12,VC); Ri... | 10:00am Canceled: AAET DS&AA Team Discussion; *ALR-04028 CONF (18, VC); Graybill, Jeremy | | | |
| | 2:30pm Canceled: Geoscience Team meeting; *ALR-04078 CONF (24,VC); Noll... | | | | |
| 19 | 20 | 21 | 22 | 23 | 24 |
| | 8:00am AAET website, cody doc chevron jb | 10:00am Canceled: AAET DS&AA Team Discussion; *ALR-04028 CONF (18, VC); Graybill, Jeremy | 9:00am cancel trip | 7:00am seg beijing abstract deadline | Schedule A - Friday Off |
| | 9:00am Seismic license | 2:00pm Data Science Intern Meet & Greet; *ALR-04078 CONF (24,VC); Tobar, Ingrid | 11:30am Welcome Lunch for Xing, Rebecca and Shahin; Nick's Fish Dive & ... | 8:00am Mozambique well fault | |
| | | | 2:00pm Occidental Introductory Town H... | 8:15am QC the Seismic Data for the DL/... | |
| | | | 3:00pm one on one; Coffee bar at Aliso... | 9:00am Tech Thursday: Live Data Mining... | |
| | | | 4:30pm Whit Armstrong Farewell HH; R... | 9:45am Intern data | |
| | | | | 11:30am Denoise dataset discussion; *A... | |
| 26 | 27 | 28 | 29 | 30 | 31 |
| | Memorial Day | 7:00am VAE intern | 9:00am Machine Learning MVP1: Project Kickoff ; Jupiter; Robert Torres | 8:00am seg beijing abstract deadline | |
| | 7:00am Interpretation review | 8:00am Web Symposium by GSH and SEG: 3D Seismic Survey Design registration | 9:00am Canceled: Meeting at Bluware on Machine Learning Project Development; Bluware Offices ; Comiskey, Cody | 9:00am Project Discussion ; *ALR-05086 CONF (8, VC); Comiskey, Cody | |
| | | 9:00am Discussion of TLE paper; *ALR-0... | 4:00pm Hit Data Science out of the Park - Houston; Minute Maid Park; johnsoam... | 10:00am Horn Mountain Horizon; Matt's office; Lu, Ping | |
| | | 9:00am paper; *ALR-05003 CONF (18); L... | | | |
| | | 10:00am Canceled: AAET DS&AA Team D... | | | |

Occidental [Ping Lu] 000025

# June 2019

| SUNDAY | MONDAY | TUESDAY | WEDNESDAY | THURSDAY | FRIDAY |
|---|---|---|---|---|---|
| Jun 2 | 3 | 4 | 5 | 6 | 7 |
| | Google Data Engineering training - Session 1; Hackett Tower Conf Room #7 (Computer Training Room); Graybill, Jeremy | | | | Schedule A - Friday Off |
| | 8:00am the leading edge AVO deadline | 8:15am Seis data check for paper, dental | 10:00am Using Paleoscan for Sequence Stratigraphy - Talk by Steve Tobias (NearFX) - Lunch Provided; ALR Idea Theater - Lobby Level; Kirkland, Rodney | 9:00am CS by GAN inpainting; TBD; Li, Rebecca | |
| | 9:00am Dental | 10:00am Canceled: AAET DS&AA Team Discussion; *ALR-04028 CONF (18, VC); Graybill, Jeremy | | | |
| | 10:00am Check arka Mostafa intern report turn to paper | | | | |
| | 2:30pm Geoscience Team meeting; *ALR-04078 CONF (24,VC); Noll, Christian | | | | |
| 9 | 10 | 11 | 12 | 13 | 14 |
| | | | Conference @ ICML, CVPR; Zhang, Yanyan | | |
| | | | ICML 2019 (conference); Los Angeles CA; Mitsakos, Nikolaos | | |
| | 7:30am | | va; Lu, Ping | | |
| | 7:30am | | At ICML & CVPR conferences; Long Beach; Lu, Ping | | |
| | | 10:00am Canceled: AAET DS&AA Team Discussion; *ALR-04028 CONF (18, VC); ... | | 12:30pm Ingrid Tobar's Baby Shower; *ALR-04010 Cafe (12,VC); Jendrusch, Jen... | |
| 16 | 17 | 18 | 19 | 20 | 21 |
| | | | Conference @ ICML, CVPR; Zhang, Yanyan | | |
| | | | va; Lu, Ping | | |
| | | | At ICML & CVPR conferences; Long Beach; Lu, Ping | | 5:30pm |
| | | | CVPR 2019 (conference); Los Angeles CA; Mitsakos, Nikolaos | | Schedule A - Friday Off |
| | | 10:00am Canceled: AAET DS&AA Team Discussion; *ALR-04028 CONF (18, VC); ... | | | |
| 23 | 24 | 25 | 26 | 27 | 28 |
| | | | va; Lu, Ping | | |
| | Google ASL Shadowing trip; Sunnyvale, CA; Graybill, Jeremy | | | 10:30am DS & AA Team Building event; ... | |
| | Yuan PTO; Xiao, Yuan | | 7:30am | | PTO; Lu, Ping |
| | 2:30pm Intern Mid-Summer Goals Check-In: Rebecca Li; *ALR-04060 TEAM ... | 10:00am Canceled: AAET DS&AA Team Discussion; *ALR-04028 CONF (18, VC); ... | 1:00pm Canceled: Geophysics Sprint 20 Review; *ALR-05003 CONF (18); Passey, Karan [Enaxis Consulting] | | |
| | 2:30pm Canceled: Geoscience Team meeting; *ALR-04078 CONF (24,VC); Noll... | 11:00am Mozambique LNG Final Invest... | | | Occidental [Ping Lu] 000026 |

# July 2019

◄  ◄  ►

| SUNDAY | MONDAY | TUESDAY | WEDNESDAY | THURSDAY | FRIDAY |
|---|---|---|---|---|---|
| Jun 30 | **Jul 1** | 2 | 3 | 4 | 5 |
| From Jun 10 | | | | va; Lu, Ping | |
| From Jun 26 | | | | PTO; Lu, Ping | |
| | | 10:00am Canceled: AAET DS&AA Team Discussion; *ALR-04028 CONF (18, VC); Graybill, Jeremy | | Independence Day | Schedule A - Friday Off |
| 7 | 8 | 9 | 10 | 11 | 12 |
| | | | va; Lu, Ping | | |
| | | | PTO; Lu, Ping | | |
| | | 10:00am Canceled: AAET DS&AA Team Discussion; *ALR-04028 CONF (18, VC); Graybill, Jeremy | | | 8:00am I might arrive a bit late at the office this morning; Mitsakos, Nikolaos |
| 14 | 15 | 16 | 17 | 18 | 19 |
| | | va; Lu, Ping | 5:30pm | | Schedule A - Friday Off |
| | | PTO; Lu, Ping | 5:30pm | | |
| | | 8:00am Geophysics Sprint 20 Review; *ALR-04078 CONF (24, Hub VC); Passey, Karan [Enaxis Consulting] | | 8:30am Salt ML update on labels; Hunter's office; Danque, Hunter | |
| | | | | 8:30am Canceled: AAET Quarterly Business Review (QBR); ALR Conference Center ; RSC-Technology | |
| | | | | 3:30pm FW: ML denoise discussion; HOU E1070 USI Client Audio Conference Roo… | |
| 21 | 22 | 23 | 24 | 25 | 26 |
| | 7:00am SEG annual registration | 7:30am | | PTO; Zhang, Yanyan | |
| | 10:30am Paper Discussion ; Comiskey, Cody | 8:00am see; Lu, Ping | | | |
| | | 2:00pm Discussion on the recovery evaluation of OBN dataset; Guilaume's office@05096; Li, Rebecca | | | |
| 28 | 29 | 30 | 31 | **Aug 1** | 2 |
| | 7:00am Seg annual registration | | | 1:00pm Machine learning approaches for uncertainty quantification of subsurface flow models; Alison Tower 3rd floor, conference room #4; Lu, Ping | Schedule A - Friday Off |
| | | | | | 2:17pm meeting; https://attend.webex.com/attend; Jelena Zhang |

Occidental [Ping Lu] 000027

◀ ▶  August 2019

Houston, Texas · ☀ Today 78°F · ☀ Tomorrow 78°F · ☀ Monday 78°F / 58°F

Search Calendar

| SUNDAY | MONDAY | TUESDAY | WEDNESDAY | THURSDAY | FRIDAY |
|---|---|---|---|---|---|
| Jul 28 | 29<br>7:00am Seg annual registration | 30 | 31 | Aug 1<br>1:00pm Machine learning approaches for uncertainty quantification of subsurface flow models; Alison Tower 3rd floor, conference room #4; Lu, Ping | 2<br>Schedule A - Friday Off<br>2:17pm meeting; https://attend.webex.com/attend; Jelena Zhang |
| 4 | 5 | 6 | 7<br>8:00am Code and description and tle paper tablet hunter channel and horizon change benefit insider profile<br>11:00am AAET Team Photo; Allison Tower Main Entrance; RSC-Technology<br>3:00pm `AAET/AAET` Team Celebration; Churrascos - The Woodlands; RSC-Tech... | 8<br>8:00am inter<br>11:45am AAET Lunch; Brio; Johnson, Jenny<br>3:30pm De-swell; skype; Lu, Ping | 9 |
| 11 | 12<br>8:00am DMA & AAET Meet & Greet ; HT 11th Floor Conference Room C & D; Rizvi, Mustafa Y<br>10:00am AAET Portfolio Overview - Next Steps; Hackett Tower 11th Floor Conf R...<br>12:00pm Meet and Greet Reza Rastegar with Oxy; Hacket Tower Room A-B; Jend... | 13<br>9:30am PTO; Lu, Ping | 14<br>8:00am Data Science Intern Final Presentations; Idea Theater (Allison Tower); Tobar, Ingrid<br>5:00pm Final Discussion; *ALR-04078 CONF (24, Hub VC); Graybill, Jeremy<br>5:20pm Final Discussion; *ALR-04078 CONF (24, Hub VC); Graybill, Jeremy | 15<br>8:45am Breakfast served by AAET interns; *ALR-04060 TEAM (4); Li, Rebecca<br>10:00am FW: Oxy HR Informational Session- Manager Session; Skype Meeti...<br>1:00pm FW: Oxy HR Informational Session- Employee Session; Skype Meet...<br>3:00pm Code review and paper submiss... | 16<br>Schedule A - Friday Off |
| 18 | 19<br>10:00am One-on-one; Ping's office (5018); Lu, Ping | 20 | 21<br>10:30am Geophysical Interpretation ; ALR-05053; Comiskey, Cody | 22 | 23 |
| 25 | 26 | 27 | 28 | 29<br>PTO; Mitsakos, Nikolaos<br>9:00am Canceled: Bluware / Headwave Demo & Review Meetings; *ALR-10049 IDEA (14) (Managed); Comiskey, Cody<br>3:30pm Discussion; *ALR-05003 CONF (18); Graybill, Jeremy | 30<br>Schedule A - Friday Off |

Occidental [Ping Lu] 000028

◀ ▶  **September 2019**

Houston, Texas

| Today | Tomorrow | Monday |
|---|---|---|
| 91°/72°F | 85°/67°F | 78°F/58°F |

Search Calendar

| SUNDAY | MONDAY | TUESDAY | WEDNESDAY | THURSDAY | FRIDAY |
|---|---|---|---|---|---|
| **Sep 1** | **2** <br> ▌Labor Day | **3** | **4** | **5** <br> Yuan PTO; Xiao, Yuan <br> 7:00am ———————— 6:00pm <br> ▌7:30pm PTO; Lu, Ping | **6** <br> ▌WFH; Mitsakos, Nikolaos |
| **8** | **9** | **10** | **11** | **12** | **13** <br> ▌Schedule A - Friday Off |
| **15** | **16** <br> 9:00am RE: Conversation; Please call my office at 713 572-5483; Bowlby, David | **17** | **18** | **19** | **20** |
| **22** | **23** <br> 9:00am Update on the monetization on software portfolio with Yanni; *ALR-04078 CONF (24, Hub VC); Jendrusch, Jennifer [Prodigy Staff Advsr] | **24** | **25** | **26** <br> ▌PTO; Mitsakos, Nikolaos | **27** <br> ▌Schedule A - Friday Off |
| **29** | **30** | **Oct 1** <br> 9:00am Important Update; *ALR-04078 CONF (24, Hub VC); Bowlby, David <br> 9:00am Important Update; *ALR-04078 CONF (24, Hub VC); Jendrusch, Jennifer [Prodigy Staff Advsr] | **2** | **3** | **4** |

Occidental [Ping Lu] 000029

◄ ► October 2019

Monday
78°F / 58°F

Search Calendar

| SUNDAY | MONDAY | TUESDAY | WEDNESDAY | THURSDAY | FRIDAY |
|---|---|---|---|---|---|
| Sep 29 | 30 | **Oct 1**<br><br>9:00am Important Update; *ALR-04078 CONF (24, Hub VC); Bowlby, David<br><br>9:00am Important Update; *ALR-04078 CONF (24, Hub VC); Jendrusch, Jennifer [Prodigy Staff Advsr] | 2 | 3 | 4 |
| 6 | 7 | 8 | 9 | 10<br><br>8:00am Weekly Staff Meeting ; *ALR-04028 CONF (18, Hub VC); Jendrusch, Jennifer [Prodigy Staff Advsr] | 11<br><br>Schedule A - Friday Off |
| 13 | 14<br><br>8:30am APC Project presentation; GW5, 14.186; Li, Yongfeng | 15<br><br>9:00am Conversation, thanks.; Lindsay's office; Lu, Ping | 16 | 17<br><br>8:00am Weekly Staff Meeting ; *ALR-04028 CONF (18, Hub VC); Jendrusch, Jennifer [Prodigy Staff Advsr]<br><br>9:00am Seismic Project Review; Woodlands Office; Pryporov, Maksym | 18 |
| 20 | 21<br><br>1:00pm Seismic Algorithm Demo & Visualization; Skype Meeting; Pryporov, Maksym | 22 | 23 | 24<br><br>8:00am Weekly Staff Meeting ; *ALR-04028 CONF (18, Hub VC); Jendrusch, Jennifer [Prodigy Staff Advsr] | 25<br><br>Schedule A - Friday Off |
| 27 | 28 | 29 | 30 | 31<br><br>8:00am Weekly Staff Meeting ; *ALR-04028 CONF (18, Hub VC); Jendrusch, Jennifer [Prodigy Staff Advsr] | Nov 1 |

Occidental [Ping Lu] 000030

# November 2019

| SUNDAY | MONDAY | TUESDAY | WEDNESDAY | THURSDAY | FRIDAY |
|---|---|---|---|---|---|
| Oct 27 | 28 | 29 | 30 | 31<br>8:00am Weekly Staff Meeting ; *ALR-04028 CONF (18, Hub VC); Jendrusch, Jennifer [Prodigy Staff Advsr] | Nov 1 |
| 3 | 4 | 5 | 6 | 7<br>8:00am Weekly Staff Meeting ; *ALR-04028 CONF (18, Hub VC); Jendrusch, Jennifer [Prodigy Staff Advsr] | 8<br>Schedule A - Friday Off |
| 10 | 11 | 12 | 13 | 14<br>8:00am Weekly Staff Meeting ; *ALR-04028 CONF (18, Hub VC); Jendrusch, Jennifer [Prodigy Staff Advsr] | 15 |
| 17 | 18 | 19 | 20 | 21<br>8:00am Weekly Staff Meeting ; *ALR-04028 CONF (18, Hub VC); Jendrusch, Jennifer [Prodigy Staff Advsr] | 22<br>Schedule A - Friday Off |
|  |  |  | PTO; Zhang, Yanyan | | |
| 24 | 25 | 26 | 27 | 28<br>Thanksgiving Day | 29<br>Thanksgiving Day After |
|  |  |  |  | PTO; Zhang, Yanyan | |
|  |  |  | 8:00am Weekly Staff Meeting ; *ALR-04028 CONF (18, Hub VC); Jendrusch, Jennifer [Prodigy Staff Advsr] | Occidental [Ping Lu] 000031 | |

◀ ▶ December 2019

Search Calendar

| SUNDAY | MONDAY | TUESDAY | WEDNESDAY | THURSDAY | FRIDAY |
|---|---|---|---|---|---|
| **Dec 1** | 2 | 3 | 4 | 5 | 6 |
| From Nov 27 | | | PTO; Zhang, Yanyan | 8:00am Weekly Staff Meeting ; *ALR-04028 CONF (18, Hub VC); Jendrusch, Jennifer [Prodigy Staff Advsr] | ▌Schedule A - Friday Off |
| 8 | 9 | 10 | 11 | 12 | 13 |
| | | | PTO; Zhang, Yanyan | 8:00am Weekly Staff Meeting ; *ALR-04028 CONF (18, Hub VC); Jendrusch, Jennifer [Prodigy Staff Advsr] | |
| 15 | 16 | 17 | 18 | 19 | 20 |
| | | | PTO; Zhang, Yanyan | 8:00am Weekly Staff Meeting ; *ALR-04028 CONF (18, Hub VC); Jendrusch, Jennifer [Prodigy Staff Advsr] | ▌Schedule A - Friday Off |
| 22 | 23 | 24 | 25 | 26 | 27 |
| | | | PTO; Zhang, Yanyan | 8:00am Weekly Staff Meeting ; *ALR-04028 CONF (18, Hub VC); Jendrusch, Jennifer [Prodigy Staff Advsr] | |
| | | ▌Christmas Eve | ▌Christmas | | |
| 29 | 30 | 31 | **Jan 1, 20** | 2 | 3 |
| | | | PTO; Zhang, Yanyan | 8:00am Weekly Staff Meeting ; *ALR-04028 CONF (18, Hub VC); Jendrusch, Jennifer [Prodigy Staff Advsr] | |

**Occidental [Ping Lu] 000032**

# EXHIBIT 3

Occidental [Ping Lu] 000033

**Fall 2019 Campus Recruitment Overview (08-28-19, afternoon)**



Occidental [Ping Lu] 000034



Occidental [Ping Lu] 000035

# Occidental: Premier, Complementary Global Asset Portfolio

- No. 1 producer in the Permian Basin of West Texas and southeast New Mexico

- No. 1 in carbon dioxide enhanced oil recovery projects ($CO_2$ EOR)

- No. 1 producer in the Denver-Julesburg Basin of Colorado

- No. 1 producer in the Uinta Basin of Utah

- No. 1 independent producer in Oman

- No. 1 independent producer in Oman

- No. 4 producer in the Gulf of Mexico

- Leading position in Colombia

- Top 3 producer of polyvinyl chloride (PVC), chlorine and caustic soda

- Leading international midstream assets and master limited partnership (MLP)



## Occidental Overview

### Focus
### Discipline
### Performance



### Oil and Gas

- Exploration and production activities focused in the United States, Middle East, Latin America and Africa
- Domestic operations in the Permian Basin of West Texas and Southeastern New Mexico, focused in the Delaware, Midland and Central basins; Colorado; Utah; and Wyoming
- International operations in: Oman, United Arab Emirates and Qatar in the Middle East; Colombia in Latin America; and, Mozambique, Ghana, South Africa and Algeria in Africa
- Global leader in the application of enhanced oil recovery (EOR) techniques, such as carbon dioxide ($CO_2$) and water flooding

### Midstream and Marketing

- Purchases, markets, gathers, processes, transports and stores oil, condensate, natural gas liquids (NGLs), natural gas, carbon dioxide ($CO_2$) and power

### Oxy Low Carbon Ventures

- Wholly owned subsidiary focused on carbon capture, utilization and storage projects and technologies that source manmade $CO_2$ for use in global oil and gas projects. OLCV is advancing innovative low-carbon technology solutions that will economically grow our business, while reducing emissions.

### OxyChem

- Wholly owned subsidiary that manufactures and markets basic chemicals and vinyls with plants in 11 U.S. states, Canada and Chile

### Western Midstream Partners, LP

- A publicly traded master limited partnership and consolidated subsidiary of Occidental engaged in the business of acquiring, owning, developing and operating midstream assets.

Occidental [Ping Lu] 000037

4

# Select Awards and Rankings

## World's Most Admired Companies

* Fortune Magazine has ranked Occidental among its Most Admired Companies in the Mining, Crude-Oil Production category every reported year since 2008, including the No. 1 ranking 10 times.

## Fortune Blue Ribbon Company

* Occidental has been named a Fortune Magazine Blue Ribbon Company for appearing on four of its annual rankings in 2018, including the Fortune 500, World's Most Admired Companies, Businessperson of the Year and Most Powerful Women.

## Thomson Reuters Top 100 Global Energy Leader

* Thomson Reuters honored Occidental as a Top 100 Global Energy Leader, in recognition of excelling in a complex business environment by balancing financial demands with regulatory, risk, legal, social and environmental needs.

## Houston Chronicle Top 100 Companies

* The Houston Chronicle ranked Occidental No. 10 among the largest publicly traded companies in the Houston area as part of its 2018 Chronicle 100 list.



# University Recruiting Strategy 2019 – 2020

With increasing competition in the market, we need to ensure our recruitment strategy is geared for easy execution to attract the top talent on university campuses

## Our goals:

| Identify talent at the career fairs | Interview for 1st round virtually within 1 week of career fair |
|---|---|
| Prepare offer post-interview for interns | Schedule 2nd round interviews on-site for full-time candidates |

*Please see workflow for recruitment process.



Occidental [Ping Lu] 000039

6

# University Relations Program History

| Year | Full Time | Intern |
|------|-----------|--------|
| **2015** | 74 | 97 |
| **2016** | 26 | 55 |
| **2017** | 33 | 75 |
| **2018** | 44 | 75 |
| **2019** | 72 | 96 |
| **2020** | 27 | 93 |



### New Grads & Intern Hires by Year

*46 offers extended: 39 offers accepted, 7 offers pending, 0 declines!*



# 2020 Summer Intern Program by Discipline

## Oil & Gas

| Discipline | # of Internships |
|---|---|
| Data Management | 4 |
| Office Engineers (Houston) | 19 |
| Field Engineers | 5 |
| Geoscience | 7 |
| HES | 1 |
| Integrated Supply | 4 |
| Land | 4 |
| Low Carbon Ventures | 2 |
| Petrophysics | 3 |
| **TOTAL OOG** | **49** |

## OPC

| Discipline | # of Internships |
|---|---|
| Accounting | 4 |
| IT | 14 |
| HES | 1 |
| Midstream & Marketing | 1 |
| Real Estate | 1 |
| **TOTAL OPC** | **21** |

## OxyChem

| Discipline | # of Internships |
|---|---|
| Accounting | 2 |
| Supply Chain | 2 |
| Sales | 1 |
| Engineering | 18 |
| **TOTAL OCC** | **23** |



# Approved University List

Colorado School of Mines

Louisiana State University

Missouri S&T University

Rice University

Texas A&M University

Texas Tech University

Tuskegee University

University of Houston

University of Oklahoma

University of Texas

University of Tulsa

University of Wyoming

*Auburn University\**

*Baylor University\**



\*Strategic University for OxyChem Recruitment

Occidental [Ping Lu] 000042

9

# Universities and Disciplines – Career Fair Dates

**Colorado School of Mines**
- Sep 10 – Engineering (O&G, Chem)
- Sep 10 – Geoscience (O&G)

**Louisiana State University**
- Sep 10 – Engineering (O&G, Chem)

**Missouri S&T University**
- Sep 24 – Engineering (O&G, Chem)

**Rice University**
- Sep 24 – Engineering (O&G)

**Texas A&M University**
- Sep 4 – Engineering (O&G, Chem)
- Sep 19 – Industrial Distribution (PAID)
- Sep 25 – Accounting, IT, SCM (O&G, Chem)

**Texas Tech University**
- Aug 22 – Land (O&G)
- Sep 18 – Engineering (O&G, Chem)
- Oct 2 – IT, SCM (O&G)

**Tuskegee University**
- Sep 26 – Engineering (O&G, Chem)

**University of Houston**
- Sep 12 – Engineering (O&G, Chem)
- Sep 13 – Accounting, IT (O&G)

**University of Oklahoma**
- Sep 12 – Engineering (O&G)

**University of Texas**
- Sep 4 – Accounting, IT (OPC)
- Sep 11 – Engineering (O&G)
- Sep 18 – Geoscience (O&G)

**University of Tulsa**
- Sep 11 – Engineering (O&G)
- Sep 19 – Land (O&G)

**University of Wyoming**
- Oct 1 – Engineering (O&G)

**Addt'l Recruitment Events**
- Sep 5 - AAPG (Geo)
- Sep 16-17 - Rocky Mountain Rendezvous (Geo)









# 2019 Intern Class

## Oxy Legacy

- No full time opportunities at this time
- Encourage to go to career fair
- Ask them to check in with the University Relations team if they receive an offer

## APC Legacy

- Decision made to hold on offers for both interns and full-time
- Pending approval from GOM and the Rockies
  - Interns eligible for repeat internships would have priority in consideration for these roles



# Workflow of UR Campus Recruitment

| Job Postings | 1-1.5 months prior to Career Fair | University Relations Team | Posted on Career Center Job Sites & Taleo |
| --- | --- | --- | --- |
| Aug-Sep | | | |

| Info Sessions | The evening prior or evening of Career Fair | On-Campus Reps | Provide overview of Oxy |
| --- | --- | --- | --- |
| Sep-Oct | | | |

| Career Fairs | Career Fair Day | On-Campus Reps & Student Ambassadors | Review resumes & Identify interview candidates |
| --- | --- | --- | --- |
| Sep-Oct | | | |

| Interviews (All Students) | 1-2 weeks after career fair | Core Interview Team | Interviews conducted virtually |
| --- | --- | --- | --- |
| Sep-Oct | | | |



Occidental [Ping Lu] 000045

12

Case 4:20-cv-03709 Document 24-1 Filed on 11/21/22 in TXSD Page 46 of 249

# Workflow of UR Campus Recruitment

## *Continued*

| 2nd Round Interviews (Full-Time) *Sep-Oct* | After virtual interviews | Work with UR & HR to schedule 2nd round interviews on-site | HR to determine interview team and schedule |
|---|---|---|---|

| Offers (Interns) *Sep-Oct* | After virtual interviews | Notify UR & HR with interview feedback & recommendation | Candidate has 5 business days to respond |
|---|---|---|---|

| Offers (Full-Time) *Sep-Oct* | After 2nd round on-site interviews | Notify UR & HR with interview feedback & recommendation |
|---|---|---|

| Regrets *Sep-Oct* | After students accept offer / position is filled | Close Position in Taleo |
|---|---|---|



# Virtual Interview Process

We are moving all on-campus interviews to virtual interviews for the Fall 2019 recruitment season



| 1st Round Interviews | ➡ | Virtual Interviews |

| 2nd Round Interviews (Full time only) | ➡ | In-Person interviews |

| Interviews (All Students) Sep-Oct | 1-2 weeks after career fair | Core Interview Team | Interviews conducted virtually |

Timeline for interviews will be within 1-2 weeks after the career fair for each respective university.



Occidental [Ping Lu] 000047

14

# Unconscious Bias in Recruiting





Occidental [Ping Lu] 000048

15

# Booth Setup

**Preferred booth setup:** move table(s) to side to maximize space and let candidates into area to talk to representatives

Mobile registration





# Mobile Registration Forms



- Each career fair will have 1 or 2 framed QR code documents at the booths
- **QR Codes:** Link to registration form to request school, major, grad date, GPA, etc.
- **COMMUNICATE TO STUDENTS TO REGISTER**
- UR will send application instructions to all registered students who qualify







Occidental [Ping Lu] 000050

17

# New Giveaways!



Bluetooth Speakers

Easy to carry bags

Reusable straws

Eyewear retainers

Occidental [Ping Lu] 000051

18

# Next Steps!

## University Relations Team

- Finalize campus teams
- Schedule breakout sessions per university to help further prepare for on-campus events
- Send calendar invites for all on-campus events

## On-Campus Representatives

- Respond to UR meeting invite for breakout session
- Ask UR if you need a navy polo (if this is your first time recruiting for us)
- Make travel reservations once you receive your university confirmation





Occidental [Ping Lu] 000053

# EXHIBIT 4

Occidental [Ping Lu] 000054

**From:**              University Relations
**Sent:**              Thursday, August 29, 2019 11:19 AM
**Cc:**                University Relations; Tucker, Keri; Whitley, Erin; Collins, Keely M
**Subject:**         University Relations Update- Oxy Fall Recruiting

To all Legacy APC UR Discipline Leads, former Campus Recruiters, and Summer 2019 Intern Supervisors:

Things are happening quickly with Fall Campus Recruiting and messaging to our summer 2019 interns. Here's a rundown:

- The email below was sent to summer 2019 interns this morning. This information was developed based on information from Oxy UR.
- Oxy has requested 1-2 legacy APC campus recruiters to participate at fall campus recruiting events. Discipline leads submitted names to us recently. Legacy APC UR is inviting them to Oxy-led prep meetings as they are scheduled. Not everyone who recruited in the past will be invited. Those who never recruited will not be considered this semester.
- We will communicate with discipline leads and potential campus recruiters on a "we need you now" basis. That's the best we can do as we have very little lead time on planning and are doing the best we can with limited info.
- Thank you for your patience. We recognize this is not an ideal situation and more planning would have been helpful. We are working to do right by our interns and give them the best chance possible. We also need to be very direct and not give false hopes or string them along.

Please coordinate with your discipline lead when feasible and reach out to us at UniversityRelations@Anadarko.com as needed for critical questions.

Thank you for your efforts to look out for our talented and eager summer 2019 interns! We love them as much as you do and will continue to work to give them support and clarity.

Keely Collins
HR- University Relations & Onboarding
Anadarko Petroleum Corporation, a wholly owned subsidiary of Occidental Petroleum Corporation
O: 832-636-3158
M: 210-471-1833

If you are not the intended recipient of this email message, any use, distribution or copying of the message is prohibited. Please let me know immediately by return email if you have received this message by mistake, then delete the email message. Thank you.

---

**From:** University Relations <UniversityRelations@anadarko.com>
**Sent:** Thursday, August 29, 2019 9:56 AM
**To:** University Relations <UniversityRelations@anadarko.com>
**Subject:** Oxy Employment and Internship Opportunities

Summer 2019 Anadarko Interns,

Greetings from your legacy Anadarko University Relations team. We hope your semester is getting off to a great start. We have some new information to share with you regarding employment opportunities.

1

Occidental [Ping Lu] 000055

- Full-time Opportunities - If you are interested in a full-time opportunity with Oxy there are no positions available at this time.
- Summer 2020 Internships - If you are interested in a Summer 2020 internship with Oxy, check your career services for Oxy events on campus this fall. Currently scheduled campus events are listed here: LinkedIn Oxy Career Fairs
   - Oxy needs an updated resume from you, please apply via their website. LINK: www.oxy.com/careers

For more updates as they become available visit www.oxy.com/careers and follow Oxy on LinkedIn at: www.linkedin.com/company/oxy

Thank you,

**Anadarko University Relations**
UniversityRelations@Anadarko.com

**Occidental [Ping Lu] 000056**

| | |
|---|---|
| **From:** | Graybill, Jeremy |
| **Sent:** | Wednesday, September 11, 2019 3:43 PM |
| **To:** | Bayeh, Alex; Berestovsky, Natalie; Cao, Dingzhou; Lu, Ping; Tobar, Ingrid; LeMoine, Vincent; Akkam Veettil, Dilshad; Kara, Mustafa; Zhan, Cheng; Fernandez, Ricardo; Madarshahian, Ramin; Teixeira de Moraes, Luis Felipe; Ben, Yuxing; Perrotte, Michael; Mitsakos, Nikolaos; Xiao, Yuan; Zhang, Yanyan; Gupta, Himanshu |
| **Subject:** | Data Science Internship Program Update |
| **Attachments:** | University Relations Update- Oxy Fall Recruiting; Oxy_Fall_Internship_Recruiting_Update_2019.pptx |

Since all of you have been involved in our Data Science internship program, I wanted to provide you with an update on the program and additional information.

I was told today, and it's supported in the presentation linked to below and the information in the attached email, that the Data Science Internship program is effectively dead, in that we will not be making any offers to any of our 2019 summer interns (as repeat interns or college new hires), and that we need to cancel all of our existing scheduled campus informational sessions, recruiting sessions, and interviewing sessions, as we will not be continuing with a Data Science internship program for the summer of 2020.  As far as a timeline, this means that none of you will have any of the following job responsibilities related to our Data Science internship program, in comparison to previous APC job responsibilities you potentially had:

1.  Providing input into or making a decision on which Data Science candidates should be hired as returning interns for next summer, or as college new hires after graduation. (Fall 2019)
2.  Recruiting Data Science candidates at the various college campuses and through our other recruiting efforts. (Fall 2019)
3.  Interviewing Data Science candidates for potential 2020 summer internship opportunities, both through recruiting efforts and formal scheduled interviews. (Fall 2019)
4.  Providing input and deciding which Data Science candidates will be selected to receive internship offers. (Fall 2019)
5.  Extending offers to Data Science intern candidates for the summer 2020 internship program. (Fall 2019)
6.  Determining which Data Science projects the interns work on, and preparing for the Data Science summer internship program. (Spring 2020)
7.  Providing individual mentorship, management, project advisement, and general internship program mentorship and input throughout the Data Science internship program. (Summer 2020)
8.  Providing input into or making a decision on which Data Science candidates should be hired as returning interns for the following summer, or as college new hires after graduation. (Summer to Fall 2020)

To save you time, I've listened to the HR University Relations presentation linked to in the forwarded email below, and documented the most pertinent facts for our program as listed below.  I've also attached a presentation which provides all of the screen shot grabs, since the PowerPoint presentation used in the HR presentation wasn't provided by Oxy HR to our HR department.

**Slide 8**
**5:14** - "This is what we're going to campus for this year" which doesn't include any Data Science internships.
**6:15** - "For international students, typically we will look at international students on the specialized side, so petrophysical roles, often times PhD roles.  There are some opportunities on the engineering side, where we need that level of student, so that's where that might come in."  Again, this does not include Data Science internships, and

1

**Occidental [Ping Lu] 000057**

historically, 11 out of 12 of our Data Science interns over the past 2 summers have been international students, due to the required capabilities for Data Science interns.

**Slide 10**
This provides all of the Career Fair possibilities for this year.  No Data Science related Career Fairs exist or will be scheduled, and we were not contacted by Oxy to be included in this discussion, any of the recruiting events, or any future discussions.

**Slide 11**
No offers, full time or for interns are being provided.  In addition, APC Legacy interns are treated differently than Oxy Legacy interns, and are not encouraged to go to Career Fairs or to check with University Relations, while Oxy Legacy interns are encouraged.

**Slide 12**
**14:05** - "All positions have already been posted on our Oxy careers website, as well as external websites."  This did not include any Data Science positions.

**Slide 13**
**16:38** - "We target to extend offers immediately as soon as possible whenever you guys tell us 'Hey, we thought this candidate was a rock star who's a must' we'll be extending those offers as soon as possible. We try to be as quick as possible."  So even if we were moving forward with a Data Science intern program, this means that we are no longer able to provide on the spot job offers to outstanding candidates as we have been able to do in the past.

**Slide 14**
**17:48** - "We do our behavioral based training versus a full on technical interview session for our interns."  Oxy is changing the interviews from in person interviews to virtual interviews, and changing the structure to be behavioral based instead of technical based, which obviously has many issues for identifying the highest qualified Data Science interns, even if we were continuing with the Data Science internship program.

Thanks,
-Jeremy

---

**From:** Tucker, Keri <Keri.Tucker@anadarko.com>
**Sent:** Wednesday, September 11, 2019 10:58 AM
**To:** Graybill, Jeremy <Jeremy.Graybill@anadarko.com>
**Subject:** FW: Oxy Recruiting Overview Presentation

Hi Jeremy,

Please see the instructions below to view the Oxy recruiting presentation.

Thank you,

*Keri Tucker*

University Relations Representative
1201 Lake Robbins Dr.
The Woodlands, TX 77380
(832) 636-3963
Keri_Tucker@oxy.com

Occidental [Ping Lu] 000058

**From:** University Relations
**Sent:** Tuesday, September 3, 2019 3:39 PM
**Subject:** Oxy Recruiting Overview Presentation

Legacy APC Recruiters,

If you were unable to attend the Oxy Recruiting Overview last week, Oxy has made the presentation available to view via this external link: <u>Fall 2019 Campus Recruitment Overview (08-28-19, afternoon)</u>

Please note that you will need to enter the password in order to view: ***OxyUniversityRelations***

Thank you,

**Anadarko University Relations**
<u>UniversityRelations@Anadarko.com</u>

**Occidental [Ping Lu] 000059**

# EXHIBIT 5

Occidental [Ping Lu] 000060

# AAET Portfolio – Evaluation progress update

August 28th, 2019



Occidental_[Img Lu] 000061

# Executive summary

PRELIMINARY

- Evaluated 23 of the largest products in the AAET portfolio (Chiefs+DMA+IT)

- Majority of products will be "Archived" (i.e. eliminate costs, preserve IP):

  – **Archive 11 products**

  – **Merge 2 products,** capabilities being evaluated for potential inclusion in Oxy platform

  – **Sustain use for 8 products,** due to business continuity and risk mitigation, with "**keep the lights on" spend levels**

  – Continue usage & **roll-out of 2 products** based on **high operational reliance** and **high potential for legacy-Oxy assets**

- **88% reduction in go-forward addressable spend on AAET products ($4.6 MM out of $37.5 MM baseline)**

- **Fixed cost commitments total ~$7.5 MM per year** for Google Cloud, Kelvin, and other contracts being examined (not included in addressable spend)

- **Unclassified cost of $4.9 MM** needs to be further evaluated (not included in addressable spend)

- Next steps
  – Refine estimates of go-forward maintenance, unclassified and fixed cost commitments
  – Explore downstream impact of data collection spend
  – Prepare integration plans for technologies to be adopted or sustained
  – Local analytics team portfolio analysis (not part of AAET)



**Occidental [Ping Lu] 000062**

2

# Objectives of the discussion today

**1** **Summarize recommendations from SME evaluations**

**2** **Review IT dependencies and costs going forward**

**3** **Next steps**

**4** **Deep-dive on products recommended for sustain or expand as needed**



**Occidental [Ping Lu] 000063**

3

# 1 Recommendations for portfolio result in 88% reduction in addressable spend



PRELIMINARY

| Product recommendation | Definition | # of products | Spend summary, $MM | | |
|---|---|---|---|---|---|
| Archive Or Merge | ▪ **No additional funding**<br>▪ Allow code to be accessed and key modules incorporated into Oxy Platforms<br>▪ Cost of migrating data into Oxy platforms is TBD | 13 | 20.0 | 20.0 / **-100%** | 0 |
| Sustain | ▪ **Fund "keep the lights on" maintenance** to sustain current functionality<br>▪ Cost of migrating tools into Oxy systems is TBD | 8 | 6.6 | 5.3 / **-80%** | 1.3[2] |
| Expand | ▪ **Consider deployment into legacy Oxy BUs**<br>▪ In-flight development projects to be rationalized with DMA roadmap | 2 | 10.9 | 7.6 / **-70%** | 3.3[3] |
| Total | | 21 | 37.5 | 32.9 / **-88%** | 4.6 |

AAET 2020 addressable forecast spend[1]     Synergy savings     Go-forward cost to Oxy per year



1 Full 2020 estimate provided by AAET is $50 MM. Excluded from addressable spend is $4.9 MM of "unclassified" costs and estimated IT / cloud expenses of $7.6 MM
2 Cost estimates for sustain include basic maintenance and assumed IT / cloud expense
3 Cost estimates for expand include recommended development and roll-out spend, maintenance, and IT / cloud expenses

Occidental [Ping Lu] 000064

4

# 1 8 products are recommended to **Sustain** and 2 to **Expand**

PRELIMINARY

| | Product | Summary | Evaluator | Annual go-forward spend, $MM | | | Comments |
|---|---|---|---|---|---|---|---|
| | | | | Deploy/ develop[1] | Maintenance + IT / cloud | Total | |
| **Products to Expand** | **IPSO Offshore** | Surveillance and res. management | M. Hackworth, J. Keating, D. Le, SP Singh | 0.9 | 0.9 | 1.8 | In active use for all offshore platforms, recommended to be maintained and updated for GOM BU |
| | **IPSO Onshore** | Surveillance and res. management | M. Hackworth, S. Lauver, S. Liu | 0.9 | 0.7 | 1.6 | In active use by legacy-APC DB team, recommended to maintain in short term and combine with other Oxy systems for surveillance in legacy Oxy BUs |
| **Products to Sustain** | **FiDO** | Uncertainty analysis package | J. Keating, SP Singh | 0 | 0.6 | 0.6 | In active use by GOM teams. Similar but less capable vendor products available at less cost, sustaining is least disruptive option |
| | **DXP (development planning module)** | Dev. plan optimization | S. Lauver | 0 | 0.1 | 0.1 | Dev. planning modules are in early deployment but can be supported at low incremental cost |
| | **LogQC (standalone), IP Toolkit (2 products)** | Petrophysical tools, plug and play | K. Newsham | 0 | 0.1 | 0.1 | Will be incorporated into existing platforms at very low cost |
| | **Geophysical ML, ARCQis, SaltID, & CTL (4 products)** | Geophysical interpretation and ML tools | K. Koster | 0 | 0.4 | 0.4 | Will be available for expert users with 1-3 Headwave licenses for $300k annually, TBC |
| | | | Total | 1.8 | 2.8 | 4.6 | |

G&G product    Eng. product



1 Includes development of select in-flight projects and deployment/roll-out costs

Cost estimates are preliminary, and reconciliation with Value Capture targets is underway

Occidental [Ping Lu] 000065

5

# **1** 13 products / initiatives are recommended to **Archive or Merge**

PRELIMINARY

| | G&G product | Eng. product |
| :-- | :-- | :-- |
| | Other | |

| | Product | Evaluator | Addressable spend saved[1] $MM | Comments | | Product | Evaluator | Addressable spend saved[1] $MM | Comments |
| :-- | :-- | :-- | :-- | :-- | :-- | :-- | :-- | :-- | :-- |
| **Products to Archive** | **LogQC (cloud)** | K. Newsham | 1.5 | Clould-based products associated with the Lithos platform are still in development, and were determined to be high cost relative to existing solutions in use at Oxy | **Products to Archive** | **Next Gen 3D Visualization** | D. Hoffman | TBD | Associated with Lithos and recommended for cancellation |
| | **PetroPT** | K. Newsham | 1.5 | | | **DXP (exploration module)** | B. Bullock | TBD | Exploration module can be Archived for potential future use, but no current applicability to Oxy |
| | **Tops Propagation Tool** | K. Newsham | 1.5 | | **Products to Merge** | **FPO – Real Time Drilling** | J. Mejia | 4.1 | Highest-value capabilities being examined for potential inclusion in ODA |
| | **Lithos Toolkit** | K. Newsham | 2.5 | | | **FPO – Real Time Completion** | J. Mejia | 2.3 | Highest-value capabilities being examined for potential inclusion in ODA |
| | **Multiscale Facies Mapping** | K. Newsham | 2.2 | | | **Open Innovation** | M. Hackworth | 1.7 | Crowd-sourcing program recommended for cancellation |
| | **Geomechanical Reservoir Characterization** | K. Newsham | 0.1 | | | **Emerging Technologies[2]** | M. Hackworth | 2.0 | Incubator program recommended for cancellation, BUs may continue to fund specific programs as needed |
| | **Advanced Geologic Modeling** | D. Hoffman | 0 | Future development should be cancelled, existing Petrel plug-ins should be made available | | | | | |

**Total addressable spend saved:** **$20 MM** Associated headcount and synergy opportunities is being analyzed

**Occidental [Ping Lu] 000066**



1 Represents total estimated development and maintenance costs provided by AAET
2 Total provided for Emerging Technologies is $6.3 MM; $4.3MM is assumed to be fixed cost associated with Kelvin and other vendors and removed from addressable spend, TBC

**2** Fixed cost commitments of $7.5 MM are associated with the portfolio

PRELIMINARY

| Contract | Annual contract amount, $MM | Contract end date | Comments |
|---|---|---|---|
| **Google Cloud** | 3.2 | Oct 1, 2021 | Exit options being evaluated |
| **Kelvin** | 3.0 | May 1, 2020 | IoT technology used for production optimization in DJ, and used by RTD (recommended for archiving). Evaluators recommendation is to continue where in active use |
| **MapR** | 1.0 | Jan 31, 2021 | Phase-out options being evaluated. Used by IPSO |
| **StreamBase, MongoDB** | 0.3 | TBD | Mongo is also used by Oxy, may consolidate contracts |
| **Total** | 7.5 | | |



Occidental [Ping Lu] 000067

7

1. Improve understanding of costs for maintenance, data transfer, and integration

2. Integrate recommendations with Value Capture initiatives for DMA

3. Finalize path forward for targeted adoption of analytics algorithms and high-potential modules



**Occidental [Ping Lu] 000068**

# BACKUP



**Occidental [Ping Lu] 000069**

# The AAET technology portfolio by type and function

**Recommendation**
○ Archive   ● Merge   ● Sustain   ○ Expand



**Functional categories**

AAET product | Evaluator

✓ Potential overlap with Oxy technology, to be further evaluated

| Technology types | Geophysics | Petrophysics and earth modeling | | Field development + appraisal | Reservoir management | Drilling and completion | Facilities |
|---|---|---|---|---|---|---|---|
| **Data analytics** | ● Geophysical ML | ● LogQC and PetroPT | ● Multi-scale Facies Mapping | ● DXP | | | ● APA |
| | Geophysical interpretation using deep learning | ML for accelerated petrophysical QC and log-based basin interpretation | Data-driven facies characterization and basin mapping | Data analytics for exploration and appraisal | | | Predict and study facility shutdowns |
| | Klaas Koster | Kent Newsham | Mary Parke | Brian Bullock | | | Matt Hackworth |
| **Real time operations** | | | | | | ● FPO – RT Drilling | |
| | | | | | | Real-time ops, incl. edge computing at rig site | |
| | | | | | | ● FPO – RT Completion | |
| | | | | | | Stage-level cost opt., Frac hit monitoring, Frac diagnostics | |
| | | | | | | Juan Mejia | |
| **Workflow automation / accelerated interpretation** | ● ARCqis and Salt ID | ● Tops Propagation Tool | ● Geomech. Res. Char. | | | ● Open Innovation + Emerging Technologies | |
| | Accelerated seismic processing | Basin-wide stratigraphic framework | Accelerated basin-wide geomechanical modeling | | | Additional technologies in development, not shown here or with limited deployment to date, from the Open Innovation and Emerging Tech groups | |
| | Klaas Koster | Mary Parker | K. Newsham & J. Kessler | | | Matt Hackworth | |
| **Integrated platforms / visualization products** | ● Close-the-Loop | ● Lithos Toolkit | ● Adv. Geo. Modeling | ● FiDO | ● IPSO Offshore | ● Foundational data management + cloud capabilities | |
| | Integration of seismic data with static models | Integrated characterization platform | Integrated characterization platform | Uncertainty analysis and dev. plan. optimization | Integrated field, well, reservoir, and facility optimization | Data infrastructure and cloud requirements across technologies | |
| | Klaas Koster | Kent Newsham | Brian Bullock | James Keating | M. Hackworth & SP Singh | Randy Volkin & Mustafa Rizvi | |
| | | ● IP Toolkit | ● Next generation 3D Visualization | | ● IPSO Onshore | | |
| | | Petrophysical plugins for IP software | GPU-based visualization | | Integrated field, well, reservoir, and facility optimization | IT Lead: Randy Volkin<br>**Occidental [Ping Lu] 000070**<br>DMA Lead: Reza Rastegar | |
| | | Kent Newsham | Dave Hoffman | | M. Hackworth & S. Lauver | | |

10

# AAET spend forecast for 2020

PRELIMINARY

| Product Lines[1] | Cpx $MM | Opx $MM | FTEs $MM | Total $MM | # Contrs | # FTEs |
|---|---|---|---|---|---|---|
| **AAET Cloud Eng & Infrastructure** | 0.5 | 1.2 | 2.1 | 3.8 | 6 | 5 |
| **Advanced Reservoir Characterization** | 0.6 | 0.1 | 1.5 | 2.2 | 2 | 4 |
| **DL-Based Geophysics** | 1.0 | 0.1 | 2.9 | 4.0 | 3 | 7 |
| **DSRV (Geomechanical Simulator)** | 0.1 | 0.0 | 0.0 | 0.1 | 0 | 0 |
| **Emerging Tech** | 0.0 | 4.7 | 1.5 | 6.3 | 16 | 4 |
| **FiDO (Field Devp Optimization)** | 1.4 | 0.1 | 1.2 | 2.6 | 5 | 3 |
| **IPSO Offshore** | 4.3 | 0.4 | 1.4 | 6.1 | 16 | 3 |
| **IPSO Onshore** | 3.1 | 0.2 | 1.5 | 4.8 | 11 | 4 |
| **Lithos Toolkit (Unconventionals)** | 1.8 | 1.9 | 3.5 | 7.1 | 12 | 9 |
| **Open Innovation** | 0.0 | 1.3 | 0.4 | 1.7 | 4 | 1 |
| **RTC (Real-time Completions)** | 1.0 | 0.0 | 1.3 | 2.3 | 3 | 3 |
| **RTD (Real-time Drilling)** | 2.7 | 0.2 | 1.3 | 4.1 | 10 | 3 |
| **TCoE (Unclassified costs)** | 0.0 | 2.5 | 2.4 | 4.9 | 8 | 6 |
| **Total Spend** | **16.4** | **12.7** | **20.9** | **50.0** | **96** | **52** |

**A more complete understanding of the costs will require which platforms are supported by Google Cloud, whose contract carries a $300M / month commitment for 3 years ($10.8 MM)**



1 Costs are provided by APC and only cover the major products / platforms;

**Occidental [Ping Lu] 000071**

11

# EXHIBIT 6

Occidental [Ping Lu] 000072



# Core R&D

Product and Product Lines with direct enterprise mission impact; aimed at specific business objectives with surgical precision.



## Advanced Process Analytics

Reduces the equipment and facility downtime by using machine learning to predict and resolve issues.





## Advanced Reservoir Characterization & Quantitative Interpretation Solutions (ARCqis)

Developing advanced reservoir characterization solutions, such as novel approaches to seismic inversion, to predict reservoir properties from seismically derived attributes.





## High Density L48 Characterization

New toolsets for petrophysicists and geologists to efficiently create high-density datasets for next generation subsurface characterization.





## Intelligent Production Surveillance

Enables Reservoir and Production Engineers to interrogate, understand, and optimize well performance using real-time surveillance and automated algorithms.







## L48 Exploration & Development with Hyper-Cubes

Data-driven toolkit for rapid analysis of inter- and intra-basin datasets to derive insights for exploration screening and well campaign development planning.

`core` `l48 expansion`



## Machine Augmented Seismic Interpretation

Applying deep learning to seismic datasets to create more efficient & robust frameworks and property estimations than current methods are able to provide today.

`core` `dwgom success`



## Next Gen Reservoir Simulation

Through fit-for-purpose reservoir characterization and modeling technology, we provide frameworks that drive robust decision making under uncertainty, from exploration to production.

`core` `l48 expansion` `dwgom success`



## Real Time Well Construction Optimization

"Intelligent" control and edge computing in Drilling and Completions for fleet performance optimization (FPO). FPO enables real-time monitoring, automation, and optimization of drilling and completions."

`core` `digital ops`



ANADARKO
Technology

Send us an email at
**technology@anadarko.com**
We'll be glad to help!

| Launch Pad | Engage | Connect |
|---|---|---|
| IPSO | Emerging Technology | Press |
| RTD | Geoscience Technology | Submit an Idea |
| RTC | Open Innovation | |
| FiDO | Videos | |
| RS Prism | | |



Occidental [Ping Lu] 000074



# Machine Augmented Seismic Interpretation

core    dwgom success



### DL-based Seismic Fault Interpretation

Deep learning workflow for generating robust fault probability predictions across offshore and onshore seismic datasets



### DL-based Seismic Salt Interpretation

Harnessing deep learning to efficiently identify salt bodies and salt inclusions for enhancing velocity modeling, subsalt imaging, and drilling hazard identification



### DL-based Seismic Stratigraphic Interpretation

Deep learning workflow for classifying deep-water stratigraphic geometries such as channel complexes and MTC's in seismic data

DL-based Seismic Fault Interpretation    DL-based Seismic Salt Interpretation    DL-based Seismic Stratigraphic Interpretation

## About

Deep Learning and Machine Learning are exercises in human imitation. If I teach a machine to classify cats and dogs across thousands of images, chances are when the machine sees a new image it's never seen before, it will be able to recognize if there is a cat or dog in the picture much like a human would be able to do. It is a classification problem and you and I do it all the time when we recognize faces, shapes, or more complex patterns.

We are using this same technique to train a machine to pick geologic features we are attempting to identify – everything from a fault or salt structure to other stratigraphic features. So what is the purpose of doing this at scale? Instead of manually interpreting just a small subset of data, we are able to interpret every single pixel of seismic imagery that we have within petabytes of data using a computer. Thus, we can train a machine to pick broader scale exploration features or finer features in a development optimization context.

Occidental [Ping Lu] 000075

Decision makers now have the power to use this extraordinarily high density feature classification (faults, salts, and stratigraphy) to explore for oil and gas accumulations by tracing fluid migration patterns. Similarly, we can infer better development patterns in the form of placement and number of infill wells to optimally drain a reservoir.

## Value Opportunity

Inferring geologic context from seismic data requires geoscientists to recognize patterns in the data. These patterns are learned after years of studying textbook diagrams, doing field work, and learning from experience. Armed with these experiences, geoscientists can interpret the rock record to better understand its origins and implications for E&P success. Since Machine Learning algorithms can excel in detecting patterns in data, it stands to reason that this technique might also be applied to detect and map stratigraphic features in 3D seismic data. A mature set of detection algorithms could be built up to interpret a whole host of geologic features. These could include:

- horizons likes mudlines & basements;
- architectures like deepwater channels, mass transport complexes, shelf foresets, lobes & levees;
- seismic irregularities like AVO anomalies, flat spots, & gas chimney clouds;
- and perhaps even source rock & reservoir intervals themselves.

And all of these could be done in the same amount of time as a coffee break. This has the potential to vastly improve the speed and precision of seismic data analysis.

## Roadmap

DL-based Seismic Stratigraphic Interpretation Roadmap



Send us an email at
**technology@anadarko.com**
We'll be glad to help!

| Launch Pad | Engage | Connect |
|---|---|---|
| IPSO | Emerging Technology | Press |
| RTD | Geoscience Technology | Submit an Idea |
| RTC | Open Innovation | |
| FiDO | Videos | |
| RS Prism | | |

Occidental [Ping Lu] 000076



# Advanced Reservoir Characterization & Quantitative Interpretation Solutions (ARCqis)

core   dwgom success



## Data Driven Low Frequency Models
Generate seismically driven low frequency models that will directly impact the estimations of rock properties away from control points



## ML-based Seismic Inversion
ML-based alternative stochastic inversion technique for seismically constrained property distributions for enhanced exploration and development campaign success



## ML-based Noise Attenuation



## Waveform Similarity Workflow

Occidental [Ping Lu] 000077

Explore current advancements in noise attenuation within the machine learning field in order to apply them to seismic data

Advanced solution for establishing similarities between seismic waveforms for geologic feature delineation, data classification, and comparison of seismic volumes

Data Driven Low Frequency Models          ML-based Seismic Inversion          ML-based Noise Attenuation          Waveform Similarity Workflow

## About

Many of the subsurface properties that affect reservoir performance aren't readily observable in seismic data. Instead, engineers and geophysicists must develop inferential models to relate our seismic data measurements to reservoir and fluid properties. This effort is two parts science and one part art. To drive the science, we are tapping into new technologies like deep learning and voice recognition algorithms. To drive the art, we are building advanced interpretation tools to integrate data-driven results with more subjective model-driven estimates. The combination of the two will yield enhanced insight to drive reservoir development and optimization decisions.

## Value Proposition

Noise attenuation is a crucial part of seismic data analysis. Most of the time pre-stack data delivered from processing shops can be further improved in some aspects such as removing residual noise or further correction of move-out misalignment. It is especially important for inversion since the prediction is directly derived from pre-stack of partially stacked seismic data. When seismic data is contaminated with noise or multiples, those problems will propagate to the inversion results. It is quite challenging to work in pre-stack domain due to large amounts of data. We are exploring machine learning applications for noise attenuation as well as aiming to leverage our cloud computing capabilities to better handle these large datasets.

## Roadmap

ML-based Noise Attenuation Roadmap

ANADARKO
Technology

Send us an email at
**technology@anadarko.com**
We'll be glad to help!

| Launch Pad | Engage | Connect |
|---|---|---|
| IPSO | Emerging Technology | Press |
| RTD | Geoscience Technology | Submit an Idea |
| RTC | Open Innovation | |
| FiDO | Videos | |
| RS Prism | | |



Occidental [Ping Lu] 000078

# EXHIBIT 7

Occidental [Ping Lu] 000079

# MEMORANDUM

| TO: | Governance and Risk Committee | DATE: | Nov 16, 2018 |
|---|---|---|---|
| FROM: | Sanjay Paranji, Chief Technology Officer | | |
| RE: | Advanced Analytics and Emerging Technologies (AAET) Update | | |

## Executive Summary

The AAET team continues to make good progress on the following strategic objectives:

- Digitalizing operations with automated surveillance and intelligent control
- Increasing velocity and quality of Lower 48 (L48) basin evaluations
- Optimizing field development (onshore & offshore)
- Enhancing exploration through advanced seismic imaging

AAET's organizational structure has evolved with end-to-end capabilities from ideation to in-house software development skills allowing us to sustainably deliver our products to the end-user and co-develop business-driven technical functionality in concert with business units. We have brought AAET and Geoscience Technology together into one team to foster increased connectivity between research & development and deployment efforts, and are developing a more robust data infrastructure with a dedicated DataOps team to support the migration of our analytics workloads to the Google Cloud Platform (GCP).  Our stakeholder engagement is on a positive trajectory and has measurably increased with the engagement of over 380 users across the 6 distinct R&D product-lines now deployed to the asset teams corresponding to strategic objectives above.

AAET and IT have entered into a commercial agreement with Google for usage of Google Cloud Platform (GCP) with a negotiated commitment of $10MM in spend over the next 3 years.   GCP is the preferred cloud platform for the continued development of AAET's next-generation applications and analytics and provides access to proprietary hardware specifically designed for Artificial Intelligence and Machine Learning, a more compelling technology stack for application developers, data-scientists and considerably faster GPU hardware adoption.  The softer and intangible benefits of the agreement surround access to Google Engineering teams and the opportunity for our people to collaborate and learn from Google's experts to help solve some of our most difficult problems and help guide their future roadmaps as they pertain to Oil and Gas problems.

## Analysis

### *Digitalizing Operations with Automated Surveillance and Assisted Control*

At the end of January 2018, the AAET team in collaboration with our DW GoM team, successfully deployed a production surveillance and optimization system called IPSO. IPSO's purpose is to optimize base production through real-time surveillance and efficient reservoir management.

IPSO now covers approximately 150 wells across all deep-water facilities (16 operated and non-operated facilities in GoM and Ghana) and extended to the Onshore Delaware Basin team with ~1000 horizontal wells. Following the successful scale out in the Delaware Basin, we will shift focus to the Powder River Basin (PRB), expanding functionality to an emerging asset. The next major release, set for January 2019, will incorporate integrated forecasting and scheduling (IFS) for all DW GoM assets to enable real-time tracking of production and downtime performance against forecast. This unified framework is intended as a management tool providing the ability to measure forecast accuracy over time. Two critical components of IPSO Onshore include the development of productivity index (PI) based forecasting functionality which assesses well performance, even under infrastructure rate constraints, and the development of high density mapping functionality to spatially represent all information available in IPSO. Together these features impact both the financial and technical post appraisal workflows the asset teams perform today.

The AAET team's work with real time drilling and completions is ongoing and we have achieved a significant milestone in our first Internet of Things (IoT) driven initiative. All onshore rigs and frac vans are now equipped with data-gathering black boxes with data streaming into our high performance historian at 1-second frequency and 2-3 second latency. Thus far we have aggregated approximately 4 billion rows of data with auto-detected drilling and completion states. As of October 2018, we released both real-time drilling (RTD) and real-time completions (RTC) models to the end user community for monitoring of rig and frac fleets and will be incorporating additional cost monitoring and optimization functionality based on user feedback. RTD has released deepwater drilling and tripping KPI dashboards to aid in rig efficiency optimization, and for USON, has released a general drilling performance dashboard, automated days vs depth charts, KPIs (on and off bottom time metrics, footage analytics, and connection time performance), and 2-D/3-D directional analysis tools to compare planned and actual well paths. The first release of RTC went live in November 2018 and provides a real-time data viewing platform where all users can see near real-time data from all frac vans. Future releases will include functionality for real-time cost calculations, pump schedule management, and stage performance comparisons.

The AAET team also partnered with the DJ Operations team in our first successful intelligent (autonomous) control pilot to improve production across the well life cycle. In January 2018, we began testing control on 23 artificial lift wells (plungers) through a pilot with an IoT company, Kelvin. Results indicate an average production uplift of 5% coupled with increased uptime and projected NPV benefits around $10MM in the first year under a full-field implementation scenario. By Q1 2019 we plan to scale across all ~1500 horizontal wells and extend to an additional ~3000 vertical wells later in 2019.

_Increasing Velocity and Quality of L48 Basin Evaluations_

As of July 2018, we completed Generation 2 of the rapid basin evaluation workflows using machine-assisted log reconstruction, petrophysics and automated top-picking of geological

2

Occidental [Ping Lu] 000081

horizons. We recently acquired ~400K triple combo logs in addition to the existing 300K triple combo logs we currently own. This gives us coverage across every known petroleum system in the L48 and we are planning to use the generation 2 workflows against the entire L48 data coverage. This is an ambitious attempt to predict commercial sweet spots and production deliverability across the entire L48 and this effort is being jointly kicked off with exploration with validation against previous work in Louisiana Gulf Coast and Delaware. We are also working with the Delaware basin asset team and using the increased data coverage of approximately 6500 wells to produce higher resolution margin to margin basin maps which will have both lithological and geomechanical characterization. We believe this can be used for development campaign optimization purposes at a greater resolution than we have ever done before.

### *Optimizing Field Development (Onshore & Offshore)*

The AAET team delivered a multivariate analysis (MVA) workflow product to the Delaware Basin team that enhances development optimization decision-making and can also be used in business development applications to quickly evaluate acreage trades. We have incorporated public data of ~5000 wells, evaluated 183 input variables sampled from 124 maps and 59 well design/production variables and created economic maps at the basin scale for all operators and any proposed development plan scenarios in relation to completion design and inter-well spacing. The Delaware Basin team is currently evaluating the tool through a proof of concept on 13 wells and thus far have found the tool saves the development team approximately 10 hours on each well proposal compared to the previous workflow.

### *Enhancing Exploration through Advanced Seismic Imaging*

The AAET team achieved early success utilizing a cutting-edge machine learning approach with Generative Adversarial Network GAN-based super-sampling for fault picking, and more recently have been testing algorithms for salt features. We have delivered fault probability cubes to the Colombia team covering the entire Esmerelda 3D dataset, GoM teams working in the Lucius/Phobos areas, and two new prediction models to Wattenberg in Q3. This approach allows us to turn around fault predictions in two business days and these insights are being used to explore additional subsalt traps, assess tectonics and hydrocarbon systems evolution, and identify possible conduits between the hypothesized source rock and reservoir rocks. We continue to meet with teams to assess the business need for fault prediction projects and have over a dozen additional projects in the backlog.

Using our proprietary deep neural network architecture, we have prototyped multi-realization probability cubes that provide an interpreter with a quantitative confidence score for the presence or absence of salt in every voxel across the entire Bevo survey. Additionally, the salt probability cube prototype has been used to locally update the traditional velocity model generated by the vendor, WesternGeco (WGC). The team has also created a catalog of stratigraphic features that could be systematically and efficiently identified in seismic data if machine learning is injected into the interpretation workflow. As there are 2-3 years of R&D required to get through it all, the catalog has been circulated amongst staff and exploration leadership to prioritize by business

Occidental [Ping Lu] 000082

needs. Our first two attempts at detecting stratigraphic features using ML yielded moderate success, with iterative improvements arriving in the coming quarters.

## Conclusion

Enhanced stakeholder engagement remains a key focus for the AAET team throughout 2018. We now have a roadmap for each of our 15 project teams with a plan to continue engaging end-users in the delivery of application platforms and products to the company. Across four of our AAET platforms, we have engaged with over 380 users with over 100 new users added in October. We are forming deployment teams in both the engineering and geoscience domains with a dedicated focus on the integration and scale out of AAET products.

4

Occidental [Ping Lu] 000083

# EXHIBIT 8

Occidental [Ping Lu] 000084

**From:**          Yanyan_Zhang@oxy.com
**Sent:**          Thursday, October 03, 2019 4:42 PM
**To:**            Koster, Klaas
**Cc:**             Xiao, Yuan; Lu, Ping
**Subject:**        RE: Anadarko CS reconstruction

Hi Klaas,

I personally have doctor appointment on Next Monday so couldn't visit GW5.
We'll investigate on the data further and let you know the progress later.

Thanks.

Best,
Yanyan

---

**From:** Koster, Klaas <Klaas_Koster@oxy.com>
**Sent:** Thursday, October 3, 2019 3:50 PM
**To:** Zhang, Yanyan <Yanyan_Zhang@oxy.com>
**Cc:** Xiao, Yuan <Yuan_Xiao@oxy.com>; Lu, Ping <Ping_Lu@oxy.com>
**Subject:** RE: Anadarko CS reconstruction

Yanyan,

I know that you are using GANs, Ive read the TLE article. I am interested in comparing results, not underlying methods.
I'm not sure when I am next at APC, so let's start with a meeting at GW5 to show you what the problem is we have
solved using low-rank matrix completion.
I'm sure Maks and Reza will be part of the discussion here.

Klaas

---

**From:** Yanyan_Zhang@oxy.com <Yanyan_Zhang@oxy.com>
**Sent:** Thursday, October 3, 2019 3:44 PM
**To:** Koster, Klaas <Klaas_Koster@oxy.com>
**Cc:** Xiao, Yuan <Yuan_Xiao@oxy.com>; Lu, Ping <Ping_Lu@oxy.com>
**Subject:** RE: Anadarko CS reconstruction

Hi Klaas,

Since I'd need invite Cody and my other colleagues to help me explain, can we meet on a day that you'll be in APC
instead of me going to GW5?
Also, we're not using linear algebra or transformation methods to solve the problem, so I'm afraid some experience
might not be easily transferable.

Thanks!

Best,
Yanyan

Occidental [Ping Lu] 000085

**From:** Koster, Klaas <Klaas_Koster@oxy.com>
**Sent:** Thursday, October 3, 2019 3:16 PM
**To:** Zhang, Yanyan <Yanyan_Zhang@oxy.com>
**Cc:** Xiao, Yuan <Yuan_Xiao@oxy.com>; Lu, Ping <Ping_Lu@oxy.com>
**Subject:** RE: Anadarko CS reconstruction

Yes, of course. Right now Monday looks like a good day with relatively few meetings.
If you come to GW5 then I can show you all the work we have already done on CS with low-rank matrix completion and matching-pursuit Fourier interpolation.

**From:** Yanyan_Zhang@oxy.com <Yanyan_Zhang@oxy.com>
**Sent:** Thursday, October 3, 2019 3:09 PM
**To:** Koster, Klaas <Klaas_Koster@oxy.com>
**Cc:** Xiao, Yuan <Yuan_Xiao@oxy.com>; Lu, Ping <Ping_Lu@oxy.com>
**Subject:** RE: Anadarko CS reconstruction

Hi Klaas,

If you have time, can I request to schedule a meeting with you in person?
I'd like to explain our current problem and the difficulty we have to apply our method towards this problem, so that you can have a better understanding.

Thanks!

Best,
Yanyan

**From:** Koster, Klaas <Klaas_Koster@oxy.com>
**Sent:** Thursday, October 3, 2019 2:34 PM
**To:** Rastegar, Reza <reza_rastegar2@oxy.com>; Zhang, Yanyan <Yanyan_Zhang@oxy.com>
**Cc:** Xiao, Yuan <Yuan_Xiao@oxy.com>; Lu, Ping <Ping_Lu@oxy.com>; Pryporov, Maksym <Maksym_Pryporov@oxy.com>
**Subject:** RE: Anadarko CS reconstruction

Yanyan,

There is no fundamental difference between reconstruction of a single 3D pre-stack shot-gather, or a single 3D post-stack volume. Both can be simply represented as a sequence of 2D slices.

The whole point of compressive sensing is to sparsely sample the data non-uniformly and then reconstruct it to what you would have measured on a dense regular grid. So, I have no idea what the difficulty is.
Perhaps you are saying that you need some dense and uniformly sampled data for your training images? We have those of course.

Klaas

**From:** Rastegar, Reza <Reza_Rastegar2@oxy.com>
**Sent:** Thursday, October 3, 2019 2:26 PM
**To:** Zhang, Yanyan <Yanyan_Zhang@oxy.com>

Occidental [Ping Lu] 000086

**Cc:** Xiao, Yuan <Yuan_Xiao@oxy.com>; Lu, Ping <Ping_Lu@oxy.com>; Koster, Klaas <Klaas_Koster@oxy.com>; Pryporov, Maksym <Maksym_Pryporov@oxy.com>
**Subject:** Re: Anadarko CS reconstruction

Thanks Yanyan. I'm including Klaas in the conversation.

Klaas, please see the update. Any thought?

Sent from my iPhone

On Oct 3, 2019, at 1:43 PM, "Yanyan_Zhang@oxy.com" <Yanyan_Zhang@oxy.com> wrote:

> Reza,
>
> We're in the process of reviewing the data. The problem is actually not what we have published, we were working with
> post-stack migrated seismic, but this data is about pre-stack gathers. What's more important is this data is non-uniform sampled, which is different to our work.
>
> Best,
> Yanyan
>
> Get Outlook for Android
>
> **From:** Rastegar, Reza <Reza_Rastegar2@oxy.com>
> **Sent:** Thursday, October 3, 2019 7:12:36 AM
> **To:** Zhang, Yanyan <Yanyan.Zhang@anadarko.com>; Xiao, Yuan <Yuan.Xiao@anadarko.com>
> **Cc:** Lu, Ping <Ping_Lu@oxy.com>
> **Subject:** RE: Anadarko CS reconstruction
>
> Team,
>
> Were you able to get the data and try what Klaas was asking?
>
> Thanks,
> Reza
>
> **From:** Koster, Klaas <Klaas_Koster@oxy.com>
> **Sent:** Thursday, September 26, 2019 3:26 PM
> **To:** Zhang, Yanyan <YANYAN.ZHANG@ANADARKO.COM>; Xiao, Yuan <YUAN.XIAO@ANADARKO.COM>
> **Cc:** Pryporov, Maksym <Maksym_Pryporov@oxy.com>; Rastegar, Reza <Reza_Rastegar2@oxy.com>; Lu, Ping <Ping_Lu@oxy.com>
> **Subject:** RE: Anadarko CS reconstruction
>
> Yuan/Yanyan,
>
> I'd like to see your DL compressive sensing reconstruction (TLE, September 2019) applied to the enclosed shot gather.
> I enclosed the mask that was applied to the full dataset, so you know which seismic traces are missing.
> The dataset itself is on the Geophysics Function MS Teams site, Yuan has access to it:
> DUG_rec_sampled_pkl

**Occidental [Ping Lu] 000087**

Klaas

Example of Python code to read data:
```
import pickle as pkl
nxs = 641
P  = np.zeros((nxs,nxs),dtype=bool)
P =  pkl.load(open( 'DUG_ReceiverMask_pkl', "rb" ))
```

**From:** Cody_Comiskey@oxy.com <Cody_Comiskey@oxy.com>
**Sent:** Friday, September 13, 2019 4:42 PM
**To:** Koster, Klaas <Klaas_Koster@oxy.com>; Comiskey, Cody <Cody_Comiskey@oxy.com>;
Lu, Ping <Ping_Lu@oxy.com>
**Subject:** Re: Anadarko CS reconstruction

Sounds good. I would reach out to Ping and his team. My group wasn't involved in the project.

Thanks Klaas, have a good weekend

Cody

Sent from my Verizon, Samsung Galaxy smartphone

-------- Original message --------
From: "Koster, Klaas" <Klaas_Koster@oxy.com>
Date: 9/13/19 16:36 (GMT-06:00)
To: "Comiskey, Cody" <Cody_Comiskey@oxy.com>, "Comiskey, Cody"
<Cody_Comiskey@oxy.com>, "Lu, Ping" <Ping_Lu@oxy.com>
Subject: RE: Anadarko CS reconstruction

Thanks for the info. R&D is fine, possibly still good enough to attempt our benchmark.

**From:** Cody_Comiskey@oxy.com <Cody_Comiskey@oxy.com>
**Sent:** Friday, September 13, 2019 4:34 PM
**To:** Koster, Klaas <Klaas_Koster@oxy.com>; Comiskey, Cody <Cody_Comiskey@oxy.com>;
Lu, Ping <Ping_Lu@oxy.com>
**Subject:** Re: Anadarko CS reconstruction

Klaas, this project was a collaboration between the data science team and geophysical
technology and was an initial test in using ML for projects like this. I will defer to Ping on
the status of the work but at our last discussion, this was a strictly R&D project.

Cody

Sent from my Verizon, Samsung Galaxy smartphone

Occidental [Ping Lu] 000088

**From:** Rastegar, Reza <Reza_Rastegar2@oxy.com>
**Sent:** Thursday, October 3, 2019 7:12:36 AM
**To:** Zhang, Yanyan <Yanyan.Zhang@anadarko.com>; Xiao, Yuan <Yuan.Xiao@anadarko.com>
**Cc:** Lu, Ping <Ping_Lu@oxy.com>
**Subject:** RE: Anadarko CS reconstruction

Team,

Were you able to get the data and try what Klaas was asking?

Thanks,
Reza

---

**From:** Koster, Klaas <Klaas_Koster@oxy.com>
**Sent:** Thursday, September 26, 2019 3:26 PM
**To:** Zhang, Yanyan <YANYAN.ZHANG@ANADARKO.COM>; Xiao, Yuan <YUAN.XIAO@ANADARKO.COM>
**Cc:** Pryporov, Maksym <Maksym_Pryporov@oxy.com>; Rastegar, Reza <Reza_Rastegar2@oxy.com>; Lu, Ping <Ping_Lu@oxy.com>
**Subject:** RE: Anadarko CS reconstruction

Yuan/Yanyan,

I'd like to see your DL compressive sensing reconstruction (TLE, September 2019) applied to the enclosed shot gather.
I enclosed the mask that was applied to the full dataset, so you know which seismic traces are missing.
The dataset itself is on the Geophysics Function MS Teams site, Yuan has access to it:
DUG_rec_sampled_pkl

Klaas


Example of Python code to read data:
```
import pickle as pkl
nxs = 641
P  = np.zeros((nxs,nxs),dtype=bool)
P =  pkl.load(open( 'DUG_ReceiverMask_pkl', "rb" ))
```

---

**From:** Cody_Comiskey@oxy.com <Cody_Comiskey@oxy.com>
**Sent:** Friday, September 13, 2019 4:42 PM
**To:** Koster, Klaas <Klaas_Koster@oxy.com>; Comiskey, Cody <Cody_Comiskey@oxy.com>; Lu, Ping <Ping_Lu@oxy.com>
**Subject:** Re: Anadarko CS reconstruction

Sounds good. I would reach out to Ping and his team. My group wasn't involved in the project.


Thanks Klaas, have a good weekend

Occidental [Ping Lu] 000089

Cody


Sent from my Verizon, Samsung Galaxy smartphone


-------- Original message --------
From: "Koster, Klaas" <Klaas_Koster@oxy.com>
Date: 9/13/19 16:36 (GMT-06:00)
To: "Comiskey, Cody" <Cody_Comiskey@oxy.com>, "Comiskey, Cody"
<Cody_Comiskey@oxy.com>, "Lu, Ping" <Ping_Lu@oxy.com>
Subject: RE: Anadarko CS reconstruction

Thanks for the info. R&D is fine, possibly still good enough to attempt our benchmark.

**From:** Cody_Comiskey@oxy.com <Cody_Comiskey@oxy.com>
**Sent:** Friday, September 13, 2019 4:34 PM
**To:** Koster, Klaas <Klaas_Koster@oxy.com>; Comiskey, Cody <Cody_Comiskey@oxy.com>; Lu, Ping
<Ping_Lu@oxy.com>
**Subject:** Re: Anadarko CS reconstruction

Klaas, this project was a collaboration between the data science team and geophysical
technology and was an initial test in using ML for projects like this. I will defer to Ping on the
status of the work but at our last discussion, this was a strictly R&D project.

Cody


Sent from my Verizon, Samsung Galaxy smartphone

6

# EXHIBIT 9

Occidental [Ping Lu] 000091

| | |
|---|---|
| **From:** | Graybill, Jeremy |
| **Sent:** | Friday, September 06, 2019 2:35 AM |
| **To:** | Bayeh, Alex; Lu, Ping |
| **Subject:** | FW: Presentation |

FYI…since you two are part of this conversation as well.

Thanks,
-Jeremy

---

**From:** Graybill, Jeremy
**Sent:** Thursday, September 5, 2019 1:21 PM
**To:** Bowlby, David <David_Bowlby@oxy.com>
**Subject:** RE: Presentation

David,

I'm sorry you aren't feeling well, and I hope you get to feeling better soon.  Unfortunately, as I let Mustafa know, I won't be able to attend the meeting tomorrow, since it is my Friday off and I had previous plans to be out of town and unavailable at that time.  I look forward to hearing about the plans and strategy for each of the products, and what that means for moving forward.

Yes, I agree that my employees are free to interact as they would like.  Since I am still their manager, that is likely why they are still reaching out and voicing their concerns to me.  Yes, we will all assume best intentions from everyone, even though I've heard from them that it's difficult for people to feel like Oxy has the best intentions of the legacy APC employees in mind at this point.  The lack of information and the conflicting information is really difficult for people.  As one example, Ping and Alex are confused why they were the ones invited by Reza to provide deep technical details in some domains where neither of them performed the work, when other individuals were not invited.  That also leads to assumptions being made, when nobody has any information on what to expect for the future for themselves and their colleagues.  I only want what's best for each of my employees, whether that ends up being them deciding to stay with Oxy, or otherwise.  I know this process is difficult for you all as well, so it will be better for everyone when more clarity is provided in the coming weeks and people can make their decisions with more information.

Thanks,
-Jeremy

---

**From:** Bowlby, David <David_Bowlby@oxy.com>
**Sent:** Thursday, September 5, 2019 12:31 PM
**To:** Graybill, Jeremy <Jeremy_Graybill@oxy.com>
**Subject:** Re: Presentation

Jeremy, I am out today and not feeling well and just realized you are coming in tomorrow, so we can speak then.  In our last conversation, while we did not agree on all points, I thought I was clear that although you want to be in all conversations with your employees, the fact that they have a sense of loyalty to you may diminish any chance of them becoming an Oxy employee so we want to give them some free space to interact with other Oxy employees.  You should be able to work coordination with Reza, and as stated, if something of a significant nature arises they are free to call me or HR, but if it is just a general complaint, than it is counter productive as I can't take any action on something non-specific.

1

The potential for a company buyout of AAET is a developing item which is why we scheduled a meeting to discuss it tomorrow so everyone is as caught up as we can be.  Christian called me regarding contract support so I went ahead and filled him in and asked him to pass along the info prior to the meeting.

I am going to continue to assume best intentions on everyone's part and asking you to do the same.

->

On Sep 5, 2019, at 7:41 AM, Bowlby, David <David_Bowlby@oxy.com> wrote:

> Jeremy,
>
> Since you are not available until later, I will email. Reza is still your manager, and as we discussed, if an HR worthy issue arises, the employee can contact me or HR, but If it is anything other than that you need to work it directly through Reza.  I spoke with Reza this morning and he can work through any concerns regarding IP with you and he can reach out to our attorneys if needed.  Reza is traveling there today and as we also discussed, although there is discontent, people need to still be professional and HR will be communicating employee options beyond VSP's, but until that time you will need to work it through him.
>
> We have the meeting tomorrow regarding roadmaps and we can also discuss where we are at in the process of potentially selling as that is very recent information.
> ->

On Sep 4, 2019, at 11:30 PM, "Jeremy_Graybill@oxy.com" <Jeremy_Graybill@oxy.com> wrote:

>> David,
>>
>> Can I please ask what the original email below is in relation to?  As I mentioned to you last week, the team would like me included on any requests or communications by Reza, given previous incidents and concerns that I shared with you via email and you and I discussed, and clearly that request has not been honored in this case.
>>
>> I heard today that Oxy may have interests in selling Lithos to an outside party.  If that is the case, then sharing any of the technical details of those products to a wider audience is not appropriate, as that would complicate the process of selling and transferring the IP, and could have a serious negative impact monetarily for Oxy.  Since any individuals who are tied to that effort may be included in such a sale as well, it would not be appropriate for them to transfer any of their known IP.  In addition, since much of the seismic work listed below has been related to Mozambique data, which we have not received confirmation that Oxy has licensed appropriately for wider use across Oxy, there could be significant issues with any of that being presented to a wider audience.  As you're likely aware, any violation around seismic data could result in significant lawsuits for Oxy.  Any presentation of this sort of technical work would require the Geoscientists and Geophysicists involved, to include Christian Noll, Cody Comiskey, Matt Morris, Michael Ashby, Seth Brazell, etc., since they are much more aware of many aspects around licensing and IP, and what can and can't be shown, and therefore these sessions would not be appropriate to conduct otherwise.  Therefore, any such sessions should be conducted in The Woodlands with the appropriate audience, and not in Greenway.
>>
>> Finally, I mentioned to some of the team that you'd welcome speaking individually with them, and so as Alex requested, please meet with him prior to any further discussions between he and Reza.  Just an FYI that Ping informed me he is not feeling well, and will be taking PTO tomorrow.

Occidental [Ping Lu] 000093

Thanks,
-Jeremy

---

**From:** Bayeh, Alex <Alex.Bayeh@anadarko.com>
**Sent:** Wednesday, September 4, 2019 8:16 PM
**To:** Bowlby, David <David_Bowlby@oxy.com>
**Cc:** Lu, Ping <Ping.Lu@anadarko.com>; Graybill, Jeremy
<Jeremy.Graybill@anadarko.com>
**Subject:** FW: Presentation

Hello David,

Based on mine and my peers' previous discussions and circumstances, I would like to
speak with you before further speaking with Reza, as I do not trust and respect him.
We can arrange for me to show my work in The Woodlands, as I am not interested in
traveling to Greenway Plaza at this time given recent events. Please let me know
when you would like to speak with me.

Thank you,
Alex Bayeh

---

**From:** Rastegar, Reza <Reza_Rastegar2@oxy.com>
**Sent:** Wednesday, September 4, 2019 6:43 PM
**To:** Bayeh, Alex <Alex.Bayeh@anadarko.com>; Lu, Ping <Ping.Lu@anadarko.com>
**Cc:** Li, Yongfeng <Yongfeng_Li@oxy.com>
**Subject:** Presentation

Hi Alex and Ping,

I'd like to invite you both to visit Greenway Plaza this coming Monday to
present your work on log and seismic interpretation/compressed sensing/top
picking/fault detection etc. Let's make the presentation very detailed and
technical as I'm trying to give the rest of the team in Greenway Plaza to see
your projects. The week after that I'll be on vacation but as soon as I'm back
I'll ask the team in Greenway Plaza to present to you as well. Yongfeng will
set the meeting up.

Hope with integration meetings getting fewer on my side, very soon we can
start having regular meetings and information exchanges on weekly activities,
ideas, etc.

Alex, I'll be in Woodlands tomorrow and I'll stop by to chat.

Reza

Occidental [Ping Lu] 000094

# EXHIBIT 10

Occidental [Ping Lu] 000095

| | |
|---|---|
| **From:** | Comiskey, Cody |
| **Sent:** | Tuesday, September 10, 2019 6:35 PM |
| **To:** | Lu, Ping |
| **Cc:** | Zhang, Yanyan; Graybill, Jeremy |
| **Subject:** | Seismic Licensing |
| **Attachments:** | OXY_GoM_greyscale_integration_TGS.pdf; OXY_GoM_greyscale_integration_CGG.pdf; OXY_GoM_greyscale_integration_ION2D.pdf; OXY_GoM_greyscale_integration_PGS.pdf |

Ping,

As requested, I have attached the difference maps from the major licensors in the GoM.
None of the licensed data in the international areas has been relicensed, we still retain the wholly owned / government owned datasets.

Onshore, most of the data has been relicensed in the DJ, PRB and Delaware Basins, outside of that, most of the data was not retained.

Let me know if this helps.

Thanks Ping.

Cody Comiskey
Geophysical Supervisor – Advanced Analytics and Emerging Technologies
Office: (832) 636-3707
Mobile: (806) 544-3161
Email: **cody_comiskey@oxy.com**
Address: 1201 Lake Robbins Drive
           The Woodlands, Tx 77380

1







OXY Entitlements - TGS
APC Active Overrides (GOM)
APC Active Leases (GOM)
OXY TGS 3D Licenses transferred
APC TGS 3D Licenses not transferred
96°0'0"W
94°0'0"W
92°0'0"W
90°0'0"W
88°0'0"W
86°0'0"W
84°0'0"W
82°0'0"W
32°0'0"N
30°0'0"N
28°0'0"N
26°0'0"N
24°0'0"N
0 25 50 100 150 200
Miles
N
MOBILE
PENSACOLA
VIOSCA KNOLL
Viosca Knoll 2 3D
Eastern Gulf 1 3D
DESTIN DOME
APALACHICOLA
GAINESVILLE
Texas Renaissance 3D
Louisiana Renaissance 3D
Nessie Fan 3D
Eastern Delta 3D
Eastern Gulf 2 and 3
Kepler WAZ 3D
Declaration M-WAZ 3D
DESOTO CANYON
FLORIDA MIDDLE GROUND
TARPON SPRINGS
Cameron SAD 3D
Ogo Fan 3D
Sophies Resolve 3D
MISSISSIPPI CANYON
Independence WAZ
Fusion M-WAZ
MC and eMC 3D
Hernando 3D
Amendment FAN 3D
EWING BANK
Revolution XII/XIII FAZ 3D
Freedom and Liberty WAZ 3D
Patriot M-WAZ 3D
Amerigo 3D
Garden Banks 3D
East Breaks 3D
Baldpate
EAST BREAKS
GARDEN BANKS
GREEN CANYON
ATWATER
LLOYD
THE ELBOW
SAINT PETERSBURG
Boomvang North
Nansen
Gunnison
Constitution
Holstein
Marco Polo
Francisco 3D
Orion 3D
Alonso
CORPUS CHRISTI
Stanley 3D
Hoover
PORT ISABEL
ALAMINOS CANYON
KEATHLEY CANYON
WALKER RIDGE
LUND
HENDERSON
VERNON BASIN
CHARLOTTE HARBOR
Panfilo
Lucius
SIGSBEE ESCARPMENT
AMERY TERRACE
LUND SOUTH
FLORIDA PLAIN
HOWELL HOOK
PULLEY RIDGE
MIAMI
CAMPECHE ESCARPMENT
KEY WEST
RANKIN
DRY TORTUGAS
TORTUGAS VALLEY
Esri, Garmin, GEBCO, NOAA NGDC, and other contributors, GOM Exploration

96°0'0"W
94°0'0"W
92°0'0"W
90°0'0"W
88°0'0"W
86°0'0"W
84°0'0"W
82°0'0"W
32°0'0"N
30°0'0"N
28°0'0"N
26°0'0"N
24°0'0"N
MOBILE
PENSACOLA
VIOSCA KNOLL
DESTIN DOME
APALACHICOLA
GAINESVILLE
Marlin
Horn Mountain
EWING BANK
MISSISSIPPI CANYON
DESOTO CANYON
FLORIDA MIDDLE GROUND
TARPON SPRINGS
Blind Faith
EWING BANK
EAST BREAKS
GARDEN BANKS
GREEN CANYON
Baldpate
ATWATER
LLOYD
THE ELBOW
SAINT PETERSBURG
CORPUS CHRISTI
Boomvang North
Nansen
Gunnison
Constitution
Holstein
Marco Polo
Hoover
PORT ISABEL
ALAMINOS CANYON
KEATHLEY CANYON
WALKER RIDGE
LUND
HENDERSON
VERNON BASIN
CHARLOTTE HARBOR
Lucius
SIGSBEE ESCARPMENT
AMERY TERRACE
LUND SOUTH
FLORIDA PLAIN
HOWELL HOOK
PULLEY RIDGE
MIAMI
CAMPECHE ESCARPMENT
KEY WEST
KEY WEST
RANKIN
DRY TORTUGAS
TORTUGAS VALLEY
Esri, Garmin, GEBCO, NOAA NGDC, and other contributors, GOM Exploration
N
0 25 50 100 150 200 Miles
OXY Entitlements - CGG
APC Active Overrides (GOM)
APC Active Leases (GOM)
Oxy Not Licensed
Oxy Licensed

96°0'0"W
94°0'0"W
92°0'0"W
90°0'0"W
88°0'0"W
86°0'0"W
84°0'0"W
82°0'0"W
32°0'0"N
30°0'0"N
28°0'0"N
26°0'0"N
24°0'0"N
MOBILE
PENSACOLA
VIOSCA KNOLL
DESTIN DOME
APALACHICOLA
GAINESVILLE
Marlin
Horn Mountain
EWING BANK
MISSISSIPPI CANYON
Blind Faith
DESOTO CANYON
FLORIDA MIDDLE GROUND
TARPON SPRINGS
Baldpate
GREEN CANYON
EAST BREAKS
GARDEN BANKS
Boomvang North
Nansen
Gunnison
Constitution
Holstein
Marco Polo
Hoover
ATWATER
LLOYD
THE ELBOW
SAINT PETERSBURG
CORPUS CHRISTI
PORT ISABEL
ALAMINOS CANYON
KEATHLEY CANYON
WALKER RIDGE
LUND
HENDERSON
VERNON BASIN
CHARLOTTE HARBOR
Lucius
SIGSBEE ESCARPMENT
AMERY TERRACE
LUND SOUTH
FLORIDA PLAIN
HOWELL HOOK
PULLEY RIDGE
MIAMI
CAMPECHE ESCARPMENT
KEY WEST
RANKIN
DRY TORTUGAS
TORTUGAS VALLEY
Esri, Garmin, GEBCO, NOAA NGDC, and other contributors, GOM Exploration
N
0 25 50 100 150 200
Miles
OXY Entitlements - ION
APC Active Overrides (GOM)
APC Active Leases (GOM)
OXY 2D Licensed



96°0'0"W
94°0'0"W
92°0'0"W
90°0'0"W
88°0'0"W
86°0'0"W
84°0'0"W
82°0'0"W
32°0'0"N
30°0'0"N
28°0'0"N
26°0'0"N
24°0'0"N
MOBILE
PENSACOLA
VIOSCA KNOLL
DESTIN DOME
APALACHICOLA
GAINESVILLE
FLORIDA MIDDLE GROUND
TARPON SPRINGS
DESOTO CANYON
MISSISSIPPI CANYON
EWING BANK
GREEN CANYON
GARDEN BANKS
EAST BREAKS
CORPUS CHRISTI
PORT ISABEL
ALAMINOS CANYON
KEATHLEY CANYON
SIGSBEE ESCARPMENT
AMERY TERRACE
WALKER RIDGE
ATWATER
LUND
LUND SOUTH
LLOYD
HENDERSON
THE ELBOW
SAINT PETERSBURG
VERNON BASIN
CHARLOTTE HARBOR
FLORIDA PLAIN
HOWELL HOOK
PULLEY RIDGE
MIAMI
KEY WEST
CAMPECHE ESCARPMENT
RANKIN
DRY TORTUGAS
TORTUGAS VALLEY
HI_ANGUS
HI_BRAHMA_MIG
HIS_D_AVO
HIS_C_AVO
HIS_A_AVO
ECAM_1
ECAM_A_RECON_AVO
ECAM_2
GB_B_AVO
FLEX_R-P4_ORIG
SMI_B_PRESDM
EIS_2_OBS
EIS_B_POSTSDM
EIS_D_AVO
SSS_A_PRESDM
GIS_A_PRESDM
EW_A_AVO
MC_A_AVO
MCAV_1&2
STEW_2
MC_D_PRESTM
AV_1
DW1
DW2
DW3
DW3_BC
DW4
DW8
DW1_PSDM_INLINE
CRYSTAL_1&2
CRYSTAL_III_EAST_BREAKS
TRITON
Boomvang North
Nansen
Hoover
Gunnison
Baldpate
Constitution
Holstein
Marco Polo
Lucius
Marlin
Horn Mountain
Blind Faith
DESOTO_CANYON (HERNANDO)
Esri, Garmin, GEBCO, NOAA NGDC, and other contributors, GOM Exploration
N
0 25 50 100 150 200
Miles
OXY Entitlements - PGS
APC Active Overrides (GOM)
APC Active Leases (GOM)
OXY PGS licenses transferred
APG PGS Licenses not transferred

# EXHIBIT 11

Occidental [Ping Lu] 000101

**From:**          Pryporov, Maksym <Maksym_Pryporov@oxy.com>
**Sent:**          Tuesday, October 08, 2019 12:27 PM
**To:**            Zhang, Yanyan; Koster, Klaas; Xiao, Yuan; Rastegar, Reza
**Subject:**       RE: CS discussion

Yanyan and Yuan,

Here is a paper I mentioned earlier,
https://www.researchgate.net/publication/316446541_Beating_Level-Set_Methods_for_5-
D_Seismic_Data_Interpolation_A_Primal-Dual_Alternating_Approach
Feel free to follow up if you have any further comments or suggestions.

Best regards,
Maks

---

**From:** Yanyan_Zhang@oxy.com <Yanyan_Zhang@oxy.com>
**Sent:** Tuesday, October 8, 2019 11:02 AM
**To:** Koster, Klaas <Klaas_Koster@oxy.com>; Xiao, Yuan <Yuan_Xiao@oxy.com>; Pryporov, Maksym <Maksym_Pryporov@oxy.com>; Rastegar, Reza <Reza_Rastegar2@oxy.com>
**Subject:** Re: CS discussion

Can anyone come downstairs and pick us up?
Thanks

Best,
Yanyan

Get Outlook for Android

---

**From:** Koster, Klaas <Klaas_Koster@oxy.com>
**Sent:** Tuesday, October 8, 2019 7:21:46 AM
**To:** Xiao, Yuan <Yuan.Xiao@anadarko.com>; Zhang, Yanyan <Yanyan.Zhang@anadarko.com>; Pryporov, Maksym <Maksym_Pryporov@oxy.com>; Rastegar, Reza <reza_rastegar2@oxy.com>
**Subject:** CS discussion
**When:** Tuesday, October 8, 2019 11:00 AM-12:00 PM.
**Where:** HOUSTON GW5 20.076 Conf Rm

Show what legacy Oxy and APC each have accomplished to date.

Occidental [Ping Lu] 000102

# EXHIBIT 12

Occidental [Ping Lu] 000103

**From:**         Zhang, Yanyan
**Sent:**         Monday, October 21, 2019 4:18 PM
**To:**         Lu, Ping
**Subject:**         memo

Hi Ping,

Today (10/21/2019) Yongfeng called me around 10:00 am to discuss the compressive sensing problem.
During the discussion, he said he would like to see whether our methods could be applied to their preprocessed seismic gathers, despite the facts that our team has already explained many times to their team that our method would only be used to a totally different problem. In addition to that, after I explained again that our method does not work, Yongfeng questioned about the reason why we can't convert our model to solve his problem directly. He believed that we were working on existing models developed by others and just by changing the input/output data, we can have a functional model on this new problem. As an experienced data scientist on deep learning, I doubt his judgement on our model and workflow

I'd like to share with you about this discussion and let you know about the conversation between us.

Thanks!

Best,
Yanyan

Occidental [Ping Lu] 000104

# EXHIBIT 13

Occidental [Ping Lu] 000105

**From:** Lu, Ping
**Sent:** Wednesday, October 23, 2019 11:47 PM
**To:** Rastegar, Reza
**Subject:** RE: Weekly Report

Reza, thanks for your email.

Regarding the planned meeting mentioned in my previous email, it would be considered as an opportunity to communicate and exchange knowledge and ideas between group members, especially Maks who has been working on this task for the past one and half years. There is no intention to ask for them to work on the project. I also mentioned that Klaas will be invited to join the meeting for discussion.

I have kept working on the development of deep-learning models for seismic data, since I started the collaboration with my colleagues previously at AAET. I am specialized and focused my expertise in the deep-learning domain when I was hired. I am not sure about other techniques that could be potentially applied to this problem. Therefore, that is why I am learning and exploring from the paper in a mathematical way suggested by Maks.

To be honest with you, what you mentioned about not meeting your expectation really makes me feel frustrated. Here are some of my thoughts and facts I would like to share with you about how I had tried my best to meet your expectation.  Each time when I replied your email, I have tried to phrase several paragraphs by telling you in details about what have been happened, in spite of I have spent most of time in writing emails recently.

In a more efficient and effective way, a discussion and conversation in face to-face communication could be much easier than typing everything in email. That is why I proposed to save that part until the meeting. For your references, here are the explanations which could also be further discussed in the meeting. The way how it works explained in our paper is that during the training process, training images are first normalized and are then downscaled by a factor in order to form a pair of (I_LR;  I_HR) for training. Here, I_LR requires to be downscaled with equally distributed sample points. An example could be provided during the meeting which is hard to present in the email here. The data that Klaas provided is sampled in optimized grids, which is totally different from what we worked on the paper. My group member and myself have discussed several times within our group meetings to think about a solution, and also evaluated the feasibility of developing a deep-learning model for this request. All of the conversations from my group eventually converge to a point that applying the deep-learning model to solve this problem doesn't appear to be an appropriate route. My team member is happy to share more information to you as well. Therefore, with limited deep-learning knowledge, we are trapped into a corner where my team members as well as myself don't know how to design a neural network architecture that is able to reach the expectation of the request. That is why we need to seek the help from Google Brain, as they are considered as the best research institute in the world focusing on designing of deep-learning architecture for unsolvable problems.

What we could do is that I will get contact with Jonathan who is the point of contact for the Google's team. I could arrange a meeting with him by inviting the team member from your and my group as well as yourself at either Greenway Plaza or woodlands office. During the one hour meeting, we could explain to Googlers about the project and what we would like to achieve. Then, Jonathan could provide the link to Google Brain by travelling to their campus for about one week collaborations with them.

**From:** Rastegar, Reza <Reza_Rastegar2@oxy.com>
**Sent:** Wednesday, October 23, 2019 7:37 PM

1

Occidental [Ping Lu] 000106

**To:** Lu, Ping <Ping_Lu@oxy.com>
**Subject:** Re: Weekly Report

Thanks Ping. I'm supportive of your collaboration with whoever you would like, but keep in mind this is a task that I have assigned to you and your team and Maks and Yongfeng have their own projects.  Also, I would like to see real progress which is real result going toward Klaas. With regard to the last item, you mentioned you have lack of knowledge and I'll be happy to help. However as I expected to receive a comprehensive response by end of today (which I did not unfortunately), first you need to be specific and not so vague and high level. I reiterate myself again that this is a data science problem and you are  mathematician. This task is entirely in your domain of expertise.  Again you didn't meet my expectation and deadline.

Reza

Sent from my iPhone

On Oct 23, 2019, at 6:16 PM, "Ping_Lu@oxy.com" <Ping_Lu@oxy.com> wrote:

Reza, please see my replies below. Thanks.

**From:** Rastegar, Reza <Reza_Rastegar2@oxy.com>
**Sent:** Wednesday, October 23, 2019 6:45 AM
**To:** Lu, Ping <Ping_Lu@oxy.com>
**Subject:** RE: Weekly Report

Thanks, Ping.

I have a few comments and requests.

1) Can you please include the collaborators in the report? ok
2) Please include me in those communications with geophysicists as I requested several times.
   Ok. Reza, I understand your concerns. It is perfectly understood to the written communications. However, please note that, often, oral communication between colleagues happen, which may be easier for explaining problems and needs than sending emails. Given the fact that we have two satellite offices spread out in the grand Houston areas, it would be impossible to arrange all these conversations at your presence. My recommendation for your consideration is to form a centralized organization with every team seating in the same floor in the future, so communication could be easily delivered.

3) See my points below in red. I'd like these to be addressed in a timely manner (end of the business day today, 10/23/19). Please see my responses below.

Reza

**From:** Ping_Lu@oxy.com <Ping_Lu@oxy.com>
**Sent:** Tuesday, October 22, 2019 5:37 PM
**To:** Rastegar, Reza <Reza_Rastegar2@oxy.com>
**Cc:** Zhang, Yanyan <Yanyan_Zhang@oxy.com>; Mitsakos, Nikolaos <Nikolaos_Mitsakos@oxy.com>; Xiao, Yuan <Yuan_Xiao@oxy.com>
**Subject:** Weekly Report

Reza, here is the weekly report from my group.

2

Compressive Sensing and Fault Deployment

Objective: perform compressive sensing and fault detection for seismic data
Collaborator: Klaas

- Held a meeting on last Thursday with Maksym and Yongfeng exchanging knowledge of the compressive sensing algorithm; compiled a list of the questions that need to be addressed; scheduled a follow-up meeting on Thursday this week.

- Have been looking into the work *Beating level-set methods for 5D seismic data interpolation: a primal-dual alternating approach,* mainly focusing on addressing the key questions that surfaced during last week's discussion with Maksym and Yongfeng.

- Discussed with the geophysicists who are working on the preparation of the interpretation of the faults.


In addition, here are some of explanations about the feasibility of the deep-learning approach for compressive sensing problem and suggested plan for your considerations.

Here are two primary points:
- The given problem is completely different from what has been tested and published on the TLE. The problem is not different. It is compressive sensing for seismic data. I agree that your approach may have been different from what Maks did. However as I made it clear in our communication before, I'm interested in a solution for this business problem and I'm very flexible with the approach you take to solve the problem. This is a data science problem and you are very welcome to use whatever approach you see fit.
  We will set up a meeting with your team members Maks and Yongfeng to present our approach and brainstorm on the difficulties and differences for extending to non-uniform scheme. How about we reserve this point during our brainstorming session with your team?

- Current deep-learning based approach was not ready to handle the onshore shot gather datasets and would not provide a comparable result for assessments.
  The nature of the data both offshore and onshore is very similar. One might be noisier than the other but at the end the problem formulation will stay the same one way or another. I'd like to complete the task before jumping to conclusion whether a specific the approach is appropriate for onshore or is not.
  How about we leave this as well for our brainstorming session?

Detailed explanations:
- The provided data is prestack shot gathers, but what we were working on was poststack migrated full-stack seismic attribute.
  - Klaas Koster sent an email to you and your team on October 3rd stating "There is no fundamental difference between reconstruction of a single 3D pre-stack shot-gather, or a single 3D post-stack volume. Both can be simply represented as a sequence of 2D slices. The whole point of compressive sensing is to sparsely sample the data non-uniformly and then reconstruct it to what you would have measured on a dense regular grid. So, I have no idea what the difficulty is. Perhaps you are saying that you need some dense and uniformly sampled data for your training images? We have those of course."

3

Occidental [Ping Lu] 000108

I believe there is a difference here between the geophysicist's point of view and the deep-learning implementation. I suggest we keep this point for further discussion whenever Klaas is available to join our meeting session with the members of your group. I would be more than happy to explain this to him.

- The provided data is extremely sparsely non-uniformly sampled, which is an extremely difficult and challenging task in a stage where most of other vendors and researchers are actively under investigation.
    - o Again, I refer to Klaas email to you. My expectation was that you have communicated with Klaas to get to see what his point is. After all, he is the most senior geophysicist in the company and if he is reaching out to you with an explanation, his feedback and comment should be fully considered and not ignored.

    I truly respect to Klaas given his experience in the geophysical domain. Like what I have explained with you on the email on Oct.16th, there are several actions that have been made through oral, email communication, and personal meeting with your presence. I truly believe that all the communications and questions from Klaas have been properly and actively addressed from my colleagues and team members. I wasn't asked to provide responds and actions from any Klaas's emails and requests.

- Shot gathers have limited geological features that deep-learning model can be trained with, which means there would be no representative training information that could be provided and applied to this problem.
- The intensive level of noises in the prestack shot gathers bring significantly strong perturbations of training the deep-learning model.
- The extremely large gaps existing in the prestack data provide strongly missing information which prevents the deep-learning model to obtain prior information.
    - o Again, I'd like to see the result of analysis first before I make a judgment call on whether the results are good or bad. Also, I ask you to propose a solution with deep learning or without deep learning algorithm you used.

    That is another point that I think can be better discussed during our meeting session with your team.

Suggested potential-solution:
- We are presently not equipped with the knowledge needed to perform the work. In order to investigate the possibility of having a properly functional deep-learning based compressive sensing method, we would have to discuss with domain experts from Google Brain and seek the help from them. This would require enough training and development time for the entire team, and we need budget to be allocated and approved from you for this collaboration between us and Google's team. Please let me know your opinion about the training, and I could provide more detailed information to you.
    - o This is a data science problem and you are a mathematician. Please help me out to understand what you're specifically talking about when you refer to "lack of knowledge"? Also, please send me the detail list of items that you are asking for training and explain why this needs to be done by google brain team. Please provide this by end of the business date today (10/23/19). I'd the items to be very specific and not high level.

    How about we save that after the our discussion about our method?

4

# EXHIBIT 14

Occidental [Ping Lu] 000110

# Information and recommendation for Anadarko Data Scientists moving forward

From:   Jeremy_Graybill@oxy.com

To:     David_Bowlby@oxy.com

Cc:     Mustafa_Rizvi@oxy.com

Date:   Thursday, August 22, 2019, 11:49 PM CDT

David,

As we discussed and was requested this morning, here is some additional information.  Through discussions with my team members (my team includes both my organization and my dotted line Data Science team members within Anadarko), there are a number of things that I've heard from them, and I think it's very important that you are aware of all of this as you consider the path forward.  I like being open with people, and value honesty and integrity, so I wish we could have spoken earlier about much of this, such as before or soon after Day 1, but that was evidently not the plan or the intention on Oxy's side.  You may even recall that in the single integration meeting I was involved in at Oxy, I mentioned my concerns around understanding and combining our sub-cultures from the beginning in order for this to be a successful integration, but evidently that was also not of interest to Oxy, since I was not once asked about what made our Data Science environment, culture, and employees work so effectively.  Therefore, I am providing as much information as possible in this email, beginning with some background, what I have heard from my employees through this process, some very upsetting items, and finally my recommendation.

**Background**

As some background, I want to provide some of the reasons that my team members (my team again includes both my organization and my dotted line Data Science team members within Anadarko) joined Anadarko and loved working here:

- They wanted and want to be Data Scientists, they joined Anadarko as Data Scientists, and they are Data Scientists.  They are not and do not want to be simply Mathematicians, Statisticians, Computer Scientists, Engineers, Physicists, etc., and they definitely don't want to be Analytics Engineers.  Reza may dislike and not understand the Data Science label, role, or function, but the rest of the world outside of Oxy enthusiastically embraces that label, role, and work, including the entire Data Science population at Anadarko.
- They loved the strategy of performing Applied Research and Development using Data Science techniques and advanced technologies (Google Cloud, NVIDIA, advanced Data Science architectures and approaches, etc.).  They have no interest in performing ad-hoc, short cycle project work using less advanced methods and technologies, including Excel, Spotfire, Matlab, and R-Shiny.
- They loved working closely with phenomenal subject matter experts on very challenging and complex problems (some of which take months and even years of research and work) as part of a centralized Data Science organization embedded within an organization which includes Geoscientists and Petroleum Engineers.
- I have developed Data Science career paths and ladders for them, which they are excited about and which provided future growth and career opportunities.
- Our Data Science environment and culture allows for many things they desire and value: advanced research, creativity, flexibility (including a formal work from home policy and flexible hours), open publication opportunities, incredible and challenging work, very high expectations, continuous education, support, growth, significant mentorship opportunities (including an excellent Data Science internship program), and direct business value contributions back to the business.
- They each interviewed me as part of the interview process as well, joined Anadarko because they wanted to work for me, and have grown to trust and respect me.  After years of working together, we are a family, and most of the team wants to continue working for me, whether that's at Anadarko, Oxy, or elsewhere.

Occidental [Ping Lu] 000111

I don't mean to be harsh with my following words, but I think it's important for the path forward that you know the truth in how my organization, including our dotted line Data Scientists, views things.  Through the actions from Day 1, Oxy has shown the entire team that Oxy does not care at all about the reasons they are here, the reasons they want to work here, their future careers, or anything.  Oxy never asked them what they wanted, and immediately took away all of the points above on Day 1.  It is widely known that we have gone to great lengths to recruit and hire the absolute best Data Scientists possible.  Oxy taking away all of the reasons that these individuals chose to work at Anadarko was naturally not going to be a successful strategy or approach to retain these individuals.  In addition, the fact that you had my entire organization including myself reporting to Reza from Day 1, and that I was never involved in any decisions or discussions on the path forward (and was completely bypassed in any discussions with my team, even when some team members requested that I be included), showed the team one thing: Oxy legacy was valued over competence, experience, and expertise.  That is entirely Oxy's prerogative of course, as Oxy bought Anadarko and not the other way around, and we all understand why Oxy made that decision, but you may also want to understand the ramifications of taking that approach.


Based on their experiences and conversations with numerous outside individuals and sources, our team has developed the strong feeling and belief (whether it's true or not) that we've potentially built the best Data Science organization within the Oil & Gas industry, and I am fortunate to be well respected both internally and externally for building and leading this organization.  You placed that extremely talented organization under someone who is not capable or qualified in leading the team, and based on many of my team's own external conversations across the space, is someone who is not respected outside of Oxy.  In addition, from what many of my team and other Anadarko peers have heard through conversations with business units within Oxy, the Data Science organization was placed under someone who is not at all respected internally across larger Oxy.  And finally, when each one of them interacted with Reza and "interviewed" him themselves, Reza's attitude and actions led them to quickly develop a complete lack of respect, trust, loyalty, or any positive feelings about him as a leader.  As a number of my employees have stated to me, if it was their choice, they would never ever choose to work for or under Reza, or even recommend him being a part of their own teams.  As one of my employees phrased it, Oxy came in and took a sledge hammer to a well-oiled and high performing machine, without understanding how or why it worked, and now that you busted it up you're trying to figure out how to re-use some of the broken parts and pieces without any sort of manual.  If you try to force fit any of those parts and pieces within your own machine, which they were never intended for, then you could be risking sub-optimal performance or even catastrophe.


Oxy had one chance to make a first impression, and what has been done can never be undone.  As I mentioned to you, up until the acquisition, while it was difficult, I was doing my best to motivate the team on the possibility of most of us continuing with Oxy for the future, even though I was receiving zero first-hand information.  Through internal discussions and polling, which I had documented, around 25% of my employees strongly wanted to be let go by Oxy at the time of the acquisition, partly due to the attraction of trying for the COC.  After the first day of communications from Oxy (Monday 8/12) and Reza's initial interactions with some of the team (when I had no involvement since I was on vacation, and I was purposefully bypassed by Reza completely), that changed to ~80%+ of my employees strongly wanting to be let go by Oxy.  As I shared with you in email, I assumed that you would be pleased to hear that based on the approach Reza was taking with our Data Scientists, many of the team did not want to be retained, as you would be able to make plenty of cuts to reach your synergy targets, so I informed you of the viewpoints of my team.  However, while I never heard anything back in response, Reza immediately changed his approach with the team.  It became clear then that he was working to sell certain individuals (but only some individuals) on Oxy instead of being hostile, belittling, and using intimidation tactics as he was initially doing and was still doing with others.  This flip-flopping and lack of any consistency in his interviews was very pronounced and concerning to the entire team, as it showed them that they couldn't trust anything he was saying, one way or another.  He also provided different information to different individuals on similar topics, strategy, and policies, likely due to ulterior motives, which again led to the development of a deep mistrust across the team.  In addition, Reza bad mouthed people including yourself to several of my employees, stating that you were not very knowledgeable or smart.  He also made disparaging remarks about individuals and teams within the Oxy business as well.  All of these comments further eroded any trust or respect from the team, and led my entire organization to question his values and ethics.  Many of the team is even concerned about retaliation activities from Reza in the future, based on some of the things he has said and some of his actions to date, including Reza mentioning finding ways to fire people for cause (without COC) if they didn't do as he said in the future roles which he would assign them to.

**Unacceptable and inexcusable actions by Reza Rastegar**

The most concerning, upsetting, and inexcusable items are something that I hesitate to mention, but feel that it is my duty to report it at a high level.  In his interactions with a particular class of my employees, Reza completely and unprofessionally crossed discrimination and harassment lines towards those employees, and treated them completely differently than his interactions with all other classes of employees.  The reason I hesitate to mention this, is that for this class of employees, while they are very hurt by the interactions and his actions, they would rather be discriminated against and harassed in this specific situation, because they are hoping to be let go by Oxy and they would much rather have nothing to do with Reza or Oxy now or in the future.  I apologized to all of those individuals for Reza's actions, and am extremely disturbed and upset by the circumstances communicated to me, as is the rest of the team and others outside of the team who were made aware of his actions.  If this was a normal situation, then it would absolutely not have been tolerated by Anadarko, and complaints and an investigation would have been raised to HR and outside sources as necessary, which in my experience and based on feedback I've received from external HR specialists, would likely result in disciplinary actions.  However, these employees requested that I not raise the issue with HR or outside sources at this time, because they very much prefer to be let go soon with the COC, and they are also fearful of Reza and they fear retaliation from Reza and/or Oxy in the future, as they have absolutely no reason to trust Oxy in any way at this point.  While these types of actions are not allowed at Anadarko, these employees now feel that this may be common practice at Oxy, based on their only interactions with Oxy to date.  Almost every single one of our Data Science employees has been negatively affected by Reza's actions in these specific situations, as this information has been impossible to contain.  If the affected employees are not let go by Oxy and don't receive the COC, then they will decide on appropriate actions at that time.


After all of the actions above, all but one of the team (my team again includes both my organization and my dotted line Data Science team members within Anadarko) wants nothing to do with Reza in any way, shape, or form, in the future.  As communicated to you previously, two of my employees are willing to consider openings with Oxy (although one of those individuals also wants nothing to do with Reza), while the remainder of our Data Science employees want nothing to do with Reza and do not want to continue their careers with Oxy.  Based on Reza's interactions and actions to date, Reza will never earn the respect, trust, or loyalty of a single Anadarko Data Scientist now or in the future.


**My Recommendation**

I realize you may not want my recommendation after what I've shared above.  I still want to provide it, because I think it's the best path for my people, and I honestly feel that it would also be the best and easiest path for Oxy to move forward at this point.  The fact is that Oxy needs to cut significantly, and we all know that, since Oxy overspent for Anadarko.  We also know that based on your defined path forward for DMA, and Reza's strategy and approach to advanced analytics at Oxy, few of my employees are critical to your success (the most critical individuals are likely the contractors who are supporting IPSO and any other applications you decide to retain).  You could easily cut more than you are requested to cut to meet your synergy targets, because those targets are the minimum expected, while Oxy and the investors would eagerly welcome even more cuts.


***My recommendation is that you let go of any and all Anadarko Data Science employees who want to leave, and provide them with the COC.***  If you keep employees who have absolutely no interest in being at Oxy, at best you'll have dead weight to carry around for as long as they stay on the payroll, and it's likely that you and Reza will also have a silent (or even vocal) mutiny on your hands.  If you try to keep them and make it difficult for them to obtain the COC, then you will create deeper resentment within those individuals and the rest of the team, that will only grow and build on the complete lack of trust, respect, or loyalty that has already been developed through Reza's interactions and actions to date.  In addition, the team is a very close-knit family, and if you further harm certain individuals (such as effectively forcing them to resign and then not paying out the COC, or cutting the few individuals who are open to staying), then those team members that remain with Oxy will immediately learn about those actions, and the resentment will build and spread further.  As you know, one bad apple ruins a bunch, so it would not be a good idea to retain individuals who are not at all interested in working for Oxy, versus focusing on moving forward with those who want to be there.  Reza already has a team of individuals who I assume would love to remain with Oxy.  There are also a couple employees from my team who are open to staying as well given their specific situations (as long as one of them does not report up to Reza), and I have several strong contractors who are open to staying.  With that entire group, you should have more than enough individuals to move forward with and be successful with in your desired mission, while still being able to meet or exceed your synergy targets, and you could avoid the distractions and headaches of having a number of extremely disgruntled employees on staff who despise, do not trust, and are fearful of their manager.

I really wish this had gone down differently, especially in several circumstances of course, but the past cannot be changed.  I also apologize for any harsh tone in this email, but I am very upset with how the individuals on my team have been treated, especially related to several items, and I will support and defend my employees 100% until I am walked out by Oxy and beyond.  I would strongly encourage you to consider my recommendation for the good of the APC Data Scientists and for Oxy moving forward.  On the positive side, letting go of these employees will benefit Oxy's synergy targets and be viewed positively by Oxy's investors, as letting go of every Data Scientist employee who is interested will provide **over $5 Million in annual synergy savings** through employee costs alone.  This was a difficult situation that nobody signed up for or wanted to go through, and it became much worse due to Reza's interactions and actions.  The best thing for all sides at this point would be for you to make the appropriate changes so we can all move on as quickly as possible.  I look forward to further discussions with you and hearing what your future plans and actions are, so I can better understand next steps.


Thanks,


**Jeremy L. Graybill**, PMP

Director of Data Science & Advanced Analytics | AAET

Jeremy.Graybill@anadarko.com | 832.636.4783




Note: I'm also copying Mustafa, because of his role in leading the DMA integration efforts, and because the broader team and I have grown to respect him and his judgement through limited interactions.

# EXHIBIT 15

Occidental [Ping Lu] 000115

**From:**               Rastegar, Reza <Reza_Rastegar2@oxy.com>
**Sent:**                Friday, October 18, 2019 1:56 PM
**To:**                   Lu, Ping
**Subject:**            Re: Conferences, Events, etc

Ping,

Thanks for sharing your thought. However, for the reason I mentioned I'd like to still decline your request.

Thanks for your understanding.
Reza

Sent from my iPhone

On Oct 18, 2019, at 1:37 PM, "Ping_Lu@oxy.com" <Ping_Lu@oxy.com> wrote:

> I would like to share with you some extra points to support for the importance as well as consequence of cancelling this business trip.
>
> 1. Attending both the Rice Data Science and SEG conferences have been previously approved by Jeremy, and they are all closely relevant to business purposes of enhancement of keeping up with academic and industry research and trends as well as exchanging knowledges with other colleagues to better serve for my daily work.
> 2. This workshop organized by SEG is well recognized in the geophysical community both from the industry and academy. The technical contents and results presented in this paper strongly illustrated the advancement of the deep-learning technology applied for seismic in a way that a closely tactic collaboration between AAET and WesternGeco (WG) was demonstrated. That was why I got technical and financial support and approval from both APC and WG about presenting and promoting the group as a leader in the technology.
> 3. This paper has been accepted by the workshop committee, and will be published at the SEG proceedings contingent on the presentation of the paper to be finally delivered at the workshop. If an absence of the presentation is present, the paper will be automatically considered as a rescission. Temporal cancellation of the promised talk at the workshop will both significantly harm the reputation of the company and myself, especially since the agenda of the workshop has been finalized and published. In addition, a notice to WG seeking their permission is also needed for cancellation of the talk as one of the authors is from WG.
> 4. The expenses of airfare and registration of the workshop have been previously approved by the company, and reimbursements of the expenses have been accomplished accordingly. Please note that cancellation of both will not get the refund of expenses eventually.
>
> Please let me know if you still would like to decline the request. Thanks.
>
> Ping

---

**From:** Rastegar, Reza <Reza_Rastegar2@oxy.com>
**Sent:** Thursday, October 17, 2019 3:37 PM

Occidental [Ping Lu] 000116

**To:** Lu, Ping <Ping_Lu@oxy.com>
**Subject:** Re: Conferences, Events, etc

Ok I'm fine with your PTO request.

With regard to the conference,

1) I have to decline your request for attending the conference. In addition to the fact that we are under budget constraints, there are more urgent business related tasks that you have been tasked to do. And I would you to demonstrate substantial progress on those tasks before we can discuss other activities, especially considering the fact that you just attended another event this week.

2) if you still like to publish you paper without attending the conference, I would still like to have paper approved in pr.oxy.com according the guideline I sent a few weeks ago.

Thanks for your understanding.

Reza

Sent from my iPhone

On Oct 17, 2019, at 2:27 PM, "Ping_Lu@oxy.com" <Ping_Lu@oxy.com> wrote:

> Reza,
>
> I would like to take one week PTO for the week of Oct.28th.
>
> In addition, we submitted one paper on July 2nd, prior to the acquisition, to the "2019 SEG 3rd International Workshop on Mathematical Geophysics: Traditional vs. Learning". Both of the paper and presentation slides have obtained the approvals from the APC's committee. I will attend and present at the event, which will be held on the week of Nov.4th, and the registration and flight fare have already been paid.
>
> Ping
>
> ---
>
> **From:** Rastegar, Reza <Reza_Rastegar2@oxy.com>
> **Sent:** Wednesday, October 16, 2019 10:41 AM
> **To:** Li, Yongfeng <Yongfeng_Li@oxy.com>; Leung, Ivan <Ivan_Leung@oxy.com>; Khodabakhshi, Morteza <Morteza_Khodabakhshi@oxy.com>; Cao, Dingzhou <Dingzhou.Cao@anadarko.com>; Berestovsky, Natalie <Natalie.Berestovsky@anadarko.com>; Lu, Ping <Ping_Lu@oxy.com>; Bayeh, Alex <Alex.Bayeh@anadarko.com>; Banirazi, Reza <Reza_Banirazi@oxy.com>
> **Subject:** Conferences, Events, etc
>
> Team,

Occidental [Ping Lu] 000117

Just a reminder that if you or your team members are interested in attending events/conferences either representing OXY/traveling on the companies budget/during work hours, please send me a note one week ahead of the event (2-3 weeks if you are going to present). There is an approval process that we need to go through.

Thanks,
Reza

*Reza Rastegar*
*Director of Data Analytics*
*Occidental Oil and Gas Corp. | Data Management & Analytics*
*Phone:: +1 (713) 366-5971 | Mobile: +1(281) 731-9977*
*Office Location: 14.167*

3

Occidental [Ping Lu] 000118

# EXHIBIT 16

Occidental [Ping Lu] 000119

**From:** Graybill, Jeremy
**Sent:** Thursday, September 12, 2019 7:39 PM
**To:** Kilcrease, Lindsay <Lindsay.Kilcrease@anadarko.com>
**Subject:** Our discussion

Lindsay,

Thank you so much for speaking with me today.  I would like to document a few of the points that we discussed, so you are able to pass them along to whomever you feel you need to provide the information to.  I'm trying my best to let you know the viewpoints of my organization, without providing you specific information tied to specific individuals, because I have been requested not to disclose additional information at this time.  Please know that while there is unanimous, or almost unanimous opinions regarding some points below, there are also other points below which may only apply to several individuals (and other individuals on the team may have a completely different viewpoint for that point).

- It is unanimously agreed by the individuals on my team that the reason that the integration efforts have gone very poorly in our area can be tied to a single Oxy individual, in Reza Rastegar.  Many other collaboration meetings that my team has participated in with other individuals and teams at Oxy, where my team has openly collaborated, have gone very well.  Based on the interactions with and actions by Reza to date, 95% of the individuals in my organization want no part in ever working with or dealing with Reza in the future.  This fact is completely beyond repair.

- I have communicated the above fact, along with more details and concerns about Reza, to David Bowlby at Oxy.  In fact, the points which I raised to David were directly from the individuals on my team, as they worked with me in drafting the details.  In addition, several individuals on my team have also communicated their concerns and views with David as well.  The individuals on my team have not been pleased with David's response, and do not feel that their concerns have been heard at all.

- The negative interactions with Reza have not been limited to the individuals in my organization.  There are other individuals at APC outside of my team, along with individuals at Oxy, who have told us of very negative interactions with and actions by Reza (sometimes using some very choice words and language).

- A number of individuals on my team have told me that if an HR investigation is opened into some of the actions, that they will have no comment at this time.  Several individuals on the team have consulted with lawyers, and they have also looked into EEOC laws and claim filing rules, and have determined that the best course of action is to wait until they see what steps are taken by Oxy, before deciding on their own next steps and/or before having any comment to HR.  In addition, most of my team has no reason to trust Oxy HR at any point in the future, so that is also why they won't be having any comment until it best serves them.

- While 95% of the individuals on my team will try for the Change of Control at the time which suits them best, there are individuals who have been told by Reza that they will be given positions which will not qualify them for Change of Control, so most of the team is fully aware that they may not be able to qualify.  But they will still give it their best try, and many of them already have spoken to their attorneys as they prepare for next steps.

- Since Data Science is one of the most in demand skillsets in the world right now, nobody on my team is worried about getting a job in the future.  I know of at least a handful of individuals on my team who already have job offers (some accepted).  They will try for the Change of Control, but the number one ultimate priority for most of my organization is leaving Oxy so that they don't have to deal with Reza in the future.

- There are individuals on my team who have been told by Reza that if they don't do what he says, then they will be fired for cause without the Change of Control.  Due to this threat, and the fact that some of the team feels like they will not be given the CoC by Oxy anyway, there are individuals on the team that would actually like to be fired for cause by Oxy (especially since those individuals have job offers already lined up).  There are individuals who have told me that due to the very negative interactions they've had with Reza and some of his actions to date, they would ultimately like to file suit against Oxy if they don't receive the Change of Control,

Occidental [Ping Lu] 000120

especially if they are fired for cause, and they would also like the opportunity to take the facts to the court of public opinion through the media.

Again, the points above don't all apply to everyone on my team, unless noted otherwise.  I've done my best to listen to and best represent the viewpoints of my team to David, and now to you.  I'd also be happy to discuss this in more detail with other individuals, as needed.

Thanks,

**Jeremy L. Graybill**, PMP

Director of Data Science & Advanced Analytics | AAET

Jeremy.Graybill@anadarko.com | 832.636.4783

**Occidental [Ping Lu] 000121**

# EXHIBIT 17

Occidental [Ping Lu] 000122

| | |
|---|---|
| **From:** | Jeremy Graybill <jlgraybill7@yahoo.com> |
| **Sent:** | Tuesday, October 01, 2019 3:17 PM |
| **To:** | Barbara_Bergerson@oxy.com |
| **Cc:** | Palmer, Robert; Cameron_Rempel@oxy.com; LaForge, Bob; Swartz, Harris; Justin_Stone@oxy.com; Alex_Bayeh@oxy.com; Natalie_Berestovsky@oxy.com; Dingzhou_Cao@oxy.com; Vincent_LeMoine@oxy.com; Ping_Lu@oxy.com; Ingrid_Tobar@oxy.com |
| **Subject:** | [EXTERNAL] Some concerns regarding the Anadarko / DMA integration efforts |
| **Attachments:** | Email - Reaching synergy targets with Anadarko Data Scientists.pdf; Email - Information and recommendation for Anadarko Data Scientists moving forward.pdf; Email - Our discussion.pdf |

Barbara,

While today is my last day at Anadarko, I wanted to make you aware of some integration concerns I have regarding the individuals in my organization.  All I care about, is that my people are treated fairly, professionally, and ethically through the integration.  When Vicki first visited Anadarko, she promised that Oxy would not play games regarding people and the COC, and yet the individuals in my organization feel like that's exactly what is occurring.  David Bowlby told my organization today that they would ultimately be offered positions which are in The Woodlands to "avoid COC triggers" as Oxy has decided to retain individuals who are not at all interested in staying with Oxy in the future.

The attached emails between myself and Reza Rastegar, David Bowlby, and Anadarko HR, respectively, provides an overview of why most of my team is very interested in raising their hand to be let go.  I know a number of individuals across Anadarko have been offered positions in Greenway so that they could easily trigger COC, while also helping Oxy with reaching their synergy targets, and my organization would very much welcome and appreciate that as an option as well.  If you would like more information, I would encourage you to follow up with the individuals within my organization (the managers are cc'ed on this email), so you are also able to understand our side of the story, which is very much different than David's and Reza's.  There are some excellent people at Oxy which I have met, and obviously there are many excellent individuals from legacy Anadarko who will continue with Oxy in the future, so I sincerely wish you all the best through the integration and beyond.

Thanks,

**Jeremy L. Graybill**
Director of Data Science and Advanced Analytics | AAET

**Occidental [Ping Lu] 000123**

**From:** Rastegar, Reza <Reza_Rastegar2@oxy.com>
**Sent:** Monday, August 19, 2019 9:29 PM
**To:** Graybill, Jeremy <Jeremy_Graybill@oxy.com>
**Cc:** Bowlby, David <David_Bowlby@oxy.com>
**Subject:** Re: Reaching synergy targets with Anadarko Data Scientists

Jeremy,

Thanks for sharing your thought. I understand that some people may not have any interest in staying in OXY. But as I made it clear to your team members my job at this point to asses people skillset and identify where they belong to in the organization. After we identify the positions and make offers/communicate their roles, they can make their decisions of course.

Thanks
Reza

Sent from my iPhone

On Aug 19, 2019, at 8:51 PM, "Jeremy_Graybill@oxy.com" <Jeremy_Graybill@oxy.com> wrote:

> Reza,
>
> Now that I'm back in the office, as you requested and I promised, I gathered more information and specifics from my employees today.  As I also mentioned to you that I would ask them, every employee on the team did in fact want me to represent them regarding their thoughts and views.
>
> **After hearing from you over the past week plus, the following employees on my team have absolutely zero interest in being retained by Oxy for the future, in any capacity.**
> Akkam Veetil, Dilshad
> Bayeh, Alex
> Ben, Yuxing
> Berestovsky, Natalie
> Cao, Dingzhou
> Fernandez, Ricardo
> Gupta, Himanshu
> Kara, Mustafa
> Lu, Ping
> Madarshahian, Ramin
> Mitsakos, Nikolaos
> Perrotte, Michael
> Tobar, Ingrid
> Zhan, Cheng
> Zhang, Yanyan
>
> **The following individuals are open to considering future positions with Oxy.**
> Felipe Teixeira de Moraes, Luis
> Xiao, Yuan
>
> Therefore, you will easily be able to meet and even exceed your synergy targets by letting go of everyone above who has absolutely no interest in being retained by Oxy, which I'm sure will be enthusiastically received by Oxy upper management and by Oxy's investors.  Please let me know if you'd like to set up some time to discuss this in more detail.

Thanks,
-Jeremy

---

**From:** Graybill, Jeremy
**Sent:** Wednesday, August 14, 2019 1:54 PM
**To:** Rastegar, Reza <Reza_Rastegar2@oxy.com>
**Cc:** Bowlby, David <David_Bowlby@oxy.com>; Rizvi, Mustafa Y <Mustafa_Rizvi@oxy.com>
**Subject:** Reaching synergy targets with Anadarko Data Scientists

Reza,

Good news for your synergy target efforts.  In performing a soft poll and discussions with much of the team, as you had requested yesterday, most of my organization (~80%) have absolutely no interest in being retained by Oxy.  I can provide you with more information and specifics next week as I gather it when I'm back in the office.  While I don't know what your actual targets are, you should easily be able to get to your synergy targets without laying off any of your own staff as you had feared.

Thanks,

**Jeremy L. Graybill**, PMP
Director of Data Science & Advanced Analytics | AAET
Jeremy.Graybill@anadarko.com | 832.636.4783

Occidental [Ping Lu] 000125

## Information and recommendation for Anadarko Data Scientists moving forward

From:   Jeremy_Graybill@oxy.com

To:     David_Bowlby@oxy.com

Cc:     Mustafa_Rizvi@oxy.com

Date:   Thursday, August 22, 2019, 11:49 PM CDT

David,

As we discussed and was requested this morning, here is some additional information.  Through discussions with my team members (my team includes both my organization and my dotted line Data Science team members within Anadarko), there are a number of things that I've heard from them, and I think it's very important that you are aware of all of this as you consider the path forward.  I like being open with people, and value honesty and integrity, so I wish we could have spoken earlier about much of this, such as before or soon after Day 1, but that was evidently not the plan or the intention on Oxy's side.  You may even recall that in the single integration meeting I was involved in at Oxy, I mentioned my concerns around understanding and combining our sub-cultures from the beginning in order for this to be a successful integration, but evidently that was also not of interest to Oxy, since I was not once asked about what made our Data Science environment, culture, and employees work so effectively.  Therefore, I am providing as much information as possible in this email, beginning with some background, what I have heard from my employees through this process, some very upsetting items, and finally my recommendation.

### Background

As some background, I want to provide some of the reasons that my team members (my team again includes both my organization and my dotted line Data Science team members within Anadarko) joined Anadarko and loved working here:

- They wanted and want to be Data Scientists, they joined Anadarko as Data Scientists, and they are Data Scientists.  They are not and do not want to be simply Mathematicians, Statisticians, Computer Scientists, Engineers, Physicists, etc., and they definitely don't want to be Analytics Engineers.  Reza may dislike and not understand the Data Science label, role, or function, but the rest of the world outside of Oxy enthusiastically embraces that label, role, and work, including the entire Data Science population at Anadarko.
- They loved the strategy of performing Applied Research and Development using Data Science techniques and advanced technologies (Google Cloud, NVIDIA, advanced Data Science architectures and approaches, etc.).  They have no interest in performing ad-hoc, short cycle project work using less advanced methods and technologies, including Excel, Spotfire, Matlab, and R-Shiny.
- They loved working closely with phenomenal subject matter experts on very challenging and complex problems (some of which take months and even years of research and work) as part of a centralized Data Science organization embedded within an organization which includes Geoscientists and Petroleum Engineers.
- I have developed Data Science career paths and ladders for them, which they are excited about and which provided future growth and career opportunities.
- Our Data Science environment and culture allows for many things they desire and value: advanced research, creativity, flexibility (including a formal work from home policy and flexible hours), open publication opportunities, incredible and challenging work, very high expectations, continuous education, support, growth, significant mentorship opportunities (including an excellent Data Science internship program), and direct business value contributions back to the business.
- They each interviewed me as part of the interview process as well, joined Anadarko because they wanted to work for me, and have grown to trust and respect me.  After years of working together, we are a family, and most of the team wants to continue working for me, whether that's at Anadarko, Oxy, or elsewhere.

Occidental [Ping Lu] 000126

I don't mean to be harsh with my following words, but I think it's important for the path forward that you know the truth in how my organization, including our dotted line Data Scientists, views things.  Through the actions from Day 1, Oxy has shown the entire team that Oxy does not care at all about the reasons they are here, the reasons they want to work here, their future careers, or anything.  Oxy never asked them what they wanted, and immediately took away all of the points above on Day 1.  It is widely known that we have gone to great lengths to recruit and hire the absolute best Data Scientists possible.  Oxy taking away all of the reasons that these individuals chose to work at Anadarko was naturally not going to be a successful strategy or approach to retain these individuals.  In addition, the fact that you had my entire organization including myself reporting to Reza from Day 1, and that I was never involved in any decisions or discussions on the path forward (and was completely bypassed in any discussions with my team, even when some team members requested that I be included), showed the team one thing: Oxy legacy was valued over competence, experience, and expertise.  That is entirely Oxy's prerogative of course, as Oxy bought Anadarko and not the other way around, and we all understand why Oxy made that decision, but you may also want to understand the ramifications of taking that approach.

Based on their experiences and conversations with numerous outside individuals and sources, our team has developed the strong feeling and belief (whether it's true or not) that we've potentially built the best Data Science organization within the Oil & Gas industry, and I am fortunate to be well respected both internally and externally for building and leading this organization.  You placed that extremely talented organization under someone who is not capable or qualified in leading the team, and based on many of my team's own external conversations across the space, is someone who is not respected outside of Oxy.  In addition, from what many of my team and other Anadarko peers have heard through conversations with business units within Oxy, the Data Science organization was placed under someone who is not at all respected internally across larger Oxy.  And finally, when each one of them interacted with Reza and "interviewed" him themselves, Reza's attitude and actions led them to quickly develop a complete lack of respect, trust, loyalty, or any positive feelings about him as a leader.  As a number of my employees have stated to me, if it was their choice, they would never ever choose to work for or under Reza, or even recommend him being a part of their own teams.  As one of my employees phrased it, Oxy came in and took a sledge hammer to a well-oiled and high performing machine, without understanding how or why it worked, and now that you busted it up you're trying to figure out how to re-use some of the broken parts and pieces without any sort of manual.  If you try to force fit any of those parts and pieces within your own machine, which they were never intended for, then you could be risking sub-optimal performance or even catastrophe.

Oxy had one chance to make a first impression, and what has been done can never be undone.  As I mentioned to you, up until the acquisition, while it was difficult, I was doing my best to motivate the team on the possibility of most of us continuing with Oxy for the future, even though I was receiving zero first-hand information.  Through internal discussions and polling, which I had documented, around 25% of my employees strongly wanted to be let go by Oxy at the time of the acquisition, partly due to the attraction of trying for the COC.  After the first day of communications from Oxy (Monday 8/12) and Reza's initial interactions with some of the team (when I had no involvement since I was on vacation, and I was purposefully bypassed by Reza completely), that changed to ~80%+ of my employees strongly wanting to be let go by Oxy.  As I shared with you in email, I assumed that you would be pleased to hear that based on the approach Reza was taking with our Data Scientists, many of the team did not want to be retained, as you would be able to make plenty of cuts to reach your synergy targets, so I informed you of the viewpoints of my team.  However, while I never heard anything back in response, Reza immediately changed his approach with the team.  It became clear then that he was working to sell certain individuals (but only some individuals) on Oxy instead of being hostile, belittling, and using intimidation tactics as he was initially doing and was still doing with others.  This flip-flopping and lack of any consistency in his interviews was very pronounced and concerning to the entire team, as it showed them that they couldn't trust anything he was saying, one way or another.  He also provided different information to different individuals on similar topics, strategy, and policies, likely due to ulterior motives, which again led to the development of a deep mistrust across the team.  In addition, Reza bad mouthed people including yourself to several of my employees, stating that you were not very knowledgeable or smart.  He also made disparaging remarks about individuals and teams within the Oxy business as well.  All of these comments further eroded any trust or respect from the team, and led my entire organization to question his motives and ethics.  Many of the team is even concerned about retaliation activities from Reza in the future, based on some of the things he has said and some of his actions to date, including Reza mentioning finding ways to fire people for cause (without COC) if they didn't do as he said in the future roles which he would assign them to.

**Unacceptable and inexcusable actions by Reza Rastegar**

The most concerning, upsetting, and inexcusable items are something that I hesitate to mention, but feel that it is my duty to report it at a high level.  In his interactions with a particular class of my employees, Reza completely and unprofessionally crossed discrimination and harassment lines towards those employees, and treated them completely differently than his interactions with all other classes of employees.  The reason I hesitate to mention this, is that for this class of employees, while they are very hurt by the interactions and his actions, they would rather be discriminated against and harassed in this specific situation, because they are hoping to be let go by Oxy and they would much rather have nothing to do with Reza or Oxy now or in the future.  I apologized to all of those individuals for Reza's actions, and am extremely disturbed and upset by the circumstances communicated to me, as is the rest of the team and others outside of the team who were made aware of his actions.  If this was a normal situation, then it would absolutely not have been tolerated by Anadarko, and complaints and an investigation would have been raised to HR and outside sources as necessary, which in my experience and based on feedback I've received from external HR specialists, would likely result in disciplinary actions.  However, these employees requested that I not raise the issue with HR or outside sources at this time, because they very much prefer to be let go soon with the COC, and they are also fearful of Reza and they fear retaliation from Reza and/or Oxy in the future, as they have absolutely no reason to trust Oxy in any way at this point.  While these types of actions are not allowed at Anadarko, these employees now feel that this may be common practice at Oxy, based on their only interactions with Oxy to date.  Almost every single one of our Data Science employees has been negatively affected by Reza's actions in these specific situations, as this information has been impossible to contain.  If the affected employees are not let go by Oxy and don't receive the COC, then they will decide on appropriate actions at that time.


After all of the actions above, all but one of the team (my team again includes both my organization and my dotted line Data Science team members within Anadarko) wants nothing to do with Reza in any way, shape, or form, in the future.  As communicated to you previously, two of my employees are willing to consider openings with Oxy (although one of those individuals also wants nothing to do with Reza), while the remainder of our Data Science employees want nothing to do with Reza and do not want to continue their careers with Oxy.  Based on Reza's interactions and actions to date, Reza will never earn the respect, trust, or loyalty of a single Anadarko Data Scientist now or in the future.


**My Recommendation**

I realize you may not want my recommendation after what I've shared above.  I still want to provide it, because I think it's the best path for my people, and I honestly feel that it would also be the best and easiest path for Oxy to move forward at this point.  The fact is that Oxy needs to cut significantly, and we all know that, since Oxy overspent for Anadarko.  We also know that based on your defined path forward for DMA, and Reza's strategy and approach to advanced analytics at Oxy, few of my employees are critical to your success (the most critical individuals are likely the contractors who are supporting IPSO and any other applications you decide to retain).  You could easily cut more than you are requested to cut to meet your synergy targets, because those targets are the minimum expected, while Oxy and the investors would eagerly welcome even more cuts.


***My recommendation is that you let go of any and all Anadarko Data Science employees who want to leave, and provide them with the COC.***  If you keep employees who have absolutely no interest in being at Oxy, at best you'll have dead weight to carry around for as long as they stay on the payroll, and it's likely that you and Reza will also have a silent (or even vocal) mutiny on your hands.  If you try to keep them and make it difficult for them to obtain the COC, then you will create deeper resentment within those individuals and the rest of the team, that will only grow and build on the complete lack of trust, respect, or loyalty that has already been developed through Reza's interactions and actions to date.  In addition, the team is a very close-knit family, and if you further harm certain individuals (such as effectively forcing them to resign and then not paying out the COC, or cutting the few individuals who are open to staying), then those team members that remain with Oxy will immediately learn about those actions, and the resentment will build and spread further.  As you know, one bad apple ruins a bunch, so it would not be a good idea to retain individuals who are not at all interested in working for Oxy, versus focusing on moving forward with those who want to be there.  Reza already has a team of individuals who I assume would love to remain with Oxy.  There are also a couple employees from my team who are open to staying as well given their specific situations (as long as one of them does not report up to Reza), and I have several strong contractors who are open to staying.  With that entire group, you should have more than enough individuals to move forward with and be successful with in your desired mission, while still being able to meet or exceed your synergy targets, and you could avoid the distractions and headaches of having a number of extremely disgruntled employees on staff who despise, do not trust, and are fearful of their manager.

I really wish this had gone down differently, especially in several circumstances of course, but the past cannot be changed.  I also apologize for any harsh tone in this email, but I am very upset with how the individuals on my team have been treated, especially related to several items, and I will support and defend my employees 100% until I am walked out by Oxy and beyond.  I would strongly encourage you to consider my recommendation for the good of the APC Data Scientists and for Oxy moving forward.  On the positive side, letting go of these employees will benefit Oxy's synergy targets and be viewed positively by Oxy's investors, as letting go of every Data Scientist employee who is interested will provide **over $5 Million in annual synergy savings** through employee costs alone.  This was a difficult situation that nobody signed up for or wanted to go through, and it became much worse due to Reza's interactions and actions.  The best thing for all sides at this point would be for you to make the appropriate changes so we can all move on as quickly as possible.  I look forward to further discussions with you and hearing what your future plans and actions are, so I can better understand next steps.

Thanks,

**Jeremy L. Graybill**, PMP

Director of Data Science & Advanced Analytics | AAET

Jeremy.Graybill@anadarko.com | 832.636.4783

Note: I'm also copying Mustafa, because of his role in leading the DMA integration efforts, and because the broader team and I have grown to respect him and his judgement through limited interactions.

**From:** Graybill, Jeremy
**Sent:** Thursday, September 12, 2019 7:39 PM
**To:** Kilcrease, Lindsay <Lindsay.Kilcrease@anadarko.com>
**Subject:** Our discussion

Lindsay,

Thank you so much for speaking with me today.  I would like to document a few of the points that we discussed, so you are able to pass them along to whomever you feel you need to provide the information to.  I'm trying my best to let you know the viewpoints of my organization, without providing you specific information tied to specific individuals, because I have been requested not to disclose additional information at this time.  Please know that while there is unanimous, or almost unanimous opinions regarding some points below, there are also other points below which may only apply to several individuals (and other individuals on the team may have a completely different viewpoint for that point).

- It is unanimously agreed by the individuals on my team that the reason that the integration efforts have gone very poorly in our area can be tied to a single Oxy individual, in Reza Rastegar.  Many other collaboration meetings that my team has participated in with other individuals and teams at Oxy, where my team has openly collaborated, have gone very well.  Based on the interactions with and actions by Reza to date, 95% of the individuals in my organization want no part in ever working with or dealing with Reza in the future.  This fact is completely beyond repair.

- I have communicated the above fact, along with more details and concerns about Reza, to David Bowlby at Oxy.  In fact, the points which I raised to David were directly from the individuals on my team, as they worked with me in drafting the details.  In addition, several individuals on my team have also communicated their concerns and views with David as well.  The individuals on my team have not been pleased with David's response, and do not feel that their concerns have been heard at all.

- The negative interactions with Reza have not been limited to the individuals in my organization.  There are other individuals at APC outside of my team, along with individuals at Oxy, who have told us of very negative interactions with and actions by Reza (sometimes using some very choice words and language).

- A number of individuals on my team have told me that if an HR investigation is opened into some of the actions, that they will have no comment at this time.  Several individuals on the team have consulted with lawyers, and they have also looked into EEOC laws and claim filing rules, and have determined that the best course of action is to wait until they see what steps are taken by Oxy, before deciding on their own next steps and/or before having any comment to HR.  In addition, most of my team has no reason to trust Oxy HR at any point in the future, so that is also why they won't be having any comment until it best serves them.

- While 95% of the individuals on my team will try for the Change of Control at the time which suits them best, there are individuals who have been told by Reza that they will be given positions which will not qualify them for Change of Control, so most of the team is fully aware that they may not be able to qualify.  But they will still give it their best try, and many of them already have spoken to their attorneys as they prepare for next steps.

- Since Data Science is one of the most in demand skillsets in the world right now, nobody on my team is worried about getting a job in the future.  I know of at least a handful of individuals on my team who already have job offers (some accepted).  They will try for the Change of Control, but the number one ultimate priority for most of my organization is leaving Oxy so that they don't have to deal with Reza in the future.

- There are individuals on my team who have been told by Reza that if they don't do what he says, then they will be fired for cause without the Change of Control.  Due to this threat, and the fact that some of the team feels like they will not be given the CoC by Oxy anyway, there are individuals on the team that would actually like to be fired for cause by Oxy (especially since those individuals have job offers already lined up).  There are individuals who have told me that due to the very negative interactions they've had with Reza and some of his actions to date, they would ultimately like to file suit against Oxy if they don't receive the Change of Control,

Occidental [Ping Lu] 000130

especially if they are fired for cause, and they would also like the opportunity to take the facts to the court of public opinion through the media.

Again, the points above don't all apply to everyone on my team, unless noted otherwise.  I've done my best to listen to and best represent the viewpoints of my team to David, and now to you.  I'd also be happy to discuss this in more detail with other individuals, as needed.

Thanks,

**Jeremy L. Graybill**, PMP

Director of Data Science & Advanced Analytics | AAET

Jeremy.Graybill@anadarko.com | 832.636.4783

**Occidental [Ping Lu] 000131**

March 13, 2020

**VIA FEDERAL EXPRESS**

Ping Lu
124 South Brooksedge Circle
The Woodlands, TX 77382

RE:   **CLAIM   FOR   BENEFITS   UNDER   THE   ANADARKO   PETROLEUM
        CORPORATION CHANGE OF CONTROL SEVERANCE PLAN**

Dear Mr. Lu:

This letter is to inform you that your claim for benefits under the Anadarko Petroleum Corporation Change of Control Severance Plan (the "COC Plan"), dated December 12, 2019 (the "Claim"), has been denied by the Anadarko Petroleum Corporation Health and Welfare Benefits Administrative Committee (the "Committee").

You were previously employed with Anadarko Petroleum Corporation ("Anadarko") prior to the acquisition by Occidental Petroleum Corporation ("Oxy") as the Manager of Data Science & Advanced Analytics.  You subsequently voluntarily terminated your employment with Oxy on November 1, 2019.  In your Claim, you stated that you believe you experienced a Good Reason event as defined in Article II(s) of the COC Plan, alleging that your duties and responsibilities as an employee were materially and adversely diminished in comparison to the duties and responsibilities you enjoyed immediately prior to the August 8, 2019 acquisition of Anadarko by Oxy (the "COC").  The reasons you submitted are set forth in your Claim (a copy of which is enclosed at **TAB A**) and center around the allegation that, prior to the COC, your responsibilities were materially and adversely diminished due to the changes that were implemented by Oxy.

**Documents Reviewed**
In considering your Claim, the Committee reviewed the following materials and information:

- Your Claim letter, dated December 12, 2019 and all attachments;
- The Anadarko Petroleum Corporation Change of Control Severance Plan; and
- The documents presented to the Good Reason Subcommittee as part of your original Good Reason Inquiry.

**Facts and Analysis of Your Claim**
The Committee confirmed the facts of your Claim by meeting and speaking with David Bowlby, Reza Rastegar and Klaas Koster to ensure its understanding of your pre-COC and post-COC duties and responsibilities.

We understand from Mr. Bowlby, Mr. Rastegar and Mr. Koster that you were informed that your job would continue at Oxy and the role of your work would expand.  While certainly there were changes that were being made by Oxy during the reorganization, some of the changes were transitional and part of the COC, and Mr. Rastegar and Mr. Koster worked to engage you during this transition.

Occidental [Ping Lu] 000132

Ping Lu
March 13, 2020
Page 2

You raised several issues in your Claim. The first issue related to the internship program. In your Claim, you explained in great detail your role in the internship program. As a result of our discussion with Mr. Bowlby, Mr. Rastegar and Mr. Koster, we understand that it was never decided or communicated that the internship program would go away. Further, the internship program was a very small part of your overall responsibilities. In fact, while we understand that the internship program was something that you enjoyed, it was not a material part of your position or your role at Anadarko. Further, it was never communicated to you that your role with the program would change.

You indicated that the Geophysical R&D budget was decreased thus preventing you from pursuing collaborative research. Additionally, you indicated that this budget decrease prevented you from developing deep-learning models. Mr. Koster indicated that he attempted to engage you and your team on several occasions to continue to work on research and development, but you were not responsive. In the Exhibit 8 email that you provided in your Claim dated October 3, 2019, Mr. Koster in fact was asking you and your team to participate in a research and development project. While you indicate in your Claim that you were not addressed directly in the email, you were the manager of the team included on the email, so you were responsible. As you were a manager, your job was to ensure that your team completed projects that were requested and assigned. By including you on the email, Mr. Koster was engaging you, as you were in charge of the team. Your lack of response to accept a project that would have been very similar to work you were performing does not mean that work wasn't available. Significant amounts of similar work were available to you, and you chose to not do the work.

Additionally, in Exhibit 13 to your Claim, Mr. Rastegar, in an email dated October 23, 2019, was asking you for a status of projects and explained that a project on which you did not want to work was in fact within your expertise and within the scope of your duties and responsibilities. This is another example of a project that was available to you that you refused to perform.

Further, with respect to Exhibit 9 in your Claim, in an email dated September 6, 2019 you were invited to present at a meeting because Mr. Bowlby and Mr. Rastegar were trying to engage you as a leader in the group. While you indicated that you did not perform the research in the area and did not understand why you were being asked to present, someone with your level of skills and expertise should be able to digest and present the information. Asking you to do so was not outside the scope of your duties and responsibilities, and your hesitation to participate further reflects that you were not willing to engage in work that was available to you. It also reflects that while you indicated that management and leadership skills were taken away from you, these opportunities continued to be made available.

You indicated that the sale of Mozambique to Total reduced your ability to research because the overall assets of the company were reduced. As a Manager of Data Science & Advanced Analytics, your role was to perform research and analyze data associated with the assets and projects that are supported by the company. This was true at Anadarko and remained true at Oxy. The fact that you preferred to perform one project over another does not mean that there was a material and adverse diminishment of your duties and responsibilities. In your role, you worked on many different projects in the organization as they were prioritized by the organization.

Ping Lu
March 13, 2020
Page 3

Changing projects does not change your duties and responsibilities. Thus, reducing the assets of the organization does not correlate with fewer research and development opportunities.

You stated that you lost all of the data engineers in your group. In speaking with Mr. Rastegar, we understand that while you initially had three people reporting to you, one data engineer was offered a position in Mr. Koster's group and was designated to continue to support you. Additionally, one additional team member was going to be reporting to you to support your work. Mr. Rastegar indicated that he communicated to you in person several times that your team would grow. However, you terminated employment during the Oxy transition period before this was able to happen.

You indicated that you were required to withdraw publications and cease pursuing new opportunities. You cited an email in which you were asked to not attend a conference as evidence of this fact. As is clear in the email to you from Mr. Rastegar dated October 18, 2019 and pursuant to Exhibit 15 of your Claim, Mr. Rastegar was supportive of your publishing your paper but declined your participation in the conference due to the demands arising from the COC and the more urgent business tasks that you had been assigned. This in no way suggested that you would forever be barred from participating in conferences. Again, this was a transition period immediately following the COC and not indicative of how things would operate going forward.

**Basis for Denial**

The relevant sections of the COC Plan document reproduced below outline the reasons for the denial.

- The definition of "Good Reason" under Article II, Section (s) provides the following definition with respect to the Good Reason event that you are claiming applies:

    (s)    Good Reason. Good Reason shall mean the occurrence of any of the following:

    (i)    the Participant's duties and responsibilities as an Employee are materially and adversely diminished in comparison to the duties and responsibilities enjoyed by the Participant immediately prior to the Change of Control.

- Sections 4.1 and 4.2 in Article IV of the COC Plan provide:

    4.1    Right to Separation Benefits. A Participant shall be entitled to receive Separation Benefits as provided in Section 4.3 if a Change of Control occurs and his or her Employment terminates under a circumstance specified in Section 4.2(a). An additional Change of Control shall not trigger any additional Separation Benefits for the Participant.

    4.2    Termination of Employment.

    (a)    Terminations Which Give Rise to Separation Benefits Under This Plan.

    (i)    A termination without Cause during the Applicable Period;

Occidental [Ping Lu] 000134

Ping Lu
March 13, 2020
Page 4

           (ii)     A termination for Good Reason during the Applicable Period; provided, that, the Participant terminates his or her Employment within ninety (90) days of such occurrence; or

           (iii)    If, during the Applicable Period, the Employer or any affiliate of the Employer sells or otherwise distributes or disposes of the subsidiary, division, branch or other business unit in which the Participant was employed before such sale, distribution or other disposition (a "Sale of Business") and the requirements of subsection (b)(vi) of this Section 4.2 are not met, a Participant may terminate his or her Employment within ninety (90) days after such Sale of Business and be entitled to Separation Benefits hereunder.

           (b)    Terminations Which Do Not Give Rise to Separation Benefits Under This Plan. If a Participant's Employment is terminated for any of the following reasons, the Participant shall not be entitled to Separation Benefits under the Plan, regardless of the occurrence of a Change of Control:

           (v)     The voluntary termination of the Participant when neither of the conditions of clauses (ii) or (iii) of Section 4.2(a) have been met during the Applicable Period.

Based on the COC Plan's terms, you did not experience a Good Reason event because your duties and responsibilities were not materially and adversely diminished in comparison to your duties and responsibilities immediately prior to the COC and you voluntarily terminated employment before a Good Reason event occurred. Consequently, as described in Section 4.2(b)(v) of the COC Plan, you are not entitled to separation benefits under the COC Plan.

**Appeal Procedures**

If you disagree with the decision, you or your authorized representative may appeal the denial to the Committee as the Plan Administrator of the COC Plan. A copy of the COC Plan is included at **TAB B**.

**IMPORTANT**: You or your authorized representative must submit a notice of appeal in writing to the Committee within 60 days of the date that you receive the Committee's denial of your Claim. For purposes of the review, you or your authorized representative has the right to:

- Submit written comments, documents, records and other information relating to your Claim appeal;

- Request, free of charge, reasonable access to, and copies of, all documents, records and other information relevant to your Claim. For this purpose, a document, record or other information is treated as "relevant" to your Claim if it (1) was relied upon in making the benefit decision, (2) was submitted, considered or generated in the course of making the benefit decision, regardless of whether it was relied upon in making the benefit decision, or (3) demonstrates compliance with the administrative processes and safeguards required in making the benefit decision; and

Ping Lu
March 13, 2020
Page 5

- A review that takes into account all comments, documents, records, and other information submitted by you relating to your Claim, regardless of whether the information was submitted or considered in the initial benefit decision.

Issues not raised during the appeal process will be deemed waived and precluded.

Your appeal will be reviewed by the Committee, and, within 60 days after receipt of the request for review, you will receive a written notice of the Committee's decision. If your appeal is denied, the notice will:

- Provide the specific reason(s) for the denial;
- Refer to the pertinent provisions of the COC Plan on which the adverse determination is based;
- Contain a statement that you are entitled to receive, upon request and free of charge, reasonable access to, and copies of, all documents, records, and other information relevant to your Claim appeal; and
- Describe any voluntary appeal procedures offered by the COC Plan and your right to obtain information about the procedures, and a statement of your right to bring an action under ERISA Section 502(a).

Appeals not timely filed will be barred. The Committee's decision on review will be final and binding on all parties.

If the Committee needs more than 60 days to review your Claim appeal, you will be advised in writing within 60 days after the Committee receives the Claim appeal. The notice will tell you why the Committee needs more time (which cannot exceed an additional 60 days).

If you do not agree with the decision of the Committee after a determination is made on your appeal, you may bring legal action in U.S. Federal District Court. You cannot bring legal action unless your Claim appeal has been reviewed and denied by the Committee. In addition, as described below, you must file your Claim appeal in a timely fashion, or your Claim appeal will be time-barred.

**You must bring any suit or legal action <u>no later than one year after the final decision on your Claim appeal has been issued by the Committee</u>. If you do not bring any suit or legal action during the one-year period following the Committee's final decision, any suit or legal action will be time-barred**.

**Occidental [Ping Lu] 000136**

Ping Lu
March 13, 2020
Page 6

The company's employment records and the COC Plan's administrative records are controlling in all cases.  If you believe that those records are incomplete or incorrect, to change or supplement the company's records you must provide written documentation that you believe is relevant. Whether such documentation is sufficient to override the company's and the COC Plan's records will be determined by the Committee.

Sincerely,


The Anadarko Petroleum Corporation Health and Welfare Benefits Administrative Committee

Occidental [Ping Lu] 000137

# TAB A

Occidental [Ping Lu] 000138

December 12, 2019

Health and Welfare Benefits Administrative Committee
Occidental Petroleum Corporation
5 Greenway Plaza, Suite 110
Houston, TX 77046

      Re:    Ping Lu – Claim for Benefits

Dear Committee,

My duties as the Manager of Data Science & Advanced Analytics were materially and adversely diminished since the change of control. Because of this, I resigned for good reason under Anadarko Petroleum Corporation's Change of Control Severance Plan on November 1, 2019.

At the time of my resignation, I was no longer tasked with any of the responsibilities in my job description.[1] This claim specifically details how numerous significant responsibilities I had before the change of control were eliminated after the change of control. I did not have enough responsibilities to even occupy a part-time workweek. The attached calendars for 2019 are just one illustration of how materially my job duties were diminished since the change of control in August.[2]

As you will see in this detailed letter and the exhibits attached, my resignation was involuntary and for good reason as defined by the Plan. The evidence of this is overwhelming and my entitlement to benefits under the Plan is the only accurate finding for my claim.

**Overview of the AAET and my role**

Advanced Analytics & Emerging Technology ("AAET") has four primary functional units (1) Data Science Team, (2) Engineering Team, (3) Emerging Geoscience Team, and (4) Geoscience Technology Team. I worked in the AAET department during my time at Anadarko Petroleum Corporation ("APC"). After the acquisition closed, Occidental Petroleum ("OXY") defunctionalized and decentralized the entire AAET team and disbursed the team members to individual functional groups within OXY.

The Advanced Analytics R&D team is a sub-team of the Data Science team. I was the manager of this team with four direct reports: one data scientist, one senior data scientist, one staff data engineer, one data engineer (contractor). We worked and collaborated closely with colleagues from the Geoscience Team and Geotechnology Team.

As APC's CEO Al Walker stated, "[t]he AAET will be an entrepreneurial organization focused on developing new technologies and next-generation capabilities. Including those for our digital operations, reservoir characterization and modeling, and geophysical analysis," the core functionality of AAET focusing on R&D is no longer a continuation after the acquisition.

---

[1] Exhibit 1, Job description.
[2] Exhibit 2, Outlook calendars for 2019.

**I. OXY's cancellation of the Data Science Internship Program absolved me of the substantial duties I had relating to the program.**

One of my job duties at APC was to lead the promotion of digital transformation, training and development of other Data Scientists, Citizen Data Scientists, and peers throughout the organization. A major component of this job duty was the Data Science Internship Program.

In 2018 and 2019, my group was assigned four interns. I was actively involved in the internship program including assisting with the campus information session, recruiting session, interviewing sessions, proposing and determining projects for the interns, mentoring, management, project advisement, publications, and making decision on extending employment offers.

The Data Science Internship Program was a success. Below are some examples of our interns' work.

1. 2018 Intern Program

   a. Arkabandhu Chowdhury (Rice University, PhD student - Computer Science) worked on projects titled "Generation of synthetic geological seismic and label data using deep-learning model" during summer 2018.

   b. Mostafa Karimi (Texas A&M University, PhD student - Electrical & Computer Engineering) worked on projects titled "Development of deep convolutional neural network architecture for seismic interpretation" during summer 2018.

   c. Mostafa Karimi's developments enabled us to publish a paper at the Thirty-second Conference on Neural Information Processing Systems, held in Montreal in 2018.

2. 2019 Intern Program

   a. Xing Zhao (Texas A&M University, PhD student - Computer Science) worked on "Deep learning approach on seismic noise attenuation: case studies for gaussian noise and swell noise" during summer 2019.

   b. Xing Zhao's work was integral to two journal publications, one of which was published in "The Leading Edge" and another submitted to "Geophysics."

   c. Rebecca Li (University of Houston, PhD student - Computer Science) worked on projects titled "Seismic compressive sensing technology through deep learning models" during summer 2019.

   d. Rebecca Li's work during her internship led to the publication of a paper in "The Leading Edge" journal and a paper at the Thirty-third Conference on Neural Information Processing Systems held in Vancouver in 2019.

For the 2018 intern program, I was responsible for: (1) assigning interns' projects and mentors, (2) making decisions on extending employment offers to interns, and (3) providing recommendations for interns' projects. For the 2019 intern program, I was responsible for: (1)

Occidental [Ping Lu] 000140

assigning interns' projects and mentors, (2) making decisions on extending employment offers to interns, and (3) coordinating intern recruiting events.

Summer interns were critical to support my group's research activities and functionality, which were necessary for success and development. OXY would not be making any offers to APC's 2019 summer interns (as repeat interns or employees).

OXY delivered a recruiting presentation on August 28, 2019.[3] OXY ended the Data Science Internship Program and accordingly cancelled all of APC's scheduled campus informational sessions, recruiting sessions, and interviewing sessions. My former supervisor, Jeremy Graybill (Director of Data Science), provided the presentation information to those involved with the internship program before the change of control. Mr. Graybill described the program as "effectively dead."[4] OXY's human resources presentation was not provided to Anadarko's human resources department, nor did OXY provide it to me directly.

I was never given any documentation or had any conversations with Reza Rastegar (my direct supervisor after the change of control, Director of Data Analytics) or anyone else at OXY about the continuation of the internship program. The information communicated in OXY's August 28 presentation was the only information I was provided about the program.

Without having the internship program in 2020, the number of resources that can be dedicated to my research topics and projects in my group was largely reduced.

The cancellation of the Data Science Internship Program meant that I did not have any of the following job responsibilities that I previously had at APC:

    a.  Providing input into or making a decision on which Data Science candidates should be hired as returning interns for next summer, or as new hires after graduation.

    b.  Recruiting Data Science candidates at the various college campuses and through other recruiting efforts.

    c.  Interviewing Data Science candidates for summer 2020 internship opportunities, both through recruiting efforts and formal scheduled interviews.

    d.  Providing input and deciding which candidates will be selected to receive internship offers.

    e.  Extending offers to Data Science intern candidates.

    f.  Determining which Data Science projects the interns work on and preparing for the Data Science summer internship program.

---

[3] Exhibit 3, Fall Internship Recruiting Update.
[4] Exhibit 4, September 11, 2019 email from Jeremy Graybill.

Occidental [Ping Lu] 000141

g.  Providing individual mentorship, management, project advisement, and general internship program mentorship and input throughout the program.

**II. Geophysical R&D was allocated $0 in the 2020 budget, which decimated my individual and collaborative research duties.**

In my role at APC I was tasked with working with external technology organizations including joint industry projects, external industry technology organizations, and key university departments through research consortiums to improve digital capabilities. I was also in charge of leading algorithm deployment and maintenance for E&P project domains including seismic acquisition, processing, inversion, and interpretation; subsurface characterization, field development, planning, and optimization; geologic and petrophysical analysis, offshore advanced process analytics, and digital operations. These tasks require support through third party R&D.

During the past two years I was involved in the following activities, which required investments totaling well over $6.6 million.

a.  AAET collaborated with Bluware to build a powerful, interactive interpretation package to deploy our geophysical deep-learning models. (over $750,000)

b.  AAET and Schlumberger signed a contract to develop the Delfi environment where our deep-learning models could be deployed and a user-interface with GUI capability could be built for geophysicists to provide training labels and QC results from those models. ($750,000)

c.  AAET spent approximately $5.1 million on the Geophysical R&D team during 2018 and 2019, including internal labor of $3.3 million and $1.8 million in capital and operating expenses.

d.  AAET planned to collaborate with CGG on re-processing the BOA project to incorporate dirty salt/inclusions from APC's deep-learning predictions into vendor processing workflow.

e.  AAET worked on a collaboration with WesternGeco to leverage the GPU technology in seismic processing for the BEVO project with the integration of the deep-learning models.

f.  AAET planned to continue to participate in consortiums through the University of Texas at Austin – Bureau of Economic Geology and Georgia Tech University's ML4Seismic, as well as took considerations of joining consortiums through Stanford University, SEG SEAM AI, University of Leeds, Fraunhofer Institute

g.  AAET collaborated with Halliburton for development of fault segmentation tool

h.  AAET invested Topcoder for seeking solutions with fault segmentation solutions

Occidental [Ping Lu] 000142

During a meeting on September 6, OXY communicated its decision to reduce the investment for AAET project and product development from $37.5 million to $4.6 million (a reduction of 88%).[5] Specifically, all the Geophysical R&D projects have been held completely at a standstill, with no budget allocation for 2020.[6] Prior to the acquisition, APC had allocated $4 million to Geophysical R&D for the year 2020.[7]

Before the change of control, I was actively involved in the following Core R&D projects listed on the AAET website:[8]

    a. Machine Augmented Seismic Interpretation

- DL- based seismic fault interpretation

- DL- based seismic salt interpretation

- DL- based seismic stratigraphic interpretation

    b. Advanced Reservoir Characterization & Quantitative Interpretation Solutions

- ML- based seismic inversion

- ML- based noise attenuation

With the Geophysical R&D budget slashed to zero, all the on-going and backlogged R&D projects were suspended. After the change of control, I did not perform any duties related to the projects listed above. Like the Geophysical R&D budget, my responsibility for these R&D activities was reduced by 100%.

With a zeroed-out budget, all R&D research and collaborations with third parties were terminated. The deep-learning models that I had developed will no longer have commercial platforms to deploy in the future. The critical research projects that were no longer being funded were a major supplement to the R&D activities within my group. In addition, promotion of the technologies developed, one of my responsibilities at APC, had been totally eliminated.

**III. One of my key responsibilities, developing deep-learning models, was also terminated by the slashing of the Geophysical R&D budget.**

In my role at APC, I was leading the effort to develop deep-learning models for geophysical projects. There were several topics that have been identified as collaborations with the geophysical team at AAET, Geoscience Technology, and Asset teams. Prior to the change of control, the R&D geophysical projects that I was involved with were:

    a. Channel detection for the assets in Mozambique, Horn Mountain, Ghana

---

[5] Exhibit 5, AAET Portfolio – Evaluation progress update, p. 4.
[6] Exhibit 5, p. 5.
[7] Exhibit 5, p. 11.
[8] Exhibit 6, AAET website "Core R&D" page.

Occidental [Ping Lu] 000143

    b.   Salt/Salt inclusion detection for the assets in GoM K2, BOA, BEVO

    c.   MTC detection for the assets in Columbia, GoM

    d.   Horizon pickings for the assets in GoM Cretaceous, Horn Mountain, Ghana

    e.   Sand thickness detection for the assets in Mozambique, Horn Mountain

    f.   Seismic bandwidth extension for the assets in Mozambique, Horn Mountain

    g.   AVO anomaly detection for the assets in Mozambique

    h.   Attenuations of multiples for the assets in GoM K2

All the in-flight and future projects were well defined prior to the change of control. My responsibilities for those projects were to: (1) roadmap for geophysical DL projects and (2) roadmap salt identification projects. As shown in the memorandum from CTO Sanjay Paranji to the Governance and Risk Committee, in November 2018, it was estimated that "2-3 years of R&D" would be "required to get through it all."[9]

After the change of control, the work I did on these projects ceased. Before the change of control, a significant portion of my daily work was spent on these projects. None of the eight listed projects were discussed after the change of control. I was not provided with any individual projects to fill this reduction and the only two projects assigned to my group were directly relevant to my team members' work, not mine. The "compressive sensing" and "deployment of fault detection" projects assigned by Klaas Koster (OXY's Chief Geophysicist) and Mr. Rastegar after the change of control do not have any tasks relevant to my duties, as described below.

    a.   **Compressive sensing.** Mr. Koster assigned the compressive sensing project to my team members Yanyan Zhang, Yuan Xiao, and Nikos Mitsakos. Mr. Koster did not assign me any work for this project in his emails to the team.[10]

        Mr. Koster sent several emails to Yanyan and Yuan asking them for input on the project. Mr. Koster also invited them to have a meeting with him at OXY's office. Mr. Koster did not request my input or my presence at the meeting.

        Mr. Koster explicitly expressed that he only wanted to see the DL compressive sensing reconstruction to apply to another dataset. Mr. Koster did not express or imply that he would like to continue any R&D collaborations even though the potential for this was brought to his attention. I had no responsibility on the project without any R&D collaboration.

    b.   **Deployment of fault detection.** Before the change of control, Yanyan was exclusively responsible the deployment tasks relevant to fault detections. Yanyan was solely responsible for relevant interactions with counterparts and performance of all data science

---

[9] Exhibit 7, Memorandum dated November 16, 2018.
[10] Exhibit 8, September 26, 2019 email chain from Klaas Koster.

Occidental [Ping Lu] 000144

work. After the change of control, Yanyan continued to maintain responsibility of the fault deployment work. I was not assigned any work on this project.

Mr. Rastegar requested that I present technical details about these projects to his team members during a group meeting on October 14, 2019. I was not involved in any work on these projects. Mr. Graybill emailed David Bowlby (VP Data Management & Analytics) and described that I was not involved in either of the projects. As Mr. Graybill explained, I was confused about why Mr. Rastegar invited me to present "deep technical details in some domains where neither of them performed the work, when other individuals were not invited."[11] Ultimately, Nikos presented the compressive sensing work, Yanyan presented the fault deployment work, and I presented the introduction of team members, deep-learning workflows and challenges.

**IV. OXY has reduced seismic licensing, which left me with limited access to data and hindered me from performing my research and publication duties.**

At APC, my job required that I: (1) lead the execution of a wide range of projects across core focus areas of AAET, leveraging significant data within the operational and production domains for all core E&P business functions, to deliver tangible business value and (2) generate content for external publications and presentations in conference and scientific journals, participating and presenting in external conferences and meetings to promote APC's name as a leader in technology.

The Geophysical R&D research topics required large volumes of datasets to support my R&D activities. Access to these datasets provided me with the requisite background information for the development of deep-learning models designed for each individual research topic and integration of regional deep-learning models to commercial platforms. APC purchased access to all the seismic datasets from assets in the Gulf of Mexico and international assets including Mozambique, Ghana, Colombia, Argentina, and more.

OXY largely reduced the budget for licensing seismic data from major vendors in the Gulf of Mexico region. In addition, OXY no longer has ownership of the international assets, like Mozambique that was owned by APC, which has been sold to Total. OXY and Total continued to work towards closing the remaining transactions for African assets in Algeria, Ghana and South Africa pursuant to their agreement signed in August 2019. The investment on licensing of seismic data had been reduced by about 60% after the change of control. None of the licensed data for international areas had been relicensed and most of the onshore data was not relicensed either.[12]

Without continued licensing of the datasets, which I was able to access before the change of control, most of my research activities, particularly relying on the characterizations of the various seismic datasets, could not be conducted. Because of this, 80% of my research topics were terminated, since I could not successfully develop deep-learning models and test the ideas with developing models in the absence of these datasets.

Also, I was no longer able to publish scientific papers relevant to the data that had been sold to other companies or no longer continued to be licensed by OXY. For instance, the Mozambique dataset was used for publications for several research topics including channel, sand detection, and

---

[11] Exhibit 9, September 5, 2019 emails between Jeremy Graybill and David Bowlby.

[12] Exhibit 10, Email from Cody Comiskey (Supervisor of Geophysical Team) regarding seismic licensing.

Occidental [Ping Lu] 000145

bandwidth extension projects. Without access to these datasets, none of the publications, including any of the previous work developed and based on the African assets, could be developed in the future. One paper that had been accepted from The Leading Edge had to be withdrawn in November 2019 due to the lack of seismic licensing for Mozambique.

**V. I lost all geophysicist collaborators and as a result was no longer be able to develop deep-learning models for Geophysical R&D projects.**

In my position at APC, two of my duties were to (1) work intimately and collaboratively with business Geophysicists in leading advanced applied research and development for challenging and high impact problems within the E&P operations domains and (2) network internally and externally to build relationships that foster technology transfer and collaboration.

Prior to the acquisition, I closely collaborated with ten Geophysicists from AAET and Geophysics Technology. Creating deep-learning models for Geophysical R&D projects requires the input, support and time of geophysicists with specialized knowledge and expertise. Before the change of control, I depended on the following Geophysicists for research in specific areas.

      a.  Channel detection: Karilys Castillo and Cody Comiskey

      b.  Salt/Salt inclusion detection: Hunter Danque and Cody Comiskey

      c.  MTC detection: Matt Morris and Cody Comiskey

      d.  Horizon pickings: Matt Morris, Carrie Kidd and Cody Comiskey

      e.  Sand thickness detection: Stan Morris, Grace Yu, Scott Geauner, Lin Yang and Mike Seeber

      f.  Seismic bandwidth extension: Stan Morris, Grace Yu, Scott Geauner, Lin Yang and Mike Seeber

      g.  AVO anomaly detection: Olga Brusova, Karilys Castillo and Cody Comiskey

      h.  Attenuation of multiples: David Sixta, Jianxiong Chen and Mike Seeber

My ability to successfully perform this key duty depended on the expertise of geophysicists who defined the scope of geophysical R&D and built connections with the business units.

All ten of my prior collaborators have either taken volunteer or change of control severance packages, moved to Total, or report to a new business unit or the new functional group lead by Mr. Koster. During a meeting on August 21, 2019 Mr. Koster stated that his group does not support Geophysical R&D activities and that his team will not collaborate with Geophysical R&D.

Occidental [Ping Lu] 000146

Because collaborative efforts ceased with the change of control, my job duties no longer included the following:

a.  Planning meetings, which were held with Cody and Mike's team, to initiate R&D efforts between geophysicists and my team, by presenting the scope of the project, exchange opinions, and understand the feasibility of developing deep-learning models for the tasks.

b.  Interactions with prior collaborators or new collaborators from OXY. Mr. Koster directly delivers the data to my team.

c.  Providing my opinions and ideas based on technical information shared between R&D and geophysicists. Mr. Koster and his team members do not request my input nor provide me with technical information they have.

Because I no longer had partners to collaborate with, I was not able to develop any deep-learning models for Geophysical R&D projects. OXY does not have any plan to rebuild a centralized team to support collaborative activities.

**VI. After the change of control, I lost 100% of the Data Engineers on my team, reducing my ability to perform R&D activities and thwarting all R&D potential.**

A large part of my role at APC was providing leadership support to various positions within my team, including data engineering. My team before the change of control had two Data Engineers, Yuan Xiao and Jerry Xiao. Both had very strong coding capability and geophysical backgrounds.

Yuan was the first data engineer hired at AAET in June 2017. He was brought onboard to work closely with me to provide dedicated Geophysical R&D research data. All of the team members from my group and the geophysical group, myself included, relied heavily on Yuan's work. Yuan's work included:

a.  Managing the design and development of all seismic data workflows and pipelines to support my research activities.

b.  Connecting the gap between data scientists and geophysicists. The programs and codes developed by Yuan provided a significant backbone for my daily work.

c.  Assisting with all Geophysical R&D projects (including interns' projects), activities, and interactions.

d.  Engaging in collaboration activities with external vendors to develop tools to integrate the deep-learning capabilities for the developed geophysical projects.

Jerry Xiao focused on the Geophysical R&D projects by developing and conducting:

a.  Algorithms for seismic interpretation projects and supports for geophysicists.

b.  Research of 3D visualization and quality control tools for seismic data and deep-learning output.

Occidental [Ping Lu] 000147

    c.  Support for deep-learning research activities (including interns' projects).

    d.  Geologically synthetic models, which can be used for training the deep-learning models.

Jerry resigned on September 21, 2019. On October 17, 2019, Yuan was transferred to Mr. Koster's Geophysical group. There were no longer any Data Engineers working in my group. There were plans to hire any new Data Engineers for my group. Mr. Rastegar nor anyone else ever told me that OXY planned to hire another team member to report to me, nor that Yuan would continue to support me and my group. After Yuan was transferred to Mr. Koster's group, he was fully occupied by tasks in his new role, as a Senior Geophysicist. Prior to the acquisition, Yuan dedicated 100% of his time to my group and was involved in all the projects for my group. With no Data Engineers, all R&D activities were slated to eventually cease.

## VII. My team leadership responsibilities were significantly diminished because I was excluded from communications, meetings and activities in Geophysical R&D.

As a manager leading the Geophysical R&D activities, before the change of control, I was always invited and made aware of technical discussions with collaborators and my supervisor, as I was considered a technical lead. I was invited to all Geophysical R&D meetings and activities and involved with all Geophysical R&D projects. I was made aware of all project plans and collaborations.

Before the change of control, I was invited to make suggestions and decisions for project planning, research direction, joining consortiums, and reporting project progress (fault deployment). Some of my other leadership responsibilities included:

    a.  Steering the research direction for internal project planning.

    b.  Instructing the technical advisor regarding research direction for external collaborations.

    c.  Interacting with researchers from University of Texas at Austin regarding R&D efforts.

    d.  Presenting Geophysical R&D program to the Executive Committee.

    e.  Attending the Joint Anadarko Executive engagement with Google at San Jose.

    f.  Leading external R&D efforts in collaboration with Google.

Following the change of control, Mr. Koster and Yongfeng Li (Lead Technical Analytics) bypassed most of my leadership responsibilities. After the change of control, Mr. Koster sent several emails directly to my team members (Yanyan Zhang and Yuan Xiao), requesting that they perform deep-learning work. Mr. Koster did not copy me on these emails or communicate these assignments to me. Mr. Koster also requested Yuan's attendance at several of his team meetings without me ever being invited to or made aware of these meetings. On August 23, 2019, I raised concerns to my manager Jeremy Graybill about my team members being asked to attend meetings that I was not invited to or aware of. Despite my report, Mr. Koster and Mr. Li continued to email my team members directly, without copying me, requesting that they perform certain tasks and inviting them to meetings that I was unaware of.

Occidental [Ping Lu] 000148

On October 8, 2019, Mr. Koster sent emails directly to Yanyan and Yuan asking them to travel to OXY's office to have technical discussions. On October 9, 2019, Maksym Pryporov (Mathematical Scientist) sent a technical paper to Yanyan and Yuan for comments and suggestions without including me.[13] On October 21, 2019, Mr. Li directly called Yanyan asking her to perform a task without my knowledge.[14]

I was excluded from key communications related to my job duties. This undermined my position as a manager and my ability to keep abreast of the tasks my team members were performing. My responsibility to lead my team was materially reduced.

**VIII. My project assignments at OXY came with extremely reduced discretion and a much narrower scope than my responsibilities before the change of control.**

The responsibility of the advanced analytics R&D team is to focus on development of deep-learning models by providing the most advanced technologies and capabilities for the problems brought to my group. At APC, I had the freedom to initiate research topics and engage as much or as little as I felt necessary with existing projects. I was given the discretion to select the most appropriate approach to conduct the research in order to produce the most compelling results for projects. Below are numerous examples of some my initiatives before the change of control.

  a. On November 10, 2017, I proposed the idea of starting a technical collaboration regarding fault extraction with Xinming Wu, a post-doctoral researcher from the University of Texas at Austin.

  b. On March 12, 2018, I proposed my ideas and plans to Christian Noll (Manager of Emerging Geoscience), Mr. Graybill, and Sanjay Paranji (VP of Technology) about how to develop a deep-learning model to assist seismic projects.

  c. On November 12, 2018, I initiated the bandwidth extension research topic and sought collaborations with the Geophysics team.

  d. On January 15, 2019, I steered the direction of a research topic for collaborative efforts with the Geophysics team and planned next steps.

  e. On February 12, 2019, I proposed to review the progress and next steps for research of bandwidth extension with the Geophysics team.

  f. On March 11, 2019, I initiated the meetings with the Geophysics team to report progress and goals of collaborative projects. I also drafted a spreadsheet including all the current projects and tasks associated with Geophysical team and advanced Analytics R&D team.

  g. On March 20, 2019, I introduced the idea of leveraging a deep-learning approach to geophysicists from Geoscience Technology to begin a collaboration for seismic inversion projects. Within this collaboration, I have determined the research direction, and assigned tasks to those involved in the collaboration including Geoscience Technology, the asset

---

[13] Exhibit 11, October 9, 2019 email from Maksym Pryporov.
[14] Exhibit 12, October 21, 2019 email from Yanyan.

Occidental [Ping Lu] 000149

team and my team. I served as the project manager in organizing and reporting progress to stakeholders on a quarterly basis.

h. On March 21, 2019, I proposed and steered an effort to Cody Comiskey (Supervisor of geophysics), Mr. Noll, and Mr. Graybill to develop a global deep-learning model for fault detections.

i. On April 3, 2019, I proposed a meeting with the Geophysics team to discuss the research topics and challenges regarding bandwidth extension with development of deep-learning models.

j. On April 24, 2019, I provided my feedback and directions to Mr. Comiskey to address the backlog of geophysical projects.

k. On May 15, 2019, I provided my feedback to Mike Seeber (Director of Geophysics), Mr. Graybill, Mason Dykstra (Director of Geoscience Technology), Stan Morris (Distinguish Geophysicist), David Sixta (Distinguish Geophysicist), Grace Yu (Senior Geophysicist), and Jianxiong Chen (Geophysicist) and managed the direction for the ongoing collaborated projects with Geoscience Technology.

l. On May 29, 2019, I provided my feedback and directions to Mr. Comiskey regarding the roadmap of geophysical projects.

m. I had the support of Mr. Graybill, Mr. Comiskey, and Mr. Noll, with my own discretion to decide if a project was suitable for the deep-learning approach or not.

After the change of control, I did not engage in any similar work or get delegated responsibilities analogous to those listed above.

All the deep-learning models that my team developed and applied to the Geophysical R&D projects during the past two years were compiled with the latest deep-learning frameworks−TensorFlow or PyTorch. All the developed deep-learning models heavily leverage the GPUs or TPUs and cloud technologies. After the change of control, the deep-learning method used at APC was made all but obsolete. OXY urged me and my team to use methods that were outside of our areas of expertise and allowed minimal discretion.

One example of this arose on the compressive sensing project, one of two projects assigned to my team. The compressive sensing project was not conducive to the deep-learning model used before the change of control. Yanyan and Yuan, the team members working on this task explained this to Mr. Koster on numerous occasions. After Yanyan and Yuan explained this to Mr. Koster, Mr. Rastegar asked me to provide a plan for the compressive sensing project. I also tried my best to explain to Mr. Rastegar numerous times about the reasons why I thought this project was very different from my team's developments and projects before the change of control. Mr. Rastegar and his team did not listen to me either.

Mr. Pryporov and Mr. Rastegar asked me to review and understand a paper that Mr. Proporov used to develop an algorithm that heavily involved mathematical formulas, and did not require the use of any GPU or deep-learning frameworks. The approach used in the paper was completely outside

Occidental [Ping Lu] 000150

the scope of my responsibilities and job description before the change of control, and was not within the framework of a data scientist's position.

Mr. Rastegar was frustrated when I told him that the task I was being asked to perform did not align with my skills or responsibilities. He insisted that I was a mathematician[15] and that using a mathematical approach to solve a compressive sensing task is relevant to my domain, however, I never worked on a mathematical project since I joined AAET in 2017. All of the projects I worked on before the change of control utilized a deep-learning model with GPU technology approach.

My prior supervisor, Mr. Graybill, sent a detailed email to Mr. Bowlby, who is Mr. Rastegar's supervisor, which discussed several ways the discretion and duties of Data Scientists, like myself, were narrowed and materially diminished after the change of control.[16] Unfortunately, Mr. Bowlby and Mr. Rastegar did not change course after Mr. Graybill's email. My duties continued to diminish and my role as a Data Scientist was reduced to that of a mathematician.

## IX. Post-acquisition budget cuts forced me to withdraw publications and cease pursuing new publication opportunities that were required of my position before the change of control.

At APC, I was tasked with generating content for external publications and presentations in conference and scientific journals, participating and presenting in external conferences and meetings to promote Anadarko's name as a leader in technology and encouraged to pursue continuous learning, literature, and training opportunities, to keep up with academic and industry research and trends, and ensure that the most advanced technologies and capabilities are being leveraged and implemented.

I was provided with the opportunities of attending, presenting, and publishing papers at several conferences, workshops, and journals at AAET during the past two and half years. AAET has reserved certain budget for attending conferences and taking training. In 2017, I attended the SEG International Exposition and 88th Annual Meeting and NIPS 2017: The Thirty-first Annual Conference on Neural Information Processing Systems. In 2018, I attended the eight conferences and workshops. In 2019, I attended six conferences and workshops before the change of control.

Before the change of control I was encouraged to write papers and submit publications. I provided technical support for ten publications. I was also encouraged to deliver technical presentations. Between 2017 and 2019, I presented seven times at various conferences and workshops across the United States. Before the change of control I participated in six consortiums. I attended three Google trainings and was given several opportunities to collaborate with Google's team.

Mr. Graybill, my supervisor before the change of control, encouraged my attendance and participation in conferences, workshops, and consortiums. After the change of control, Mr. Rastegar denied every request I made to attend conferences, which also adversely impacted my ability to have papers published.

The 2019 SEG 3rd International Workshop on Mathematical Geophysics: Traditional vs. Learning accepted a paper my team and I submitted before the change of control. The workshop was held

---

[15] Exhibit 13, October 23, 2019 emails between Mr. Rastegar and I.
[16] Exhibit 14, August 22, 2019 email from Mr. Graybill.

Occidental [Ping Lu] 000151

the week of November 4, 2019. My request to attend the workshop and present the paper was approved prior to the change of control. The expenses for this trip were also approved and reimbursed. On October 17, 2019, I emailed Mr. Rastegar for his approval to attend the event.[17] Mr. Rastegar declined my request. The reason he provided was budget constraints. I sent a follow-up email the next day. Mr. Rastegar again declined my request. Because of this, I was forced to withdraw my paper from the workshop. This is detrimental to the company's reputation and my own. I am also now at risk from being banned from publication at any future SEG event.

This was not an isolated denial. My team members were similarly denied requests to attend consortiums, workshops, and conferences. Another paper was accepted for a NIPS conference in December 2019. Mr. Rastegar also denied my request to attend this conference. I also suggested organizing trainings from Google Brain. Mr. Rastegar never responded.

My duties to generate publications, present, and promote further training and opportunities for myself and my team members was completely diminished.

**X. Mr. Rastegar's statements allegedly supporting the denial of my good reason inquiry were false and representative of his pattern of lying to me and ignoring my legitimate concerns.**

Mr. Rastegar provided information that OXY relied on to deny my good reason inquiry. During the time Mr. Rastegar was my supervisor, he lied, or at the very least made inconsistent statements, to me and my team members on numerous occasions. This pattern continued in the statements he made to the Good Reason Subcommittee. Below are some examples.

1. Mr. Rastegar said that I refused to work on assigned projects. This is simply not true. This comment to the Subcommittee was not the first time Mr. Rastegar said this. He sent me an email on October 23, 2019 alleging that I said this in a staff meeting in front of my team members. I responded to this email to clarify that I never made that statement. Mr. Rastegar never replied to my email. My prior performance reviews indicate that this would be extremely out of character for me and I am confident that my team members would confirm I did not say this during our meeting on October 10, 2019.

2. Mr. Rastegar stated that I "did not produce any significant results" to requests to apply my algorithms to OXY's geophysical data "for nearly three months." The first time I was on notice of any task related to compressive sensing was on September 26, 2019, when Mr. Koster asked my team members to perform it. Once I was told about the task, I followed up with Reza to provide explanations and suggestions about the feasibility of applying deep-learning model to this task, and interacted with his team members (Yongfeng Li and Maksym Pryporov) to understand the mathematical approach developed at OXY. On October 23, 2019, I was told by Mr. Koster that he was waiting for Yanyan to complete the fault deployment task, although this task was contingent upon the completion of the work from Geophysicist. I submitted my good reason inquiry form less than three weeks after the first request. This falls far short of the three months Mr. Rastegar claims I did not provide results within. I provided technical advice as soon as I was able to, which was contingent upon the work of my team members.

---

[17] Exhibit 15, Emails between Mr. Rastegar and I regarding an upcoming conference.

Occidental [Ping Lu] 000152

3.  Mr. Rastegar told the Subcommittee that the internship program has not been cancelled. He indicated that he verbally told me this. He did not. The only information I was provided about the internship program is Exhibit 2 to this claim, which clearly does not align with Mr. Rastegar's claim that "no decision has yet been made."

4.  Mr. Rastegar claims that one data engineer would continue to support me from Mr. Koster's group. This is not true and Mr. Koster himself has confirmed that his group will not support mine. Mr. Rastegar references an "additional team member" who was going to be reporting to me and supporting my work. I am not aware of any additional team member who would be supporting my work.

Mr. Rastegar assigned me tasks that were unrelated to my job responsibilities. When I did not understand the tasks and sought clarification, assistance, and/or told Mr. Rastegar that these tasks were not part of my role as a data scientist, Mr. Rastegar threatened to "find ways to fire me for cause" so that I would not be eligible for severance benefits.

My colleagues received similar treatment from Mr. Rastegar. Mr. Graybill's emails to OXY's human resources department[18] and to Mr. Bowlby and Barbara Bergerson (SVP Technical Support) voiced accurate concerns about Mr. Rastegar's treatment of me and my team members, as well as the material diminishing of our job duties.[19] Ms. Bergerson forwarded these emails to OXY's compliance department for investigation as well. I was not provided an update regarding human resources and compliance's investigation of Mr. Graybill's concerns.

While I understand that each good reason claim is analyzed on a case-by-case basis, I believe the similarly situated good reason claims from my team members are relevant to my claim. Three managers on the Data Science team (Alex Bayeh, Ding Cao, and Natalie Berestovsky) were told by Rosaliz Ufret (Director of HR at OXY) that they qualified for severance benefits because OXY cannot find a position for them in the new organization and their job duties were materially diminished. All three of them reported to Mr. Rastegar and had similar experiences to me. Ms. Berestovsky submitted a complaint to Human Resources. I am not sure if Human Resources' investigation of any of the complaints against Mr. Rastegar factored into the good reason claims granted to my team members. I have not been provided with the findings of any investigations. At a minimum, the multitude of corroborated complaints from those within and outside of my team demonstrate that Mr. Rastegar has been untruthful and is intent on ensuring that APC employees do not qualify for benefits under the change of control, whether they are entitled to under the Plan or not.

Donald Iacobell also provided the Good Reason Subcommittee with information that is inaccurate. To my knowledge, Mr. Iacobell did not know my actual job duties before or after the change of control.

**Conclusion**

I respectfully request that this claim, including all attachments, be reviewed completely and fairly, as required by the Plan. The information provided in this claim illustrates that following the change

---

[18] Exhibit 16, September 12, 2019 email from Mr. Graybill to Lindsay Kilcrease (Senior HR Business Partner).
[19] Exhibit 17, October 1, 2019 email from Mr. Graybill to Barbara Bergerson.

Occidental [Ping Lu] 000153

of control, my duties were materially and substantially diminished in almost every way. I ask that you find my resignation was involuntary and for good reason as defined by the Plan and accordingly conclude that I am entitled to severance benefits under the Plan. In light of the overwhelming evidence, this is the only logical conclusion.

Thank you for your consideration.

Sincerely,

*Ping Lu*

Ping Lu

Occidental [Ping Lu] 000154

# EXHIBIT 1

Occidental [Ping Lu] 000155



# JOB DESCRIPTIONS: AAET DATA SCIENCE

DIRECTOR OF DATA SCIENCE & ADVANCED ANALYTICS

MANAGER OF DATA SCIENCE & ADVANCED ANALYTICS

AAET DATA SCIENTIST

AAET DATA ENGINEER





## MANAGER OF DATA SCIENCE & ADVANCED ANALYTICS

### SUMMARY

The AAET group serves as a centralized innovation and excellence organization responsible for identifying and developing Advanced Analytics and Emerging Technologies which provide differentiating capabilities across Anadarko's business.

The Manager of Data Science & Advanced Analytics leads the Data Science efforts for various AAET initiatives, working very closely with counterparts in the Geoscience and Petroleum Engineering domains within AAET and Geoscience Technology, along with AAET's Application Development organization, in leading applied research and development in generating advanced data driven solutions for challenging and high impact problems within the E&P operations domains.

### QUALIFICATIONS

- Strong background and broad expertise in Data Science disciplines, including Mathematics, Statistics, Computer Science, Machine Learning, Data Engineering, Spatial Analytics, and/or Applied Physics
- Strong quantitative and problem-solving skills, including strong mathematical, statistical, and technical knowledge and skills
- Demonstrated ability to lead and deliver applied research and development projects for new technologies in oil and gas
- Recognized thought leadership and technical expertise with established credibility both internally and externally
- Strong programming and scripting skills, with languages such as Python, C#, C++, and Java
- Strong experience with modern ML and Deep Learning frameworks including TensorFlow, PyTorch, Keras, Theano, and Caffe
- Strong experience with modern ML and Data Science libraries including Pandas, Numpy, Scikit-Learn, NLTK, Seaborn, Dplyr
- Excellent understanding of ML techniques & algorithms, such as ANNs, SVM, GBM, Decision Forests, k-NN, Naive Bayes, etc.
- Master's Degree and/or PhD strongly preferred in Computer Science, Computational Mathematics, Applied Mathematics, Statistics, Engineering, Physics, or related quantitative field

### RESPONSIBILITIES

- Work intimately and collaboratively with business SMEs (Petroleum Engineers and Geoscientists) in leading advanced applied research and development for challenging and high impact problems within the E&P operations domains
- Lead the execution of a wide range of projects across core focus areas of AAET, leveraging significant data and real-time surveillance within the operational, production, and financial domains, for all core E&P business functions (US Onshore, GOM, and International), to deliver tangible business value
- Lead algorithm deployment and maintenance for E&P project domains including seismic acquisition, processing, inversion, and interpretation; subsurface characterization, field development, planning, and optimization; geologic and petrophysical analysis, offshore advanced process analytics, and digital operations
- Provide leadership within various Data Science & Advanced Analytics sub-functions, including Data Science Advanced Research & Development, Data Science Center of Excellence, Data Science Fleet Performance Optimization, Data Science Technology Advancement, Data Strategy & Analytics, and Embedded Data Science & Analytics teams
- Leverage statistical analysis, mathematical modeling, pattern recognition, and ML and deep learning frameworks (including TensorFlow, PyTorch, and Keras) towards recommending, selecting, developing, and integrating any Artificial Intelligence, Machine Learning, and Deep Learning algorithms and approaches required to provide requested capabilities
- Network internally and externally to build relationships that foster technology transfer and collaboration
- Work with external technology organizations including joint industry projects, external industry technology organizations, and key university departments through research consortiums, to improve digital capabilities
- Lead the promotion of digital transformation, training and development of other Data Scientists, Citizen Data Scientists, and other peers throughout the organization
- Lead advanced analytics projects using ML and Deep Learning, heavily utilizing GPU hardware stacks (including dedicated DGX boxes) and Google Cloud Platform infrastructure (Cloud Composer, CMLE, GKE, BigQuery, DataFlow, Pub/Sub, etc.)
- Pursue continuous learning, literature, and training opportunities, to keep up with academic and industry research and trends, and ensure that the most advanced technologies and capabilities are being leveraged and implemented
- Generate content for external publications and presentations in conference and scientific journals, participating and presenting in external conferences and meetings to promote Anadarko's name as a leader in technology

# EXHIBIT 2

Occidental [Ping Lu] 000158

# January 2019

| SUNDAY | MONDAY | TUESDAY | WEDNESDAY | THURSDAY | FRIDAY |
|---|---|---|---|---|---|
| Dec 30 | 31 | **Jan 1, 19** | 2 | 3 | 4 |
| | 7:30am PTO, Thanks; Lu, Ping | New Years Day | 7:30am PTO; Lu, Ping | 7:30amLu, Ping | Schedule A - Friday Off |
| | 8:30am Canceled: Geophysical ML Strat Interpretation - Daily Stand Up; *ALR-04MOBILEB (VC); Palmer, Scott [Enaxis Consulting] | 10:00am Canceled: AAET DS&AA Team Discussion; *ALR-04028 CONF (18, VC); Graybill, Jeremy | | | |
| 6 | 7 | 8 | 9 | 10 | 11 |
| | 1:00pm Canceled: ML-Inversion Deep Dive Slides Review; *ALR-04012 CONF (6, VC); Brusova, Olga | 7:30am GSH North Technical Breakfast - Seismic Reflection Imaging with DAS Data for Long Term Reservoir Surveillance (ROOM UPDATE); Allison Tower - Hall D; Perez, Maria | 2:00pm Bandwidth extension discussion; *ALR-21047 CONF (18) (Managed); Yu, Grace | | 7:30am as |
| | | 10:00am Canceled: AAET DS&AA Team Discussion; *ALR-04028 CONF (18, VC); Graybill, Jeremy | | | 9:30am FW: Agenda review for GT/AAET mini conference; *ALR-04078 CONF (24,VC); Brusova, Olga |
| 13 | 14 | 15 | 16 | 17 | 18 |
| | 9:00am Discussion for deep dive meeting; Ping's office; Lu, Ping | 10:00am Canceled: AAET DS&AA Team Discussion; *ALR-04028 CONF (18, VC); Graybill, Jeremy | | 8:00am   ODiSI training with Pat Connolly; AHT-11100  (Conference Rm. 6) ; Bru 5:00pm | Schedule A - Friday Off |
| | 2:30pm Canceled: Bevo feedback discussion with WesternGeco; *ALR-04078 CONF (24,VC); Noll, Christian | | | 8:30am Canceled: AAET Quarterly Business Review (QBR); ALR Conference Center ; RSC-Technology | |
| 20 | 21 | 22 | 23 | 24 | 25 |
| | 10:30am Canceled: Slides Review for ML Inversion Deep Dive; *ALR-04044 CONF (3, VC); Brusova, Olga | 10:00am Canceled: AAET DS&AA Team Discussion; *ALR-04028 CONF (18, VC); Graybill, Jeremy | Google EBC - Placeholder; Mountain View Campus; Keister, Eric | | 9:30pm |
| | 1:00pm DRY RUN - Technology R&D Update; *ALR-04078 CONF (24,VC); John... | 2:00pm Decesionspace; Hunter's office; Lu, Ping | 8:00am | Rice Math Symposium | |
| | 3:00pm Salt ML - Prep for Phase 1 & 2 Discussion; *ALR-04078 CONF (24,VC); P... | | | | |
| 27 | 28 | 29 | 30 | 31 | Feb 1 |
| | 9:30am Salt ML Summary and Roadmap; *ALR-04078 CONF (24,VC); Danque, Hun... | 9:00am Technology R&D Update; ALR-0... | 9:00am Info session about seismic projects; *ALR-04012 CONF (6, VC); Tobar, Ingrid | 7:30am work from home | Schedule A - Friday Off |
| | 9:30am Canceled: Salt prediction status from Ph1 & Phase 2 forward plan; *ALR-... | 9:00am Canceled: Technology R&D Upd... | | 12:30pm Last day to cancel hotel | |
| | 1:00pm Canceled: ML-Inversion Deep Dive dry run; *ALR-04078 CONF (24,VC); ... | 10:00am Canceled: AAET DS&AA Team D... | 1:00pm Seismic ML Strat Interpretation - Sprint Retrospective & Planning; *ALR-07003 CONF (18); Palmer, Scott [Enaxis Consulting] | 1:30pm exxon | |
| | 2:30pm Geoscience Team meeting; *ALR-... | 11:30am Anadarko's Risking Tables: So... | | 2:00pm Tech Thursday Talk: AAET Leadership Hosted Discussions; ALR-04078; Garza, Selena [INSIGHT GLOBAL INC.] | |
| | | 1:00pm GT JIP Consortium Proposal - M... | | | |
| | | 2:00pm Geophysical ML - Sprint Review;... | | | |

Occidental [Ping Lu] 000159

# February 2019

| SUNDAY | MONDAY | TUESDAY | WEDNESDAY | THURSDAY | FRIDAY |
|---|---|---|---|---|---|
| Jan 27 | **28** 9:30am Salt ML Summary and Roadmap; *ALR-04078 CONF (24,VC); Danque, Hun... <br> 9:30am Canceled: Salt prediction status from Ph1 & Phase 2 forward plan; *ALR-... <br> 1:00pm Canceled: ML-Inversion Deep Dive dry run; *ALR-04078 CONF (24,VC); ... <br> 2:30pm Geoscience Team meeting; *ALR... | **29** 9:00am Technology R&D Update; ALR-0... <br> 9:00am Canceled: Technology R&D Upd... <br> 10:00am Canceled: AAET DS&AA Team D... <br> 11:30am Anadarko's Risking Tables: So... <br> 1:00pm GT JIP Consortium Proposal - M... <br> 2:00pm Geophysical ML - Sprint Review;... | **30** 9:00am Info session about seismic projects; *ALR-04012 CONF (6, VC); Tobar, Ingrid <br> 1:00pm Seismic ML Strat Interpretation - Sprint Retrospective & Planning; *ALR-07003 CONF (18); Palmer, Scott [Enaxis Consulting] | **31** 7:30am work from home <br> 12:30pm Last day to cancel hotel <br> 1:30pm exxon <br> 2:00pm Tech Thursday Talk: AAET Leadership Hosted Discussions; ALR-04078; Garza, Selena [INSIGHT GLOBAL INC.] | **Feb 1** Schedule A - Friday Off |
| **3** | **4** 7:30am <br> 8:00am GT-AAET Geoscience Conference ; 2301 NORTH MILLBEND DRIVE , THE WOODLANDS, TX 77380; Jendrusch, Jennifer [Prodigy Staff Advsr] | **5** work from home <br> 7:30am          PTO, Thanks; Lu, Ping          5:30pm <br> 7:30am GSH North Technical Breakfast - Least-Squares Full Wavefield Migration ... <br> 8:00am GT-AAET Geoscience Conference ; 2301 NORTH MILLBEND DRIVE , THE WO... <br> 10:00am Canceled: AAET DS&AA Team D... | **6** | **7** 5:30pm <br> 5:00pm Farewell Celebration for Travis Olbrich; The Refuge Bar & Bistro; Ridley, Gina | **8** 8:00am AI Planning Workshop: Friday, 8 February - 8:30am-4:00pm (CT); Turquoise ZoomRoom; Shelly Oakley <br> 9:00am FW: Invitation: SeismicML Phase II kickoff @ Fri Feb 8, 2019 9am - 11am (CST) (cody.comiskey@anadarko.com); Anadarko Petroleum Corporation, 1201 Lake Robbins Dr, Room ALR-21047; bha... |
| **10** | **11** 9:30am otc rating <br> 11:45am Technology Team Lunar New Year Lunch ; 4th Floor Cafe; RSC-Technology | **12** 10:00am Canceled: AAET DS&AA Team Discussion; *ALR-04028 CONF (18, VC); ... <br> 1:30pm Seismic Attribute; *ALR-21047 CONF (18) (Managed); Lu, Ping <br> 1:30pm Low Frequency, Bandwidth Research; Mike's Office, 21079; Seeber, ... <br> 3:30pm OTC | **13** 7:00am inter <br> 7:30am PTO, thanks; Lu, Ping <br> 8:30am Canceled: [UPDATE] OpendTect Seismic Interpretation Software Training Session; ALR 11035; Brazell, Seth | **14** 10:00am rating otc | **15** Schedule A - Friday Off |
| **17** | **18** Presidents Day | **19** 10:00am Employee Town Hall; The Woodlands: Allison Hall / Denver: 7th Floor Conference Center / Midland: Green Tree Country Club; APC Communications <br> 12:00pm Geophysical Projects; *ALR-04012 CONF (6, VC); Comiskey, Cody | **20** 9:30am doctor <br> 2:30pm Canceled: Geoscience Team meeting; *ALR-04078 CONF (24,VC); Noll, Christian | **21** 11:45am lunch; allison cafe; Kara, Mustafa | **22** 7:00am df |
| **24** | **25** 1:00pm Historical Matching; *ALR-04028 CONF (18, VC); Lu, Ping <br> 1:00pm Horn Mountain ; *ALR-04028 CONF (18, VC); Lu, Ping <br> 2:00pm ML work; Maria's office; Zhang, Yanyan | **26** 10:00am Canceled: AAET DS&AA Team Discussion; *ALR-04028 CONF (18, VC); ... <br> 11:30am February & March Birthday Luncheon; Allison Hall; Walker, Al <br> 1:30pm Carat Learning; Grace's Office; Zhang, Yanyan <br> 3:00pm Technology Talk: One GOM Bus... | **27** 8:00am updates; Stan's office; Lu, Ping <br> 10:00am review Horn Mtn M56 reservoirs with AAET data science; *ALR-10003 CONF (18); Morris, Matt | **28** 1:30pm ML work; *ALR-21053 IDEA Lab (12); Zhang, Yanyan | **Mar 1** Schedule A - Friday Off |

Occidental [Ping Lu] 000160

# March 2019

| SUNDAY | MONDAY | TUESDAY | WEDNESDAY | THURSDAY | FRIDAY |
|---|---|---|---|---|---|
| Feb 24 | 25 | 26 | 27 | 28 | Mar 1 |
|  | 1:00pm Historical Matching; *ALR-04028 CONF (18, VC); Lu, Ping | 10:00am Canceled: AAET DS&AA Team Discussion; *ALR-04028 CONF (18, VC); ... | 8:00am updates; Stan's office; Lu, Ping | 1:30pm ML work; *ALR-21053 IDEA Lab (12); Zhang, Yanyan | Schedule A - Friday Off |
|  | 1:00pm Horn Mountain ; *ALR-04028 CONF (18); Lu, Ping | 11:30am February & March Birthday Luncheon; Allison Hall; Walker, Al | 10:00am review Horn Mtn M56 reservoirs with AAET data science; *ALR-10003 CONF (18); Morris, Matt | | |
|  | 2:00pm ML work; Maria's office; Zhang, Yanyan | 1:30pm Carat Learning; Grace's Office; Zhang, Yanyan | | | |
|  | | 3:00pm Technology Talk: One GOM Bus... | | | |
| 3 | 4 | 5 | 6 | 7 | 8 |
|  | 9:00am Introduction to ENRGeo; *ALR-04028 // Skype Meeting; Johnson, Jenny | 7:30am GSH North Technical Breakfast - Automated Scanning of Fine-Scale Geological, Petrophysical and Geomech... | 8:15am Send karilys | 9:00am Potential collaborations; Cristian's office; Lu, Ping | 8:45am Send email to Scott |
|  | | 9:00am Basin Structure Group, University of Leeds; ALR 3rd floor - The Quad - Ro... | 1:30pm Technology Talk: Delaware Technology Review; Allison Tower Idea Theater; RSC-Technology | 3:00pm Seismic ML Sprint 18 Review; *ALR-04028 CONF (18, VC); Passey, Karan [Enaxis Consulting] | |
|  | | 10:00am Canceled: AAET DS&AA Team Discussion; *ALR-04028 CONF (18, VC); ... | | | |
| 10 | 11 | 12 | 13 | 14 | 15 |
|  | 8:30am Talk to David and Stan AVO | 10:00am ML Inversion - Time Update to accommodate your calendar; Ping's Offi... | 11:00am asd | 7:30am sdf | Schedule A - Friday Off |
|  | | 1:00pm DL discussion; *ALR-05003 CONF (18); Lu, Ping | 1:00pm ef | 2:00pm GTC Talk Dry Run - with Amit Vij; *ALR-04028 CONF (18, VC); Tobar, Ingrid | |
|  | | 1:00pm Deep Learning work for seismic data; *ALR-05003 CONF (18); Lu, Ping | | | |
|  | | 3:00pm Geophysical R&D Project Planni... | | | |
| 17 | 18 | 19 | 20 | 21 | 22 |
|  | 8:00am Jeremy sal yy | 9:00am DR; *ALR-05003 CONF (18); Lu, P... | 2:30pm K2 Multiples; *ALR-11013 CONF (16) (Managed); Rodriguez, Arnold | 8:00am Interactive Training and Prediction on Bluware; *ALR-05003 CONF (18); Comiskey, Cody | 8:00am |
|  | 1:30pm hunter card | 9:00am DR; *ALR-05003 CONF (18); Lu, P... | 3:00pm FW: Review Salt ML Path; *ALR-04078 CONF (24,VC); Comiskey, Cody | | 8:15am Hunter card |
|  | | 10:00am Canceled: AAET DS&AA Team D... | | | |
|  | | 1:00pm sand detection; *ALR-05003 CO... | | | |
|  | | 1:00pm True sand thickness detection f... | | | |
|  | | 1:00pm Canceled: Digital Transformatio... | | | |
| 24 | 25 | 26 | 27 | 28 | 29 |
|  | 11:30AM APC / Bluware IDL Project. ; *ALR-05003 CONF (18); Comiskey, Cody | 9:00am Hampson Russell Foundations and AVO Analysis ; ALR 11049 ; Chen, Jianxiong | 8:30am Hampson Russell Foundations and AVO Analysis ; ALR 11049 ; Chen, Jianxiong | 9:00am Optional: Intern & Co-op Project Discussion; *ALR-05053 CONF (16); Graybill, Jeremy | Schedule A - Friday Off |
|  | 1:00pm DS Leadership Discussion; *ALR-04028 CONF (18, VC); Graybill, Jeremy | 10:00am Canceled: AAET DS&AA Team Discussion; *ALR-04028 CONF (18, VC); Graybill, Jeremy | 10:00am Discussions on CGG's Dirty-Salt Model-Building Practice plus ML Activiti... | 2:00pm Hunter Danque's Baby Shower ; *ALR-04010 Cafe (12,VC); Jendrusch, Jennifer [Prodigy Staff Advsr] | |
|  | | | 2:00pm Geoscience Team meeting; *ALR-04078 CONF (24,VC); Noll, Christian | | |

Occidental [Ping Lu] 000161

◀ ▶  April 2019

| SUNDAY | MONDAY | TUESDAY | WEDNESDAY | THURSDAY | FRIDAY |
|---|---|---|---|---|---|
| Mar 31 | **Apr 1**<br>9:00am inversion workshop registration | 2<br>7:30am GSH North Technical Breakfast - Integrating Geology and Geophysics into Engineering workflows to Enhance Unconventional Production; Allison Tower - Hall D; Perez, Maria<br>10:00am Canceled: AAET DS&AA Team Discussion; *ALR-04028 CONF (18, VC); Graybill, Jeremy | 3<br>9:00am sd; *ALR-05003 CONF (18); Lu, Ping<br>9:00am bandwidth extension; *ALR-05003 CONF (18); Lu, Ping | 4<br>10:00am HGS inversion registration<br>11:00am Unconventional SIG: Artificial Intelligence for High Resolution Reservoir Characterization - Apr 4th; TGS 10451 Clay Road Houston, TX 77041-8753 | 5 |
| 7 | 8<br>2:30pm Salt inclusion; Hunter's office; Lu, Ping<br>3:00pm ML on GCP; *ALR-05086 Team (8); Comiskey, Cody | 9<br>8:30am salt inclusion excel and 3 predictions; Hunter's office; Danque, Hunter<br>10:00am Canceled: AAET DS&AA Team Discussion; *ALR-04028 CONF (18, VC); Graybill, Jeremy<br>12:00pmLi, Youxin [Apex Systems] | 10<br>9:00am Summer Intern Project; *ALR-05003 CONF (18); Zhang, Yanyan | 11<br>7:00am habitat | 12<br>Schedule A - Friday Off |
| 14 | 15<br>8:45am Conference other than cvpr<br>10:00am Employee Town Hall; Allison Hall in The Woodlands; APC Communications<br>1:30pm Corporate Headshot; Photo Stu...<br>4:00pm 8===================...<br>4:30pm Discussion; *ALR-04028 CONF (1... | 16<br>10:00am Canceled: AAET DS&AA Team Discussion; *ALR-04028 CONF (18, VC); Graybill, Jeremy | 17<br>8:30am Tell yy to work on mtc<br>2:30pm FW: Magnus/Spencer Seismic Reprocessing Close-Out Meeting ; ALR #3; Chen, Jianxiong | 18<br>7:30am                    UT consortium                    5:00pm<br>Good Friday<br>9:00am | 19 |
| 21 | 22<br>8:00am Go through projects to make agreement, thanks!; Cody's office; Lu, Pi..<br>10:00am seismic project deliverable; Jeremy's office; Lu, Ping<br>10:00am Exploration Lookback 2016-2018; ALR 3rd Floor, Allison Hall A,...<br>2:30pm Geoscience Team meeting; *ALR... | 23<br>8:30am Speak to cody and Yuan to feel comfortable; Tell Matt appointment an...<br>8:45am Speak to Carrie to offer help<br>10:00am Canceled: AAET DS&AA Team Discussion; *ALR-04028 CONF (18, VC); ...<br>1:00pm 2019 Q2 Product Backlog and Roadmap Review - (Geophysics Teams);... | 24<br>7:45am Bandwidth use synthetic double, grace<br>2:00pm Planning session for De-Multiple project; *ALR-05003 CONF (18); Lu, Ping | 25<br>8:00am  Student Research Conference Alumni & Industry Open House at UH<br>9:00am SEAM AI | 26<br>Schedule A - Friday Off<br>7:30am Student Research Conference Alumni & Industry Open House at UH |
| 28 | 29<br>7:45am Ask for guillaume data and David letter, place multiple in Cody excel, jerry...<br>8:30am Batch Machine Learning Development on Bluware; *ALR-05003 C...<br>3:30pm Horn Mountain Channel discussion; My office; Castillo, Karilys<br>4:00pm Backlog Grooming Session ; *AL... | 30<br>7:45am Global model<br>10:00am Canceled: AAET DS&AA Team Discussion; *ALR-04028 CONF (18, VC); Graybill, Jeremy<br>1:00pm Seismic ML Sprint 19 Review; *ALR-04028 CONF (18, VC); Passey, Karan [Enaxis Consulting] | **May 1**<br>7:30am On shore noise attenuation , meet mike & mason to layout<br>9:00am Opendtect; *ALR-05053 CONF (16); Lu, Ping<br>2:00pm RFP ML Pipeline ; *ALR-05053 CONF (16); Comiskey, Cody<br>5:00pm Eric Keister's Farewell Celebrati... | 2<br>1:00pm Discussions of paper, *ALR-05003 CONF (18); Lu, Ping<br>1:00pm paper; *ALR-05003 CONF (18); Lu, Ping<br>3:00pm summer intern project - follow up; *ALR-05003 CONF (18); Zhang, Yanya | 3 |

Occidental [Ping Lu] 000162

◄ ►  May 2019

| SUNDAY | MONDAY | TUESDAY | WEDNESDAY | THURSDAY | FRIDAY |
|---|---|---|---|---|---|
| Apr 28 | 29<br>7:45am Ask for guillaume data and David letter, place multiple in Cody excel, jerry...<br>8:30am Batch Machine Learning Development on Bluware; *ALR-05003 C...<br>3:30pm Horn Mountain Channel discussion; My office; Castillo, Karilys<br>4:00pm Backlog Grooming Session ; *AL... | 30<br>7:45am Global model<br>10:00am Canceled: AAET DS&AA Team Discussion; *ALR-04028 CONF (18, VC); Graybill, Jeremy<br>1:00pm Seismic ML Sprint 19 Review; *ALR-04028 CONF (18, VC); Passey, Karan [Enaxis Consulting] | May 1<br>7:30am On shore noise attenuation , meet mike & mason to layout<br>9:00am Opendtect; *ALR-05053 CONF (16); Lu, Ping<br>2:00pm RFP ML Pipeline ; *ALR-05053 CONF (16); Comiskey, Cody<br>5:00pm Eric Keister's Farewell Celebrati... | 2<br>1:00pm Discussions of paper; *ALR-05003 CONF (18); Lu, Ping<br>1:00pm paper; *ALR-05003 CONF (18); Lu, Ping<br>3:00pm summer intern project - follow up; *ALR-05003 CONF (18); Zhang, Yanyan | 3 |
| 5 | 6<br>8:00am look for Guillaume: GSH invite: invite cody<br>2:30pm Riomar Visit to Anadarko; ALR The Quad (Room 16); Carvajal, Cristian | 7<br>9:00am De-multiple; David's office; Lu, Ping<br>10:00am Canceled: AAET DS&AA Team Discussion; *ALR-04028 CONF (18, VC); ...<br>11:00am Microsoft Advanced Hub Training - Session 1; *ALR-04010 Cafe (1...<br>1:00pm*ALR-05053 CONF (16); Lu, Ping | 8 | 9<br>7:30am China abstract degree | 10<br>Schedule A - Friday Off |
| 12 | 13<br>PTO; Zhang, Yanyan<br>7:30am GSH North Technical Breakfast - Neural Networks 101: Math, not Magic ;...<br>1:00pm Microsoft Advanced Hub Training - Session 2; *ALR-04010 Cafe (12,VC); Ri...<br>2:30pm Canceled: Geoscience Team meeting; *ALR-04078 CONF (24,VC); Noll... | 14<br>9:00am*ALR-05003 CONF (18); Lu, Ping<br>9:00am Ongoing projects; *ALR-05003 CONF (18); Lu, Ping<br>10:00am Canceled: AAET DS&AA Team Discussion; *ALR-04028 CONF (18, VC); Graybill, Jeremy | 15<br>1:30pm Website Discussion; Codys Office ; Comiskey, Cody | 16<br>8:00am RUN 200 res<br>9:00am | 17 |
| 19 | 20<br>8:00am AAET website, cody doc chevron jb<br>9:00am Seismic license | 21<br>10:00am Canceled: AAET DS&AA Team Discussion; *ALR-04028 CONF (18, VC); Graybill, Jeremy<br>2:00pm Data Science Intern Meet & Greet; *ALR-04078 CONF (24,VC); Tobar, Ingrid | 22<br>9:00am cancel trip<br>11:30am Welcome Lunch for Xing, Rebecca and Shahin; Nick's Fish Dive & ...<br>2:00pm Occidental Introductory Town H...<br>3:00pm one on one; Coffee bar at Aliso...<br>4:30pm Whit Armstrong Farewell HH; R... | 23<br>7:00am seg beijing abstract deadline<br>8:00am Mozambique well fault<br>8:15am QC the Seismic Data for the DL/...<br>9:00am Tech Thursday: Live Data Mining...<br>9:45am Intern data<br>11:30am Denoise dataset discussion; *A... | 24<br>Schedule A - Friday Off |
| 26 | 27<br>Memorial Day<br>7:00am Interpretation review | 28<br>7:00am VAE intern<br>8:00am Web Symposium by GSH and SEG: 3D Seismic Survey Design registration<br>9:00am Discussion of TLE paper; *ALR-0...<br>9:00am paper; *ALR-05003 CONF (18); L...<br>10:00am Canceled: AAET DS&AA Team D... | 29<br>9:00am Machine Learning MVP1: Project Kickoff ; Jupiter; Robert Torres<br>9:00am Canceled: Meeting at Bluware on Machine Learning Project Development; Bluware Offices ; Comiskey, Cody<br>4:00pm Hit Data Science out of the Park - Houston; Minute Maid Park; johnsoam... | 30<br>8:00am seg beijing abstract deadline<br>9:00am Project Discussion ; *ALR-05086 CONF (8, VC); Comiskey, Cody<br>10:00am Horn Mountain Horizon; Matt's office; Lu, Ping | 31 |

Occidental [Ping Lu] 000163



# June 2019

| SUNDAY | MONDAY | TUESDAY | WEDNESDAY | THURSDAY | FRIDAY |
|---|---|---|---|---|---|
| Jun 2 | 3 | 4 | 5 | 6 | 7 |
| | Google Data Engineering training - Session 1; Hackett Tower Conf Room #7 (Computer Training Room); Graybill, Jeremy | | | | Schedule A - Friday Off |
| | 8:00am the leading edge AVO deadline | 8:15am Seis data check for paper, dental | 10:00am Using Paleoscan for Sequence Stratigraphy - Talk by Steve Tobias (NearFX) - Lunch Provided; ALR Idea Theater - Lobby Level; Kirkland, Rodney | 9:00am CS by GAN inpainting; TBD; Li, Rebecca | |
| | 9:00am Dental | 10:00am Canceled: AAET DS&AA Team Discussion; *ALR-04028 CONF (18, VC); Graybill, Jeremy | | | |
| | 10:00am Check arka Mostafa intern report turn to paper | | | | |
| | 2:30pm Geoscience Team meeting; *ALR-04078 CONF (24,VC); Noll, Christian | | | | |
| 9 | 10 | 11 | 12 | 13 | 14 |
| | | | Conference @ ICML, CVPR; Zhang, Yanyan | | |
| | | ICML 2019 (conference); Los Angeles CA; Mitsakos, Nikolaos | | | |
| | 7:30am | | va; Lu, Ping | | |
| | 7:30am | | At ICML & CVPR conferences; Long Beach; Lu, Ping | | |
| | | 10:00am Canceled: AAET DS&AA Team Discussion; *ALR-04028 CONF (18, VC); ... | | 12:30pm Ingrid Tobar's Baby Shower; *ALR-04010 Cafe (12,VC); Jendrusch, Jen... | |
| 16 | 17 | 18 | 19 | 20 | 21 |
| | | | Conference @ ICML, CVPR; Zhang, Yanyan | | |
| | | | va; Lu, Ping | | |
| | | | | | 5:30pm |
| | | At ICML & CVPR conferences; Long Beach; Lu, Ping | | | |
| | | CVPR 2019 (conference); Los Angeles CA; Mitsakos, Nikolaos | | | Schedule A - Friday Off |
| | | 10:00am Canceled: AAET DS&AA Team Discussion; *ALR-04028 CONF (18, VC); ... | | | |
| 23 | 24 | 25 | 26 | 27 | 28 |
| | | | va; Lu, Ping | | |
| | | Google ASL Shadowing trip; Sunnyvale, CA; Graybill, Jeremy | | 10:30am DS & AA Team Building event; ... | |
| | Yuan PTO; Xiao, Yuan | | 7:30am | | PTO; Lu, Ping |
| | 2:30pm Intern Mid-Summer Goals Check-In: Rebecca Li; *ALR-04060 TEAM ... | 10:00am Canceled: AAET DS&AA Team Discussion; *ALR-04028 CONF (18, VC); ... | 1:00pm Canceled: Geophysics Sprint 20 Review; *ALR-05003 CONF (18); Passey, Karan [Enaxis Consulting] | | |
| | 2:30pm Canceled: Geoscience Team meeting; *ALR-04078 CONF (24,VC); Noll... | 11:00am Mozambique LNG Final Invest... | | | |
| | | | | | **Occidental [Ping Lu] 000164** |

## July 2019

| SUNDAY | MONDAY | TUESDAY | WEDNESDAY | THURSDAY | FRIDAY |
|---|---|---|---|---|---|
| Jun 30 | **Jul 1** | 2 | 3 | 4 | 5 |

From Jun 10
From Jun 26

va; Lu, Ping
PTO; Lu, Ping

| | | 10:00am Canceled: AAET DS&AA Team Discussion; *ALR-04028 CONF (18, VC); Graybill, Jeremy | | Independence Day | Schedule A - Friday Off |

| 7 | 8 | 9 | 10 | 11 | 12 |
|---|---|---|---|---|---|

va; Lu, Ping
PTO; Lu, Ping

| | | 10:00am Canceled: AAET DS&AA Team Discussion; *ALR-04028 CONF (18, VC); Graybill, Jeremy | | | 8:00am I might arrive a bit late at the office this morning; Mitsakos, Nikolaos |

| 14 | 15 | 16 | 17 | 18 | 19 |
|---|---|---|---|---|---|

va; Lu, Ping
PTO; Lu, Ping
5:30pm
5:30pm

| | | 8:00am Geophysics Sprint 20 Review; *ALR-04078 CONF (24, Hub VC); Passey, Karan [Enaxis Consulting] | | 8:30am Salt ML update on labels; Hunter's office; Danque, Hunter | Schedule A - Friday Off |
| | | | | 8:30am Canceled: AAET Quarterly Business Review (QBR); ALR Conference Center ; RSC-Technology | |
| | | | | 3:30pm FW: ML denoise discussion; HOU E1070 USI Client Audio Conference Roo... | |

| 21 | 22 | 23 | 24 | 25 | 26 |
|---|---|---|---|---|---|

PTO; Zhang, Yanyan

| | 7:00am SEG annual registration | 7:30am | | | |
| | 10:30am Paper Discussion ; Comiskey, Cody | 8:00am see; Lu, Ping | | | |
| | | 2:00pm Discussion on the recovery evaluation of OBN dataset; Guilaume's office@05096; Li, Rebecca | | | |

| 28 | 29 | 30 | 31 | Aug 1 | 2 |
|---|---|---|---|---|---|
| | 7:00am Seg annual registration | | | 1:00pm Machine learning approaches for uncertainty quantification of subsurface flow models; Alison Tower 3rd floor, conference room #4; Lu, Ping | Schedule A - Friday Off |
| | | | | | 2:17pm meeting; https://attend.webex.com/attend; Jelena Zhang |

Occidental [Ping Lu] 000165

◀ ▶  August 2019

| | Today | Tomorrow | Monday | |
| Houston, Texas | 78° F | 78° F / 58° F | 78° F / 58° F | Search Calendar |

| SUNDAY | MONDAY | TUESDAY | WEDNESDAY | THURSDAY | FRIDAY |
|---|---|---|---|---|---|
| Jul 28 | 29 | 30 | 31 | **Aug 1** | 2 |
| | 7:00am Seg annual registration | | | 1:00pm Machine learning approaches for uncertainty quantification of subsurface flow models; Alison Tower 3rd floor, conference room #4; Lu, Ping | Schedule A - Friday Off |
| | | | | | 2:17pm meeting; https://attend.webex.com/attend; Jelena Zhang |
| 4 | 5 | 6 | 7 | 8 | 9 |
| | | | 8:00am Code and description and tie paper tablet hunter channel and horizon change benefit insider profile | 8:00am inter | |
| | | | 11:00am AAET Team Photo; Allison Tower Main Entrance; RSC-Technology | 11:45am AAET Lunch; Brio; Johnson, Jenny | |
| | | | 3:00pm `AAET/AAET` Team Celebration; Churrascos - The Woodlands; RSC-Tech... | 3:30pm De-swell; skype; Lu, Ping | |
| 11 | 12 | 13 | 14 | 15 | 16 |
| | 8:00am DMA & AAET Meet & Greet ; HT 11th Floor Conference Room C & D; Rizvi, Mustafa Y | 9:30am PTO; Lu, Ping | 8:00am Data Science Intern Final Presentations; Idea Theater (Allison Tower); Tobar, Ingrid | 8:45am Breakfast served by AAET interns; *ALR-04060 TEAM (4); Li, Rebecca | Schedule A - Friday Off |
| | 10:00am AAET Portfolio Overview - Next Steps; Hackett Tower 11th Floor Conf R... | | 5:00pm Final Discussion; *ALR-04078 CONF (24, Hub VC); Graybill, Jeremy | 10:00am FW: Oxy HR Informational Session- Manager Session; Skype Meeti... | |
| | 12:00pm Meet and Greet Reza Rastegar with Oxy; Hacket Tower Room A-B; Jend... | | 5:20pm Final Discussion; *ALR-04078 CONF (24, Hub VC); Graybill, Jeremy | 1:00pm FW: Oxy HR Informational Session- Employee Session; Skype Meet... | |
| | | | | 3:00pm Code review and paper submiss... | |
| 18 | 19 | 20 | 21 | 22 | 23 |
| | 10:00am One-on-one; Ping's office (5018); Lu, Ping | | 10:30am Geophysical Interpretation ; ALR-05053; Comiskey, Cody | | |
| 25 | 26 | 27 | 28 | 29 | 30 |
| | | | | PTO; Mitsakos, Nikolaos | Schedule A - Friday Off |
| | | | | 9:00am Canceled: Bluware / Headwave Demo & Review Meetings; *ALR-10049 IDEA (14) (Managed); Comiskey, Cody | |
| | | | | 3:30pm Discussion; *ALR-05003 CONF (18); Graybill, Jeremy | |

Occidental [Ping Lu] 000166

Houston, Texas

Today
78° F / 58° F

Tomorrow

Monday
78° F / 58° F

Search Calendar

| SUNDAY | MONDAY | TUESDAY | WEDNESDAY | THURSDAY | FRIDAY |
|---|---|---|---|---|---|
| Sep 1 | 2<br>▌Labor Day | 3 | 4 | 5<br>**Yuan PTO; Xiao, Yuan**<br>7:00am      6:00pm<br>▌7:30pm PTO; Lu, Ping | 6<br>▌WFH; Mitsakos, Nikolaos |
| 8 | 9 | 10 | 11 | 12 | 13<br>▌Schedule A - Friday Off |
| 15 | 16<br>9:00am RE: Conversation; Please call my office at 713 572-5483; Bowlby, David | 17 | 18 | 19 | 20 |
| 22 | 23<br>9:00am Update on the monetization on software portfolio with Yanni; *ALR-04078 CONF (24, Hub VC); Jendrusch, Jennifer [Prodigy Staff Advsr] | 24 | 25 | 26<br>PTO; Mitsakos, Nikolaos | 27<br>▌Schedule A - Friday Off |
| 29 | 30 | Oct 1<br>9:00am Important Update; *ALR-04078 CONF (24, Hub VC); Bowlby, David<br>9:00am Important Update; *ALR-04078 CONF (24, Hub VC); Jendrusch, Jennifer [Prodigy Staff Advsr] | 2 | 3 | 4 |

# October 2019

| SUNDAY | MONDAY | TUESDAY | WEDNESDAY | THURSDAY | FRIDAY |
|---|---|---|---|---|---|
| Sep 29 | 30 | **Oct 1**<br>9:00am Important Update; *ALR-04078 CONF (24, Hub VC); Bowlby, David<br>9:00am Important Update; *ALR-04078 CONF (24, Hub VC); Jendrusch, Jennifer [Prodigy Staff Advsr] | 2 | 3 | 4 |
| 6 | 7 | 8 | 9 | 10<br>8:00am Weekly Staff Meeting ; *ALR-04028 CONF (18, Hub VC); Jendrusch, Jennifer [Prodigy Staff Advsr] | 11<br>Schedule A - Friday Off |
| 13 | 14<br>8:30am APC Project presentation; GW5, 14.186; Li, Yongfeng | 15<br>9:00am Conversation, thanks.; Lindsay's office; Lu, Ping | 16 | 17<br>8:00am Weekly Staff Meeting ; *ALR-04028 CONF (18, Hub VC); Jendrusch, Jennifer [Prodigy Staff Advsr]<br>9:00am Seismic Project Review; Woodlands Office; Pryporov, Maksym | 18 |
| 20 | 21<br>1:00pm Seismic Algorithm Demo & Visualization; Skype Meeting; Pryporov, Maksym | 22 | 23 | 24<br>8:00am Weekly Staff Meeting ; *ALR-04028 CONF (18, Hub VC); Jendrusch, Jennifer [Prodigy Staff Advsr] | 25<br>Schedule A - Friday Off |
| 27 | 28 | 29 | 30 | 31<br>8:00am Weekly Staff Meeting ; *ALR-04028 CONF (18, Hub VC); Jendrusch, Jennifer [Prodigy Staff Advsr] | Nov 1 |

Occidental [Ping Lu] 000168

◀ ▶  November 2019

Search Calendar

| SUNDAY | MONDAY | TUESDAY | WEDNESDAY | THURSDAY | FRIDAY |
|---|---|---|---|---|---|
| Oct 27 | 28 | 29 | 30 | 31<br>8:00am Weekly Staff Meeting ; *ALR-04028 CONF (18, Hub VC); Jendrusch, Jennifer [Prodigy Staff Advsr] | Nov 1 |
| 3 | 4 | 5 | 6 | 7<br>8:00am Weekly Staff Meeting ; *ALR-04028 CONF (18, Hub VC); Jendrusch, Jennifer [Prodigy Staff Advsr] | 8<br>Schedule A - Friday Off |
| 10 | 11 | 12 | 13 | 14<br>8:00am Weekly Staff Meeting ; *ALR-04028 CONF (18, Hub VC); Jendrusch, Jennifer [Prodigy Staff Advsr] | 15 |
| 17 | 18 | 19 | 20 | 21<br>8:00am Weekly Staff Meeting ; *ALR-04028 CONF (18, Hub VC); Jendrusch, Jennifer [Prodigy Staff Advsr] | 22 |
| | | | PTO; Zhang, Yanyan | | Schedule A - Friday Off |
| 24 | 25 | 26 | 27 | 28<br>Thanksgiving Day | 29<br>Thanksgiving Day After |
| | | | PTO; Zhang, Yanyan | 8:00am Weekly Staff Meeting ; *ALR-04028 CONF (18, Hub VC); Jendrusch, Jennifer [Prodigy Staff Advsr] | Occidental [Ping Lu] 000169 |

‹ ›  December 2019

| SUNDAY | MONDAY | TUESDAY | WEDNESDAY | THURSDAY | FRIDAY |
|---|---|---|---|---|---|
| Dec 1 | 2 | 3 | 4 | 5 | 6 |
| | | | | 8:00am Weekly Staff Meeting ; *ALR-04028 CONF (18, Hub VC); Jendrusch, Jennifer [Prodigy Staff Advsr] | ▌Schedule A - Friday Off |
| 8 | 9 | 10 | 11 | 12 | 13 |
| | | | | 8:00am Weekly Staff Meeting ; *ALR-04028 CONF (18, Hub VC); Jendrusch, Jennifer [Prodigy Staff Advsr] | |
| 15 | 16 | 17 | 18 | 19 | 20 |
| | | | | 8:00am Weekly Staff Meeting ; *ALR-04028 CONF (18, Hub VC); Jendrusch, Jennifer [Prodigy Staff Advsr] | ▌Schedule A - Friday Off |
| 22 | 23 | 24 | 25 | 26 | 27 |
| | | ▌Christmas Eve | ▌Christmas | 8:00am Weekly Staff Meeting ; *ALR-04028 CONF (18, Hub VC); Jendrusch, Jennifer [Prodigy Staff Advsr] | |
| 29 | 30 | 31 | Jan 1, 20 | 2 | 3 |
| | | | | 8:00am Weekly Staff Meeting ; *ALR-04028 CONF (18, Hub VC); Jendrusch, Jennifer [Prodigy Staff Advsr] | |

From Nov 27 — PTO; Zhang, Yanyan
PTO; Zhang, Yanyan
PTO; Zhang, Yanyan
PTO; Zhang, Yanyan
PTO; Zhang, Yanyan

Occidental [Ping Lu] 000170

# EXHIBIT 3

Occidental [Ping Lu] 000171

Fall 2019 Campus Recruitment Overview (08-28-19, afternoon)



Occidental [Ping Lu] 000172



Occidental [Ping Lu] 000173

# Occidental: Premier, Complementary Global Asset Portfolio

- No. 1 producer in the Permian Basin of West Texas and southeast New Mexico

- No. 1 in carbon dioxide enhanced oil recovery projects ($CO_2$ EOR)

- No. 1 producer in the Denver-Julesburg Basin of Colorado

- No. 1 producer in the Uinta Basin of Utah

- No. 1 independent producer in Oman

- No. 1 independent producer in Oman

- No. 4 producer in the Gulf of Mexico

- Leading position in Colombia

- Top 3 producer of polyvinyl chloride (PVC), chlorine and caustic soda

- Leading international midstream assets and master limited partnership (MLP)



Occidental [Ping Lu] 000174

3

## Occidental Overview

Focus
Discipline
Performance

### Oil and Gas

- Exploration and production activities focused in the United States, Middle East, Latin America and Africa
- Domestic operations in the Permian Basin of West Texas and Southeastern New Mexico, focused in the Delaware, Midland and Central basins; Colorado; Utah; and Wyoming
- International operations in: Oman, United Arab Emirates and Qatar in the Middle East; Colombia in Latin America; and, Mozambique, Ghana, South Africa and Algeria in Africa
- Global leader in the application of enhanced oil recovery (EOR) techniques, such as carbon dioxide ($CO_2$) and water flooding

### Midstream and Marketing

- Purchases, markets, gathers, processes, transports and stores oil, condensate, natural gas liquids (NGLs), natural gas, carbon dioxide ($CO_2$) and power

### Oxy Low Carbon Ventures

- Wholly owned subsidiary focused on carbon capture, utilization and storage projects and technologies that source manmade $CO_2$ for use in global oil and gas projects. OLCV is advancing innovative low-carbon technology solutions that will economically grow our business, while reducing emissions.

### OxyChem

- Wholly owned subsidiary that manufactures and markets basic chemicals and vinyls with plants in 11 U.S. states, Canada and Chile

### Western Midstream Partners, LP

- A publicly traded master limited partnership and consolidated subsidiary of Occidental engaged in the business of acquiring, owning, developing and operating midstream assets.



Occidental [Ping Lu] 000175

4

## Select Awards and Rankings

### World's Most Admired Companies

- Fortune Magazine has ranked Occidental among its Most Admired Companies in the Mining, Crude-Oil Production category every reported year since 2008, including the No. 1 ranking 10 times.

### Fortune Blue Ribbon Company

- Occidental has been named a Fortune Magazine Blue Ribbon Company for appearing on four of its annual rankings in 2018, including the Fortune 500, World's Most Admired Companies, Businessperson of the Year and Most Powerful Women.

### Thomson Reuters Top 100 Global Energy Leader

- Thomson Reuters honored Occidental as a Top 100 Global Energy Leader, in recognition of excelling in a complex business environment by balancing financial demands with regulatory, risk, legal, social and environmental needs.

### Houston Chronicle Top 100 Companies

- The Houston Chronicle ranked Occidental No. 10 among the largest publicly traded companies in the Houston area as part of its 2018 Chronicle 100 list.



# University Recruiting Strategy 2019 – 2020

With increasing competition in the market, we need to ensure our recruitment strategy is geared for easy execution to attract the top talent on university campuses

## Our goals:

| Identify talent at the career fairs | Interview for 1st round virtually within 1 week of career fair |
|---|---|
| **Prepare offer post-interview for interns** | **Schedule 2nd round interviews on-site for full-time candidates** |

*Please see workflow for recruitment strategy, p. 333.



Occidental [Ping Lu] 000177

6

# University Relations Program History

| Year | Full Time | Intern |
|------|-----------|--------|
| **2015** | 74 | 97 |
| **2016** | 26 | 55 |
| **2017** | 33 | 75 |
| **2018** | 44 | 75 |
| **2019** | 72 | 96 |
| **2020** | 27 | 93 |



## New Grads & Intern Hires by Year

*46 offers extended: 39 offers accepted, 7 offers pending, 0 declines!*



# 2020 Summer Intern Program by Discipline

## Oil & Gas

| Discipline | # of Internships |
|---|---|
| Data Management | 4 |
| Office Engineers (Houston) | 19 |
| Field Engineers | 5 |
| Geoscience | 7 |
| HES | 1 |
| Integrated Supply | 4 |
| Land | 4 |
| Low Carbon Ventures | 2 |
| Petrophysics | 3 |
| TOTAL OOG | 49 |

## OPC

| Discipline | # of Internships |
|---|---|
| Accounting | 4 |
| IT | 14 |
| HES | 1 |
| Midstream & Marketing | 1 |
| Real Estate | 1 |
| TOTAL OPC | 21 |

## OxyChem

| Discipline | # of Internships |
|---|---|
| Accounting | 2 |
| Supply Chain | 2 |
| Sales | 1 |
| Engineering | 18 |
| TOTAL OCC | 23 |



# Approved University List

Colorado School of Mines
Louisiana State University
Missouri S&T University
Rice University
Texas A&M University
Texas Tech University
Tuskegee University

University of Houston
University of Oklahoma
University of Texas
University of Tulsa
University of Wyoming

*Auburn University\**
*Baylor University\**



\*Strategic University for OxyChem Recruitment

# Universities and Disciplines – Career Fair Dates

**Colorado School of Mines**
- Sep 10 – Engineering (O&G, Chem)
- Sep 10 – Geoscience (O&G)

**Louisiana State University**
- Sep 10 – Engineering (O&G, Chem)

**Missouri S&T University**
- Sep 24 – Engineering (O&G, Chem)

**Rice University**
- Sep 24 – Engineering (O&G)

**Texas A&M University**
- Sep 4 – Engineering (O&G, Chem)
- Sep 19 – Industrial Distribution (PAID)
- Sep 25 – Accounting, IT, SCM (O&G, Chem)

**Texas Tech University**
- Aug 22 – Land (O&G)
- Sep 18 – Engineering (O&G, Chem)
- Oct 2 – IT, SCM (O&G)

**Tuskegee University**
- Sep 26 – Engineering (O&G, Chem)

**University of Houston**
- Sep 12 – Engineering (O&G, Chem)
- Sep 13 – Accounting, IT (O&G)

**University of Oklahoma**
- Sep 12 – Engineering (O&G)

**University of Texas**
- Sep 4 – Accounting, IT (OPC)
- Sep 11 – Engineering (O&G)
- Sep 18 – Geoscience (O&G)

**University of Tulsa**
- Sep 11 – Engineering (O&G)
- Sep 19 – Land (O&G)

**University of Wyoming**
- Oct 1 – Engineering (O&G)

**Addt'l Recruitment Events**
- Sep 5 - AAPG (Geo)
- Sep 16-17 - Rocky Mountain Rendezvous (Geo)



# 2019 Intern Class

## Oxy Legacy

- No full time opportunities at this time
- Encourage to go to career fair
- Ask them to check in with the University Relations team if they receive an offer

## APC Legacy

- Decision made to hold on offers for both interns and full-time
- Pending approval from GOM and the Rockies
  - Interns eligible for repeat internships would have priority in consideration for these roles





# Workflow of UR Campus Recruitment

| | | | |
|---|---|---|---|
| **Job Postings** *Aug-Sep* | 1-1.5 months prior to Career Fair | University Relations Team | Posted on Career Center Job Sites & Taleo |
| **Info Sessions** *Sep-Oct* | The evening prior or evening of Career Fair | On-Campus Reps | Provide overview of Oxy |
| **Career Fairs** *Sep-Oct* | Career Fair Day | On-Campus Reps & Student Ambassadors | Review resumes & Identify interview candidates |
| **Interviews (All Students)** *Sep-Oct* | 1-2 weeks after career fair | Core Interview Team | Interviews conducted virtually |



Occidental [Ping Lu] 000183

12

 

# Workflow of UR Campus Recruitment

## *Continued*

| 2nd Round Interviews (Full-Time) *Sep-Oct* | After virtual interviews | Work with UR & HR to schedule 2nd round interviews on-site | HR to determine interview team and schedule |

| Offers (Interns) *Sep-Oct* | After virtual interviews | Notify UR & HR with interview feedback & recommendation | Candidate has 5 business days to respond |

| Offers (Full-Time) *Sep-Oct* | After 2nd round on-site interviews | Notify UR & HR with interview feedback & recommendation |

| Regrets *Sep-Oct* | After students accept offer / position is filled | Close Position in Taleo |



# Virtual Interview Process

We are moving all on-campus interviews to virtual interviews for the Fall 2019 recruitment season



Timeline for interviews will be within 1-2 weeks after the career fair for each respective university.



# Unconscious Bias in Recruiting





# Booth Setup

**Preferred booth setup:**
move table(s) to side to
maximize space and let
candidates into area to talk
to representatives

Mobile registration





# Mobile Registration Forms

- Each career fair will have 1 or 2 framed QR code documents at the booths
- **QR Codes:** Link to registration form to request school, major, grad date, GPA, etc.
- **COMMUNICATE TO STUDENTS TO REGISTER**
- UR will send application instructions to all registered students who qualify











Occidental [Ping Lu] 000188

17



Occidental [Ping Lu] 000189

Case 4:22-cv-00007 Document 24-1 Filed on 11/21/22 in TXSD Page 19 of 49

# Next Steps!

## University Relations Team

- Finalize campus teams

- Schedule breakout sessions per university to help further prepare for on-campus events

- Send calendar invites for all on-campus events

## On-Campus Representatives

- Respond to UR meeting invite for breakout session

- Ask UR if you need a navy polo (if this is your first time recruiting for us)

- Make travel reservations once you receive your university confirmation



Occidental [Ping Lu] 000190

19



Occidental [Ping Lu] 000191

# EXHIBIT 4

Occidental [Ping Lu] 000192

| | |
|---|---|
| **From:** | University Relations |
| **Sent:** | Thursday, August 29, 2019 11:19 AM |
| **Cc:** | University Relations; Tucker, Keri; Whitley, Erin; Collins, Keely M |
| **Subject:** | University Relations Update- Oxy Fall Recruiting |

To all Legacy APC UR Discipline Leads, former Campus Recruiters, and Summer 2019 Intern Supervisors:

Things are happening quickly with Fall Campus Recruiting and messaging to our summer 2019 interns. Here's a rundown:

- The email below was sent to summer 2019 interns this morning. This information was developed based on information from Oxy UR.
- Oxy has requested 1-2 legacy APC campus recruiters to participate at fall campus recruiting events. Discipline leads submitted names to us recently. Legacy APC UR is inviting them to Oxy-led prep meetings as they are scheduled. Not everyone who recruited in the past will be invited. Those who never recruited will not be considered this semester.
- We will communicate with discipline leads and potential campus recruiters on a "we need you now" basis. That's the best we can do as we have very little lead time on planning and are doing the best we can with limited info.
- Thank you for your patience. We recognize this is not an ideal situation and more planning would have been helpful. We are working to do right by our interns and give them the best chance possible. We also need to be very direct and not give false hopes or string them along.

Please coordinate with your discipline lead when feasible and reach out to us at UniversityRelations@Anadarko.com as needed for critical questions.

Thank you for your efforts to look out for our talented and eager summer 2019 interns! We love them as much as you do and will continue to work to give them support and clarity.

Keely Collins
HR- University Relations & Onboarding
Anadarko Petroleum Corporation, a wholly owned subsidiary of Occidental Petroleum Corporation
O: 832-636-3158
M: 210-471-1833

If you are not the intended recipient of this email message, any use, distribution or copying of the message is prohibited. Please let me know immediately by return email if you have received this message by mistake, then delete the email message. Thank you.

---

**From:** University Relations <UniversityRelations@anadarko.com>
**Sent:** Thursday, August 29, 2019 9:56 AM
**To:** University Relations <UniversityRelations@anadarko.com>
**Subject:** Oxy Employment and Internship Opportunities

Summer 2019 Anadarko Interns,

Greetings from your legacy Anadarko University Relations team. We hope your semester is getting off to a great start. We have some new information to share with you regarding employment opportunities.

1

- Full-time Opportunities - If you are interested in a full-time opportunity with Oxy there are no positions available at this time.
- Summer 2020 Internships - If you are interested in a Summer 2020 internship with Oxy, check your career services for Oxy events on campus this fall. Currently scheduled campus events are listed here: LinkedIn Oxy Career Fairs
    - Oxy needs an updated resume from you, please apply via their website. LINK: www.oxy.com/careers

For more updates as they become available visit www.oxy.com/careers and follow Oxy on LinkedIn at: www.linkedin.com/company/oxy

Thank you,

**Anadarko University Relations**
UniversityRelations@Anadarko.com

**Occidental [Ping Lu] 000194**

| | |
|---|---|
| **From:** | Graybill, Jeremy |
| **Sent:** | Wednesday, September 11, 2019 3:43 PM |
| **To:** | Bayeh, Alex; Berestovsky, Natalie; Cao, Dingzhou; Lu, Ping; Tobar, Ingrid; LeMoine, Vincent; Akkam Veettil, Dilshad; Kara, Mustafa; Zhan, Cheng; Fernandez, Ricardo; Madarshahian, Ramin; Teixeira de Moraes, Luis Felipe; Ben, Yuxing; Perrotte, Michael; Mitsakos, Nikolaos; Xiao, Yuan; Zhang, Yanyan; Gupta, Himanshu |
| **Subject:** | Data Science Internship Program Update |
| **Attachments:** | University Relations Update- Oxy Fall Recruiting; Oxy_Fall_Internship_Recruiting_Update_2019.pptx |

Since all of you have been involved in our Data Science internship program, I wanted to provide you with an update on the program and additional information.

I was told today, and it's supported in the presentation linked to below and the information in the attached email, that the Data Science Internship program is effectively dead, in that we will not be making any offers to any of our 2019 summer interns (as repeat interns or college new hires), and that we need to cancel all of our existing scheduled campus informational sessions, recruiting sessions, and interviewing sessions, as we will not be continuing with a Data Science internship program for the summer of 2020.  As far as a timeline, this means that none of you will have any of the following job responsibilities related to our Data Science internship program, in comparison to previous APC job responsibilities you potentially had:

1. Providing input into or making a decision on which Data Science candidates should be hired as returning interns for next summer, or as college new hires after graduation. (Fall 2019)
2. Recruiting Data Science candidates at the various college campuses and through our other recruiting efforts. (Fall 2019)
3. Interviewing Data Science candidates for potential 2020 summer internship opportunities, both through recruiting efforts and formal scheduled interviews. (Fall 2019)
4. Providing input and deciding which Data Science candidates will be selected to receive internship offers. (Fall 2019)
5. Extending offers to Data Science intern candidates for the summer 2020 internship program. (Fall 2019)
6. Determining which Data Science projects the interns work on, and preparing for the Data Science summer internship program. (Spring 2020)
7. Providing individual mentorship, management, project advisement, and general internship program mentorship and input throughout the Data Science internship program. (Summer 2020)
8. Providing input into or making a decision on which Data Science candidates should be hired as returning interns for the following summer, or as college new hires after graduation. (Summer to Fall 2020)

To save you time, I've listened to the HR University Relations presentation linked to in the forwarded email below, and documented the most pertinent facts for our program as listed below.  I've also attached a presentation which provides all of the screen shot grabs, since the PowerPoint presentation used in the HR presentation wasn't provided by Oxy HR to our HR department.

**Slide 8**
**5:14** - "This is what we're going to campus for this year" which doesn't include any Data Science internships.
**6:15** - "For international students, typically we will look at international students on the specialized side, so petrophysical roles, often times PhD roles.  There are some opportunities on the engineering side, where we need that level of student, so that's where that might come in."  Again, this does not include Data Science internships, and

1

Occidental [Ping Lu] 000195

historically, 11 out of 12 of our Data Science interns over the past 2 summers have been international students, due to the required capabilities for Data Science interns.

**Slide 10**
This provides all of the Career Fair possibilities for this year.  No Data Science related Career Fairs exist or will be scheduled, and we were not contacted by Oxy to be included in this discussion, any of the recruiting events, or any future discussions.

**Slide 11**
No offers, full time or for interns are being provided.  In addition, APC Legacy interns are treated differently than Oxy Legacy interns, and are not encouraged to go to Career Fairs or to check with University Relations, while Oxy Legacy interns are encouraged.

**Slide 12**
**14:05** - "All positions have already been posted on our Oxy careers website, as well as external websites."  This did not include any Data Science positions.

**Slide 13**
**16:38** - "We target to extend offers immediately as soon as possible whenever you guys tell us 'Hey, we thought this candidate was a rock star who's a must' we'll be extending those offers as soon as possible. We try to be as quick as possible."  So even if we were moving forward with a Data Science intern program, this means that we are no longer able to provide on the spot job offers to outstanding candidates as we have been able to do in the past.

**Slide 14**
**17:48** - "We do our behavioral based training versus a full on technical interview session for our interns."  Oxy is changing the interviews from in person interviews to virtual interviews, and changing the structure to be behavioral based instead of technical based, which obviously has many issues for identifying the highest qualified Data Science interns, even if we were continuing with the Data Science internship program.

Thanks,
-Jeremy

---

**From:** Tucker, Keri <Keri.Tucker@anadarko.com>
**Sent:** Wednesday, September 11, 2019 10:58 AM
**To:** Graybill, Jeremy <Jeremy.Graybill@anadarko.com>
**Subject:** FW: Oxy Recruiting Overview Presentation

Hi Jeremy,

Please see the instructions below to view the Oxy recruiting presentation.

Thank you,

*Keri Tucker*

University Relations Representative
1201 Lake Robbins Dr.
The Woodlands, TX 77380
(832) 636-3963
Keri_Tucker@oxy.com

Occidental [Ping Lu] 000196

**From:** University Relations
**Sent:** Tuesday, September 3, 2019 3:39 PM
**Subject:** Oxy Recruiting Overview Presentation

Legacy APC Recruiters,

If you were unable to attend the Oxy Recruiting Overview last week, Oxy has made the presentation available to view via this external link: Fall 2019 Campus Recruitment Overview (08-28-19, afternoon)

Please note that you will need to enter the password in order to view: ***OxyUniversityRelations***

Thank you,

**Anadarko University Relations**
UniversityRelations@Anadarko.com

**Occidental [Ping Lu] 000197**

# EXHIBIT 5

Occidental [Ping Lu] 000198



# AAET Portfolio – Evaluation progress update

August 28th, 2019

Occidental [Ming Lu] 000199

# Executive summary

PRELIMINARY

- Evaluated 23 of the largest products in the AAET portfolio (Chiefs+DMA+IT)

- Majority of products will be "Archived" (i.e. eliminate costs, preserve IP):

  - **Archive 11 products**

  - **Merge 2 products,** capabilities being evaluated for potential inclusion in Oxy platform

  - **Sustain use for 8 products,** due to business continuity and risk mitigation, with "**keep the lights on" spend levels**

  - Continue usage & **roll-out of 2 products** based on **high operational reliance** and **high potential for legacy-Oxy assets**

- **88% reduction in go-forward addressable spend on AAET products ($4.6 MM out of $37.5 MM baseline)**

- **Fixed cost commitments total ~$7.5 MM per year** for Google Cloud, Kelvin, and other contracts being examined (not included in addressable spend)

- **Unclassified cost of $4.9 MM** needs to be further evaluated (not included in addressable spend)

- Next steps
  - Refine estimates of go-forward maintenance, unclassified and fixed cost commitments
  - Explore downstream impact of data collection spend
  - Prepare integration plans for technologies to be adopted or sustained
  - Local analytics team portfolio analysis (not part of AAET)



**Occidental [Ping Lu] 000200**

2

# Objectives of the discussion today

**1** **Summarize recommendations from SME evaluations**

**2** **Review IT dependencies and costs going forward**

**3** **Next steps**

**4** **Deep-dive on products recommended for sustain or expand as needed**



**Occidental [Ping Lu] 000201**

3

# 1 Recommendations for portfolio result in 88% reduction in addressable spend



| Product recommendation | Definition | # of products | Spend summary, $MM |
|---|---|---|---|
| **Archive Or Merge** | ▪ **No additional funding** <br> ▪ Allow code to be accessed and key modules incorporated into Oxy Platforms <br> ▪ Cost of migrating data into Oxy platforms is TBD | 13 | 20.0 → 20.0 → -100% → 0 |
| **Sustain** | ▪ **Fund "keep the lights on" maintenance** to sustain current functionality <br> ▪ Cost of migrating tools into Oxy systems is TBD | 8 | 6.6 → 5.3 → -80% → 1.3[2] |
| **Expand** | ▪ **Consider deployment into legacy Oxy BUs** <br> ▪ In-flight development projects to be rationalized with DMA roadmap | 2 | 10.9 → 7.6 → -70% → 3.3[3] |
| **Total** | | 21 | 37.5 → 32.9 → -88% → 4.6 |

AAET 2020 addressable forecast spend[1] | Synergy savings | Go-forward cost to Oxy per year

PRELIMINARY



1 Full 2020 estimate provided by AAET is $50 MM. Excluded from addressable spend is $4.9 MM of "unclassified" costs and estimated data center costs of $10 MM
2 Cost estimates for sustain include basic maintenance and assumed IT / cloud expense
3 Cost estimates for expand include recommended development and roll-out spend, maintenance, and IT / cloud expenses

Occidental [Ping Lu] 000202

4

# **1** 8 products are recommended to **Sustain** and 2 to **Expand**

PRELIMINARY

| | Product | Summary | Evaluator | Annual go-forward spend, $MM | | | Comments |
|---|---|---|---|---|---|---|---|
| | | | | Deploy/ develop[1] | Maintenance + IT / cloud | Total | |
| **Products to Expand** | **IPSO Offshore** | Surveillance and res. management | M. Hackworth, J. Keating, D. Le, SP Singh | 0.9 | 0.9 | 1.8 | In active use for all offshore platforms, recommended to be maintained and updated for GOM BU |
| | **IPSO Onshore** | Surveillance and res. management | M. Hackworth, S. Lauver, S. Liu | 0.9 | 0.7 | 1.6 | In active use by legacy-APC DB team, recommended to maintain in short term and combine with other Oxy systems for surveillance in legacy Oxy BUs |
| **Products to Sustain** | **FiDO** | Uncertainty analysis package | J. Keating, SP Singh | 0 | 0.6 | 0.6 | In active use by GOM teams. Similar but less capable vendor products available at less cost, sustaining is least disruptive option |
| | **DXP (development planning module)** | Dev. plan optimization | S. Lauver | 0 | 0.1 | 0.1 | Dev. planning modules are in early deployment but can be supported at low incremental cost |
| | **LogQC (standalone), IP Toolkit (2 products)** | Petrophysical tools, plug and play | K. Newsham | 0 | 0.1 | 0.1 | Will be incorporated into existing platforms at very low cost |
| | **Geophysical ML, ARCQis, SaltID, & CTL (4 products)** | Geophysical interpretation and ML tools | K. Koster | 0 | 0.4 | 0.4 | Will be available for expert users with 1-3 Headwave licenses for $300k annually, TBC |
| | | | Total | 1.8 | 2.8 | 4.6 | |

G&G product    Eng. product



1 Includes development of select in-flight projects and deployment/roll-out costs

Occidental [Ping Lu] 000203

Cost estimates are preliminary, and reconciliation with Value Capture targets is underway

5

# 1  13 products / initiatives are recommended to **Archive or Merge**

PRELIMINARY

Legend: G&G product | Eng. product | Other

| | Product | Evaluator | Addressable spend saved[1] $MM | Comments |
|---|---|---|---|---|
| **Products to Archive** | **LogQC (cloud)** | K. Newsham | 1.5 | Clould-based products associated with the Lithos platform are still in development, and were determined to be high cost relative to existing solutions in use at Oxy |
| | **PetroPT** | K. Newsham | 1.5 | |
| | **Tops Propagation Tool** | K. Newsham | 1.5 | |
| | **Lithos Toolkit** | K. Newsham | 2.5 | |
| | **Multiscale Facies Mapping** | K. Newsham | 2.2 | |
| | **Geomechanical Reservoir Characterization** | K. Newsham | 0.1 | |
| | **Advanced Geologic Modeling** | D. Hoffman | 0 | Future development should be cancelled, existing Petrel plug-ins should be made available |

| | Product | Evaluator | Addressable spend saved[1] $MM | Comments |
|---|---|---|---|---|
| **Products to Archive** | **Next Gen 3D Visualization** | D. Hoffman | TBD | Associated with Lithos and recommended for cancellation |
| | **DXP (exploration module)** | B. Bullock | TBD | Exploration module can be Archived for potential future use, but no current applicability to Oxy |
| **Products to Merge** | **FPO – Real Time Drilling** | J. Mejia | 4.1 | Highest-value capabilities being examined for potential inclusion in ODA |
| | **FPO – Real Time Completion** | J. Mejia | 2.3 | Highest-value capabilities being examined for potential inclusion in ODA |
| | **Open Innovation** | M. Hackworth | 1.7 | Crowd-sourcing program recommended for cancellation |
| | **Emerging Technologies[2]** | M. Hackworth | 2.0 | Incubator program recommended for cancellation, BUs may continue to fund specific programs as needed |

**Total addressable spend saved:** **$20 MM**

Associated headcount and synergy opportunities is being analyzed

**Occidental [Ping Lu] 000204**



1 Represents total estimated development and maintenance costs provided by AAET
2 Total provided for Emerging Technologies is $6.3 MM; $4.3MM is assumed to be fixed cost associated with Kelvin and other vendors and removed from addressable spend, TBC

6

# **2** Fixed cost commitments of $7.5 MM are associated with the portfolio

PRELIMINARY

| Contract | Annual contract amount, $MM | Contract end date | Comments |
|---|---|---|---|
| **Google Cloud** | 3.2 | Oct 1, 2021 | Exit options being evaluated |
| **Kelvin** | 3.0 | May 1, 2020 | IoT technology used for production optimization in DJ, and used by RTD (recommended for archiving). Evaluators recommendation is to continue where in active use |
| **MapR** | 1.0 | Jan 31, 2021 | Phase-out options being evaluated. Used by IPSO |
| **StreamBase, MongoDB** | 0.3 | TBD | Mongo is also used by Oxy, may consolidate contracts |
| **Total** | 7.5 | | |



**Occidental [Ping Lu] 000205**

7

1. Improve understanding of costs for maintenance, data transfer, and integration

2. Integrate recommendations with Value Capture initiatives for DMA

3. Finalize path forward for targeted adoption of analytics algorithms and high-potential modules



**Occidental [Ping Lu] 000206**

# BACKUP



Occidental [Ping Lu] 000207

# The AAET technology portfolio by type and function

**Recommendation**
○ Archive  ● Merge  ● Sustain  ○ Expand



**Functional categories**

| AAET product | Evaluator |

✓ Potential overlap with Oxy technology, to be further evaluated

| Technology types | Geophysics | Petrophysics and earth modeling | | Field development + appraisal | Reservoir management | Drilling and completion | Facilities |
|---|---|---|---|---|---|---|---|

**Data analytics**
- ● Geophysical ML — Geophysical interpretation using deep learning — **Klaas Koster**
- ● LogQC and PetroPT — ML for accelerated petrophysical QC and log-based basin interpretation — **Kent Newsham**
- ● Multi-scale Facies Mapping — Data-driven facies characterization and basin mapping — **Mary Parke**
- ● DXP — Data analytics for exploration and appraisal — **Brian Bullock**
- ● APA — Predict and study facility shutdowns — **Matt Hackworth**

**Real time operations**
- ● FPO – RT Drilling — Real-time ops, incl. edge computing at rig site
- ● FPO – RT Completion — Stage-level cost opt., Frac hit monitoring, Frac diagnostics — **Juan Mejia**

**Workflow automation / accelerated interpretation**
- ● ARCqis and Salt ID — Accelerated seismic processing — **Klaas Koster**
- ● Tops Propagation Tool — Basin-wide stratigraphic framework — **Mary Parker**
- ● Geomech. Res. Char. — Accelerated basin-wide geomechanical modeling — **K. Newsham & J. Kessler**
- ● Open Innovation + Emerging Technologies — Additional technologies in development, not shown here or with limited deployment to date, from the Open Innovation and Emerging Tech groups — **Matt Hackworth**

**Integrated platforms / visualization products**
- ● Close-the-Loop — Integration of seismic data with static models — **Klaas Koster**
- ● Lithos Toolkit — Integrated characterization platform — **Kent Newsham**
- ● Adv. Geo. Modeling — Integrated characterization platform — **Brian Bullock**
- ● FiDO — Uncertainty analysis and dev. plan. optimization — **James Keating**
- ● IPSO Offshore — Integrated field, well, reservoir, and facility optimization — **M. Hackworth & SP Singh**
- ● Foundational data management + cloud capabilities — Data infrastructure and cloud requirements across technologies — **Randy Volkin & Mustafa Rizvi**
- ● IP Toolkit — Petrophysical plugins for IP software — **Kent Newsham**
- ● Next generation 3D Visualization — GPU-based visualization — **Dave Hoffman**
- ● IPSO Onshore — Integrated field, well, reservoir, and facility optimization — **M. Hackworth & S. Lauver**

**IT Lead:** Randy Volkin
**Occidental [Ping Lu] 000208**
**DMA Lead:** Reza Rastegar

10

# AAET spend forecast for 2020

PRELIMINARY

| Product Lines[1] | Cpx $MM | Opx $MM | FTEs $MM | Total $MM | # Contrs | # FTEs |
|---|---|---|---|---|---|---|
| **AAET Cloud Eng & Infrastructure** | 0.5 | 1.2 | 2.1 | 3.8 | 6 | 5 |
| **Advanced Reservoir Characterization** | 0.6 | 0.1 | 1.5 | 2.2 | 2 | 4 |
| **DL-Based Geophysics** | 1.0 | 0.1 | 2.9 | 4.0 | 3 | 7 |
| **DSRV (Geomechanical Simulator)** | 0.1 | 0.0 | 0.0 | 0.1 | 0 | 0 |
| **Emerging Tech** | 0.0 | 4.7 | 1.5 | 6.3 | 16 | 4 |
| **FiDO (Field Devp Optimization)** | 1.4 | 0.1 | 1.2 | 2.6 | 5 | 3 |
| **IPSO Offshore** | 4.3 | 0.4 | 1.4 | 6.1 | 16 | 3 |
| **IPSO Onshore** | 3.1 | 0.2 | 1.5 | 4.8 | 11 | 4 |
| **Lithos Toolkit (Unconventionals)** | 1.8 | 1.9 | 3.5 | 7.1 | 12 | 9 |
| **Open Innovation** | 0.0 | 1.3 | 0.4 | 1.7 | 4 | 1 |
| **RTC (Real-time Completions)** | 1.0 | 0.0 | 1.3 | 2.3 | 3 | 3 |
| **RTD (Real-time Drilling)** | 2.7 | 0.2 | 1.3 | 4.1 | 10 | 3 |
| **TCoE (Unclassified costs)** | 0.0 | 2.5 | 2.4 | 4.9 | 8 | 6 |
| **Total Spend** | **16.4** | **12.7** | **20.9** | **50.0** | **96** | **52** |

**A more complete understanding of the costs will require which platforms are supported by Google Cloud, whose contract carries a $300M / month commitment for 3 years ($10.8 MM)**



1 Costs are provided by APC and only cover the major products / platforms;

Occidental [Ping Lu] 000209

# EXHIBIT 6

Occidental [Ping Lu] 000210



# Core R&D

Product and Product Lines with direct enterprise mission impact; aimed at specific business objectives with surgical precision.



## Advanced Process Analytics

Reduces the equipment and facility downtime by using machine learning to predict and resolve issues.





## Advanced Reservoir Characterization & Quantitative Interpretation Solutions (ARCqis)

Developing advanced reservoir characterization solutions, such as novel approaches to seismic inversion, to predict reservoir properties from seismically derived attributes.

core    dwgom success



## High Density L48 Characterization

New toolsets for petrophysicists and geologists to efficiently create high-density datasets for next generation subsurface characterization.





## Intelligent Production Surveillance

Enables Reservoir and Production Engineers to interrogate, understand, and optimize well performance using real-time surveillance and automated algorithms.







## L48 Exploration & Development with Hyper-Cubes

Data-driven toolkit for rapid analysis of inter- and intra-basin datasets to derive insights for exploration screening and well campaign development planning.

`core` `l48 expansion`



## Machine Augmented Seismic Interpretation

Applying deep learning to seismic datasets to create more efficient & robust frameworks and property estimations than current methods are able to provide today.

`core` `dwgom success`



## Next Gen Reservoir Simulation

Through fit-for-purpose reservoir characterization and modeling technology, we provide frameworks that drive robust decision making under uncertainty, from exploration to production.

`core` `l48 expansion` `dwgom success`



## Real Time Well Construction Optimization

"Intelligent" control and edge computing in Drilling and Completions for fleet performance optimization (FPO). FPO enables real-time monitoring, automation, and optimization of drilling and completions."

`core` `digital ops`



**ANADARKO Technology**

Send us an email at
**technology@anadarko.com**
We'll be glad to help!

| Launch Pad | Engage | Connect |
|---|---|---|
| IPSO | Emerging Technology | Press |
| RTD | Geoscience Technology | Submit an Idea |
| RTC | Open Innovation | |
| FiDO | Videos | |
| RS Prism | | |



# Machine Augmented Seismic Interpretation

core    dwgom success



### DL-based Seismic Fault Interpretation

Deep learning workflow for generating robust fault probability predictions across offshore and onshore seismic datasets



### DL-based Seismic Salt Interpretation

Harnessing deep learning to efficiently identify salt bodies and salt inclusions for enhancing velocity modeling, subsalt imaging, and drilling hazard identification



### DL-based Seismic Stratigraphic Interpretation

Deep learning workflow for classifying deep-water stratigraphic geometries such as channel complexes and MTC's in seismic data

DL-based Seismic Fault Interpretation        DL-based Seismic Salt Interpretation        DL-based Seismic Stratigraphic Interpretation

## About

Deep Learning and Machine Learning are exercises in human imitation. If I teach a machine to classify cats and dogs across thousands of images, chances are when the machine sees a new image it's never seen before, it will be able to recognize if there is a cat or dog in the picture much like a human would be able to do. It is a classification problem and you and I do it all the time when we recognize faces, shapes, or more complex patterns.

We are using this same technique to train a machine to pick geologic features we are attempting to identify – everything from a fault or salt structure to other stratigraphic features. So what is the purpose of doing this at scale? Instead of manually interpreting just a small subset of data, we are able to interpret every single pixel of seismic imagery that we have within petabytes of data using a computer. Thus, we can train a machine to pick broader scale exploration features or finer features in a development optimization context.

Decision makers now have the power to use this extraordinarily high density feature classification (faults, salts, and stratigraphy) to explore for oil and gas accumulations by tracing fluid migration patterns. Similarly, we can infer better development patterns in the form of placement and number of infill wells to optimally drain a reservoir.

## Value Opportunity

Inferring geologic context from seismic data requires geoscientists to recognize patterns in the data. These patterns are learned after years of studying textbook diagrams, doing field work, and learning from experience. Armed with these experiences, geoscientists can interpret the rock record to better understand its origins and implications for E&P success. Since Machine Learning algorithms can excel in detecting patterns in data, it stands to reason that this technique might also be applied to detect and map stratigraphic features in 3D seismic data. A mature set of detection algorithms could be built up to interpret a whole host of geologic features. These could include:

- horizons likes mudlines & basements;
- architectures like deepwater channels, mass transport complexes, shelf foresets, lobes & levees;
- seismic irregularities like AVO anomalies, flat spots, & gas chimney clouds;
- and perhaps even source rock & reservoir intervals themselves.

And all of these could be done in the same amount of time as a coffee break. This has the potential to vastly improve the speed and precision of seismic data analysis.

## Roadmap

DL-based Seismic Stratigraphic Interpretation Roadmap



Send us an email at
**technology@anadarko.com**
We'll be glad to help!

| Launch Pad | Engage | Connect |
|---|---|---|
| IPSO | Emerging Technology | Press |
| RTD | Geoscience Technology | Submit an Idea |
| RTC | Open Innovation | |
| FiDO | Videos | |
| RS Prism | | |

Occidental [Ping Lu] 000214



# Advanced Reservoir Characterization & Quantitative Interpretation Solutions (ARCqis)

core    dwgom success



## Data Driven Low Frequency Models
Generate seismically driven low frequency models that will directly impact the estimations of rock properties away from control points



## ML-based Seismic Inversion
ML-based alternative stochastic inversion technique for seismically constrained property distributions for enhanced exploration and development campaign success



## ML-based Noise Attenuation



## Waveform Similarity Workflow

Occidental [Ping Lu] 000215

Explore current advancements in noise attenuation within the machine learning field in order to apply them to seismic data

Advanced solution for establishing similarities between seismic waveforms for geologic feature delineation, data classification, and comparison of seismic volumes

Data Driven Low Frequency Models    ML-based Seismic Inversion    ML-based Noise Attenuation    Waveform Similarity Workflow

## About

Many of the subsurface properties that affect reservoir performance aren't readily observable in seismic data. Instead, engineers and geophysicists must develop inferential models to relate our seismic data measurements to reservoir and fluid properties. This effort is two parts science and one part art. To drive the science, we are tapping into new technologies like deep learning and voice recognition algorithms. To drive the art, we are building advanced interpretation tools to integrate data-driven results with more subjective model-driven estimates. The combination of the two will yield enhanced insight to drive reservoir development and optimization decisions.

## Value Proposition

Noise attenuation is a crucial part of seismic data analysis. Most of the time pre-stack data delivered from processing shops can be further improved in some aspects such as removing residual noise or further correction of move-out misalignment. It is especially important for inversion since the prediction is directly derived from pre-stack of partially stacked seismic data. When seismic data is contaminated with noise or multiples, those problems will propagate to the inversion results. It is quite challenging to work in pre-stack domain due to large amounts of data. We are exploring machine learning applications for noise attenuation as well as aiming to leverage our cloud computing capabilities to better handle these large datasets.

## Roadmap

ML-based Noise Attenuation Roadmap



ANADARKO Technology

Send us an email at
**technology@anadarko.com**
We'll be glad to help!

| Launch Pad | Engage | Connect |
|---|---|---|
| IPSO | Emerging Technology | Press |
| RTD | Geoscience Technology | Submit an Idea |
| RTC | Open Innovation | |
| FiDO | Videos | |
| RS Prism | | |



# EXHIBIT 7

Occidental [Ping Lu] 000217

# MEMORANDUM

| TO: | Governance and Risk Committee | DATE: | Nov 16, 2018 |
|---|---|---|---|
| FROM: | Sanjay Paranji, Chief Technology Officer | | |
| RE: | Advanced Analytics and Emerging Technologies (AAET) Update | | |

## Executive Summary

The AAET team continues to make good progress on the following strategic objectives:

- Digitalizing operations with automated surveillance and intelligent control
- Increasing velocity and quality of Lower 48 (L48) basin evaluations
- Optimizing field development (onshore & offshore)
- Enhancing exploration through advanced seismic imaging

AAET's organizational structure has evolved with end-to-end capabilities from ideation to in-house software development skills allowing us to sustainably deliver our products to the end-user and co-develop business-driven technical functionality in concert with business units. We have brought AAET and Geoscience Technology together into one team to foster increased connectivity between research & development and deployment efforts, and are developing a more robust data infrastructure with a dedicated DataOps team to support the migration of our analytics workloads to the Google Cloud Platform (GCP). Our stakeholder engagement is on a positive trajectory and has measurably increased with the engagement of over 380 users across the 6 distinct R&D product-lines now deployed to the asset teams corresponding to strategic objectives above.

AAET and IT have entered into a commercial agreement with Google for usage of Google Cloud Platform (GCP) with a negotiated commitment of $10MM in spend over the next 3 years. GCP is the preferred cloud platform for the continued development of AAET's next-generation applications and analytics and provides access to proprietary hardware specifically designed for Artificial Intelligence and Machine Learning, a more compelling technology stack for application developers, data-scientists and considerably faster GPU hardware adoption. The softer and intangible benefits of the agreement surround access to Google Engineering teams and the opportunity for our people to collaborate and learn from Google's experts to help solve some of our most difficult problems and help guide their future roadmaps as they pertain to Oil and Gas problems.

## Analysis

### *Digitalizing Operations with Automated Surveillance and Assisted Control*

At the end of January 2018, the AAET team in collaboration with our DW GoM team, successfully deployed a production surveillance and optimization system called IPSO. IPSO's purpose is to optimize base production through real-time surveillance and efficient reservoir management.

Occidental [Ping Lu] 000218

IPSO now covers approximately 150 wells across all deep-water facilities (16 operated and non-operated facilities in GoM and Ghana) and extended to the Onshore Delaware Basin team with ~1000 horizontal wells.  Following the successful scale out in the Delaware Basin, we will shift focus to the Powder River Basin (PRB), expanding functionality to an emerging asset. The next major release, set for January 2019, will incorporate integrated forecasting and scheduling (IFS) for all DW GoM assets to enable real-time tracking of production and downtime performance against forecast.  This unified framework is intended as a management tool providing the ability to measure forecast accuracy over time.  Two critical components of IPSO Onshore include the development of productivity index (PI) based forecasting functionality which assesses well performance, even under infrastructure rate constraints, and the development of high density mapping functionality to spatially represent all information available in IPSO.  Together these features impact both the financial and technical post appraisal workflows the asset teams perform today.

The AAET team's work with real time drilling and completions is ongoing and we have achieved a significant milestone in our first Internet of Things (IoT) driven initiative. All onshore rigs and frac vans are now equipped with data-gathering black boxes with data streaming into our high performance historian at 1-second frequency and 2-3 second latency.  Thus far we have aggregated approximately 4 billion rows of data with auto-detected drilling and completion states.  As of October 2018, we released both real-time drilling (RTD) and real-time completions (RTC) models to the end user community for monitoring of rig and frac fleets and will be incorporating additional cost monitoring and optimization functionality based on user feedback. RTD has released deepwater drilling and tripping KPI dashboards to aid in rig efficiency optimization, and for USON, has released a general drilling performance dashboard, automated days vs depth charts, KPIs (on and off bottom time metrics, footage analytics, and connection time performance), and 2-D/3-D directional analysis tools to compare planned and actual well paths.  The first release of RTC went live in November 2018 and provides a real-time data viewing platform where all users can see near real-time data from all frac vans.  Future releases will include functionality for real-time cost calculations, pump schedule management, and stage performance comparisons.

The AAET team also partnered with the DJ Operations team in our first successful intelligent (autonomous) control pilot to improve production across the well life cycle. In January 2018, we began testing control on 23 artificial lift wells (plungers) through a pilot with an IoT company, Kelvin. Results indicate an average production uplift of 5% coupled with increased uptime and projected NPV benefits around $10MM in the first year under a full-field implementation scenario. By Q1 2019 we plan to scale across all ~1500 horizontal wells and extend to an additional ~3000 vertical wells later in 2019.

_Increasing Velocity and Quality of L48 Basin Evaluations_
As of July 2018, we completed Generation 2 of the rapid basin evaluation workflows using machine-assisted log reconstruction, petrophysics and automated top-picking of geological

<div align="center">2</div>

horizons. We recently acquired ~400K triple combo logs in addition to the existing 300K triple combo logs we currently own.  This gives us coverage across every known petroleum system in the L48 and we are planning to use the generation 2 workflows against the entire L48 data coverage.   This is an ambitious attempt to predict commercial sweet spots and production deliverability across the entire L48 and this effort is being jointly kicked off with exploration with validation against previous work in Louisiana Gulf Coast and Delaware. We are also working with the Delaware basin asset team and using the increased data coverage of approximately 6500 wells to produce higher resolution margin to margin basin maps which will have both lithological and geomechanical characterization.  We believe this can be used for development campaign optimization purposes at a greater resolution than we have ever done before.

*Optimizing Field Development (Onshore & Offshore)*
The AAET team delivered a multivariate analysis (MVA) workflow product to the Delaware Basin team that enhances development optimization decision-making and can also be used in business development applications to quickly evaluate acreage trades. We have incorporated public data of ~5000 wells, evaluated 183 input variables sampled from 124 maps and 59 well design/production variables and created economic maps at the basin scale for all operators and any proposed development plan scenarios in relation to completion design and inter-well spacing. The Delaware Basin team is currently evaluating the tool through a proof of concept on 13 wells and thus far have found the tool saves the development team approximately 10 hours on each well proposal compared to the previous workflow.

*Enhancing Exploration through Advanced Seismic Imaging*
The AAET team achieved early success utilizing a cutting-edge machine learning approach with Generative Adversarial Network GAN-based super-sampling for fault picking, and more recently have been testing algorithms for salt features. We have delivered fault probability cubes to the Colombia team covering the entire Esmerelda 3D dataset, GoM teams working in the Lucius/Phobos areas, and two new prediction models to Wattenberg in Q3. This approach allows us to turn around fault predictions in two business days and these insights are being used to explore additional subsalt traps, assess tectonics and hydrocarbon systems evolution, and identify possible conduits between the hypothesized source rock and reservoir rocks. We continue to meet with teams to assess the business need for fault prediction projects and have over a dozen additional projects in the backlog.

Using our proprietary deep neural network architecture, we have prototyped multi-realization probability cubes that provide an interpreter with a quantitative confidence score for the presence or absence of salt in every voxel across the entire Bevo survey.  Additionally, the salt probability cube prototype has been used to locally update the traditional velocity model generated by the vendor, WesternGeCo (WGC). The team has also created a catalog of stratigraphic features that could be systematically and efficiently identified in seismic data if machine learning is injected into the interpretation workflow.  As there are 2-3 years of R&D required to get through it all, the catalog has been circulated amongst staff and exploration leadership to prioritize by business

3

Occidental [Ping Lu] 000220

needs.  Our first two attempts at detecting stratigraphic features using ML yielded moderate success, with iterative improvements arriving in the coming quarters.

**<u>Conclusion</u>**

Enhanced stakeholder engagement remains a key focus for the AAET team throughout 2018. We now have a roadmap for each of our 15 project teams with a plan to continue engaging end-users in the delivery of application platforms and products to the company. Across four of our AAET platforms, we have engaged with over 380 users with over 100 new users added in October.  We are forming deployment teams in both the engineering and geoscience domains with a dedicated focus on the integration and scale out of AAET products.

4

# EXHIBIT 8

Occidental [Ping Lu] 000222

| | |
|---|---|
| **From:** | Yanyan_Zhang@oxy.com |
| **Sent:** | Thursday, October 03, 2019 4:42 PM |
| **To:** | Koster, Klaas |
| **Cc:** | Xiao, Yuan; Lu, Ping |
| **Subject:** | RE: Anadarko CS reconstruction |

Hi Klaas,

I personally have doctor appointment on Next Monday so couldn't visit GW5.
We'll investigate on the data further and let you know the progress later.

Thanks.

Best,
Yanyan

**From:** Koster, Klaas <Klaas_Koster@oxy.com>
**Sent:** Thursday, October 3, 2019 3:50 PM
**To:** Zhang, Yanyan <Yanyan_Zhang@oxy.com>
**Cc:** Xiao, Yuan <Yuan_Xiao@oxy.com>; Lu, Ping <Ping_Lu@oxy.com>
**Subject:** RE: Anadarko CS reconstruction

Yanyan,

I know that you are using GANs, Ive read the TLE article. I am interested in comparing results, not underlying methods.
I'm not sure when I am next at APC, so let's start with a meeting at GW5 to show you what the problem is we have
solved using low-rank matrix completion.
I'm sure Maks and Reza will be part of the discussion here.

Klaas

**From:** Yanyan_Zhang@oxy.com <Yanyan_Zhang@oxy.com>
**Sent:** Thursday, October 3, 2019 3:44 PM
**To:** Koster, Klaas <Klaas_Koster@oxy.com>
**Cc:** Xiao, Yuan <Yuan_Xiao@oxy.com>; Lu, Ping <Ping_Lu@oxy.com>
**Subject:** RE: Anadarko CS reconstruction

Hi Klaas,

Since I'd need invite Cody and my other colleagues to help me explain, can we meet on a day that you'll be in APC
instead of me going to GW5?
Also, we're not using linear algebra or transformation methods to solve the problem, so I'm afraid some experience
might not be easily transferable.

Thanks!

Best,
Yanyan

Occidental [Ping Lu] 000223

**From:** Koster, Klaas <Klaas_Koster@oxy.com>
**Sent:** Thursday, October 3, 2019 3:16 PM
**To:** Zhang, Yanyan <Yanyan_Zhang@oxy.com>
**Cc:** Xiao, Yuan <Yuan_Xiao@oxy.com>; Lu, Ping <Ping_Lu@oxy.com>
**Subject:** RE: Anadarko CS reconstruction

Yes, of course. Right now Monday looks like a good day with relatively few meetings.
If you come to GW5 then I can show you all the work we have already done on CS with low-rank matrix completion and matching-pursuit Fourier interpolation.

**From:** Yanyan_Zhang@oxy.com <Yanyan_Zhang@oxy.com>
**Sent:** Thursday, October 3, 2019 3:09 PM
**To:** Koster, Klaas <Klaas_Koster@oxy.com>
**Cc:** Xiao, Yuan <Yuan_Xiao@oxy.com>; Lu, Ping <Ping_Lu@oxy.com>
**Subject:** RE: Anadarko CS reconstruction

Hi Klaas,

If you have time, can I request to schedule a meeting with you in person?
I'd like to explain our current problem and the difficulty we have to apply our method towards this problem, so that you can have a better understanding.

Thanks!

Best,
Yanyan

**From:** Koster, Klaas <Klaas_Koster@oxy.com>
**Sent:** Thursday, October 3, 2019 2:34 PM
**To:** Rastegar, Reza <reza_rastegar2@oxy.com>; Zhang, Yanyan <Yanyan_Zhang@oxy.com>
**Cc:** Xiao, Yuan <Yuan_Xiao@oxy.com>; Lu, Ping <Ping_Lu@oxy.com>; Pryporov, Maksym <Maksym_Pryporov@oxy.com>
**Subject:** RE: Anadarko CS reconstruction

Yanyan,

There is no fundamental difference between reconstruction of a single 3D pre-stack shot-gather, or a single 3D post-stack volume. Both can be simply represented as a sequence of 2D slices.

The whole point of compressive sensing is to sparsely sample the data non-uniformly and then reconstruct it to what you would have measured on a dense regular grid. So, I have no idea what the difficulty is.
Perhaps you are saying that you need some dense and uniformly sampled data for your training images? We have those of course.

Klaas

**From:** Rastegar, Reza <Reza_Rastegar2@oxy.com>
**Sent:** Thursday, October 3, 2019 2:26 PM
**To:** Zhang, Yanyan <Yanyan_Zhang@oxy.com>

2

Cc: Xiao, Yuan <Yuan_Xiao@oxy.com>; Lu, Ping <Ping_Lu@oxy.com>; Koster, Klaas <Klaas_Koster@oxy.com>; Pryporov, Maksym <Maksym_Pryporov@oxy.com>
Subject: Re: Anadarko CS reconstruction

Thanks Yanyan. I'm including Klaas in the conversation.

Klaas, please see the update. Any thought?

Sent from my iPhone

On Oct 3, 2019, at 1:43 PM, "Yanyan_Zhang@oxy.com" <Yanyan_Zhang@oxy.com> wrote:

> Reza,
>
> We're in the process of reviewing the data. The problem is actually not what we have published, we were working with
> post-stack migrated seismic, but this data is about pre-stack gathers. What's more important is this data is non-uniform sampled, which is different to our work.
>
> Best,
> Yanyan
>
> Get Outlook for Android
>
> **From:** Rastegar, Reza <Reza_Rastegar2@oxy.com>
> **Sent:** Thursday, October 3, 2019 7:12:36 AM
> **To:** Zhang, Yanyan <Yanyan.Zhang@anadarko.com>; Xiao, Yuan <Yuan.Xiao@anadarko.com>
> **Cc:** Lu, Ping <Ping_Lu@oxy.com>
> **Subject:** RE: Anadarko CS reconstruction
>
> Team,
>
> Were you able to get the data and try what Klaas was asking?
>
> Thanks,
> Reza
>
> **From:** Koster, Klaas <Klaas_Koster@oxy.com>
> **Sent:** Thursday, September 26, 2019 3:26 PM
> **To:** Zhang, Yanyan <YANYAN.ZHANG@ANADARKO.COM>; Xiao, Yuan <YUAN.XIAO@ANADARKO.COM>
> **Cc:** Pryporov, Maksym <Maksym_Pryporov@oxy.com>; Rastegar, Reza <Reza_Rastegar2@oxy.com>; Lu, Ping <Ping_Lu@oxy.com>
> **Subject:** RE: Anadarko CS reconstruction
>
> Yuan/Yanyan,
>
> I'd like to see your DL compressive sensing reconstruction (TLE, September 2019) applied to the enclosed shot gather.
> I enclosed the mask that was applied to the full dataset, so you know which seismic traces are missing.
> The dataset itself is on the Geophysics Function MS Teams site, Yuan has access to it:
> DUG_rec_sampled_pkl

Occidental [Ping Lu] 000225

Klaas

Example of Python code to read data:
import pickle as pkl
nxs = 641
P  = np.zeros((nxs,nxs),dtype=bool)
P =  pkl.load(open( 'DUG_ReceiverMask_pkl', "rb" ))

**From:** Cody_Comiskey@oxy.com <Cody_Comiskey@oxy.com>
**Sent:** Friday, September 13, 2019 4:42 PM
**To:** Koster, Klaas <Klaas_Koster@oxy.com>; Comiskey, Cody <Cody_Comiskey@oxy.com>;
Lu, Ping <Ping_Lu@oxy.com>
**Subject:** Re: Anadarko CS reconstruction

Sounds good. I would reach out to Ping and his team. My group wasn't involved in the project.

Thanks Klaas, have a good weekend

Cody

Sent from my Verizon, Samsung Galaxy smartphone

-------- Original message --------
From: "Koster, Klaas" <Klaas_Koster@oxy.com>
Date: 9/13/19 16:36 (GMT-06:00)
To: "Comiskey, Cody" <Cody_Comiskey@oxy.com>, "Comiskey, Cody"
<Cody_Comiskey@oxy.com>, "Lu, Ping" <Ping_Lu@oxy.com>
Subject: RE: Anadarko CS reconstruction

Thanks for the info. R&D is fine, possibly still good enough to attempt our benchmark.

**From:** Cody_Comiskey@oxy.com <Cody_Comiskey@oxy.com>
**Sent:** Friday, September 13, 2019 4:34 PM
**To:** Koster, Klaas <Klaas_Koster@oxy.com>; Comiskey, Cody <Cody_Comiskey@oxy.com>;
Lu, Ping <Ping_Lu@oxy.com>
**Subject:** Re: Anadarko CS reconstruction

Klaas, this project was a collaboration between the data science team and geophysical
technology and was an initial test in using ML for projects like this. I will defer to Ping on
the status of the work but at our last discussion, this was a strictly R&D project.

Cody

Sent from my Verizon, Samsung Galaxy smartphone

4

**Occidental [Ping Lu] 000226**

**From:** Rastegar, Reza <Reza_Rastegar2@oxy.com>
**Sent:** Thursday, October 3, 2019 7:12:36 AM
**To:** Zhang, Yanyan <Yanyan.Zhang@anadarko.com>; Xiao, Yuan <Yuan.Xiao@anadarko.com>
**Cc:** Lu, Ping <Ping_Lu@oxy.com>
**Subject:** RE: Anadarko CS reconstruction

Team,

Were you able to get the data and try what Klaas was asking?

Thanks,
Reza

**From:** Koster, Klaas <Klaas_Koster@oxy.com>
**Sent:** Thursday, September 26, 2019 3:26 PM
**To:** Zhang, Yanyan <YANYAN.ZHANG@ANADARKO.COM>; Xiao, Yuan <YUAN.XIAO@ANADARKO.COM>
**Cc:** Pryporov, Maksym <Maksym_Pryporov@oxy.com>; Rastegar, Reza <Reza_Rastegar2@oxy.com>; Lu, Ping <Ping_Lu@oxy.com>
**Subject:** RE: Anadarko CS reconstruction

Yuan/Yanyan,

I'd like to see your DL compressive sensing reconstruction (TLE, September 2019) applied to the enclosed shot gather.
I enclosed the mask that was applied to the full dataset, so you know which seismic traces are missing.
The dataset itself is on the Geophysics Function MS Teams site, Yuan has access to it:
DUG_rec_sampled_pkl

Klaas


Example of Python code to read data:
import pickle as pkl
nxs = 641
P  = np.zeros((nxs,nxs),dtype=bool)
P =  pkl.load(open( 'DUG_ReceiverMask_pkl', "rb" ))

**From:** Cody_Comiskey@oxy.com <Cody_Comiskey@oxy.com>
**Sent:** Friday, September 13, 2019 4:42 PM
**To:** Koster, Klaas <Klaas_Koster@oxy.com>; Comiskey, Cody <Cody_Comiskey@oxy.com>; Lu, Ping <Ping_Lu@oxy.com>
**Subject:** Re: Anadarko CS reconstruction

Sounds good. I would reach out to Ping and his team. My group wasn't involved in the project.

Thanks Klaas, have a good weekend

5

Occidental [Ping Lu] 000227

Cody

Sent from my Verizon, Samsung Galaxy smartphone

-------- Original message --------
From: "Koster, Klaas" <Klaas_Koster@oxy.com>
Date: 9/13/19 16:36 (GMT-06:00)
To: "Comiskey, Cody" <Cody_Comiskey@oxy.com>, "Comiskey, Cody"
<Cody_Comiskey@oxy.com>, "Lu, Ping" <Ping_Lu@oxy.com>
Subject: RE: Anadarko CS reconstruction

Thanks for the info. R&D is fine, possibly still good enough to attempt our benchmark.

**From:** Cody_Comiskey@oxy.com <Cody_Comiskey@oxy.com>
**Sent:** Friday, September 13, 2019 4:34 PM
**To:** Koster, Klaas <Klaas_Koster@oxy.com>; Comiskey, Cody <Cody_Comiskey@oxy.com>; Lu, Ping
<Ping_Lu@oxy.com>
**Subject:** Re: Anadarko CS reconstruction

Klaas, this project was a collaboration between the data science team and geophysical
technology and was an initial test in using ML for projects like this. I will defer to Ping on the
status of the work but at our last discussion, this was a strictly R&D project.

Cody

Sent from my Verizon, Samsung Galaxy smartphone

6

**Occidental [Ping Lu] 000228**

# EXHIBIT 9

Occidental [Ping Lu] 000229

| | |
|---|---|
| **From:** | Graybill, Jeremy |
| **Sent:** | Friday, September 06, 2019 2:35 AM |
| **To:** | Bayeh, Alex; Lu, Ping |
| **Subject:** | FW: Presentation |

FYI...since you two are part of this conversation as well.

Thanks,
-Jeremy

---

**From:** Graybill, Jeremy
**Sent:** Thursday, September 5, 2019 1:21 PM
**To:** Bowlby, David <David_Bowlby@oxy.com>
**Subject:** RE: Presentation

David,

I'm sorry you aren't feeling well, and I hope you get to feeling better soon.  Unfortunately, as I let Mustafa know, I won't be able to attend the meeting tomorrow, since it is my Friday off and I had previous plans to be out of town and unavailable at that time.  I look forward to hearing about the plans and strategy for each of the products, and what that means for moving forward.

Yes, I agree that my employees are free to interact as they would like.  Since I am still their manager, that is likely why they are still reaching out and voicing their concerns to me.  Yes, we will all assume best intentions from everyone, even though I've heard from them that it's difficult for people to feel like Oxy has the best intentions of the legacy APC employees in mind at this point.  The lack of information and the conflicting information is really difficult for people.  As one example, Ping and Alex are confused why they were the ones invited by Reza to provide deep technical details in some domains where neither of them performed the work, when other individuals were not invited.  That also leads to assumptions being made, when nobody has any information on what to expect for the future for themselves and their colleagues.  I only want what's best for each of my employees, whether that ends up being them deciding to stay with Oxy, or otherwise.  I know this process is difficult for you all as well, so it will be better for everyone when more clarity is provided in the coming weeks and people can make their decisions with more information.

Thanks,
-Jeremy

---

**From:** Bowlby, David <David_Bowlby@oxy.com>
**Sent:** Thursday, September 5, 2019 12:31 PM
**To:** Graybill, Jeremy <Jeremy_Graybill@oxy.com>
**Subject:** Re: Presentation

Jeremy, I am out today and not feeling well and just realized you are coming in tomorrow, so we can speak then.  In our last conversation, while we did not agree on all points, I thought I was clear that although you want to be in all conversations with your employees, the fact that they have a sense of loyalty to you may diminish any chance of them becoming an Oxy employee so we want to give them some free space to interact with other Oxy employees.  You should be able to work coordination with Reza, and as stated, if something of a significant nature arises they are free to call me or HR, but if it is just a general complaint, than it is counter productive as I can't take any action on something non-specific.

Occidental [Ping Lu] 000230

The potential for a company buyout of AAET is a developing item which is why we scheduled a meeting to discuss it tomorrow so everyone is as caught up as we can be.  Christian called me regarding contract support so I went ahead and filled him in and asked him to pass along the info prior to the meeting.

I am going to continue to assume best intentions on everyone's part and asking you to do the same.

->

On Sep 5, 2019, at 7:41 AM, Bowlby, David <David_Bowlby@oxy.com> wrote:

> Jeremy,
>
> Since you are not available until later, I will email. Reza is still your manager, and as we discussed, if an HR worthy issue arises, the employee can contact me or HR, but If it is anything other than that you need to work it directly through Reza.  I spoke with Reza this morning and he can work through any concerns regarding IP with you and he can reach out to our attorneys if needed.  Reza is traveling there today and as we also discussed, although there is discontent, people need to still be professional and HR will be communicating employee options beyond VSP's, but until that time you will need to work it through him.
>
> We have the meeting tomorrow regarding roadmaps and we can also discuss where we are at in the process of potentially selling as that is very recent information.
> ->

On Sep 4, 2019, at 11:30 PM, "Jeremy_Graybill@oxy.com" <Jeremy_Graybill@oxy.com> wrote:

> > David,
> >
> > Can I please ask what the original email below is in relation to?  As I mentioned to you last week, the team would like me included on any requests or communications by Reza, given previous incidents and concerns that I shared with you via email and you and I discussed, and clearly that request has not been honored in this case.
> >
> > I heard today that Oxy may have interests in selling Lithos to an outside party.  If that is the case, then sharing any of the technical details of those products to a wider audience is not appropriate, as that would complicate the process of selling and transferring the IP, and could have a serious negative impact monetarily for Oxy.  Since any individuals who are tied to that effort may be included in such a sale as well, it would not be appropriate for them to transfer any of their known IP.  In addition, since much of the seismic work listed below has been related to Mozambique data, which we have not received confirmation that Oxy has licensed appropriately for wider use across Oxy, there could be significant issues with any of that being presented to a wider audience.  As you're likely aware, any violation around seismic data could result in significant lawsuits for Oxy.  Any presentation of this sort of technical work would require the Geoscientists and Geophysicists involved, to include Christian Noll, Cody Comiskey, Matt Morris, Michael Ashby, Seth Brazell, etc., since they are much more aware of many aspects around licensing and IP, and what can and can't be shown, and therefore these sessions would not be appropriate to conduct otherwise.  Therefore, any such sessions should be conducted in The Woodlands with the appropriate audience, and not in Greenway.
> >
> > Finally, I mentioned to some of the team that you'd welcome speaking individually with them, and so as Alex requested, please meet with him prior to any further discussions between he and Reza.  Just an FYI that Ping informed me he is not feeling well, and will be taking PTO tomorrow.

2

Occidental [Ping Lu] 000231

Thanks,
-Jeremy

---

**From:** Bayeh, Alex <Alex.Bayeh@anadarko.com>
**Sent:** Wednesday, September 4, 2019 8:16 PM
**To:** Bowlby, David <David_Bowlby@oxy.com>
**Cc:** Lu, Ping <Ping.Lu@anadarko.com>; Graybill, Jeremy <Jeremy.Graybill@anadarko.com>
**Subject:** FW: Presentation

Hello David,

Based on mine and my peers' previous discussions and circumstances, I would like to speak with you before further speaking with Reza, as I do not trust and respect him. We can arrange for me to show my work in The Woodlands, as I am not interested in traveling to Greenway Plaza at this time given recent events. Please let me know when you would like to speak with me.

Thank you,
Alex Bayeh

---

**From:** Rastegar, Reza <Reza_Rastegar2@oxy.com>
**Sent:** Wednesday, September 4, 2019 6:43 PM
**To:** Bayeh, Alex <Alex.Bayeh@anadarko.com>; Lu, Ping <Ping.Lu@anadarko.com>
**Cc:** Li, Yongfeng <Yongfeng_Li@oxy.com>
**Subject:** Presentation

Hi Alex and Ping,

I'd like to invite you both to visit Greenway Plaza this coming Monday to present your work on log and seismic interpretation/compressed sensing/top picking/fault detection etc. Let's make the presentation very detailed and technical as I'm trying to give the rest of the team in Greenway Plaza to see your projects. The week after that I'll be on vacation but as soon as I'm back I'll ask the team in Greenway Plaza to present to you as well. Yongfeng will set the meeting up.

Hope with integration meetings getting fewer on my side, very soon we can start having regular meetings and information exchanges on weekly activities, ideas, etc.

Alex, I'll be in Woodlands tomorrow and I'll stop by to chat.

Reza

Occidental [Ping Lu] 000232

# EXHIBIT 10

Occidental [Ping Lu] 000233

| | |
|---|---|
| **From:** | Comiskey, Cody |
| **Sent:** | Tuesday, September 10, 2019 6:35 PM |
| **To:** | Lu, Ping |
| **Cc:** | Zhang, Yanyan; Graybill, Jeremy |
| **Subject:** | Seismic Licensing |
| **Attachments:** | OXY_GoM_greyscale_integration_TGS.pdf; OXY_GoM_greyscale_integration_CGG.pdf; OXY_GoM_greyscale_integration_ION2D.pdf; OXY_GoM_greyscale_integration_PGS.pdf |

Ping,

As requested, I have attached the difference maps from the major licensors in the GoM.
None of the licensed data in the international areas has been relicensed, we still retain the wholly owned / government owned datasets.

Onshore, most of the data has been relicensed in the DJ, PRB and Delaware Basins, outside of that, most of the data was not retained.

Let me know if this helps.

Thanks Ping.

**Cody Comiskey**
Geophysical Supervisor – Advanced Analytics and Emerging Technologies
Office: (832) 636-3707
Mobile: (806) 544-3161
Email: **cody_comiskey@oxy.com**
Address: 1201 Lake Robbins Drive
        The Woodlands, Tx 77380

Occidental [Ping Lu] 000234



96°0'0"W
94°0'0"W
92°0'0"W
90°0'0"W
88°0'0"W
86°0'0"W
84°0'0"W
82°0'0"W
32°0'0"N
30°0'0"N
28°0'0"N
26°0'0"N
24°0'0"N
MOBILE
PENSACOLA
VIOSCA KNOLL
Viosca Knoll 2 3D
Eastern Gulf 1 3D
DESTIN DOME
APALACHICOLA
GAINESVILLE
Texas Renaissance 3D
Louisiana Renaissance 3D
Nessie Fan 3D
Eastern Delta 3D
Eastern Gulf 2 and 3
Kepler WAZ 3D
Declaration M-WAZ 3D
DESOTO CANYON
FLORIDA MIDDLE GROUND
TARPON SPRINGS
Cameron SAD 3D
Ogo Fan 3D
Sophies Resolve 3D
MISSISSIPPI CANYON
Independence WAZ
Fusion M-WAZ
MC and eMC 3D
Hernando 3D
Amendment FAN 3D
EWING BANK
Revolution XII/XIII FAZ 3D
Freedom and Liberty WAZ 3D
Patriot M-WAZ 3D
Amerigo 3D
East Breaks 3D
Garden Banks 3D
Baldpate
EAST BREAKS
GARDEN BANKS
GREEN CANYON
LLOYD
THE ELBOW
SAINT PETERSBURG
ATWATER
Orion 3D
Alonso
Boomvang North
Nansen
Gunnison
Constitution
Holstein
Marco Polo
Francisco 3D
CORPUS CHRISTI
Hoover
Stanley 3D
PORT ISABEL
ALAMINOS CANYON
KEATHLEY CANYON
WALKER RIDGE
LUND
Panfilo
HENDERSON
VERNON BASIN
CHARLOTTE HARBOR
Lucius
SIGSBEE ESCARPMENT
AMERY TERRACE
LUND SOUTH
FLORIDA PLAIN
HOWELL HOOK
PULLEY RIDGE
MIAMI
CAMPECHE ESCARPMENT
KEY WEST
RANKIN
DRY TORTUGAS
TORTUGAS VALLEY
Esri, Garmin, GEBCO, NOAA NGDC, and other contributors, GOM Exploration
N
0 25 50 100 150 200
Miles
OXY Entitlements - TGS
APC Active Overrides (GOM)
APC Active Leases (GOM)
OXY TGS 3D Licenses transferred
APC TGS 3D Licenses not transferred





Occidental [Ping Lu] 000236

**OXY Entitlements - ION**

APC Active Overrides (GOM)
APC Active Leases (GOM)
OXY 2D Licensed



OXY Entitlements - PGS
APC Active Overrides (GOM)
APC Active Leases (GOM)
OXY PGS licenses transferred
APG PGS Licenses not transferred
96°0'0"W
94°0'0"W
92°0'0"W
90°0'0"W
88°0'0"W
86°0'0"W
84°0'0"W
82°0'0"W
32°0'0"N
30°0'0"N
28°0'0"N
26°0'0"N
24°0'0"N
0 25 50 100 150 200
Miles
N
MOBILE
PENSACOLA
VIOSCA KNOLL
DESTIN DOME
APALACHICOLA
GAINESVILLE
DESOTO CANYON
FLORIDA MIDDLE GROUND
TARPON SPRINGS
MISSISSIPPI CANYON
EWING BANK
HI_ANGUS
HI_BRAHMA_MIG
ECAM_1
HIS_D_AVO
HIS_C_AVO
HIS_A_AVO
ECAM_A_RECON_AVO
ECAM_2
GB_B_AVO
EIS_2_OBS
EIS_B_POSTSDM
EIS_D_AVO
SMI_B_PRESDM
SSS_A_PRESDM
FLEX_R-P4_ORIG
Baldpate
MC_A_AVO
MCAV_1&2
GIS_A_PRESDM
EW_A_AVO
STEW_2
MC_D_PRESTM
AV_1
DW2
Blind Faith
Horn Mountain
Marlin
DW8
ATWATER
LLOYD
THE ELBOW
SAINT PETERSBURG
EAST BREAKS
CRYSTAL_III_EAST_BREAKS
Boomvang North
Nansen
TRITON
Gunnison
DW4
GARDEN BANKS
GREEN CANYON
DW1
Constitution
DW3
Holstein
Marco Polo
DW3_BC
DWI_PSDM_INLINE
CRYSTAL_1&2
CORPUS CHRISTI
Hoover
PORT ISABEL
ALAMINOS CANYON
KEATHLEY CANYON
Lucius
WALKER RIDGE
LUND
HENDERSON
VERNON BASIN
CHARLOTTE HARBOR
SIGSBEE ESCARPMENT
AMERY TERRACE
LUND SOUTH
FLORIDA PLAIN
HOWELL HOOK
PULLEY RIDGE
MIAMI
CAMPECHE ESCARPMENT
KEY WEST
RANKIN
DRY TORTUGAS
TORTUGAS VALLEY
Esri, Garmin, GEBCO, NOAA NGDC, and other contributors, GOM Exploration

# EXHIBIT 11

Occidental [Ping Lu] 000239

| | |
|---|---|
| **From:** | Pryporov, Maksym  <Maksym_Pryporov@oxy.com> |
| **Sent:** | Tuesday, October 08, 2019 12:27 PM |
| **To:** | Zhang, Yanyan; Koster, Klaas; Xiao, Yuan; Rastegar, Reza |
| **Subject:** | RE: CS discussion |

Yanyan and Yuan,

Here is a paper I mentioned earlier,
https://www.researchgate.net/publication/316446541_Beating_Level-Set_Methods_for_5-
D_Seismic_Data_Interpolation_A_Primal-Dual_Alternating_Approach
Feel free to follow up if you have any further comments or suggestions.

Best regards,
Maks

**From:** Yanyan_Zhang@oxy.com <Yanyan_Zhang@oxy.com>
**Sent:** Tuesday, October 8, 2019 11:02 AM
**To:** Koster, Klaas <Klaas_Koster@oxy.com>; Xiao, Yuan <Yuan_Xiao@oxy.com>; Pryporov, Maksym
<Maksym_Pryporov@oxy.com>; Rastegar, Reza <Reza_Rastegar2@oxy.com>
**Subject:** Re: CS discussion

Can anyone come downstairs and pick us up?
Thanks

Best,
Yanyan

Get Outlook for Android

**From:** Koster, Klaas <Klaas_Koster@oxy.com>
**Sent:** Tuesday, October 8, 2019 7:21:46 AM
**To:** Xiao, Yuan <Yuan.Xiao@anadarko.com>; Zhang, Yanyan <Yanyan.Zhang@anadarko.com>; Pryporov, Maksym
<Maksym_Pryporov@oxy.com>; Rastegar, Reza <reza_rastegar2@oxy.com>
**Subject:** CS discussion
**When:** Tuesday, October 8, 2019 11:00 AM-12:00 PM.
**Where:** HOUSTON GW5 20.076 Conf Rm

Show what legacy Oxy and APC each have accomplished to date.

Occidental [Ping Lu] 000240

# EXHIBIT 12

Occidental [Ping Lu] 000241

| | |
|---|---|
| **From:** | Zhang, Yanyan |
| **Sent:** | Monday, October 21, 2019 4:18 PM |
| **To:** | Lu, Ping |
| **Subject:** | memo |

Hi Ping,

Today (10/21/2019) Yongfeng called me around 10:00 am to discuss the compressive sensing problem.
During the discussion, he said he would like to see whether our methods could be applied to their preprocessed seismic gathers, despite the facts that our team has already explained many times to their team that our method would only be used to a totally different problem. In addition to that, after I explained again that our method does not work, Yongfeng questioned about the reason why we can't convert our model to solve his problem directly. He believed that we were working on existing models developed by others and just by changing the input/output data, we can have a functional model on this new problem. As an experienced data scientist on deep learning, I doubt his judgement on our model and workflow

I'd like to share with you about this discussion and let you know about the conversation between us.

Thanks!

Best,
Yanyan

1

# EXHIBIT 13

Occidental [Ping Lu] 000243

**From:**       Lu, Ping
**Sent:**       Wednesday, October 23, 2019 11:47 PM
**To:**         Rastegar, Reza
**Subject:**    RE: Weekly Report

Reza, thanks for your email.

Regarding the planned meeting mentioned in my previous email, it would be considered as an opportunity to communicate and exchange knowledge and ideas between group members, especially Maks who has been working on this task for the past one and half years. There is no intention to ask for them to work on the project. I also mentioned that Klaas will be invited to join the meeting for discussion.

I have kept working on the development of deep-learning models for seismic data, since I started the collaboration with my colleagues previously at AAET. I am specialized and focused my expertise in the deep-learning domain when I was hired. I am not sure about other techniques that could be potentially applied to this problem. Therefore, that is why I am learning and exploring from the paper in a mathematical way suggested by Maks.

To be honest with you, what you mentioned about not meeting your expectation really makes me feel frustrated. Here are some of my thoughts and facts I would like to share with you about how I had tried my best to meet your expectation.  Each time when I replied your email, I have tried to phrase several paragraphs by telling you in details about what have been happened, in spite of I have spent most of time in writing emails recently.

In a more efficient and effective way, a discussion and conversation in face to-face communication could be much easier than typing everything in email. That is why I proposed to save that part until the meeting. For your references, here are the explanations which could also be further discussed in the meeting. The way how it works explained in our paper is that during the training process, training images are first normalized and are then downscaled by a factor in order to form a pair of (I_LR;   I_HR) for training. Here, I_LR requires to be downscaled with equally distributed sample points. An example could be provided during the meeting which is hard to present in the email here. The data that Klaas provided is sampled in optimized grids, which is totally different from what we worked on the paper. My group member and myself have discussed several times within our group meetings to think about a solution, and also evaluated the feasibility of developing a deep-learning model for this request. All of the conversations from my group eventually converge to a point that applying the deep-learning model to solve this problem doesn't appear to be an appropriate route. My team member is happy to share more information to you as well. Therefore, with limited deep-learning knowledge, we are trapped into a corner where my team members as well as myself don't know how to design a neural network architecture that is able to reach the expectation of the request. That is why we need to seek the help from Google Brain, as they are considered as the best research institute in the world focusing on designing of deep-learning architecture for unsolvable problems.

What we could do is that I will get contact with Jonathan who is the point of contact for the Google's team. I could arrange a meeting with him by inviting the team member from your and my group as well as yourself at either Greenway Plaza or woodlands office. During the one hour meeting, we could explain to Googlers about the project and what we would like to achieve. Then, Jonathan could provide the link to Google Brain by travelling to their campus for about one week collaborations with them.

**From:** Rastegar, Reza <Reza_Rastegar2@oxy.com>
**Sent:** Wednesday, October 23, 2019 7:37 PM

Occidental [Ping Lu] 000244

**To:** Lu, Ping <Ping_Lu@oxy.com>
**Subject:** Re: Weekly Report

Thanks Ping. I'm supportive of your collaboration with whoever you would like, but keep in mind this is a task that I have assigned to you and your team and Maks and Yongfeng have their own projects. Also, I would like to see real progress which is real result going toward Klaas. With regard to the last item, you mentioned you have lack of knowledge and I'll be happy to help. However as I expected to receive a comprehensive response by end of today (which I did not unfortunately), first you need to be specific and not so vague and high level. I reiterate myself again that this is a data science problem and you are mathematician. This task is entirely in your domain of expertise. Again you didn't meet my expectation and deadline.

Reza

Sent from my iPhone

On Oct 23, 2019, at 6:16 PM, "Ping_Lu@oxy.com" <Ping_Lu@oxy.com> wrote:

> Reza, please see my replies below. Thanks.
>
>
> **From:** Rastegar, Reza <Reza_Rastegar2@oxy.com>
> **Sent:** Wednesday, October 23, 2019 6:45 AM
> **To:** Lu, Ping <Ping_Lu@oxy.com>
> **Subject:** RE: Weekly Report
>
> Thanks, Ping.
>
> I have a few comments and requests.
>
> 1) Can you please include the collaborators in the report? ok
> 2) Please include me in those communications with geophysicists as I requested several times. Ok. Reza, I understand your concerns. It is perfectly understood to the written communications. However, please note that, often, oral communication between colleagues happen, which may be easier for explaining problems and needs than sending emails. Given the fact that we have two satellite offices spread out in the grand Houston areas, it would be impossible to arrange all these conversations at your presence. My recommendation for your consideration is to form a centralized organization with every team seating in the same floor in the future, so communication could be easily delivered.
>
> 3) See my points below in red. I'd like these to be addressed in a timely manner (end of the business day today, 10/23/19). Please see my responses below.
>
> Reza
>
> **From:** Ping_Lu@oxy.com <Ping_Lu@oxy.com>
> **Sent:** Tuesday, October 22, 2019 5:37 PM
> **To:** Rastegar, Reza <Reza_Rastegar2@oxy.com>
> **Cc:** Zhang, Yanyan <Yanyan_Zhang@oxy.com>; Mitsakos, Nikolaos <Nikolaos_Mitsakos@oxy.com>; Xiao, Yuan <Yuan_Xiao@oxy.com>
> **Subject:** Weekly Report
>
> Reza, here is the weekly report from my group.

2

Compressive Sensing and Fault Deployment

Objective: perform compressive sensing and fault detection for seismic data
Collaborator: Klaas

- Held a meeting on last Thursday with Maksym and Yongfeng exchanging knowledge of the compressive sensing algorithm; compiled a list of the questions that need to be addressed; scheduled a follow-up meeting on Thursday this week.

- Have been looking into the work *Beating level-set methods for 5D seismic data interpolation: a primal-dual alternating approach,* mainly focusing on addressing the key questions that surfaced during last week's discussion with Maksym and Yongfeng.

- Discussed with the geophysicists who are working on the preparation of the interpretation of the faults.

In addition, here are some of explanations about the feasibility of the deep-learning approach for compressive sensing problem and suggested plan for your considerations.

Here are two primary points:
- The given problem is completely different from what has been tested and published on the TLE. The problem is not different. It is compressive sensing for seismic data. I agree that your approach may have been different from what Maks did. However as I made it clear in our communication before, I'm interested in a solution for this business problem and I'm very flexible with the approach you take to solve the problem. This is a data science problem and you are very welcome to use whatever approach you see fit.
  We will set up a meeting with your team members Maks and Yongfeng to present our approach and brainstorm on the difficulties and differences for extending to non-uniform scheme. How about we reserve this point during our brainstorming session with your team?

- Current deep-learning based approach was not ready to handle the onshore shot gather datasets and would not provide a comparable result for assessments.
  The nature of the data both offshore and onshore is very similar. One might be noisier than the other but at the end the problem formulation will stay the same one way or another. I'd like to complete the task before jumping to conclusion whether a specific the approach is appropriate for onshore or is not.
  How about we leave this as well for our brainstorming session?

Detailed explanations:
- The provided data is prestack shot gathers, but what we were working on was poststack migrated full-stack seismic attribute.
  - Klaas Koster sent an email to you and your team on October 3rd stating "There is no fundamental difference between reconstruction of a single 3D pre-stack shot-gather, or a single 3D post-stack volume. Both can be simply represented as a sequence of 2D slices. The whole point of compressive sensing is to sparsely sample the data non-uniformly and then reconstruct it to what you would have measured on a dense regular grid. So, I have no idea what the difficulty is. Perhaps you are saying that you need some dense and uniformly sampled data for your training images? We have those of course."

3

I believe there is a difference here between the geophysicist's point of view and the deep-learning implementation. I suggest we keep this point for further discussion whenever Klaas is available to join our meeting session with the members of your group. I would be more than happy to explain this to him.

- The provided data is extremely sparsely non-uniformly sampled, which is an extremely difficult and challenging task in a stage where most of other vendors and researchers are actively under investigation.
  - Again, I refer to Klaas email to you. My expectation was that you have communicated with Klaas to get to see what his point is. After all, he is the most senior geophysicist in the company and if he is reaching out to you with an explanation, his feedback and comment should be fully considered and not ignored.

    I truly respect to Klaas given his experience in the geophysical domain. Like what I have explained with you on the email on Oct.16th, there are several actions that have been made through oral, email communication, and personal meeting with your presence. I truly believe that all the communications and questions from Klaas have been properly and actively addressed from my colleagues and team members. I wasn't asked to provide responds and actions from any Klaas's emails and requests.

- Shot gathers have limited geological features that deep-learning model can be trained with, which means there would be no representative training information that could be provided and applied to this problem.
- The intensive level of noises in the prestack shot gathers bring significantly strong perturbations of training the deep-learning model.
- The extremely large gaps existing in the prestack data provide strongly missing information which prevents the deep-learning model to obtain prior information.
  - Again, I'd like to see the result of analysis first before I make a judgment call on whether the results are good or bad. Also, I ask you to propose a solution with deep learning or without deep learning algorithm you used.

    That is another point that I think can be better discussed during our meeting session with your team.

Suggested potential-solution:
- We are presently not equipped with the knowledge needed to perform the work. In order to investigate the possibility of having a properly functional deep-learning based compressive sensing method, we would have to discuss with domain experts from Google Brain and seek the help from them. This would require enough training and development time for the entire team, and we need budget to be allocated and approved from you for this collaboration between us and Google's team. Please let me know your opinion about the training, and I could provide more detailed information to you.
  - This is a data science problem and you are a mathematician. Please help me out to understand what you're specifically talking about when you refer to "lack of knowledge"? Also, please send me the detail list of items that you are asking for training and explain why this needs to be done by google brain team. Please provide this by end of the business date today (10/23/19). I'd the items to be very specific and not high level.

    How about we save that after the our discussion about our method?

4

Occidental [Ping Lu] 000247

# EXHIBIT 14

Occidental [Ping Lu] 000248

Information and recommendation for Anadarko Data Scientists moving forward

From:   Jeremy_Graybill@oxy.com

To:      David_Bowlby@oxy.com

Cc:      Mustafa_Rizvi@oxy.com

Date:   Thursday, August 22, 2019, 11:49 PM CDT

David,

As we discussed and was requested this morning, here is some additional information.  Through discussions with my team members (my team includes both my organization and my dotted line Data Science team members within Anadarko), there are a number of things that I've heard from them, and I think it's very important that you are aware of all of this as you consider the path forward.  I like being open with people, and value honesty and integrity, so I wish we could have spoken earlier about much of this, such as before or soon after Day 1, but that was evidently not the plan or the intention on Oxy's side.  You may even recall that in the single integration meeting I was involved in at Oxy, I mentioned my concerns around understanding and combining our sub-cultures from the beginning in order for this to be a successful integration, but evidently that was also not of interest to Oxy, since I was not once asked about what made our Data Science environment, culture, and employees work so effectively.  Therefore, I am providing as much information as possible in this email, beginning with some background, what I have heard from my employees through this process, some very upsetting items, and finally my recommendation.

**Background**

As some background, I want to provide some of the reasons that my team members (my team again includes both my organization and my dotted line Data Science team members within Anadarko) joined Anadarko and loved working here:

- They wanted and want to be Data Scientists, they joined Anadarko as Data Scientists, and they are Data Scientists.  They are not and do not want to be simply Mathematicians, Statisticians, Computer Scientists, Engineers, Physicists, etc., and they definitely don't want to be Analytics Engineers.  Reza may dislike and not understand the Data Science label, role, or function, but the rest of the world outside of Oxy enthusiastically embraces that label, role, and work, including the entire Data Science population at Anadarko.
- They loved the strategy of performing Applied Research and Development using Data Science techniques and advanced technologies (Google Cloud, NVIDIA, advanced Data Science architectures and approaches, etc.).  They have no interest in performing ad-hoc, short cycle project work using less advanced methods and technologies, including Excel, Spotfire, Matlab, and R-Shiny.
- They loved working closely with phenomenal subject matter experts on very challenging and complex problems (some of which take months and even years of research and work) as part of a centralized Data Science organization embedded within an organization which includes Geoscientists and Petroleum Engineers.
- I have developed Data Science career paths and ladders for them, which they are excited about and which provided future growth and career opportunities.
- Our Data Science environment and culture allows for many things they desire and value: advanced research, creativity, flexibility (including a formal work from home policy and flexible hours), open publication opportunities, incredible and challenging work, very high expectations, continuous education, support, growth, significant mentorship opportunities (including an excellent Data Science internship program), and direct business value contributions back to the business.
- They each interviewed me as part of the interview process as well, joined Anadarko because they wanted to work for me, and have grown to trust and respect me.  After years of working together, we are a family, and most of the team wants to continue working for me, whether that's at Anadarko, Oxy, or elsewhere.

Occidental [Ping Lu] 000249