# EXHIBIT 10

Occidental [Ping Lu] 000502

| | |
|---|---|
| **From:** | Comiskey, Cody |
| **Sent:** | Tuesday, September 10, 2019 6:35 PM |
| **To:** | Lu, Ping |
| **Cc:** | Zhang, Yanyan; Graybill, Jeremy |
| **Subject:** | Seismic Licensing |
| **Attachments:** | OXY_GoM_greyscale_integration_TGS.pdf; OXY_GoM_greyscale_integration_CGG.pdf; OXY_GoM_greyscale_integration_ION2D.pdf; OXY_GoM_greyscale_integration_PGS.pdf |

Ping,

As requested, I have attached the difference maps from the major licensors in the GoM.
None of the licensed data in the international areas has been relicensed, we still retain the wholly owned / government owned datasets.

Onshore, most of the data has been relicensed in the DJ, PRB and Delaware Basins, outside of that, most of the data was not retained.

Let me know if this helps.

Thanks Ping.

**Cody Comiskey**
Geophysical Supervisor – Advanced Analytics and Emerging Technologies
Office: (832) 636-3707
Mobile: (806) 544-3161
Email: **cody_comiskey@oxy.com**
Address: 1201 Lake Robbins Drive
          The Woodlands, Tx 77380

1

**Occidental [Ping Lu] 000503**





OXY Entitlements - TGS
APC Active Overrides (GOM)
APC Active Leases (GOM)
OXY TGS 3D Licenses transferred
APC TGS 3D Licenses not transferred
0 25 50 100 150 200
Miles
N
96°0'0"W
94°0'0"W
92°0'0"W
90°0'0"W
88°0'0"W
86°0'0"W
84°0'0"W
82°0'0"W
32°0'0"N
30°0'0"N
28°0'0"N
26°0'0"N
24°0'0"N
MOBILE
PENSACOLA
VIOSCA KNOLL
DESTIN DOME
APALACHICOLA
GAINESVILLE
FLORIDA MIDDLE GROUND
TARPON SPRINGS
DESOTO CANYON
MISSISSIPPI CANYON
EWING BANK
GREEN CANYON
GARDEN BANKS
EAST BREAKS
CORPUS CHRISTI
PORT ISABEL
ALAMINOS CANYON
KEATHLEY CANYON
WALKER RIDGE
ATWATER
LLOYD
THE ELBOW
SAINT PETERSBURG
LUND
HENDERSON
VERNON BASIN
CHARLOTTE HARBOR
SIGSBEE ESCARPMENT
AMERY TERRACE
LUND SOUTH
FLORIDA PLAIN
HOWELL HOOK
PULLEY RIDGE
MIAMI
KEY WEST
CAMPECHE ESCARPMENT
RANKIN
DRY TORTUGAS
TORTUGAS VALLEY
Texas Renaissance 3D
Louisiana Renaissance 3D
Cameron SAD 3D
Ogo Fan 3D
Nessie Fan 3D
Sophies Resolve 3D
Independence WAZ
Freedom and Liberty WAZ 3D
Revolution XII/XIII FAZ 3D
Amendment FAN 3D
Fusion M-WAZ
Kepler WAZ 3D
MC and eMC 3D
Patriot M-WAZ 3D
Declaration M-WAZ 3D
Hernando 3D
Amerigo 3D
Orion 3D
Alonso
Francisco 3D
Panfilo
Stanley 3D
Garden Banks 3D
East Breaks 3D
Eastern Delta 3D
Eastern Gulf 1 3D
Eastern Gulf 2 and 3
Viosca Knoll 2 3D
Baldpate
Gunnison
Boomvang North
Nansen
Hoover
Constitution
Holstein
Marco Polo
Lucius
Blind Faith
Horn Mountain
Esri, Garmin, GEBCO, NOAA NGDC, and other contributors, GOM Exploration

96°0'0"W
94°0'0"W
92°0'0"W
90°0'0"W
88°0'0"W
86°0'0"W
84°0'0"W
82°0'0"W
32°0'0"N
30°0'0"N
28°0'0"N
26°0'0"N
24°0'0"N
MOBILE
PENSACOLA
VIOSCA KNOLL
DESTIN DOME
APALACHICOLA
GAINESVILLE
Marlin
Horn Mountain
EWING BANK
MISSISSIPPI CANYON
DESOTO CANYON
FLORIDA MIDDLE GROUND
TARPON SPRINGS
Blind Faith
EWING BANK
EAST BREAKS
GARDEN BANKS
Baldpate
GREEN CANYON
ATWATER
LLOYD
THE ELBOW
SAINT PETERSBURG
CORPUS CHRISTI
Boomvang North
Nansen
Gunnison
Constitution
Holstein
Marco Polo
Hoover
PORT ISABEL
ALAMINOS CANYON
KEATHLEY CANYON
WALKER RIDGE
LUND
HENDERSON
VERNON BASIN
CHARLOTTE HARBOR
Lucius
SIGSBEE ESCARPMENT
AMERY TERRACE
LUND SOUTH
FLORIDA PLAIN
HOWELL HOOK
PULLEY RIDGE
MIAMI
CAMPECHE ESCARPMENT
KEY WEST
KEY WEST
RANKIN
DRY TORTUGAS
TORTUGAS VALLEY
Esri, Garmin, GEBCO, NOAA NGDC, and other contributors, GOM Exploration
N
0 25 50 100 150 200
Miles
OXY Entitlements - CGG
APC Active Overrides (GOM)
APC Active Leases (GOM)
Oxy Not Licensed
Oxy Licensed





Occidental [Ping Lu] 000506

96°0'0"W
94°0'0"W
92°0'0"W
90°0'0"W
88°0'0"W
86°0'0"W
84°0'0"W
82°0'0"W
32°0'0"N
30°0'0"N
28°0'0"N
26°0'0"N
24°0'0"N
MOBILE
PENSACOLA
VIOSCA KNOLL
DESTIN DOME
APALACHICOLA
GAINESVILLE
Marlin
Horn Mountain
DW2
Blind Faith
DESOTO CANYON
DESOTO_CANYON (HERNANDO)
FLORIDA MIDDLE GROUND
TARPON SPRINGS
EWING BANK
MC_A_AVO
MCAV_1&2
MISSISSIPPI CANYON
GIS_A_PRESDM
EW_A_AVO
STEW_2
MC_D_PRESTM
AV_1
HI_ANGUS
HI_BRAHMA_MIG
ECAM_1
EIS_2_OBS
EIS_B_POSTSDM
HIS_D_AVO
ECAM_A_RECON_AVO
EIS_D_AVO
SSS_A_PRESDM
HIS_C_AVO
ECAM_2
HIS_A_AVO
SMI_B_PRESDM
GB_B_AVO
FLEX_R-P4_ORIG
Baldpate
GREEN CANYON
DW3
ATWATER
DW8
LLOYD
THE ELBOW
SAINT PETERSBURG
EAST BREAKS
CRYSTAL_III_EAST_BREAKS
Boomvang North
Nansen
TRITON
Gunnison
DW4
GARDEN BANKS
DW1
Constitution
Holstein
Marco Polo
DW1_PSDM_INLINE
DW3_BG
CORPUS CHRISTI
Hoover
CRYSTAL_1&2
PORT ISABEL
ALAMINOS CANYON
KEATHLEY CANYON
WALKER RIDGE
LUND
HENDERSON
VERNON BASIN
CHARLOTTE HARBOR
Lucius
SIGSBEE ESCARPMENT
AMERY TERRACE
LUND SOUTH
FLORIDA PLAIN
HOWELL HOOK
PULLEY RIDGE
MIAMI
CAMPECHE ESCARPMENT
KEY WEST
RANKIN
DRY TORTUGAS
TORTUGAS VALLEY
Esri, Garmin, GEBCO, NOAA NGDC, and other contributors, GOM Exploration
N
0 25 50 100 150 200
Miles
OXY Entitlements - PGS
APC Active Overrides (GOM)
APC Active Leases (GOM)
OXY PGS licenses transferred
APG PGS Licenses not transferred

# EXHIBIT 11

Occidental [Ping Lu] 000508

**From:**     Pryporov, Maksym <Maksym_Pryporov@oxy.com>
**Sent:**     Tuesday, October 08, 2019 12:27 PM
**To:**      Zhang, Yanyan; Koster, Klaas; Xiao, Yuan; Rastegar, Reza
**Subject:**     RE: CS discussion

Yanyan and Yuan,

Here is a paper I mentioned earlier,
https://www.researchgate.net/publication/316446541_Beating_Level-Set_Methods_for_5-
D_Seismic_Data_Interpolation_A_Primal-Dual_Alternating_Approach
Feel free to follow up if you have any further comments or suggestions.

Best regards,
Maks

---

**From:** Yanyan_Zhang@oxy.com <Yanyan_Zhang@oxy.com>
**Sent:** Tuesday, October 8, 2019 11:02 AM
**To:** Koster, Klaas <Klaas_Koster@oxy.com>; Xiao, Yuan <Yuan_Xiao@oxy.com>; Pryporov, Maksym
<Maksym_Pryporov@oxy.com>; Rastegar, Reza <Reza_Rastegar2@oxy.com>
**Subject:** Re: CS discussion

Can anyone come downstairs and pick us up?
Thanks

Best,
Yanyan

Get Outlook for Android

---

**From:** Koster, Klaas <Klaas_Koster@oxy.com>
**Sent:** Tuesday, October 8, 2019 7:21:46 AM
**To:** Xiao, Yuan <Yuan.Xiao@anadarko.com>; Zhang, Yanyan <Yanyan.Zhang@anadarko.com>; Pryporov, Maksym
<Maksym_Pryporov@oxy.com>; Rastegar, Reza <reza_rastegar2@oxy.com>
**Subject:** CS discussion
**When:** Tuesday, October 8, 2019 11:00 AM-12:00 PM.
**Where:** HOUSTON GW5 20.076 Conf Rm

Show what legacy Oxy and APC each have accomplished to date.

Occidental [Ping Lu] 000509

# EXHIBIT 12

Occidental [Ping Lu] 000510

**From:**                Zhang, Yanyan
**Sent:**                Monday, October 21, 2019 4:18 PM
**To:**                   Lu, Ping
**Subject:**           memo

Hi Ping,

Today (10/21/2019) Yongfeng called me around 10:00 am to discuss the compressive sensing problem.
During the discussion, he said he would like to see whether our methods could be applied to their preprocessed seismic gathers, despite the facts that our team has already explained many times to their team that our method would only be used to a totally different problem. In addition to that, after I explained again that our method does not work, Yongfeng questioned about the reason why we can't convert our model to solve his problem directly. He believed that we were working on existing models developed by others and just by changing the input/output data, we can have a functional model on this new problem. As an experienced data scientist on deep learning, I doubt his judgement on our model and workflow

I'd like to share with you about this discussion and let you know about the conversation between us.

Thanks!

Best,
Yanyan

1

Occidental [Ping Lu] 000511

# EXHIBIT 13

Occidental [Ping Lu] 000512

**From:** Lu, Ping
**Sent:** Wednesday, October 23, 2019 11:47 PM
**To:** Rastegar, Reza
**Subject:** RE: Weekly Report

Reza, thanks for your email.

Regarding the planned meeting mentioned in my previous email, it would be considered as an opportunity to communicate and exchange knowledge and ideas between group members, especially Maks who has been working on this task for the past one and half years. There is no intention to ask for them to work on the project. I also mentioned that Klaas will be invited to join the meeting for discussion.

I have kept working on the development of deep-learning models for seismic data, since I started the collaboration with my colleagues previously at AAET. I am specialized and focused my expertise in the deep-learning domain when I was hired. I am not sure about other techniques that could be potentially applied to this problem. Therefore, that is why I am learning and exploring from the paper in a mathematical way suggested by Maks.

To be honest with you, what you mentioned about not meeting your expectation really makes me feel frustrated. Here are some of my thoughts and facts I would like to share with you about how I had tried my best to meet your expectation.  Each time when I replied your email, I have tried to phrase several paragraphs by telling you in details about what have been happened, in spite of I have spent most of time in writing emails recently.

In a more efficient and effective way, a discussion and conversation in face to-face communication could be much easier than typing everything in email. That is why I proposed to save that part until the meeting. For your references, here are the explanations which could also be further discussed in the meeting. The way how it works explained in our paper is that during the training process, training images are first normalized and are then downscaled by a factor in order to form a pair of $(I\_LR;\ I\_HR)$ for training. Here, $I\_LR$ requires to be downscaled with equally distributed sample points. An example could be provided during the meeting which is hard to present in the email here. The data that Klaas provided is sampled in optimized grids, which is totally different from what we worked on the paper. My group member and myself have discussed several times within our group meetings to think about a solution, and also evaluated the feasibility of developing a deep-learning model for this request. All of the conversations from my group eventually converge to a point that applying the deep-learning model to solve this problem doesn't appear to be an appropriate route. My team member is happy to share more information to you as well. Therefore, with limited deep-learning knowledge, we are trapped into a corner where my team members as well as myself don't know how to design a neural network architecture that is able to reach the expectation of the request. That is why we need to seek the help from Google Brain, as they are considered as the best research institute in the world focusing on designing of deep-learning architecture for unsolvable problems.

What we could do is that I will get contact with Jonathan who is the point of contact for the Google's team. I could arrange a meeting with him by inviting the team member from your and my group as well as yourself at either Greenway Plaza or woodlands office. During the one hour meeting, we could explain to Googlers about the project and what we would like to achieve. Then, Jonathan could provide the link to Google Brain by travelling to their campus for about one week collaborations with them.

**From:** Rastegar, Reza <Reza_Rastegar2@oxy.com>
**Sent:** Wednesday, October 23, 2019 7:37 PM

Occidental [Ping Lu] 000513

**To:** Lu, Ping <Ping_Lu@oxy.com>
**Subject:** Re: Weekly Report

Thanks Ping. I'm supportive of your collaboration with whoever you would like, but keep in mind this is a task that I have assigned to you and your team and Maks and Yongfeng have their own projects.  Also, I would like to see real progress which is real result going toward Klaas. With regard to the last item, you mentioned you have lack of knowledge and I'll be happy to help. However as I expected to receive a comprehensive response by end of today (which I did not unfortunately), first you need to be specific and not so vague and high level. I reiterate myself again that this is a data science problem and you are  mathematician. This task is entirely in your domain of expertise.  Again you didn't meet my expectation and deadline.

Reza

Sent from my iPhone

On Oct 23, 2019, at 6:16 PM, "Ping_Lu@oxy.com" <Ping_Lu@oxy.com> wrote:

> Reza, please see my replies below. Thanks.
>
>> **From:** Rastegar, Reza <Reza_Rastegar2@oxy.com>
>> **Sent:** Wednesday, October 23, 2019 6:45 AM
>> **To:** Lu, Ping <Ping_Lu@oxy.com>
>> **Subject:** RE: Weekly Report
>>
>> Thanks, Ping.
>>
>> I have a few comments and requests.
>>
>> 1) Can you please include the collaborators in the report? ok
>> 2) Please include me in those communications with geophysicists as I requested several times. Ok. Reza, I understand your concerns. It is perfectly understood to the written communications. However, please note that, often, oral communication between colleagues happen, which may be easier for explaining problems and needs than sending emails. Given the fact that we have two satellite offices spread out in the grand Houston areas, it would be impossible to arrange all these conversations at your presence. My recommendation for your consideration is to form a centralized organization with every team seating in the same floor in the future, so communication could be easily delivered.
>>
>> 3) See my points below in red. I'd like these to be addressed in a timely manner (end of the business day today, 10/23/19). Please see my responses below.
>>
>> Reza
>>
>>> **From:** Ping_Lu@oxy.com <Ping_Lu@oxy.com>
>>> **Sent:** Tuesday, October 22, 2019 5:37 PM
>>> **To:** Rastegar, Reza <Reza_Rastegar2@oxy.com>
>>> **Cc:** Zhang, Yanyan <Yanyan_Zhang@oxy.com>; Mitsakos, Nikolaos <Nikolaos_Mitsakos@oxy.com>; Xiao, Yuan <Yuan_Xiao@oxy.com>
>>> **Subject:** Weekly Report
>>>
>>> Reza, here is the weekly report from my group.

2

**Occidental [Ping Lu] 000514**

Compressive Sensing and Fault Deployment

Objective: perform compressive sensing and fault detection for seismic data
Collaborator: Klaas

- Held a meeting on last Thursday with Maksym and Yongfeng exchanging knowledge of the compressive sensing algorithm; compiled a list of the questions that need to be addressed; scheduled a follow-up meeting on Thursday this week.

- Have been looking into the work *Beating level-set methods for 5D seismic data interpolation: a primal-dual alternating approach,* mainly focusing on addressing the key questions that surfaced during last week's discussion with Maksym and Yongfeng.

- Discussed with the geophysicists who are working on the preparation of the interpretation of the faults.

In addition, here are some of explanations about the feasibility of the deep-learning approach for compressive sensing problem and suggested plan for your considerations.

Here are two primary points:
- The given problem is completely different from what has been tested and published on the TLE. The problem is not different. It is compressive sensing for seismic data. I agree that your approach may have been different from what Maks did. However as I made it clear in our communication before, I'm interested in a solution for this business problem and I'm very flexible with the approach you take to solve the problem. This is a data science problem and you are very welcome to use whatever approach you see fit.
We will set up a meeting with your team members Maks and Yongfeng to present our approach and brainstorm on the difficulties and differences for extending to non-uniform scheme. How about we reserve this point during our brainstorming session with your team?

- Current deep-learning based approach was not ready to handle the onshore shot gather datasets and would not provide a comparable result for assessments.
The nature of the data both offshore and onshore is very similar. One might be noisier than the other but at the end the problem formulation will stay the same one way or another. I'd like to complete the task before jumping to conclusion whether a specific the approach is appropriate for onshore or is not.
How about we leave this as well for our brainstorming session?

Detailed explanations:
- The provided data is prestack shot gathers, but what we were working on was poststack migrated full-stack seismic attribute.
  - Klaas Koster sent an email to you and your team on October 3rd stating "There is no fundamental difference between reconstruction of a single 3D pre-stack shot-gather, or a single 3D post-stack volume. Both can be simply represented as a sequence of 2D slices. The whole point of compressive sensing is to sparsely sample the data non-uniformly and then reconstruct it to what you would have measured on a dense regular grid. So, I have no idea what the difficulty is. Perhaps you are saying that you need some dense and uniformly sampled data for your training images? We have those of course."

Occidental [Ping Lu] 000515

I believe there is a difference here between the geophysicist's point of view and the deep-learning implementation. I suggest we keep this point for further discussion whenever Klaas is available to join our meeting session with the members of your group. I would be more than happy to explain this to him.

- The provided data is extremely sparsely non-uniformly sampled, which is an extremely difficult and challenging task in a stage where most of other vendors and researchers are actively under investigation.
    - o Again, I refer to Klaas email to you. My expectation was that you have communicated with Klaas to get to see what his point is. After all, he is the most senior geophysicist in the company and if he is reaching out to you with an explanation, his feedback and comment should be fully considered and not ignored.

    I truly respect to Klaas given his experience in the geophysical domain. Like what I have explained with you on the email on Oct.16th, there are several actions that have been made through oral, email communication, and personal meeting with your presence. I truly believe that all the communications and questions from Klaas have been properly and actively addressed from my colleagues and team members. I wasn't asked to provide responds and actions from any Klaas's emails and requests.

- Shot gathers have limited geological features that deep-learning model can be trained with, which means there would be no representative training information that could be provided and applied to this problem.
- The intensive level of noises in the prestack shot gathers bring significantly strong perturbations of training the deep-learning model.
- The extremely large gaps existing in the prestack data provide strongly missing information which prevents the deep-learning model to obtain prior information.
    - o Again, I'd like to see the result of analysis first before I make a judgment call on whether the results are good or bad. Also, I ask you to propose a solution with deep learning or without deep learning algorithm you used.

    That is another point that I think can be better discussed during our meeting session with your team.

Suggested potential-solution:
- We are presently not equipped with the knowledge needed to perform the work. In order to investigate the possibility of having a properly functional deep-learning based compressive sensing method, we would have to discuss with domain experts from Google Brain and seek the help from them. This would require enough training and development time for the entire team, and we need budget to be allocated and approved from you for this collaboration between us and Google's team. Please let me know your opinion about the training, and I could provide more detailed information to you.
    - o This is a data science problem and you are a mathematician. Please help me out to understand what you're specifically talking about when you refer to "lack of knowledge"? Also, please send me the detail list of items that you are asking for training and explain why this needs to be done by google brain team. Please provide this by end of the business date today (10/23/19). I'd the items to be very specific and not high level.

    How about we save that after the our discussion about our method?

Occidental [Ping Lu] 000516

# EXHIBIT 14

Occidental [Ping Lu] 000517

## Information and recommendation for Anadarko Data Scientists moving forward

From:  Jeremy_Graybill@oxy.com

To:    David_Bowlby@oxy.com

Cc:    Mustafa_Rizvi@oxy.com

Date:  Thursday, August 22, 2019, 11:49 PM CDT

David,

As we discussed and was requested this morning, here is some additional information.  Through discussions with my team members (my team includes both my organization and my dotted line Data Science team members within Anadarko), there are a number of things that I've heard from them, and I think it's very important that you are aware of all of this as you consider the path forward.  I like being open with people, and value honesty and integrity, so I wish we could have spoken earlier about much of this, such as before or soon after Day 1, but that was evidently not the plan or the intention on Oxy's side.  You may even recall that in the single integration meeting I was involved in at Oxy, I mentioned my concerns around understanding and combining our sub-cultures from the beginning in order for this to be a successful integration, but evidently that was also not of interest to Oxy, since I was not once asked about what made our Data Science environment, culture, and employees work so effectively.  Therefore, I am providing as much information as possible in this email, beginning with some background, what I have heard from my employees through this process, some very upsetting items, and finally my recommendation.

**<u>Background</u>**

As some background, I want to provide some of the reasons that my team members (my team again includes both my organization and my dotted line Data Science team members within Anadarko) joined Anadarko and loved working here:

- They wanted and want to be Data Scientists, they joined Anadarko as Data Scientists, and they are Data Scientists.  They are not and do not want to be simply Mathematicians, Statisticians, Computer Scientists, Engineers, Physicists, etc., and they definitely don't want to be Analytics Engineers.  Reza may dislike and not understand the Data Science label, role, or function, but the rest of the world outside of Oxy enthusiastically embraces that label, role, and work, including the entire Data Science population at Anadarko.
- They loved the strategy of performing Applied Research and Development using Data Science techniques and advanced technologies (Google Cloud, NVIDIA, advanced Data Science architectures and approaches, etc.).  They have no interest in performing ad-hoc, short cycle project work using less advanced methods and technologies, including Excel, Spotfire, Matlab, and R-Shiny.
- They loved working closely with phenomenal subject matter experts on very challenging and complex problems (some of which take months and even years of research and work) as part of a centralized Data Science organization embedded within an organization which includes Geoscientists and Petroleum Engineers.
- I have developed Data Science career paths and ladders for them, which they are excited about and which provided future growth and career opportunities.
- Our Data Science environment and culture allows for many things they desire and value: advanced research, creativity, flexibility (including a formal work from home policy and flexible hours), open publication opportunities, incredible and challenging work, very high expectations, continuous education, support, growth, significant mentorship opportunities (including an excellent Data Science internship program), and direct business value contributions back to the business.
- They each interviewed me as part of the interview process as well, joined Anadarko because they wanted to work for me, and have grown to trust and respect me.  After years of working together, we are a family, and most of the team wants to continue working for me, whether that's at Anadarko, Oxy, or elsewhere.

Occidental [Ping Lu] 000518

I don't mean to be harsh with my following words, but I think it's important for the path forward that you know the truth in how my organization, including our dotted line Data Scientists, views things.  Through the actions from Day 1, Oxy has shown the entire team that Oxy does not care at all about the reasons they are here, the reasons they want to work here, their future careers, or anything.  Oxy never asked them what they wanted, and immediately took away all of the points above on Day 1.  It is widely known that we have gone to great lengths to recruit and hire the absolute best Data Scientists possible.  Oxy taking away all of the reasons that these individuals chose to work at Anadarko was naturally not going to be a successful strategy or approach to retain these individuals.  In addition, the fact that you had my entire organization including myself reporting to Reza from Day 1, and that I was never involved in any decisions or discussions on the path forward (and was completely bypassed in any discussions with my team, even when some team members requested that I be included), showed the team one thing: Oxy legacy was valued over competence, experience, and expertise.  That is entirely Oxy's prerogative of course, as Oxy bought Anadarko and not the other way around, and we all understand why Oxy made that decision, but you may also want to understand the ramifications of taking that approach.


Based on their experiences and conversations with numerous outside individuals and sources, our team has developed the strong feeling and belief (whether it's true or not) that we've potentially built the best Data Science organization within the Oil & Gas industry, and I am fortunate to be well respected both internally and externally for building and leading this organization.  You placed that extremely talented organization under someone who is not capable or qualified in leading the team, and based on many of my team's own external conversations across the space, is someone who is not respected outside of Oxy.  In addition, from what many of my team and other Anadarko peers have heard through conversations with business units within Oxy, the Data Science organization was placed under someone who is not at all respected internally across larger Oxy.  And finally, when each one of them interacted with Reza and "interviewed" him themselves, Reza's attitude and actions led them to quickly develop a complete lack of respect, trust, loyalty, or any positive feelings about him as a leader.  As a number of my employees have stated to me, if it was their choice, they would never ever choose to work for or under Reza, or even recommend him being a part of their own teams.  As one of my employees phrased it, Oxy came in and took a sledge hammer to a well-oiled and high performing machine, without understanding how or why it worked, and now that you busted it up you're trying to figure out how to re-use some of the broken parts and pieces without any sort of manual.  If you try to force fit any of those parts and pieces within your own machine, which they were never intended for, then you could be risking sub-optimal performance or even catastrophe.


Oxy had one chance to make a first impression, and what has been done can never be undone.  As I mentioned to you, up until the acquisition, while it was difficult, I was doing my best to motivate the team on the possibility of most of us continuing with Oxy for the future, even though I was receiving zero first-hand information.  Through internal discussions and polling, which I had documented, around 25% of my employees strongly wanted to be let go by Oxy at the time of the acquisition, partly due to the attraction of trying for the COC.  After the first day of communications from Oxy (Monday 8/12) and Reza's initial interactions with some of the team (when I had no involvement since I was on vacation, and I was purposefully bypassed by Reza completely), that changed to ~80%+ of my employees strongly wanting to be let go by Oxy.  As I shared with you in email, I assumed that you would be pleased to hear that based on the approach Reza was taking with our Data Scientists, many of the team did not want to be retained, as you would be able to make plenty of cuts to reach your synergy targets, so I informed you of the viewpoints of my team.  However, while I never heard anything back in response, Reza immediately changed his approach with the team.  It became clear then that he was working to sell certain individuals (but only some individuals) on Oxy instead of being hostile, belittling, and using intimidation tactics as he was initially doing and was still doing with others.  This flip-flopping and lack of any consistency in his interviews was very pronounced and concerning to the entire team, as it showed them that they couldn't trust anything he was saying, one way or another.  He also provided different information to different individuals on similar topics, strategy, and policies, likely due to ulterior motives, which again led to the development of a deep mistrust across the team.  In addition, Reza bad mouthed people including yourself to several of my employees, stating that you were not very knowledgeable or smart.  He also made disparaging remarks about individuals and teams within the Oxy business as well.  All of these comments further eroded any trust or respect from the team, and led my entire organization to question his motives and ethics.  Many of the team is even concerned about retaliation activities from Reza in the future, based on some of the things he has said and some of his actions to date, including Reza mentioning finding ways to fire people for cause (without COC) if they didn't do as he said in the future roles which he would assign them to.

**Unacceptable and inexcusable actions by Reza Rastegar**

The most concerning, upsetting, and inexcusable items are something that I hesitate to mention, but feel that it is my duty to report it at a high level.  In his interactions with a particular class of employees, Reza completely and unprofessionally crossed discrimination and harassment lines towards those employees, and treated them completely differently than his interactions with all other classes of employees.  The reason I hesitate to mention this, is that for this class of employees, while they are very hurt by the interactions and his actions, they would rather be discriminated against and harassed in this specific situation, because they are hoping to be let go by Oxy and they would much rather have nothing to do with Reza or Oxy now or in the future.  I apologized to all of those individuals for Reza's actions, and am extremely disturbed and upset by the circumstances communicated to me, as is the rest of the team and others outside of the team who were made aware of his actions.  If this was a normal situation, then it would absolutely not have been tolerated by Anadarko, and complaints and an investigation would have been raised to HR and outside sources as necessary, which in my experience and based on feedback I've received from external HR specialists, would likely result in disciplinary actions.  However, these employees requested that I not raise the issue with HR or outside sources at this time, because they very much prefer to be let go soon with the COC, and they are also fearful of Reza and they fear retaliation from Reza and/or Oxy in the future, as they have absolutely no reason to trust Oxy in any way at this point.  While these types of actions are not allowed at Anadarko, these employees now feel that this may be common practice at Oxy, based on their only interactions with Oxy to date.  Almost every single one of our Data Science employees has been negatively affected by Reza's actions in these specific situations, as this information has been impossible to contain.  If the affected employees are not let go by Oxy and don't receive the COC, then they will decide on appropriate actions at that time.


After all of the actions above, all but one of the team (my team again includes both my organization and my dotted line Data Science team members within Anadarko) wants nothing to do with Reza in any way, shape, or form, in the future.  As communicated to you previously, two of my employees are willing to consider openings with Oxy (although one of those individuals also wants nothing to do with Reza), while the remainder of our Data Science employees want nothing to do with Reza and do not want to continue their careers with Oxy.  Based on Reza's interactions and actions to date, Reza will never earn the respect, trust, or loyalty of a single Anadarko Data Scientist now or in the future.


**My Recommendation**

I realize you may not want my recommendation after what I've shared above.  I still want to provide it, because I think it's the best path for my people, and I honestly feel that it would also be the best and easiest path for Oxy to move forward at this point.  The fact is that Oxy needs to cut significantly, and we all know that, since Oxy overspent for Anadarko.  We also know that based on your defined path forward for DMA, and Reza's strategy and approach to advanced analytics at Oxy, few of my employees are critical to your success (the most critical individuals are likely the contractors who are supporting IPSO and any other applications you decide to retain).  You could easily cut more than you are requested to cut to meet your synergy targets, because those targets are the minimum expected, while Oxy and the investors would eagerly welcome even more cuts.


***My recommendation is that you let go of any and all Anadarko Data Science employees who want to leave, and provide them with the COC.***  If you keep employees who have absolutely no interest in being at Oxy, at best you'll have dead weight to carry around for as long as they stay on the payroll, and it's likely that you and Reza will also have a silent (or even vocal) mutiny on your hands.  If you try to keep them and make it difficult for them to obtain the COC, then you will create deeper resentment within those individuals and the rest of the team, that will only grow and build on the complete lack of trust, respect, or loyalty that has already been developed through Reza's interactions and actions to date.  In addition, the team is a very close-knit family, and if you further harm certain individuals (such as effectively forcing them to resign and then not paying out the COC, or cutting the few individuals who are open to staying), then those team members that remain with Oxy will immediately learn about those actions, and the resentment will build and spread further.  As you know, one bad apple ruins a bunch, so it would not be a good idea to retain individuals who are not at all interested in working for Oxy, versus focusing on moving forward with those who want to be there.  Reza already has a team of individuals who I assume would love to remain with Oxy.  There are also a couple employees from my team who are open to staying as well given their specific situations (as long as one of them does not report up to Reza), and I have several strong contractors who are open to staying.  With that entire group, you should have more than enough individuals to move forward with and be successful with in your desired mission, while still being able to meet or exceed your synergy targets, and you could avoid the distractions and headaches of having a number of extremely disgruntled employees on staff who despise, do not trust, and are fearful of their manager.

I really wish this had gone down differently, especially in several circumstances of course, but the past cannot be changed.  I also apologize for any harsh tone in this email, but I am very upset with how the individuals on my team have been treated, especially related to several items, and I will support and defend my employees 100% until I am walked out by Oxy and beyond.  I would strongly encourage you to consider my recommendation for the good of the APC Data Scientists and for Oxy moving forward.  On the positive side, letting go of these employees will benefit Oxy's synergy targets and be viewed positively by Oxy's investors, as letting go of every Data Scientist employee who is interested will provide **over $5 Million in annual synergy savings** through employee costs alone.  This was a difficult situation that nobody signed up for or wanted to go through, and it became much worse due to Reza's interactions and actions.  The best thing for all sides at this point would be for you to make the appropriate changes so we can all move on as quickly as possible.  I look forward to further discussions with you and hearing what your future plans and actions are, so I can better understand next steps.


Thanks,


**Jeremy L. Graybill**, PMP

Director of Data Science & Advanced Analytics | AAET

Jeremy.Graybill@anadarko.com | 832.636.4783




Note: I'm also copying Mustafa, because of his role in leading the DMA integration efforts, and because the broader team and I have grown to respect him and his judgement through limited interactions.

# EXHIBIT 15

Occidental [Ping Lu] 000522

**From:** Rastegar, Reza <Reza_Rastegar2@oxy.com>
**Sent:** Friday, October 18, 2019 1:56 PM
**To:** Lu, Ping
**Subject:** Re: Conferences, Events, etc

Ping,

Thanks for sharing your thought. However, for the reason I mentioned I'd like to still decline your request.

Thanks for your understanding.
Reza

Sent from my iPhone

On Oct 18, 2019, at 1:37 PM, "Ping_Lu@oxy.com" <Ping_Lu@oxy.com> wrote:

I would like to share with you some extra points to support for the importance as well as consequence of cancelling this business trip.

1. Attending both the Rice Data Science and SEG conferences have been previously approved by Jeremy, and they are all closely relevant to business purposes of enhancement of keeping up with academic and industry research and trends as well as exchanging knowledges with other colleagues to better serve for my daily work.
2. This workshop organized by SEG is well recognized in the geophysical community both from the industry and academy. The technical contents and results presented in this paper strongly illustrated the advancement of the deep-learning technology applied for seismic in a way that a closely tactic collaboration between AAET and WesternGeco (WG) was demonstrated. That was why I got technical and financial support and approval from both APC and WG about presenting and promoting the group as a leader in the technology.
3. This paper has been accepted by the workshop committee, and will be published at the SEG proceedings contingent on the presentation of the paper to be finally delivered at the workshop. If an absence of the presentation is present, the paper will be automatically considered as a rescission. Temporal cancellation of the promised talk at the workshop will both significantly harm the reputation of the company and myself, especially since the agenda of the workshop has been finalized and published. In addition, a notice to WG seeking their permission is also needed for cancellation of the talk as one of the authors is from WG.
4. The expenses of airfare and registration of the workshop have been previously approved by the company, and reimbursements of the expenses have been accomplished accordingly. Please note that cancellation of both will not get the refund of expenses eventually.

Please let me know if you still would like to decline the request. Thanks.

Ping

---

**From:** Rastegar, Reza <Reza_Rastegar2@oxy.com>
**Sent:** Thursday, October 17, 2019 3:37 PM

Occidental [Ping Lu] 000523

**To:** Lu, Ping <Ping_Lu@oxy.com>
**Subject:** Re: Conferences, Events, etc

Ok I'm fine with your PTO request.

With regard to the conference,

1) I have to decline your request for attending the conference. In addition to the fact that we are under budget constraints, there are more urgent business related tasks that you have been tasked to do. And I would you to demonstrate substantial progress on those tasks before we can discuss other activities, especially considering the fact that you just attended another event this week.

2) if you still like to publish you paper without attending the conference, I would still like to have paper approved in pr.oxy.com according the guideline I sent a few weeks ago.

Thanks for your understanding.

Reza

Sent from my iPhone

On Oct 17, 2019, at 2:27 PM, "Ping_Lu@oxy.com" <Ping_Lu@oxy.com> wrote:

Reza,

I would like to take one week PTO for the week of Oct.28[th].

In addition, we submitted one paper on July 2nd, prior to the acquisition, to the "2019 SEG 3rd International Workshop on Mathematical Geophysics: Traditional vs. Learning". Both of the paper and presentation slides have obtained the approvals from the APC's committee. I will attend and present at the event, which will be held on the week of Nov.4[th], and the registration and flight fare have already been paid.

Ping

**From:** Rastegar, Reza <Reza_Rastegar2@oxy.com>
**Sent:** Wednesday, October 16, 2019 10:41 AM
**To:** Li, Yongfeng <Yongfeng_Li@oxy.com>; Leung, Ivan <Ivan_Leung@oxy.com>; Khodabakhshi, Morteza <Morteza_Khodabakhshi@oxy.com>; Cao, Dingzhou <Dingzhou.Cao@anadarko.com>; Berestovsky, Natalie <Natalie.Berestovsky@anadarko.com>; Lu, Ping <Ping_Lu@oxy.com>; Bayeh, Alex <Alex.Bayeh@anadarko.com>; Banirazi, Reza <Reza_Banirazi@oxy.com>
**Subject:** Conferences, Events, etc

Team,

Occidental [Ping Lu] 000524

Just a reminder that if you or your team members are interested in attending events/conferences either representing OXY/traveling on the companies budget/during work hours, please send me a note one week ahead of the event (2-3 weeks if you are going to present). There is an approval process that we need to go through.

Thanks,
Reza

*Reza Rastegar*
*Director of Data Analytics*
*Occidental Oil and Gas Corp. | Data Management & Analytics*
*Phone:: +1 (713) 366-5971 | Mobile: +1(281) 731-9977*
*Office Location: 14.167*

3

**Occidental [Ping Lu] 000525**

# EXHIBIT 16

Occidental [Ping Lu] 000526

**From:** Graybill, Jeremy
**Sent:** Thursday, September 12, 2019 7:39 PM
**To:** Kilcrease, Lindsay <Lindsay.Kilcrease@anadarko.com>
**Subject:** Our discussion

Lindsay,

Thank you so much for speaking with me today.  I would like to document a few of the points that we discussed, so you are able to pass them along to whomever you feel you need to provide the information to.  I'm trying my best to let you know the viewpoints of my organization, without providing you specific information tied to specific individuals, because I have been requested not to disclose additional information at this time.  Please know that while there is unanimous, or almost unanimous opinions regarding some points below, there are also other points below which may only apply to several individuals (and other individuals on the team may have a completely different viewpoint for that point).

- It is unanimously agreed by the individuals on my team that the reason that the integration efforts have gone very poorly in our area can be tied to a single Oxy individual, in Reza Rastegar.  Many other collaboration meetings that my team has participated in with other individuals and teams at Oxy, where my team has openly collaborated, have gone very well.  Based on the interactions with and actions by Reza to date, 95% of the individuals in my organization want no part in ever working with or dealing with Reza in the future.  This fact is completely beyond repair.

- I have communicated the above fact, along with more details and concerns about Reza, to David Bowlby at Oxy.  In fact, the points which I raised to David were directly from the individuals on my team, as they worked with me in drafting the details.  In addition, several individuals on my team have also communicated their concerns and views with David as well.  The individuals on my team have not been pleased with David's response, and do not feel that their concerns have been heard at all.

- The negative interactions with Reza have not been limited to the individuals in my organization.  There are other individuals at APC outside of my team, along with individuals at Oxy, who have told us of very negative interactions with and actions by Reza (sometimes using some very choice words and language).

- A number of individuals on my team have told me that if an HR investigation is opened into some of the actions, that they will have no comment at this time.  Several individuals on the team have consulted with lawyers, and they have also looked into EEOC laws and claim filing rules, and have determined that the best course of action is to wait until they see what steps are taken by Oxy, before deciding on their own next steps and/or before having any comment to HR.  In addition, most of my team has no reason to trust Oxy HR at any point in the future, so that is also why they won't be having any comment until it best serves them.

- While 95% of the individuals on my team will try for the Change of Control at the time which suits them best, there are individuals who have been told by Reza that they will be given positions which will not qualify them for Change of Control, so most of the team is fully aware that they may not be able to qualify.  But they will still give it their best try, and many of them already have spoken to their attorneys as they prepare for next steps.

- Since Data Science is one of the most in demand skillsets in the world right now, nobody on my team is worried about getting a job in the future.  I know of at least a handful of individuals on my team who already have job offers (some accepted).  They will try for the Change of Control, but the number one ultimate priority for most of my organization is leaving Oxy so that they don't have to deal with Reza in the future.

- There are individuals on my team who have been told by Reza that if they don't do what he says, then they will be fired for cause without the Change of Control.  Due to this threat, and the fact that some of the team feels like they will not be given the CoC by Oxy anyway, there are individuals on the team that would actually like to be fired for cause by Oxy (especially since those individuals have job offers already lined up).  There are individuals who have told me that due to the very negative interactions they've had with Reza and some of his actions to date, they would ultimately like to file suit against Oxy if they don't receive the Change of Control,

Occidental [Ping Lu] 000527

especially if they are fired for cause, and they would also like the opportunity to take the facts to the court of public opinion through the media.

Again, the points above don't all apply to everyone on my team, unless noted otherwise.  I've done my best to listen to and best represent the viewpoints of my team to David, and now to you.  I'd also be happy to discuss this in more detail with other individuals, as needed.

Thanks,

**Jeremy L. Graybill**, PMP

Director of Data Science & Advanced Analytics | AAET

Jeremy.Graybill@anadarko.com | 832.636.4783

**Occidental [Ping Lu] 000528**

# EXHIBIT 17

Occidental [Ping Lu] 000529

| | |
|---|---|
| **From:** | Jeremy Graybill <jlgraybill7@yahoo.com> |
| **Sent:** | Tuesday, October 01, 2019 3:17 PM |
| **To:** | Barbara_Bergerson@oxy.com |
| **Cc:** | Palmer, Robert; Cameron_Rempel@oxy.com; LaForge, Bob; Swartz, Harris; Justin_Stone@oxy.com; Alex_Bayeh@oxy.com; Natalie_Berestovsky@oxy.com; Dingzhou_Cao@oxy.com; Vincent_LeMoine@oxy.com; Ping_Lu@oxy.com; Ingrid_Tobar@oxy.com |
| **Subject:** | [EXTERNAL] Some concerns regarding the Anadarko / DMA integration efforts |
| **Attachments:** | Email - Reaching synergy targets with Anadarko Data Scientists.pdf; Email - Information and recommendation for Anadarko Data Scientists moving forward.pdf; Email - Our discussion.pdf |

Barbara,

While today is my last day at Anadarko, I wanted to make you aware of some integration concerns I have regarding the individuals in my organization.  All I care about, is that my people are treated fairly, professionally, and ethically through the integration.  When Vicki first visited Anadarko, she promised that Oxy would not play games regarding people and the COC, and yet the individuals in my organization feel like that's exactly what is occurring.  David Bowlby told my organization today that they would ultimately be offered positions which are in The Woodlands to "avoid COC triggers" as Oxy has decided to retain individuals who are not at all interested in staying with Oxy in the future.

The attached emails between myself and Reza Rastegar, David Bowlby, and Anadarko HR, respectively, provides an overview of why most of my team is very interested in raising their hand to be let go.  I know a number of individuals across Anadarko have been offered positions in Greenway so that they could easily trigger COC, while also helping Oxy with reaching their synergy targets, and my organization would very much welcome and appreciate that as an option as well.  If you would like more information, I would encourage you to follow up with the individuals within my organization (the managers are cc'ed on this email), so you are also able to understand our side of the story, which is very much different than David's and Reza's.  There are some excellent people at Oxy which I have met, and obviously there are many excellent individuals from legacy Anadarko who will continue with Oxy in the future, so I sincerely wish you all the best through the integration and beyond.

Thanks,

**Jeremy L. Graybill**
Director of Data Science and Advanced Analytics | AAET

Occidental [Ping Lu] 000530

**From:** Rastegar, Reza <Reza_Rastegar2@oxy.com>
**Sent:** Monday, August 19, 2019 9:29 PM
**To:** Graybill, Jeremy <Jeremy_Graybill@oxy.com>
**Cc:** Bowlby, David <David_Bowlby@oxy.com>
**Subject:** Re: Reaching synergy targets with Anadarko Data Scientists

Jeremy,

Thanks for sharing your thought. I understand that some people may not have any interest in staying in OXY. But as I made it clear to your team members my job at this point to asses people skillset and identify where they belong to in the organization. After we identify the positions and make offers/communicate their roles, they can make their decisions of course.

Thanks
Reza

Sent from my iPhone

On Aug 19, 2019, at 8:51 PM, "Jeremy_Graybill@oxy.com" <Jeremy_Graybill@oxy.com> wrote:

> Reza,
>
> Now that I'm back in the office, as you requested and I promised, I gathered more information and specifics from my employees today. As I also mentioned to you that I would ask them, every employee on the team did in fact want me to represent them regarding their thoughts and views.
>
> **After hearing from you over the past week plus, the following employees on my team have absolutely zero interest in being retained by Oxy for the future, in any capacity.**
> Akkam Veetil, Dilshad
> Bayeh, Alex
> Ben, Yuxing
> Berestovsky, Natalie
> Cao, Dingzhou
> Fernandez, Ricardo
> Gupta, Himanshu
> Kara, Mustafa
> Lu, Ping
> Madarshahian, Ramin
> Mitsakos, Nikolaos
> Perrotte, Michael
> Tobar, Ingrid
> Zhan, Cheng
> Zhang, Yanyan
>
> **The following individuals are open to considering future positions with Oxy.**
> Felipe Teixeira de Moraes, Luis
> Xiao, Yuan
>
> Therefore, you will easily be able to meet and even exceed your synergy targets by letting go of everyone above who has absolutely no interest in being retained by Oxy, which I'm sure will be enthusiastically received by Oxy upper management and by Oxy's investors. Please let me know if you'd like to set up some time to discuss this in more detail.

**Occidental [Ping Lu] 000531**

Thanks,
-Jeremy

---

**From:** Graybill, Jeremy
**Sent:** Wednesday, August 14, 2019 1:54 PM
**To:** Rastegar, Reza <Reza_Rastegar2@oxy.com>
**Cc:** Bowlby, David <David_Bowlby@oxy.com>; Rizvi, Mustafa Y <Mustafa_Rizvi@oxy.com>
**Subject:** Reaching synergy targets with Anadarko Data Scientists

Reza,

Good news for your synergy target efforts.  In performing a soft poll and discussions with much of the team, as you had requested yesterday, most of my organization (~80%) have absolutely no interest in being retained by Oxy.  I can provide you with more information and specifics next week as I gather it when I'm back in the office.  While I don't know what your actual targets are, you should easily be able to get to your synergy targets without laying off any of your own staff as you had feared.

Thanks,

**Jeremy L. Graybill**, PMP
Director of Data Science & Advanced Analytics | AAET
Jeremy.Graybill@anadarko.com | 832.636.4783

Occidental [Ping Lu] 000532

Information and recommendation for Anadarko Data Scientists moving forward

From:   Jeremy_Graybill@oxy.com

To:   David_Bowlby@oxy.com

Cc:   Mustafa_Rizvi@oxy.com

Date:   Thursday, August 22, 2019, 11:49 PM CDT

David,

As we discussed and was requested this morning, here is some additional information.  Through discussions with my team members (my team includes both my organization and my dotted line Data Science team members within Anadarko), there are a number of things that I've heard from them, and I think it's very important that you are aware of all of this as you consider the path forward.  I like being open with people, and value honesty and integrity, so I wish we could have spoken earlier about much of this, such as before or soon after Day 1, but that was evidently not the plan or the intention on Oxy's side.  You may even recall that in the single integration meeting I was involved in at Oxy, I mentioned my concerns around understanding and combining our sub-cultures from the beginning in order for this to be a successful integration, but evidently that was also not of interest to Oxy, since I was not once asked about what made our Data Science environment, culture, and employees work so effectively.  Therefore, I am providing as much information as possible in this email, beginning with some background, what I have heard from my employees through this process, some very upsetting items, and finally my recommendation.

**Background**

As some background, I want to provide some of the reasons that my team members (my team again includes both my organization and my dotted line Data Science team members within Anadarko) joined Anadarko and loved working here:

- They wanted and want to be Data Scientists, they joined Anadarko as Data Scientists, and they are Data Scientists.  They are not and do not want to be simply Mathematicians, Statisticians, Computer Scientists, Engineers, Physicists, etc., and they definitely don't want to be Analytics Engineers.  Reza may dislike and not understand the Data Science label, role, or function, but the rest of the world outside of Oxy enthusiastically embraces that label, role, and work, including the entire Data Science population at Anadarko.
- They loved the strategy of performing Applied Research and Development using Data Science techniques and advanced technologies (Google Cloud, NVIDIA, advanced Data Science architectures and approaches, etc.).  They have no interest in performing ad-hoc, short cycle project work using less advanced methods and technologies, including Excel, Spotfire, Matlab, and R-Shiny.
- They loved working closely with phenomenal subject matter experts on very challenging and complex problems (some of which take months and even years of research and work) as part of a centralized Data Science organization embedded within an organization which includes Geoscientists and Petroleum Engineers.
- I have developed Data Science career paths and ladders for them, which they are excited about and which provided future growth and career opportunities.
- Our Data Science environment and culture allows for many things they desire and value: advanced research, creativity, flexibility (including a formal work from home policy and flexible hours), open publication opportunities, incredible and challenging work, very high expectations, continuous education, support, growth, significant mentorship opportunities (including an excellent Data Science internship program), and direct business value contributions back to the business.
- They each interviewed me as part of the interview process as well, joined Anadarko because they wanted to work for me, and have grown to trust and respect me.  After years of working together, we are a family, and most of the team wants to continue working for me, whether that's at Anadarko, Oxy, or elsewhere.

Occidental [Ping Lu] 000533

I don't mean to be harsh with my following words, but I think it's important for the path forward that you know the truth in how my organization, including our dotted line Data Scientists, views things. Through the actions from Day 1, Oxy has shown the entire team that Oxy does not care at all about the reasons they are here, the reasons they want to work here, their future careers, or anything. Oxy never asked them what they wanted, and immediately took away all of the points above on Day 1. It is widely known that we have gone to great lengths to recruit and hire the absolute best Data Scientists possible. Oxy taking away all of the reasons that these individuals chose to work at Anadarko was naturally not going to be a successful strategy or approach to retain these individuals. In addition, the fact that you had my entire organization including myself reporting to Reza from Day 1, and that I was never involved in any decisions or discussions on the path forward (and was completely bypassed in any discussions with my team, even when some team members requested that I be included), showed the team one thing: Oxy legacy was valued over competence, experience, and expertise. That is entirely Oxy's prerogative of course, as Oxy bought Anadarko and not the other way around, and we all understand why Oxy made that decision, but you may also want to understand the ramifications of taking that approach.

Based on their experiences and conversations with numerous outside individuals and sources, our team has developed the strong feeling and belief (whether it's true or not) that we've potentially built the best Data Science organization within the Oil & Gas industry, and I am fortunate to be well respected both internally and externally for building and leading this organization. You placed that extremely talented organization under someone who is not capable or qualified in leading the team, and based on many of my team's own external conversations across the space, is someone who is not respected outside of Oxy. In addition, from what many of my team and other Anadarko peers have heard through conversations with business units within Oxy, the Data Science organization was placed under someone who is not at all respected internally across larger Oxy. And finally, when each one of them interacted with Reza and "interviewed" him themselves, Reza's attitude and actions led them to quickly develop a complete lack of respect, trust, loyalty, or any positive feelings about him as a leader. As a number of my employees have stated to me, if it was their choice, they would never ever choose to work for or under Reza, or even recommend him being a part of their own teams. As one of my employees phrased it, Oxy came in and took a sledge hammer to a well-oiled and high performing machine, without understanding how or why it worked, and now that you busted it up you're trying to figure out how to re-use some of the broken parts and pieces without any sort of manual. If you try to force fit any of those parts and pieces within your own machine, which they were never intended for, then you could be risking sub-optimal performance or even catastrophe.

Oxy had one chance to make a first impression, and what has been done can never be undone. As I mentioned to you, up until the acquisition, while it was difficult, I was doing my best to motivate the team on the possibility of most of us continuing with Oxy for the future, even though I was receiving zero first-hand information. Through internal discussions and polling, which I had documented, around 25% of my employees strongly wanted to be let go by Oxy at the time of the acquisition, partly due to the attraction of trying for the COC. After the first day of communications from Oxy (Monday 8/12) and Reza's initial interactions with some of the team (when I had no involvement since I was on vacation, and I was purposefully bypassed by Reza completely), that changed to ~80%+ of my employees strongly wanting to be let go by Oxy. As I shared with you in email, I assumed that you would be pleased to hear that based on the approach Reza was taking with our Data Scientists, many of the team did not want to be retained, as you would be able to make plenty of cuts to reach your synergy targets, so I informed you of the viewpoints of my team. However, while I never heard anything back in response, Reza immediately changed his approach with the team. It became clear then that he was working to sell certain individuals (but only some individuals) on Oxy instead of being hostile, belittling, and using intimidation tactics as he was initially doing and was still doing with others. This flip-flopping and lack of any consistency in his interviews was very pronounced and concerning to the entire team, as it showed them that they couldn't trust anything he was saying, one way or another. He also provided different information to different individuals on similar topics, strategy, and policies, likely due to ulterior motives, which again led to the development of a deep mistrust across the team. In addition, Reza bad mouthed people including yourself to several of my employees, stating that you were not very knowledgeable or smart. He also made disparaging remarks about individuals and teams within the Oxy business as well. All of these comments further eroded any trust or respect from the team, and led my entire organization to question his motives and ethics. Many of the team is even concerned about retaliation activities from Reza in the future, based on some of the things he has said and some of his actions to date, including Reza mentioning finding ways to fire people for cause (without COC) if they didn't do as he said in the future roles which he would assign them to.

Occidental [Ping Lu] 000534

**Unacceptable and inexcusable actions by Reza Rastegar**

The most concerning, upsetting, and inexcusable items are something that I hesitate to mention, but feel that it is my duty to report it at a high level.  In his interactions with a particular class of employees, Reza completely and unprofessionally crossed discrimination and harassment lines towards those employees, and treated them completely differently than his interactions with all other classes of employees.  The reason I hesitate to mention this, is that for this class of employees, while they are very hurt by the interactions and his actions, they would rather be discriminated against and harassed in this specific situation, because they are hoping to be let go by Oxy and they would much rather have nothing to do with Reza or Oxy now or in the future.  I apologized to all of those individuals for Reza's actions, and am extremely disturbed and upset by the circumstances communicated to me, as is the rest of the team and others outside of the team who were made aware of his actions.  If this was a normal situation, then it would absolutely not have been tolerated by Anadarko, and complaints and an investigation would have been raised to HR and outside sources as necessary, which in my experience and based on feedback I've received from external HR specialists, would likely result in disciplinary actions.  However, these employees requested that I not raise the issue with HR or outside sources at this time, because they very much prefer to be let go soon with the COC, and they are also fearful of Reza and they fear retaliation from Reza and/or Oxy in the future, as they have absolutely no reason to trust Oxy in any way at this point.  While these types of actions are not allowed at Anadarko, these employees now feel that this may be common practice at Oxy, based on their only interactions with Oxy to date.  Almost every single one of our Data Science employees has been negatively affected by Reza's actions in these specific situations, as this information has been impossible to contain.  If the affected employees are not let go by Oxy and don't receive the COC, then they will decide on appropriate actions at that time.


After all of the actions above, all but one of the team (my team again includes both my organization and my dotted line Data Science team members within Anadarko) wants nothing to do with Reza in any way, shape, or form, in the future.  As communicated to you previously, two of my employees are willing to consider openings with Oxy (although one of those individuals also wants nothing to do with Reza), while the remainder of our Data Science employees want nothing to do with Reza and do not want to continue their careers with Oxy.  Based on Reza's interactions and actions to date, Reza will never earn the respect, trust, or loyalty of a single Anadarko Data Scientist now or in the future.


**My Recommendation**

I realize you may not want my recommendation after what I've shared above.  I still want to provide it, because I think it's the best path for my people, and I honestly feel that it would also be the best and easiest path for Oxy to move forward at this point.  The fact is that Oxy needs to cut significantly, and we all know that, since Oxy overspent for Anadarko.  We also know that based on your defined path forward for DMA, and Reza's strategy and approach to advanced analytics at Oxy, few of my employees are critical to your success (the most critical individuals are likely the contractors who are supporting IPSO and any other applications you decide to retain).  You could easily cut more than you are requested to cut to meet your synergy targets, because those targets are the minimum expected, while Oxy and the investors would eagerly welcome even more cuts.


***My recommendation is that you let go of any and all Anadarko Data Science employees who want to leave, and provide them with the COC.***  If you keep employees who have absolutely no interest in being at Oxy, at best you'll have dead weight to carry around for as long as they stay on the payroll, and it's likely that you and Reza will also have a silent (or even vocal) mutiny on your hands.  If you try to keep them and make it difficult for them to obtain the COC, then you will create deeper resentment within those individuals and the rest of the team, that will only grow and build on the complete lack of trust, respect, or loyalty that has already been developed through Reza's interactions and actions to date.  In addition, the team is a very close-knit family, and if you further harm certain individuals (such as effectively forcing them to resign and then not paying out the COC, or cutting the few individuals who are open to staying), then those team members that remain with Oxy will immediately learn about those actions, and the resentment will build and spread further.  As you know, one bad apple ruins a bunch, so it would not be a good idea to retain individuals who are not at all interested in working for Oxy, versus focusing on moving forward with those who want to be there.  Reza already has a team of individuals who I assume would love to remain with Oxy.  There are also a couple employees from my team who are open to staying as well given their specific situations (as long as one of them does not report up to Reza), and I have several strong contractors who are open to staying.  With that entire group, you should have more than enough individuals to move forward with and be successful with in your desired mission, while still being able to meet or exceed your synergy targets, and you could avoid the distractions and headaches of having a number of extremely disgruntled employees on staff who despise, do not trust, and are fearful of their manager.

I really wish this had gone down differently, especially in several circumstances of course, but the past cannot be changed.  I also apologize for any harsh tone in this email, but I am very upset with how the individuals on my team have been treated, especially related to several items, and I will support and defend my employees 100% until I am walked out by Oxy and beyond.  I would strongly encourage you to consider my recommendation for the good of the APC Data Scientists and for Oxy moving forward.  On the positive side, letting go of these employees will benefit Oxy's synergy targets and be viewed positively by Oxy's investors, as letting go of every Data Scientist employee who is interested will provide **over $5 Million in annual synergy savings** through employee costs alone.  This was a difficult situation that nobody signed up for or wanted to go through, and it became much worse due to Reza's interactions and actions.  The best thing for all sides at this point would be for you to make the appropriate changes so we can all move on as quickly as possible.  I look forward to further discussions with you and hearing what your future plans and actions are, so I can better understand next steps.


Thanks,


**Jeremy L. Graybill**, PMP

Director of Data Science & Advanced Analytics | AAET

Jeremy.Graybill@anadarko.com | 832.636.4783




Note: I'm also copying Mustafa, because of his role in leading the DMA integration efforts, and because the broader team and I have grown to respect him and his judgement through limited interactions.

**From:** Graybill, Jeremy
**Sent:** Thursday, September 12, 2019 7:39 PM
**To:** Kilcrease, Lindsay <Lindsay.Kilcrease@anadarko.com>
**Subject:** Our discussion

Lindsay,

Thank you so much for speaking with me today.  I would like to document a few of the points that we discussed, so you are able to pass them along to whomever you feel you need to provide the information to.  I'm trying my best to let you know the viewpoints of my organization, without providing you specific information tied to specific individuals, because I have been requested not to disclose additional information at this time.  Please know that while there is unanimous, or almost unanimous opinions regarding some points below, there are also other points below which may only apply to several individuals (and other individuals on the team may have a completely different viewpoint for that point).

- It is unanimously agreed by the individuals on my team that the reason that the integration efforts have gone very poorly in our area can be tied to a single Oxy individual, in Reza Rastegar.  Many other collaboration meetings that my team has participated in with other individuals and teams at Oxy, where my team has openly collaborated, have gone very well.  Based on the interactions with and actions by Reza to date, 95% of the individuals in my organization want no part in ever working with or dealing with Reza in the future.  This fact is completely beyond repair.

- I have communicated the above fact, along with more details and concerns about Reza, to David Bowlby at Oxy.  In fact, the points which I raised to David were directly from the individuals on my team, as they worked with me in drafting the details.  In addition, several individuals on my team have also communicated their concerns and views with David as well.  The individuals on my team have not been pleased with David's response, and do not feel that their concerns have been heard at all.

- The negative interactions with Reza have not been limited to the individuals in my organization.  There are other individuals at APC outside of my team, along with individuals at Oxy, who have told us of very negative interactions with and actions by Reza (sometimes using some very choice words and language).

- A number of individuals on my team have told me that if an HR investigation is opened into some of the actions, that they will have no comment at this time.  Several individuals on the team have consulted with lawyers, and they have also looked into EEOC laws and claim filing rules, and have determined that the best course of action is to wait until they see what steps are taken by Oxy, before deciding on their own next steps and/or before having any comment to HR.  In addition, most of my team has no reason to trust Oxy HR at any point in the future, so that is also why they won't be having any comment until it best serves them.

- While 95% of the individuals on my team will try for the Change of Control at the time which suits them best, there are individuals who have been told by Reza that they will be given positions which will not qualify them for Change of Control, so most of the team is fully aware that they may not be able to qualify.  But they will still give it their best try, and many of them already have spoken to their attorneys as they prepare for next steps.

- Since Data Science is one of the most in demand skillsets in the world right now, nobody on my team is worried about getting a job in the future.  I know of at least a handful of individuals on my team who already have job offers (some accepted).  They will try for the Change of Control, but the number one ultimate priority for most of my organization is leaving Oxy so that they don't have to deal with Reza in the future.

- There are individuals on my team who have been told by Reza that if they don't do what he says, then they will be fired for cause without the Change of Control.  Due to this threat, and the fact that some of the team feels like they will not be given the CoC by Oxy anyway, there are individuals on the team that would actually like to be fired for cause by Oxy (especially since those individuals have job offers already lined up).  There are individuals who have told me that due to the very negative interactions they've had with Reza and some of his actions to date, they would ultimately like to file suit against Oxy if they don't receive the Change of Control,

Occidental [Ping Lu] 000537

especially if they are fired for cause, and they would also like the opportunity to take the facts to the court of public opinion through the media.

Again, the points above don't all apply to everyone on my team, unless noted otherwise.  I've done my best to listen to and best represent the viewpoints of my team to David, and now to you.  I'd also be happy to discuss this in more detail with other individuals, as needed.

Thanks,

**Jeremy L. Graybill**, PMP

Director of Data Science & Advanced Analytics | AAET

Jeremy.Graybill@anadarko.com | 832.636.4783

**Occidental [Ping Lu] 000538**

# EXHIBIT D

Occidental [Ping Lu] 000539

March 13, 2020

**VIA FEDERAL EXPRESS**

Ping Lu
124 South Brooksedge Circle
The Woodlands, TX 77382

**RE:   CLAIM   FOR   BENEFITS   UNDER   THE   ANADARKO   PETROLEUM
CORPORATION CHANGE OF CONTROL SEVERANCE PLAN**

Dear Mr. Lu:

This letter is to inform you that your claim for benefits under the Anadarko Petroleum Corporation Change of Control Severance Plan (the "COC Plan"), dated December 12, 2019 (the "Claim"), has been denied by the Anadarko Petroleum Corporation Health and Welfare Benefits Administrative Committee (the "Committee").

You were previously employed with Anadarko Petroleum Corporation ("Anadarko") prior to the acquisition by Occidental Petroleum Corporation ("Oxy") as the Manager of Data Science & Advanced Analytics.  You subsequently voluntarily terminated your employment with Oxy on November 1, 2019.  In your Claim, you stated that you believe you experienced a Good Reason event as defined in Article II(s) of the COC Plan, alleging that your duties and responsibilities as an employee were materially and adversely diminished in comparison to the duties and responsibilities you enjoyed immediately prior to the August 8, 2019 acquisition of Anadarko by Oxy (the "COC").  The reasons you submitted are set forth in your Claim (a copy of which is enclosed at **TAB A**) and center around the allegation that, prior to the COC, your responsibilities were materially and adversely diminished due to the changes that were implemented by Oxy.

**Documents Reviewed**
In considering your Claim, the Committee reviewed the following materials and information:

- Your Claim letter, dated December 12, 2019 and all attachments;
- The Anadarko Petroleum Corporation Change of Control Severance Plan; and
- The documents presented to the Good Reason Subcommittee as part of your original Good Reason Inquiry.

**Facts and Analysis of Your Claim**
The Committee confirmed the facts of your Claim by meeting and speaking with David Bowlby, Reza Rastegar and Klaas Koster to ensure its understanding of your pre-COC and post-COC duties and responsibilities.

We understand from Mr. Bowlby, Mr. Rastegar and Mr. Koster that you were informed that your job would continue at Oxy and the role of your work would expand.  While certainly there were changes that were being made by Oxy during the reorganization, some of the changes were transitional and part of the COC, and Mr. Rastegar and Mr. Koster worked to engage you during this transition.

**Occidental [Ping Lu] 000540**

Ping Lu
March 13, 2020
Page 2

You raised several issues in your Claim.  The first issue related to the internship program.  In your Claim, you explained in great detail your role in the internship program.  As a result of our discussion with Mr. Bowlby, Mr. Rastegar and Mr. Koster, we understand that it was never decided or communicated that the internship program would go away.  Further, the internship program was a very small part of your overall responsibilities.  In fact, while we understand that the internship program was something that you enjoyed, it was not a material part of your position or your role at Anadarko.  Further, it was never communicated to you that your role with the program would change.

You indicated that the Geophysical R&D budget was decreased thus preventing you from pursuing collaborative research.  Additionally, you indicated that this budget decrease prevented you from developing deep-learning models.  Mr. Koster indicated that he attempted to engage you and your team on several occasions to continue to work on research and development, but you were not responsive.  In the Exhibit 8 email that you provided in your Claim dated October 3, 2019, Mr. Koster in fact was asking you and your team to participate in a research and development project.  While you indicate in your Claim that you were not addressed directly in the email, you were the manager of the team included on the email, so you were responsible.  As you were a manager, your job was to ensure that your team completed projects that were requested and assigned.  By including you on the email, Mr. Koster was engaging you, as you were in charge of the team.  Your lack of response to accept a project that would have been very similar to work you were performing does not mean that work wasn't available.  Significant amounts of similar work were available to you, and you chose to not do the work.

Additionally, in Exhibit 13 to your Claim, Mr. Rastegar, in an email dated October 23, 2019, was asking you for a status of projects and explained that a project on which you did not want to work was in fact within your expertise and within the scope of your duties and responsibilities.  This is another example of a project that was available to you that you refused to perform.

Further, with respect to Exhibit 9 in your Claim, in an email dated September 6, 2019 you were invited to present at a meeting because Mr. Bowlby and Mr. Rastegar were trying to engage you as a leader in the group.  While you indicated that you did not perform the research in the area and did not understand why you were being asked to present, someone with your level of skills and expertise should be able to digest and present the information.  Asking you to do so was not outside the scope of your duties and responsibilities, and your hesitation to participate further reflects that you were not willing to engage in work that was available to you.  It also reflects that while you indicated that management and leadership skills were taken away from you, these opportunities continued to be made available.

You indicated that the sale of Mozambique to Total reduced your ability to research because the overall assets of the company were reduced.  As a Manager of Data Science & Advanced Analytics, your role was to perform research and analyze data associated with the assets and projects that are supported by the company.  This was true at Anadarko and remained true at Oxy.  The fact that you preferred to perform one project over another does not mean that there was a material and adverse diminishment of your duties and responsibilities.  In your role, you worked on many different projects in the organization as they were prioritized by the organization.

Occidental [Ping Lu] 000541

Ping Lu
March 13, 2020
Page 3

Changing projects does not change your duties and responsibilities. Thus, reducing the assets of the organization does not correlate with fewer research and development opportunities.

You stated that you lost all of the data engineers in your group. In speaking with Mr. Rastegar, we understand that while you initially had three people reporting to you, one data engineer was offered a position in Mr. Koster's group and was designated to continue to support you. Additionally, one additional team member was going to be reporting to you to support your work. Mr. Rastegar indicated that he communicated to you in person several times that your team would grow. However, you terminated employment during the Oxy transition period before this was able to happen.

You indicated that you were required to withdraw publications and cease pursuing new opportunities. You cited an email in which you were asked to not attend a conference as evidence of this fact. As is clear in the email to you from Mr. Rastegar dated October 18, 2019 and pursuant to Exhibit 15 of your Claim, Mr. Rastegar was supportive of your publishing your paper but declined your participation in the conference due to the demands arising from the COC and the more urgent business tasks that you had been assigned. This in no way suggested that you would forever be barred from participating in conferences. Again, this was a transition period immediately following the COC and not indicative of how things would operate going forward.

**Basis for Denial**

The relevant sections of the COC Plan document reproduced below outline the reasons for the denial.

- The definition of "Good Reason" under Article II, Section (s) provides the following definition with respect to the Good Reason event that you are claiming applies:

(s)     Good Reason.  Good Reason shall mean the occurrence of any of the following:

(i)     the Participant's duties and responsibilities as an Employee are materially and adversely diminished in comparison to the duties and responsibilities enjoyed by the Participant immediately prior to the Change of Control.

- Sections 4.1 and 4.2 in Article IV of the COC Plan provide:

4.1     Right to Separation Benefits.  A Participant shall be entitled to receive Separation Benefits as provided in Section 4.3 if a Change of Control occurs and his or her Employment terminates under a circumstance specified in Section 4.2(a). An additional Change of Control shall not trigger any additional Separation Benefits for the Participant.

4.2     Termination of Employment.

(a)     Terminations Which Give Rise to Separation Benefits Under This Plan.

(i)     A termination without Cause during the Applicable Period;

Ping Lu
March 13, 2020
Page 4

        (ii)     A termination for Good Reason during the Applicable Period; provided, that, the Participant terminates his or her Employment within ninety (90) days of such occurrence; or

        (iii)    If, during the Applicable Period, the Employer or any affiliate of the Employer sells or otherwise distributes or disposes of the subsidiary, division, branch or other business unit in which the Participant was employed before such sale, distribution or other disposition (a "Sale of Business") and the requirements of subsection (b)(vi) of this Section 4.2 are not met, a Participant may terminate his or her Employment within ninety (90) days after such Sale of Business and be entitled to Separation Benefits hereunder.

        (b)    Terminations Which Do Not Give Rise to Separation Benefits Under This Plan. If a Participant's Employment is terminated for any of the following reasons, the Participant shall not be entitled to Separation Benefits under the Plan, regardless of the occurrence of a Change of Control:

        (v)     The voluntary termination of the Participant when neither of the conditions of clauses (ii) or (iii) of Section 4.2(a) have been met during the Applicable Period.

Based on the COC Plan's terms, you did not experience a Good Reason event because your duties and responsibilities were not materially and adversely diminished in comparison to your duties and responsibilities immediately prior to the COC and you voluntarily terminated employment before a Good Reason event occurred. Consequently, as described in Section 4.2(b)(v) of the COC Plan, you are not entitled to separation benefits under the COC Plan.

**Appeal Procedures**
If you disagree with the decision, you or your authorized representative may appeal the denial to the Committee as the Plan Administrator of the COC Plan. A copy of the COC Plan is included at **TAB B**.

**IMPORTANT**: You or your authorized representative must submit a notice of appeal in writing to the Committee within 60 days of the date that you receive the Committee's denial of your Claim. For purposes of the review, you or your authorized representative has the right to:

- Submit written comments, documents, records and other information relating to your Claim appeal;
- Request, free of charge, reasonable access to, and copies of, all documents, records and other information relevant to your Claim. For this purpose, a document, record or other information is treated as "relevant" to your Claim if it (1) was relied upon in making the benefit decision, (2) was submitted, considered or generated in the course of making the benefit decision, regardless of whether it was relied upon in making the benefit decision, or (3) demonstrates compliance with the administrative processes and safeguards required in making the benefit decision; and

Occidental [Ping Lu] 000543

Ping Lu
March 13, 2020
Page 5

- A review that takes into account all comments, documents, records, and other information submitted by you relating to your Claim, regardless of whether the information was submitted or considered in the initial benefit decision.

Issues not raised during the appeal process will be deemed waived and precluded.

Your appeal will be reviewed by the Committee, and, within 60 days after receipt of the request for review, you will receive a written notice of the Committee's decision. If your appeal is denied, the notice will:

- Provide the specific reason(s) for the denial;
- Refer to the pertinent provisions of the COC Plan on which the adverse determination is based;
- Contain a statement that you are entitled to receive, upon request and free of charge, reasonable access to, and copies of, all documents, records, and other information relevant to your Claim appeal; and
- Describe any voluntary appeal procedures offered by the COC Plan and your right to obtain information about the procedures, and a statement of your right to bring an action under ERISA Section 502(a).

Appeals not timely filed will be barred. The Committee's decision on review will be final and binding on all parties.

If the Committee needs more than 60 days to review your Claim appeal, you will be advised in writing within 60 days after the Committee receives the Claim appeal. The notice will tell you why the Committee needs more time (which cannot exceed an additional 60 days).

If you do not agree with the decision of the Committee after a determination is made on your appeal, you may bring legal action in U.S. Federal District Court. You cannot bring legal action unless your Claim appeal has been reviewed and denied by the Committee. In addition, as described below, you must file your Claim appeal in a timely fashion, or your Claim appeal will be time-barred.

**You must bring any suit or legal action <u>no later than one year after the final decision on your Claim appeal has been issued by the Committee</u>. If you do not bring any suit or legal action during the one-year period following the Committee's final decision, any suit or legal action will be time-barred.**

**Occidental [Ping Lu] 000544**

Ping Lu
March 13, 2020
Page 6

The company's employment records and the COC Plan's administrative records are controlling in all cases. If you believe that those records are incomplete or incorrect, to change or supplement the company's records you must provide written documentation that you believe is relevant. Whether such documentation is sufficient to override the company's and the COC Plan's records will be determined by the Committee.

Sincerely,


The Anadarko Petroleum Corporation Health and Welfare Benefits Administrative Committee

# EXHIBIT E

Occidental [Ping Lu] 000546

# Morgan Lewis

**Lisa H. Barton**
Partner
+1.617.341.7522
lisa.barton@morganlewis.com

May 21, 2020

**VIA EMAIL and VIA U.S. FIRST CLASS MAIL**

Ping Lu
124 South Brooksedge Circle
The Woodlands, TX 77382
xiaomadawolewo@gmail.com

Re:     Second Request for Documents

Dear Mr. Lu:

On behalf of the Health and Welfare Benefits Administrative Committee (the "Benefits Administrative Committee"), I am responding to your second request for documents, dated April 29, 2020, under the Anadarko Petroleum Change of Control Severance Plan (the "COC Plan") regarding your claim appeal.

**Request for Documents Regarding Your Former Supervisor**
In your email, you asked for documents relating to any investigation of your former supervisor, Reza Rastegar, stemming from complaints made by you and former coworkers.  The Benefits Administrative Committee understood that the allegations made against Mr. Rastegar were unsubstantiated and that it was determined that no violations occurred.  The documents relating to any investigation of Mr. Rastegar, other than the fact that the complaints were determined to be unsubstantiated, are not relevant to your claim appeal as your claim relates to whether or not you satisfied the Good Reason provisions of the COC Plan.  Therefore, these

**Request for Documents Regarding Certain Former Employees' Job Duties**
In your email, you also asked for documents relating to the job duties of Alex Bayeh, Dingzhou Cao[1] and Natalia Berestovsky before and after the change in control.  Whether a Good Reason event has occurred involves a review of the facts and circumstances specific to an individual.  The specific facts and circumstances are unique to each claim.  The documents relating to other former employees' job duties are not relevant.

**Request for Documents Regarding Certain Other Decisions**
In your email, you also asked for documents relating to the Good Reason Subcommittee of the COC Plan's (the "Subcommittee") decisions to approve the Good Reason events for Bayeh, Dingzhou Cao and Natalia Berestovsky.  Whether a Good Reason event has occurred involves a review of the facts and circumstances specific to an individual.  The specific facts and

---

[1]     You requested documents relating to "Natalie Berestovsky" and "Ding Cao."  We interpret these requests to be related to Natalia Berestovsky and Dingzhou Cao.

**Morgan, Lewis & Bockius** LLP

One Federal Street
Boston, MA  02110-1726        **T** +1.617.341.7700
United States                            **F** +1.617.341.7701

Occidental [Ping Lu] 000547

Ping Lu
May 21, 2020
Page 2

circumstances are unique to each claim.  The documents relating to the Subcommittee's decisions to approve or deny severance benefits for other former employees are not relevant. Additionally, the circumstances and decisions of Good Reason Inquiry submissions of current or former employees may not be disclosed due to confidentiality reasons. The details regarding each person's situation is confidential as it relates to that person's employment.

While we believe that we have provided you with the documentation that we are required to provide in accordance with ERISA, if there are additional documents that you believe you are entitled to receive, please send your request to my attention or to the Oxy Good Reason in-box (goodreason@oxy.com) and identify the materials to which you believe you are entitled and the basis for your request.

Very truly yours,

Lisa H. Barton
LHB/ss

April 29, 2021

**VIA EMAIL AND U.S. FIRST CLASS MAIL**

David M. Minces, Esquire
Minces Rankin PLLC
4545 Bissonnet Street, Suite 286
Bellaire, TX  77401
david@mincesrankin.com

RE:   **PING LU APPEAL OF CLAIM FOR BENEFITS UNDER THE ANADARKO**
      **PETROLEUM CORPORATION CHANGE OF CONTROL SEVERANCE PLAN**

Dear Mr. Minces:

This letter is to inform you that the appeal of the denial of the claim for benefits of Ping Lu under the Anadarko Petroleum Corporation Change of Control Severance Plan (the "COC Plan"), dated December 30, 2020 (the "Appeal"),[1] has been denied by the Anadarko Petroleum Corporation Health and Welfare Benefits Administrative Committee (the "Committee").

Mr. Lu was previously employed by Anadarko Petroleum Corporation ("Anadarko") prior to its acquisition by Occidental Petroleum Corporation ("Oxy") as a Manager of Data Science & Advanced Analytics.  He subsequently voluntarily terminated his employment with Oxy on November 1, 2019.  The Appeal states that Mr. Lu believes that he experienced a Good Reason event as defined in Article II(s) of the COC Plan, alleging that his duties and responsibilities as an employee were materially and adversely diminished in comparison to the duties and responsibilities he enjoyed immediately prior to the August 8, 2019 acquisition of Anadarko by Oxy (the "COC").  The reasons submitted are addressed in the Appeal (a copy of which is enclosed at **TAB A**).

**Documents Reviewed**
In considering the Appeal, the Committee reviewed the following materials and information:

- The Appeal letter dated December 30, 2020 and all materials submitted in support of the Appeal;
- Mr. Lu's requests for documents and the responses dated April 22, 2020 and May 21, 2020;
- The Claim denial letter from the Committee dated March 13, 2020;
- The Claim for benefits dated December 12, 2019 and all materials submitted in support of the Claim; and
- All other information initially considered by the Committee in connection with the Claim for benefits.

---

[1] The Appeal states that the Appeal is timely because Oxy extended the deadline for Mr. Lu to file a claim appeal. That is not accurate.  Please note that the extension was provided by the Department of Labor, the Department of the Treasury and the Internal Revenue extending certain claims/appeals deadlines due to COVID-19.

David M. Minces, Esquire
Minces Rankin PLLC
April 29, 2021
Page 2

**Mr. Lu's Appeal and the Committee's Decision**
The Committee reviewed the Appeal and documentation provided with the Appeal.
Additionally, the Committee discussed the Appeal with David Bowlby, Reza Rastegar and Klaas
Koster.  The Claims set forth in the Appeal are addressed below.

**Material Diminishment of Duties and Responsibilities**
The Appeal indicated that Mr. Lu's duties and responsibilities were diminished in six ways.
Each is addressed below:

| Claim Number | Appeal Letter Claim | Committee's Review and Analysis |
|---|---|---|
| 1 | Oxy cancelled the Data Science Internship Program, which had previously served a critical support function for his group's research and development. | The Committee understands from Mr. Rastegar and Mr. Bowlby that the Internship Program was not cancelled and Mr. Rastegar and Mr. Bowlby had not communicated that it would be cancelled to anyone.  In fact, to date, the Internship Program remains intact at Oxy. <br><br> At the time of the COC, both Oxy and Anadarko had Internship Programs and both programs were being reviewed to for purposes of combining the programs.  However, this review did not cancel the Internship Program. <br><br> The Appeal indicates that the Committee knew that the Internship Program was effectively dead.  This is false.  The Committee understands that the Internship Program was _not_ terminated.  Additionally, according to the information provided in the Appeal, Jeremy Graybill also did not say that the Internship program was terminated. He said that it was "effectively dead," which was based on his own assumptions as neither Mr. Bowlby or Mr. Rastegar had communicated anything about cancelling or stopping the program to him.  Mr. Rastegar indicated that he did have one intern scheduled for the summer of 2020 but he cancelled the Intern due to COVID and the related slowdown in the oil industry.  For the summer of 2021, Mr. Rastegar was asked if he would like to have Interns, but he declined because he said that he doesn't have the need for an Intern next summer.  It is clear that the Internship Program is not dead.  Mr. Rastegar indicated that the number |

Occidental [Ping Lu] 000550

David M. Minces, Esquire
Minces Rankin PLLC
April 29, 2021
Page 3

| Claim Number | Appeal Letter Claim | Committee's Review and Analysis |
|---|---|---|
| | | Interns fluctuates from year-to-year, so having a greater or reduced amount is normal.<br><br>The Appeal states that the Committee knew that the Internship Program was a material part of Mr. Lu's duties and responsibilities. This is false. The test for Good Reason is a "material and adverse reduction in duties and responsibilities." Mr. Lu's involvement in the Internship Program was not material. The Internship Program is a summer program and, as such, the Interns are only working for very limited period of time. Interviewing for the Internship Program takes place outside of the summer months, but the time associated with interviewing is not significant. Additionally, supervising and overseeing a Summer Internship Program is not included in Mr. Lu's Anadarko job description, which he provided as part of his Appeal. *See* **Tab B**. Certainly any material duties and responsibilities would be specifically stated in his job description. |
| 2 | The AAET project and product development budget for 2020 was reduced by 88%. Notably, Anadarko's $4 million geophysical research and development budget for 2020 was reduced to $0 at Oxy. The effect of these drastically cut budgets necessarily reduced Mr. Lu's job duties. | At the time of the COC, Oxy reviewed the combined organization to determine if any synergies could result in cost savings. The slide deck provided was one of these situations where analysis was being undertaken about AAET and other groups. Mr. Rastegar was not involved in this project. The synergies that Oxy was exploring would not have diminished Mr. Lu's duties and responsibilities as there was an abundance of work available to him that was within the scope of his duties and responsibilities and skillset. Mr. Rastegar greatly valued Mr. Lu's experience and mathematical background and wanted to utilize his skills in the most effective way possible and expressed this to Mr. Lu. *See* **Tab C.** In fact, Mr. Lu was included in Mr. Rastegar's overall Oxy reorganization plan and Mr. Lu's duties and responsibilities would have expanded beyond his role at Anadarko. This expanded role is outlined in an email dated September 4, 2019 and is included |

Occidental [Ping Lu] 000551

David M. Minces, Esquire
Minces Rankin PLLC
April 29, 2021
Page 4

| Claim Number | Appeal Letter Claim | Committee's Review and Analysis |
|---|---|---|
| | | at **Tab D**.  Mr. Rastegar had proposed giving Mr. Lu more direct reports as Manager of Subservice Analytics, which included seismic as well as petro physics.  This organizational chart demonstrates that there was no plan, desire or action that reduced Mr. Lu's duties and responsibilities.  In fact, Oxy was looking for ways to further utilize Mr. Lu beyond his role at Anadarko.<br><br>While Mr. Lu's duties and responsibilities were not reduced following the COC, the Committee notes that even if they had been changed for a temporary period of time, any temporary change did not constitute a Good Reason event under the COC Plan, as communicated to Anadarko employees.  _See_ **Tab E**.<br><br>Mr. Lu had several projects presented to him and he refused to work on those projects.  Klaas Koster had directly asked Mr. Lu and his team to work on a project and Mr. Lu and his team refused to do the work.  _See_ **Tab F**.  In the exchange, a member of Mr. Lu's team indicated that he didn't believe that his experience was "easily transferable."  However, Mr. Koster was asking Mr. Lu and his team to compare results – not the underlying methods.  Additionally, Mr. Lu and his team had both written a paper on the subject and Mr. Lu was also a trained mathematician.  Therefore, answering questions about analysis was not unreasonable, particularly when the subject matter related to a topic over which he was considered to be an expert as he had published a paper.  Mr. Lu, as Manager of this Team, had the responsibility to ensure that his team was completing requested projects.  Mr. Koster never received the information that he requested.  In fact, Mr. Rastegar asked Mr. Lu to respond to Mr. Koster as well as others and Mr. Lu did not do so.  As a result, Mr. Rastegar was in the process of giving Mr. Lu a written warning.  _See_ **Tab G**.  These emails confirm that Mr. Rastegar |

Occidental [Ping Lu] 000552

David M. Minces, Esquire
Minces Rankin PLLC
April 29, 2021
Page 5

| Claim Number | Appeal Letter Claim | Committee's Review and Analysis |
|---|---|---|
| | | was asking Mr. Lu to perform work and Mr. Lu was refusing.<br><br>Mr. Lu also included another email in Exhibit 13 to his Claim where Mr. Rastegar was requesting a status on projects and explained that a project on which Mr. Lu did not want to work was clearly within his area of expertise.<br><br>The test of Good Reason is not whether an individual is being asked to do *different* work than what the individual performed prior to the COC. The test is whether the work was a material and adverse diminishment compared to the pre-COC duties and responsibilities. Here, Mr. Lu was being asked to collaborate on work based on expertise that he developed at Anadarko. This request is completely within the scope of his job description and demonstrates Mr. Lu's refusal to work. |
| 3 | Seismic licensing was reduced by 60%, which reduced Mr. Lu's access to data that was necessary for performing his ordinary research and publication responsibilities. As a result of the licensing reduction, approximately 80% of the research topics Mr. Lu was tasked with prior to the COC were eliminated. | Certain assets were sold as part of the Mozambique sale and this included assets that had seismic activity. However, Oxy continued to own assets that also included seismic activity, such as assets in Oman, the Gulf of Mexico and the United States. Mr. Lu was able to obtain information from the remaining Oxy assets in order to pursue his research and publication responsibilities. If Mr. Lu did not wish to analyze these other assets, that was his decision. These Oxy assets were available to him and the Committee understands that they would have provided him the information needed to complete any research activity related to seismic activity. |
| 4 | Mr. Lu no longer had a single geophysicist collaborator to develop deep learning models for biophysical research and development projects. | The Committee understands that Mr. Lu never had a geophysicist who reported to him directly. Additionally, Mr. Koster was the most Senior Geophysicist at Oxy and he was asking Mr. Lu to work with him and Mr. Lu refused. If Mr. Lu wanted to collaborate with a geophysicist, then |

Occidental [Ping Lu] 000553

David M. Minces, Esquire
Minces Rankin PLLC
April 29, 2021
Page 6

| Claim Number | Appeal Letter Claim | Committee's Review and Analysis |
|---|---|---|
| | | certainly Mr. Koster, as the most senior geophysicist at Oxy, would have been a good option – particularly because Mr. Koster wanted to work with Mr. Lu.  It is false for Mr. Lu to claim that he did not have a geophysicist with whom to collaborate.  Mr. Koster was available to him and Mr. Lu chose not to collaborate with him. |
| 5 | Mr. Lu no longer had a Data Engineer on his team to assist him with research and development projects. | The Committee understands that while Mr. Lu originally had three people reporting to him, your data engineer was offered a position in Mr. Koster's group.  However, this individual was designated to continue to work with you.  Mr. Rastegar informed you several times that your team would grow.  This is clear in Mr. Rastegar's proposal included in **Tab D.**<br><br>The Committee determined and communicated that temporary changes do not constitute Good Reason events under the COC Plan.  *See* **Tab E.** Therefore, even if Mr. Lu's technical head count decreased by one for a temporary period of time, that does not constitute Good Reason.  Additionally, although this individual did not report to you, this individual was designated to continue to support you. |
| 6 | Mr. Lu was denied the opportunity to attend professional events and submit publications, which damaged his reputation and future growth. | This statement is false.  Mr. Lu informed, and did not ask, Mr. Rastegar that he and his team were attending a conference at Rice University.  Mr. Rastegar indicated that he told Mr. Lu that was fine.  However, Mr. Rastegar followed up with an email to Mr. Lu and his team on October 16, 2019 indicating that they needed to seek approval 2-3 weeks in advance of an event or conference.  Mr. Lu responded to Mr. Rastegar's email indicating that he would like to go to another event on November 4, 2019.  This second conference was within a week of the Rice conference.  Mr. Lu sent this request on October 17, 2021.  *See* **Tab H**  On the same day, Mr. Rastegar learned from Mr. Koster that Mr. Lu and his team had not responded to Mr. Koster's requests to meet about a project.  Mr. Rastegar also indicated that he had asked Mr. |

David M. Minces, Esquire
Minces Rankin PLLC
April 29, 2021
Page 7

| Claim Number | Appeal Letter Claim | Committee's Review and Analysis |
|---|---|---|
| | | Lu to arrange a meeting with Maks and he did not do so.  *See* **Tab G** .  As explained in Mr. Rastegar's email, he declined Mr. Lu's second conference request because Mr. Lu was not completing his work.  Additionally, Mr. Lu was asking to attend two conferences within the same week.  Mr. Rastegar declined the request on the basis that there was work that needed to be done that Mr. Lu was not completing the work.  Thus, the decline was not  prohibiting Mr. Lu from "an opportunity to attend professional events," it was a decline for one single conference because  Mr. Lu was not performing his job function.<br><br>Additionally, in the email, Mr. Rastegar tells Mr. Lu that he would support having the paper published even if Mr. Lu does not attend the conference.  Thus, Mr. Lu was not being denied the opportunity to submit publications. |

*Table*

The Appeal indicates that the Claim denial was based on information that was false and suggests that the information might be half-truths and "perhaps" fabrications.  In support of that assertion, Mr. Lu's Appeal outlined thirteen (13) quotes from the Committee's Claim denial letter and alleged that ten (10) were misrepresentations.  In addition, he disagrees with the remaining three statements.  Collectively, Mr. Lu believes that essentially the entirety of the Committee's analysis of his Claim was misrepresented.  Mr. Lu included a table/chart in the Appeal indicating which statements he believes were misrepresentations.  The Committee disagrees.

The statements in the Claim denial letter (that were quoted in the Appeal) were based on the Committee's review and analysis of Mr. Lu's Claim and information provided by certain individuals consulted to gain a full understanding of the facts of Mr. Lu's situation.  The Committee obtained information from individuals familiar with the situation and believed the information to be true based on the totality of the information provided to and available to the Committee.

The Committee addresses each of the allegations in the Table reproduced and attached hereto.

*Arguments in the Appeal*

The Appeal states that the Committee's denial of Mr. Lu's request for benefits was improper for four reasons.  The reasons are reproduced below and each issue is followed by a response.

David M. Minces, Esquire
Minces Rankin PLLC
April 29, 2021
Page 8

- **Appeal Statement:**  The Committee's denial relied on false statements from people with a retaliatory motive.

  RESPONSE:  The Appeal states that the Committee relied on inaccurate statements by Mr. Rastegar, Mr. Bowlby and Mr. Koster and they were biased.  The Appeal also states they were subject to complaints from Mr. Lu, Mr. Graybill and others within Mr. Lu's group.  The Committee understood that the allegations made against Mr. Rastegar were unsubstantiated and it was determined that no violations occurred. The Appeal also states that Mr. Rastegar, Mr. Bowlby and Mr. Koster were de facto decision makers for the original Claim denial.  The Committee disagrees.  The decision was that of the Committee and the Committee determined that it was necessary and appropriate to consult them in order to obtain additional information about Mr. Lu's Claim.

- **Appeal Statement:**  After approving benefits for others who were harmed by Mr. Rastegar's dishonesty, the Committee arbitrarily and capriciously relied on dishonest statements from Mr. Rastegar in denying Mr. Lu's request for benefits.

  RESPONSE:  While the Committee understands that Mr. Lu has some concerns about Mr. Rastegar being consulted, the Committee confirmed that it was appropriate to consult him and it was determined that he was familiar with Mr. Lu's pre-COC and post-COC duties and responsibilities.  After all, Mr. Lu identified Mr. Rastegar as his supervisor in his Good Reason Inquiry form.  As noted above, Committee understood that complaints made against Mr. Rastegar were unsubstantiated and it was determined that no violations occurred.  The Committee is permitted to rely on information from Oxy as it relates to the investigation of Mr. Rastegar and the Committee has not duty to independently investigate.[2]  An unsubstantiated complaint that did not involve any violations does not trigger a Good Reason event.

  The Appeal also indicates that similar complaints were raised about Mr. Bowlby, citing an email from Jeremy Graybill (Mr. Lu's former supervisor) dated September 12, 2019.  The Committee disagrees.  The Committee reviewed the referenced email, which clearly states that complaints about Mr. Rastegar were made to Mr. Bowlby (i.e., not about Mr. Bowlby) and certain unidentified individuals were not pleased with Mr. Bowlby's response regarding complaints about Mr. Rastegar.  There are no references to complaints against Mr. Bowlby.

- **Appeal Statement:**  Oxy has refused to provide Mr. Lu with documents regarding the Committee's decision to award benefits for similarly situated claims.

[2] See, e.g., Kolodzaike v. Occidental Chem. Corp., 88 F. Supp. 2d 745, 748-49 (S.D. Tex. 2000) (holding that administrator was entitled to rely on the employer's representations that plaintiff was terminated due to a pattern of poor performance and administrator had no duty to independently investigate the basis for plaintiff's termination).

David M. Minces, Esquire
Minces Rankin PLLC
April 29, 2021
Page 9

RESPONSE:  The Good Reason event under the COC Plan Mr. Lu is claiming applies is whether his duties and responsibilities were materially and adversely diminished in comparison to duties and responsibilities in effect immediately prior to the COC.  The test is not whether the duties of different people were diminished or not.  Mr. Lu requested documents related to the job duties and decisions regarding requests for benefits of certain former coworkers (Alex Bayeh, Natalie Berestovsky and Ding Cao).  Whether a Good Reason event has occurred involves a review of the facts and circumstances specific to an individual.  The specific facts and circumstances are unique to each claim.  The documents relating to other former employees' job duties and decisions to approve or deny severance benefits for other former employees are not relevant.  The Committee reviewed the situations for each of the individuals mentioned in the Appeal and concluded that each situation was unique and different and Mr. Lu's situation was not the same.  In addition, the circumstances and decisions related to other current or former employees may not be disclosed due to confidentiality reasons.  Such documents are not relevant, Mr. Lu is not entitled to them and declining to provide them does not trigger a Good Reason event.

- **Appeal Statement:**  The Appeal states that the Committee relied on unsubstantiated information about potential future job duties that would be given to Mr. Lu after he was required to resign for Good Reason.

  RESPONSE:  The Committee disagrees.  The Committee received information from Mr. Rastegar about Mr. Lu's future responsibilities.  Mr. Rastegar later provided the information in **Tab D**, which proves that Mr. Rastegar had wanted to promote Mr. Lu as part of the Oxy post-COC reorganization.

### Other Issues Raised in the Appeal

The Appeal raised other issues.  The Committee addresses each of these items below.

*Meeting Minutes*.  The Appeal takes issue that neither meeting minutes nor an audio recording of the Committee meeting discussing Mr. Lu's Claim were provided to Mr. Lu.  The Committee meeting was not recorded and was not required to be recorded.  In addition, although Mr. Lu requested a number of specific types of documents (such as documents relating to the duties and responsibilities of certain former coworkers, documents related to decisions related to requests for severance of different individuals, etc.), he did not request meeting minutes.

*Documentation to Support Claim Denial*.  The Appeal also takes issue with the Committee not providing additional documentation to support the denial of the Claim.  The Committee reviewed the voluminous information provided by Mr. Lu in support of his Claim and consulted with various individuals familiar with the situation.  The Committee believed that the Claim response was complete as it was provided.

David M. Minces, Esquire
Minces Rankin PLLC
April 29, 2021
Page 10

**Conclusion**
Based on the analysis of the Claims in Mr. Lu's Appeal and for the reasons described above, Mr. Lu's Appeal for COC Plan benefits is denied.

**Reason for Denial**
The relevant sections of the COC Plan document reproduced below outline the reasons for the denial.  The COC Plan is included as **<u>TAB B</u>**.

- The definition of "Good Reason" under Article II, Section (s) provides the following definition with respect to the Good Reason event that Mr. Lu is claiming applies:

  (s)     <u>Good Reason</u>.  Good Reason shall mean the occurrence of any of the following:

    (i)      the Participant's duties and responsibilities as an Employee are materially and adversely diminished in comparison to the duties and responsibilities enjoyed by the Participant immediately prior to the Change of Control.[3]

- Sections 4.1 and 4.2 in Article IV of the COC Plan provide:

  4.1     <u>Right to Separation Benefits</u>.  A Participant shall be entitled to receive Separation Benefits as provided in Section 4.3 if a Change of Control occurs and his or her Employment terminates under a circumstance specified in Section 4.2(a).  An additional Change of Control shall not trigger any additional Separation Benefits for the Participant.

  4.2     <u>Termination of Employment</u>.

    (a)     <u>Terminations Which Give Rise to Separation Benefits Under This Plan</u>.

      (i)      A termination without Cause during the Applicable Period;

      (ii)     A termination for Good Reason during the Applicable Period; <u>provided</u>, that, the Participant terminates his or her Employment within ninety (90) days of such occurrence; or

      (iii)    If, during the Applicable Period, the Employer or any affiliate of the Employer sells or otherwise distributes or disposes of the subsidiary, division, branch or other business unit in which the Participant was employed before such sale, distribution or other

---

[3] Footnote 2 of your letter states: "Pursuant to the Plan, Good Reason is triggered by a 'material reduction in the nature or scope of aggregate responsibilities as compared to those immediately prior to the Change of Control.'" The Committee disagrees.  The language you quoted in the Appeal is clearly not contained in the Plan.  Thus, it is not the test for determining whether a Good Reason event has occurred.

Occidental [Ping Lu] 000558

David M. Minces, Esquire
Minces Rankin PLLC
April 29, 2021
Page 11

disposition (a "Sale of Business") and the requirements of subsection (b)(vi) of this Section 4.2 are not met, a Participant may terminate his or her Employment within ninety (90) days after such Sale of Business and be entitled to Separation Benefits hereunder.

(b)     Terminations Which Do Not Give Rise to Separation Benefits Under This Plan.  If a Participant's Employment is terminated for any of the following reasons, the Participant shall not be entitled to Separation Benefits under the Plan, regardless of the occurrence of a Change of Control:

(v)     The voluntary termination of the Participant when neither of the conditions of clauses (ii) or (iii) of Section 4.2(a) have been met during the Applicable Period.

Based on the COC Plan's terms, Mr. Lu did not experience a Good Reason Event because (i) his duties and responsibilities were not materially and adversely diminished in comparison to his duties and responsibilities immediately prior to the COC, and (ii) he voluntarily terminated employment before a Good Reason Event occurred.  Consequently, as described in Section 4.2(b)(v) of the COC Plan, Mr. Lu is not entitled to separation benefits under the COC Plan.

**Conclusion**

This response represents the Committee's final decision of the Appeal for benefits under the COC Plan's claim and appeal procedures.  Please note the following:

- Reasonable Access to Information.  Mr. Lu will be provided, upon request and free of charge, reasonable access to, and copies of, all documents, records, and other information (including a copy of the COC Plan document) that is relevant to the Appeal.  The COC Plan document and other related information was previously provided pursuant to Mr. Lu's document requests.

- Right to Bring Claim in U.S. Federal District Court.  Mr. Lu has the right to bring a civil action for benefits in federal court under Section 502 of the Employee Retirement Income Security Act of 1974 ("ERISA").  However, any such claim is subject to all defenses that the Committee might assert.

- Time Limits for Bringing Legal Action.  Any lawsuit must be filed no later than one year after the final decision on the Appeal has been issued by the Committee.  **NOTE: If Mr. Lu does not bring any suit or legal action during this period, any suit or legal action will be time-barred.**

**Occidental [Ping Lu] 000559**

David M. Minces, Esquire
Minces Rankin PLLC
April 29, 2021
Page 12

If Mr. Lu has any questions about the decision, please contact the Committee at the address
below:

Anadarko Petroleum Corporation Health and Welfare Benefits Administrative Committee
Anadarko Petroleum Corporation Change of Control Severance Plan
c/o Occidental Petroleum Corporation
5 Greenway Plaza
Suite 110
Houston, TX  77046

Sincerely,


The Anadarko Petroleum Corporation Health and Welfare Benefits Administrative Committee

David M. Minces, Esquire
Minces Rankin PLLC
April 29, 2021
Page 13

| Appeal's Commentary of Committee's Analysis of Claim for Benefits | Appeal's Characterization of the Facts | Management Response |
|---|---|---|
| **1)** "The Committee misrepresented that the status of the internship program was undecided. The false statement was as follows:<br><br>'As a result of our discussions with Mr. Bowlby, Mr. Rastegar and Mr. Koster, we understand that *it was never decided or communicated that* the internship program would go away.'" | "As the Committee knew when it denied Mr. Lu's claim, the internship program was deemed to be "effectively dead" six months earlier. On September 11, 2019, former supervisor Jeremy Graybill emailed Mr. Lu and the Data Science team, stating as follows:<br><br>'I was told today, and it's supported in the presentation linked to below and the information in the attached email, that *the Data Science Internship program is effectively dead*, in that we will not be making any offers to any of our 2019 summer interns (as repeat interns or college new hires), and that we need to cancel all of our existing scheduled campus informational sessions, recruiting sessions, and interviewing sessions, as *we will not be continuing with a Data Science internship program for the summer of 2020*. As far as a timeline, this means that *none of you will have any of the following job responsibilities related to our Data Science internship program*, in comparison to previous APC job responsibilities you potentially had:' | See the response to Claim 1 in the Appeal letter.<br><br>The job responsibilities listed by Mr. Graybill were not material responsibilities.  Also, those responsibilities would have continued because the Internship Program was not cancelled.<br><br>Mr. Rastegar had one Intern scheduled for the summer of 2020.  This Intern was later cancelled due to COVID. |

David M. Minces, Esquire
Minces Rankin PLLC
April 29, 2021
Page 14

| Appeal's Commentary of Committee's Analysis of Claim for Benefits | Appeal's Characterization of the Facts | Management Response |
|---|---|---|
| | Mr. Graybill's email lists eight specific job responsibilities that Mr. Lu was assigned at Anadarko but would no longer be assigned at Oxy.<br><br>Not a single data science intern was selected for Mr. Rastegar's team in the summer of 2020. This confirms that Mr. Lu would not have had any of the eight specific job responsibilities he had in his role at Anadarko due to the discontinuation of the program, at least as it related to his group." | |
| 2)  "The Committee misrepresented that the internship program was 'a very small part' of Mr. Lu's responsibilities–so small that it was not 'material.' The false statement was as follows:<br><br>'The internship program was a very small part of your overall responsibilities. In fact, while we understand that the internship program was something that you enjoyed, it was not a material part of your position or your role at Anadarko.'" | "As the Committee knew when it denied Mr. Lu's claim, the internship program was a considerable part of Mr. Lu's responsibilities and was material to his ability to perform the responsibilities that were explicitly outlined in his Anadarko job description, including the responsibilities to 'lead the execution of wide range of projects across core focus areas of AAET,' 'provide leadership within various Data Science & Advanced Analytics sub-functions,' 'lead advanced analytics projects using ML and Deep Learning.' | This is false.  See response to Claim 1 in the Appeal letter.  The Internship Program was not cancelled. |

David M. Minces, Esquire
Minces Rankin PLLC
April 29, 2021
Page 15

| Appeal's Commentary of Committee's Analysis of Claim for Benefits | Appeal's Characterization of the Facts | Management Response |
|---|---|---|
| | It is undisputed that the internship program was taken from Mr. Lu following the Change of Control." | |
| **3)** "The Committee misrepresented that it never told Mr. Lu that his role with the internship program would change. The false statement was as follows:<br><br>'Further, it was never communicated to you that your role with the [internship] program would change.'" | "As the Committee knew when it made this false statement, Mr. Graybill said the opposite six months earlier when he emailed on September 11, 2019 to inform Mr. Lu and others that they would no longer have duties relating to the internship program.  Between the date Mr. Graybill sent Mr. Lu this email and the date Mr. Lu resigned for Good Reason, no one at Oxy ever said otherwise." | Mr. Bowlby and Mr. Rastegar do not know why Mr. Graybill told Mr. Rastegar that the Internship Program was "effectively dead."  Mr. Bowlby and Mr. Rastegar did not communicate anything about cancelling the Internship Program to anyone.  The Internship Program remains active at Oxy.  See Claim 1 in the Appeal letter. |
| **4)** "The Committee intimated that the budget was not decreased and that even if it was, that decrease would not materially reduce Mr. Lu's job responsibilities.<br><br>'You indicated that the Geophysical R&D budget was decreased thus preventing you from pursuing collaborative research.  Additionally, you indicated that this budget decrease prevented you from developing deep-learning models.'" | "The Committee knows better.  As Oxy's own internal budget presentations establish, the Geophysical R&D budget was decimated.  Such a drastic decrease in budget necessarily triggers a decrease in duties and responsibilities when such duties and responsibilities rely on funding." | Mr. Lu had plenty of work available to him that he did not choose to perform. See the Claim 2 response in the Appeal letter.<br><br>Oxy also had plans to promote Mr. Lu and give him even more responsibility.  ***See* Tab D**. |

David M. Minces, Esquire
Minces Rankin PLLC
April 29, 2021
Page 16

| Appeal's Commentary of Committee's Analysis of Claim for Benefits | Appeal's Characterization of the Facts | Management Response |
|---|---|---|
| **5)** "The Committee misrepresented that Mr. Lu was unresponsive to work-related requests from Mr. Koster. This fabrication is embodied in the following excerpt from the denial letter:<br><br>'Mr. Koster indicated that he attempted to engage you and your team on several occasions to continue to work on research and development, but you were not responsive." | "As the Committee knew when it made this false statement, Mr. Lu and his team completed all assigned projects. Without saying so expressly the Committee's analysis intimates that Mr. Lu did not manage his team's completion of assigned projects. It should be noted that Mr. Lu was not directly addressed or assigned work on several of the projects referenced, and in some cases was excluded from communications about them. Nonetheless, he managed his team's completion of assigned work and there was still not enough work for him to fill a full workday." | See the Claim 2 response in the Appeal letter.<br><br>The information provided to the Committee substantiated that Mr. Lu was refusing to perform projects that were within the scope of his duties and responsibilities.  No diminishment of work occurred.  Mr. Lu refused to perform the work. |
| **6)** "The Committee misrepresented that Mr. Lu had plenty of work to do but was unwilling. Here is the misrepresentation:<br><br>'Significant amounts of similar work were available to you, and you chose to not do the work.'" | "As the Committee knew when it made this false statement, this statement is a fabrication that is not supported by a scintilla of documentary evidence." | This is not a fabrication.  See above. |
| **7)** "In furtherance of its attempt to prove that Mr. Lu was unwilling to perform his job duties, | "As the Committee knew when it proffered this misleading example, Mr. Lu is a scientist, and because there was no budget to | Mr. Lu was a trained mathematician.<br><br>The test for Good Reason is not whether Mr. Lu was asked to perform *different* duties and responsibilities |

Occidental [Ping Lu] 000564

David M. Minces, Esquire
Minces Rankin PLLC
April 29, 2021
Page 17

| Appeal's Commentary of Committee's Analysis of Claim for Benefits | Appeal's Characterization of the Facts | Management Response |
|---|---|---|
| the Committee cites an example of Mr. Lu being assigned work that was outside his area of expertise and inconsistent with his prior duties. Here is the first example:<br><br>'This is another example of a project that was available to you that you refused to perform.'" | support his work after the Change in Control, Mr. Rastegar asked Mr. Lu to perform tasks that were outside the scope of his responsibilities prior to the Change of Control.<br><br>For example, Mr. Rastegar assigned Mr. Lu mathematical projects and attempted to rebrand Mr. Lu as "a mathematician." In reality, Mr. Lu never worked on a mathematical project while performing his duties in AAET at Anadarko. He was neither required nor qualified to absorb duties and responsibilities that were outside of the scope of his expertise.<br><br>Taken as true, this particular example illustrates that Mr. Lu's duties and responsibilities were materially and adversely diminished as a result of the Change of Control. In an apparent effort to paper the file, Mr. Rastegar tried to replace Mr. Lu's ordinary job duties with work of a totally different character. This square-peg, round-hole maneuver is a shameless obfuscation that should be given no credence." | than he performed prior to the COC. The test is whether the duties and responsibilities were "materially and adversely diminished."<br><br>It is incorrect to say that Mr. Lu did not have the qualifications to absorb duties and responsibilities that were outside the scope of his Anadarko job description. First, Mr. Lu was a trained mathematician, so he was certainly qualified. Second, the COC Plan does not require the *same* duties and responsibilities after the COC; it only requires that the duties and responsibilities not be diminished. Mr. Rastegar was asking for Mr. Lu's assistance on high-level matters that were certainly not a diminishment from Mr. Lu's pre-COC duties and responsibilities. Third, Mr. Lu had mathematical responsibilities included in his Anadarko job description as follows:<br>• Leverage statistical analysis, mathematical modeling, pattern recognition and deep learning frameworks (inkling TensorFlow, PyTorch and Keras) towards recommending, selecting, developing and integrating any Artificial Intelligence, Machine Learning, and Deep Learning algorithms and approaches required to provide requested capabilities.<br>• Lead the execution of a wide range of projects across core focus areas of AAET, |

David M. Minces, Esquire
Minces Rankin PLLC
April 29, 2021
Page 18

| Appeal's Commentary of Committee's Analysis of Claim for Benefits | Appeal's Characterization of the Facts | Management Response |
|---|---|---|
| | | leveraging significant data and real-time surveillance within the operational, production, and financial domains, for all core E&P business functions. |
| **8)** Here is the second example of the Committee trying to characterize different duties as the same and–based on that misrepresentation–claim that Mr. Lu simply did not want to do his job:<br><br>'While you indicated that you did not perform the research in the area and did not understand why you were being asked to present, someone with your level of skills and expertise should be able to digest and present the information.  Asking you to do so was not outside of the scope of your duties and responsibilities, and your hesitation to participate further reflects that you were not willing to engage in work that was available to you.  It also reflects that while you indicated that management and | "The Committee knows better.  This is yet another example of Mr. Rastegar attempting to assign off-point work to Mr. Lu because there was not enough work for him to perform within the scope of his duties and responsibilities after the Change of Control.  Mr. Rastegar emailed Alex Bayeh and Mr. Lu the following: "I'd like to invite you both to visit Greenway Plaza this coming Monday to present your work on log and seismic interpretation/compressed sensing/toppicking/fault detection etc.  Let's make the presentation very detailed and technical as I'm trying to give the rest of the team in Greenway Plaza [a chance] to see your projects."  Neither Mr. Bayeh or Mr. Lu were responsible for the work that Mr. Rastegar refers to in his email as 'your work.'  Mr. Rastegar also asks that Mr. Bayeh and Mr. Lu make the presentation 'very detailed and technical' and again characterizes the work Mr. Bayeh and Mr. Lu did not do as 'your projects.'  This is | See the response above.  Asking Mr. Lu to perform duties and responsibilities that are *different* from his pre-COC duties and responsibilities does not trigger a Good Reason event unless the duties and responsibilities are materially and adversely diminished.<br><br>An individual was permitted to also claim Good Reason if required " to perform in a job position or substantial job assignment for which you are not skilled or trained" following the COC.  However, Mr. Lu did not make this claim at any point during the Good Reason process and the Committee has determined that Mr. Lu had all of the skills and training to complete the tasks raised by Mr. Lu in his Claim and Appeal and by Mr. Rastegar and Mr. Koster.  Therefore, the only consideration is whether the job duties and responsibilities were materially and adversely diminished – and they were not.<br><br>Mr. Rastegar was asking Mr. Lu to be a leader by presenting to the group.  As previously indicated, Mr. Rastegar had a larger role in mind for Mr. Lu as part of the Oxy reorganization and wanted to establish Mr. Lu as a leader. |

David M. Minces, Esquire
Minces Rankin PLLC
April 29, 2021
Page 19

| Appeal's Commentary of Committee's Analysis of Claim for Benefits | Appeal's Characterization of the Facts | Management Response |
|---|---|---|
| leadership skills were taken away from you, these opportunities continued to be made available.'" | why Mr. Lu's supervisor, Jeremy Graybill, contacted David Bowlby to express his concerns about Mr. Rastegar assigning Mr. Lu presentations on work that he did not perform (because it was far afield from his duties).<br><br>In an email, Mr. Graybill expresses confusion because Mr. Lu and a colleague were being asked to give presentations about projects they were unfamiliar with: 'The lack of information and the conflicting information is really difficult for people.  As one example, Ping and Alex are confused why they were the ones invited by Reza to provide deep technical details in some domains where neither of them performed the work, when other individuals were not invited.  That also leads to assumptions being made, when nobody has any information on what to expect for the future for themselves and their colleagues.'<br><br>Mr. Graybill's email is consistent with the rest of the evidence, which establishes that Mr. Rastegar and Mr. Bowlby assigned duties and responsibilities to Mr. Lu that were never assigned to Mr. L prior to the Change of | |

David M. Minces, Esquire
Minces Rankin PLLC
April 29, 2021
Page 20

| Appeal's Commentary of Committee's Analysis of Claim for Benefits | Appeal's Characterization of the Facts | Management Response |
|---|---|---|
| | Control, and they did this to fill in massive gaps left by his lack of work after the Change of Control.  However, replacing one species of work with another cannot undo the fact that Mr. Lu's job duties and responsibilities were materially and adversely diminished after the merger." | |
| 9)  "The Committee misrepresented that the sale of Mozambique assets did not diminish Mr. Lu's duties.  Here is one such false statement:<br><br>'You indicated that the sale of Mozambique to Total reduced your ability to research because the overall assets of the company were reduced ... In your role, you worked on many different projects in the organization as they were prioritized by the organization. Changing projects does not change your duties and responsibilities.  Thus, reducing the assets of the organization does not correlate with fewer research and development opportunities.' | "After the Mozambique assets were sold, Mr. Lu was removed from at least eight specific projects, each of which had clearly defined tasks and responsibilities that extended until late 2021. Thereafter, Mr. Lu was neither told what projects would replace this work nor assigned tasks that in fact filled the void." | This is false.  See the response to Claims 2 and 3 in the Appeal letter.<br><br>Mr. Rastegar and Mr. Koster offered projects to Mr. Lu.  This constituted being informed of projects that were available.  Additionally, there were seismic research opportunities available in other Oxy assets. |
| 10)  "The Committee pretended that Mr. Lu was | "In reality, neither Mr. Rastegar nor Mr. | The Committee understands that Mr. Lu was informed that Mr. Xiao would |

Occidental [Ping Lu] 000568

David M. Minces, Esquire
Minces Rankin PLLC
April 29, 2021
Page 21

| Appeal's Commentary of Committee's Analysis of Claim for Benefits | Appeal's Characterization of the Facts | Management Response |
|---|---|---|
| still supported by data engineers. Here is the specific misrepresentation:<br><br>'You stated that you lost all of the data engineers in your group. In speaking with Mr. Rastegar, we understand that while you initially had three people reporting to you, one data engineer was offered a position in Mr. Koster's group and was designated to continue to support your work.'" | Koster nor anyone else ever told Mr. Lu that the data engineer transferred to Mr. Koster's group (Yuan Xiao) would continue to support Mr. Lu or his group. Before the Change in Control, Mr. Xiao was 100% dedicated to Mr. Lu's group. After the Change in Control, Mr. Xiao–who was transferred to Mr. Koster's group in October 2019–did not support Mr. Lu's group at all. Moreover, Mr. Xiao has not been asked to informally or unofficially support or collaborate with Mr. Rastegar's group during the year since Mr. Lu resigned for Good Reason." | continue to support Mr. Lu after moving to Mr. Koster's group and the Committee has no reason to believe that this is not true.<br><br>Further, Mr. Rastegar had planned to have even more direct reports moved to Mr. Lu.  *See* **Tab D.** |
| **11)** "Elaborating on its misrepresentation that Mr. Lu's work was still going to be supported—by 'team members,' not necessarily the critical data engineers needed for his work, the Committee stated:<br><br>'Additionally, one additional team member was going to be reporting to you to support your work.  Mr. Rastegar indicated that he communicated to you in | "There were no additional team members supporting Mr. Lu's group.  Mr. Lu was never told or otherwise made aware of any plans for Oxy to hire a new team member for his group.  Oxy also never specified what title, role, or qualifications the alleged prospective team member would have, much less that the team member would be a data engineer.  Data engineers were a key part of research and development activities in AAET (one of Mr. Lu's | See above.<br><br>The organizational proposal that Mr. Rastegar put together was designed to utilize the skills and strengths of Mr. Lu.  When Mr. Lu left the organization, the structure was not implemented because Mr. Lu had specific skills that made the organizational structure possible.<br><br>No additional data engineers were hired because the organization structure changed once Mr. Lu terminated. |

Occidental [Ping Lu] 000569

David M. Minces, Esquire
Minces Rankin PLLC
April 29, 2021
Page 22

| Appeal's Commentary of Committee's Analysis of Claim for Benefits | Appeal's Characterization of the Facts | Management Response |
|---|---|---|
| person several times that your team would grow. However, you terminated employment during the Oxy transition period before this was able to happen.'" | primary job responsibilities prior to the Change of Control) and with none left, all research and development activities in Mr. Lu's group would eventually cease.  Mr. Lu resigned with Good Reason within the time he was required to in order to remain eligible for benefits pursuant to the Plan.  The Committee's contention that Mr. Lu should have waited until the speculative statement that Mr. Lu's team would grow came to fruition—without a shred of evidence to support holding out for such an event—is inconsistent with the requisite to resign for good reason within ninety-days of the triggering event.  Over a year has passed since Mr. Lu's team was allegedly supposed to grow.  The Committee did not review any evidence that Mr. Rastegar's speculation materialized, nor could it.  Mr. Rastegar's group has not hired any additional team members nor transferred any existing employees to Mr. Lu's former team since his resignation for Good Reason." | Mr. Lu did not request information about whether and how his team would grow.  Instead, he was confrontational and refused to perform projects that were assigned.  The prospects for Mr. Lu's future at Oxy were not speculative as demonstrated in **Tab D.**  Mr. Rastegar told Mr. Lu that he was going to give him a bigger role – but Mr. Lu refused to believe him. |
| **12)**  The Committee first misrepresented that the company supported Mr. Lu's publication | "As the Committee knew when it attempted to bend the truth, a condition precedent to | See the response to Claim 6 in the Appeal letter. |

David M. Minces, Esquire
Minces Rankin PLLC
April 29, 2021
Page 23

| Appeal's Commentary of Committee's Analysis of Claim for Benefits | Appeal's Characterization of the Facts | Management Response |
|---|---|---|
| opportunities and then blamed its denial of such opportunities on Mr. Lu. Here is the relevant quote: "You indicated that you were required to withdraw publications and cease pursuing new opportunities...Mr. Rastegar was supportive of your publishing your paper but declined your participation in the conference due to the demands arising from the COC and the more urgent business tasks that you had been assigned." | Mr. Lu's ability to submit the paper was his ability to participate in the conference. Mr. Rastegar knew this because Mr. Lu told him this via email. By denying Mr. Lu the opportunity to attend or present at the workshop, Mr. Rastegar also forced Mr. Lu to withdraw his paper.<br><br>Further, and equally important, Mr. Rastegar admitted that Mr. Lu missed out on this opportunity as a result of 'budget constraints' and not because Mr. Lu had more important matters to attend to. This not only debunks the Committee's justification but also proves one of Mr. Lu's points–his team's budget was substantially reduced (and in some areas completely zeroed out), and this in turn eliminated some of his duties and reduced others." | |
| 13)  "The Committee then drew an unsupported assumption that Mr. Lu would be permitted to participate in future conferences:<br><br>'This in no way suggested that you would | "As Mr. Lu explained in his claim for benefits, Mr. Rastegar also denied his request to attend and present a paper at a conference in December 2019, and never responded to Mr. Lu's request to organize | See the response to Claim 6 in the Appeal letter.<br><br>As stated previously, Mr. Rastegar wanted Mr. Lu to complete the work that was assigned to him before approving the second conference or other projects that Mr. Lu requested. Denial of attendance at one conference |

David M. Minces, Esquire
Minces Rankin PLLC
April 29, 2021
Page 24

| Appeal's Commentary of Committee's Analysis of Claim for Benefits | Appeal's Characterization of the Facts | Management Response |
|---|---|---|
| forever be barred from participating in conferences. Again, this was a transition period immediately following the COC and not indicative of how things would operate going forward.'" | trainings from Google Brain. Mr. Rastegar denied Mr. Lu's team members similar requests to attend workshops and pursue publications. It was clear how things would operate going forward. Mr. Lu would no longer have the duties and responsibilities of generating and presenting material at conferences and workshops, a key duty he had at Anadarko.<br><br>Again, the Committee seems to attempt to avail itself of the benefit of foresight that Mr. Lu was not entitled to under the specific time-constraints of the Plan. Moreover, the Committee did not evaluate any actual evidence of 'how things would operate going forward' being any different than Mr. Lu's experience." | because Mr. Lu was not completing his work assignments in no way correlates with Mr. Lu's claims that it was clear that he could no longer attend any conferences.  Mr. Rastegar explained this clearly to Mr. Lu.  **See Tab G**. |

# TAB A

Occidental [Ping Lu] 000573



**David M. Minces**
Board Certified Labor & Employment Law
Texas Board of Legal Specialization

December 30, 2020

Occidental Petroleum Corporation                    *Via Email and FedEx*
APC Change of Control Severance Plan
Health and Welfare Benefits Administrative Committee
5 Greenway Plaza, Suite 110
Houston, Texas 77046

      Re:    Ping Lu | Appeal of adverse benefit determination

Dear Committee:

My law firm represents Ping Lu, and this letter constitutes Mr. Lu's appeal of the Committee's determination that he is not entitled to severance benefits. This appeal is timely submitted because Occidental Petroleum Corporation ("Oxy") extended Mr. Lu's deadline to file this appeal as a result of the ongoing COVID-19 pandemic.[1]

I encourage the Committee to carefully consider this letter and the attached documents supporting Mr. Lu's request for benefits. In its totality, the evidence plainly establishes that Mr. Lu's resignation was for "Good Reason" as defined by Anadarko's Change of Control Severance Plan ("Plan") because his job duties and responsibilities were materially and adversely diminished after the merger between Anadarko and Oxy.[2] Accordingly, Mr. Lu seeks a determination that (1) his resignation was for Good Reason; and (2) he is entitled to severance benefits as provided by the Plan.

<div align="center">

**OVERVIEW**

</div>

### A. Mr. Lu's employment at Anadarko

Mr. Lu began working for Anadarko in 2017 as a Senior Data Scientist. At the time of Anadarko's Change of Control, Mr. Lu was a Manager of Data Science & Advanced Analytics. Mr. Lu's role was part of Anadarko's Advanced Analytics & Emerging Technology ("AAET") department. Anadarko's AAET department had four primary "teams" which served different functions: (1) data science, (2) engineering, (3) emerging geoscience, and (4) geoscience technology.

Before the Change of Control, Mr. Lu was part of the data science team, and he had four direct reports: (1) a data scientist, (2) a senior data scientist, (3) a staff data

---

[1] *See* <u>Exhibit A</u>, email from Lisa Barton dated May 21, 2020.
[2] Pursuant to the Plan, Good Reason is triggered by a "material reduction in the nature or scope of aggregate responsibilities as compared to those immediately prior to the Change of Control."

Occidental [Ping Lu] 000574

engineer, and (4) a contract data engineer. Mr. Lu and his team collaborated with the emerging geoscience and geotechnology teams.

### B. Mr. Lu's employment at Oxy

After the Change of Control, Mr. Lu's duties were materially and adversely diminished in the following ways:

1. Oxy cancelled the Data Science Internship Program, which had previously served a critical support function for his group's research and development.

2. The AAET project and product development budget for 2020 was reduced by 88%. Notably, Anadarko's $4 million geophysical research and development budget for 2020 was reduced to $0 at Oxy. The effect of these drastically cut budgets necessarily reduced Mr. Lu's job duties.

3. Seismic licensing was reduced by 60%, which limited Mr. Lu's access to data that was necessary for performing his ordinary research and publication responsibilities. As a result of the licensing reduction, approximately 80% of the research topics Mr. Lu was tasked with prior to the Change of Control were eliminated.

4. Mr. Lu no longer had a single geophysicist collaborator to develop deep-learning models for geophysical research and development projects.

5. Mr. Lu no longer had a single Data Engineer on his team to assist him with research and development projects.

6. Mr. Lu was denied the opportunity to attend professional events and submit publications, which damaged his reputation and thwarted his future growth.

These examples and others were thoroughly discussed in Mr. Lu's Good Reason Inquiry Form[3] and Claim for Severance Benefits.[4]

### C. Mr. Lu's voluntary resignation for Good Reason

The Change of Control occurred on August 8, 2019. Pursuant to the Plan, Good Reason occurs when:

> The Participant's duties and responsibilities as an Employee are materially and adversely diminished in comparison to the duties and responsibilities enjoyed by the Participant immediately prior to the Change of Control.[5]

---

[3]   *See* <u>Exhibit B</u>, Good Reason Inquiry Form with exhibits.

[4]   *See* <u>Exhibit C</u>, Claim for Severance Benefits with exhibits.

[5]   *See* Plan, p. 6, Art. II (s)(i).

Occidental [Ping Lu] 000575

Under the Plan, the employee must terminate their employment within ninety days of the Good Reason occurrence to be entitled to separation benefits.[6] As required, Mr. Lu voluntarily and timely resigned for Good Reason on November 1, 2019.

In denying Mr. Lu's request for benefits, the Committee relied on speculative, unsubstantiated, potential future events that would have theoretically occurred outside of the ninety-day window Mr. Lu was afforded in which to resign for Good Reason and be eligible for severance benefits.

### D. The denial of Mr. Lu's request for benefits

Mr. Lu submitted a detailed claim, which was supported by voluminous documentary evidence. The Committee's hopelessly vague denial of Mr. Lu's request constituted one and one-half pages addressing his claim. The Committee's denial was bereft of detail or supporting evidence and was based on information that was false and inconsistent with the documentary evidence before it. Collectively, this amounts to an abuse of discretion and perhaps bad faith.

For example, oral statements by David Bowlby, Reza Rastegar, and Klaas Koster were the only information the Committee relied on in reaching their decision, beyond the over 100 pages of supporting arguments and documents Mr. Lu provided.[7] Mr. Lu cannot possibly know what Mr. Bowlby, Mr. Rastegar, and Mr. Koster told the Committee, because neither minutes nor audio of the Committee's discussions or meetings were provided to him. However, the threadbare nature of the denial suggests that the majority–if not the totality–of their statements to the Committee were misleading half-truths and perhaps outright fabrications. Following is a table that compares the Committee's analysis with the truth.

---

[6]   *See* Plan, p. 6, Art. VI, §§ 4.1 and 4.2(a)(ii).

[7]   All three were unfamiliar with Mr. Lu's job duties before the Change of Control. Several employees, including Mr. Lu's supervisor before the Change of Control, submitted various complaints about Mr. Rastegar and Mr. Bowlby's conduct—including their propensity for telling Mr. Lu's team members contradicting information. Mr. Koster did not work in the same group as Mr. Lu, and as Mr. Lu explained in his Good Reason Inquiry Form and Claim for Severance Benefits, Mr. Koster expressly told Mr. Lu and others in a meeting that his group did not support geophysical R&D activities and that his team would not collaborate with geophysical R&D.

| Committee's Analysis[8] | The Facts/Evidence |
|---|---|
| The Committee misrepresented that the status of the internship program was undecided. The false statement was as follows:<br><br>"As a result of our discussions with Mr. Bowlby, Mr. Rastegar and Mr. Koster, we understand that *it was never decided or communicated that* the internship program would go away." | As the Committee knew when it denied Mr. Lu's claim, the internship program was deemed to be "effectively dead" six months earlier. On September 11, 2019, former supervisor Jeremy Graybill emailed Mr. Lu and the Data Science team, stating as follows:<br><br>"I was told today, and it's supported in the presentation linked to below and the information in the attached email, that *the Data Science Internship program is effectively dead*, in that we will not be making any offers to any of our 2019 summer interns (as repeat interns or college new hires), and that we need to cancel all of our existing scheduled campus informational sessions, recruiting sessions, and interviewing sessions, as *we will not be continuing with a Data Science internship program for the summer of 2020*. As far as a timeline, this means that *none of you will have any of the following job responsibilities related to our Data Science internship program*, in comparison to previous APC job responsibilities you potentially had:"[9]<br><br>Mr. Graybill's email lists eight specific job responsibilities that Mr. Lu was assigned at Anadarko but would no longer be assigned at Oxy.<br><br>Not a single data science intern was selected for Mr. Rastegar's team in the summer of 2020. This confirms that Mr. Lu would not have had any of the eight specific job responsibilities he had in his role at Anadarko due to the discontinuation of the program, at least as it related to his group. |

---

[8]   *See* <u>Exhibit D</u>, letter from Lisa Barton dated March 13, 2020, denying Mr. Lu's claim for benefits.

[9]   *See* <u>Exhibit C</u>, exhibit 4, email from Jeremy Graybill.

| Committee's Analysis | The Facts/Evidence |
|---|---|
| The Committee misrepresented that the internship program was "a very small part" of Mr. Lu's responsibilities–so small that it was not "material." The false statement was as follows:<br><br>"The internship program was a very small part of your overall responsibilities. In fact, while we understand that the internship program was something that you enjoyed, it was not a material part of your position or your role at Anadarko." | As the Committee knew when it denied Mr. Lu's claim, the internship program was a considerable part of Mr. Lu's responsibilities and was material to his ability to perform the responsibilities that were explicitly outlined in his Anadarko job description, including the responsibilities to "lead the execution of wide range of projects across core focus areas of AAET," "provide leadership within various Data Science & Advanced Analytics sub-functions," "lead advanced analytics projects using ML and Deep Learning."[10]<br><br>It is undisputed that the internship program was taken from Mr. Lu following the Change of Control. |
| The Committee misrepresented that it never told Mr. Lu that his role with the internship program would change. The false statement was as follows:<br><br>"Further, it was never communicated to you that your role with the [internship] program would change." | As the Committee knew when it made this false statement, Mr. Graybill said the opposite six months earlier when he emailed on September 11, 2019 to inform Mr. Lu and others that they would no longer have duties relating to the internship program.[11] Between the date Mr. Graybill sent Mr. Lu this email and the date Mr. Lu resigned for Good Reason, no one at Oxy ever said otherwise. |

---

[10]   *See* Exhibit C, exhibit 1, job description.
[11]   *See* Exhibit C, exhibit 4, email from Jeremy Graybill ([T]his means that *none of you will have any of the following job responsibilities related to our Data Science internship program*, in comparison to previous APC job responsibilities you potentially had:").

| Committee's Analysis | The Facts/Evidence |
|---|---|
| The Committee intimated that the budget was not decreased and that even if it was, that decrease would not materially reduce Mr. Lu's job responsibilities.<br><br>"You indicated that the Geophysical R&D budget was decreased thus preventing you from pursuing collaborative research. Additionally, you indicated that this budget decrease prevented you from developing deep-learning models." | The Committee knows better. As Oxy's own internal budget presentations establish, the Geophysical R&D budget was decimated.[12] Such a drastic decrease in budget necessarily triggers a decrease in duties and responsibilities when such duties and responsibilities rely on funding. |
| The Committee misrepresented that Mr. Lu was unresponsive to work-related requests from Mr. Koster. This fabrication is embodied in the following excerpt from the denial letter:<br><br>"Mr. Koster indicated that he attempted to engage you and your team on several occasions to continue to work on research and development, but you were not responsive." | As the Committee knew when it made this false statement, Mr. Lu and his team completed all assigned projects. Without saying so expressly the Committee's analysis intimates that Mr. Lu did not manage his team's completion of assigned projects. It should be noted that Mr. Lu was not directly addressed or assigned work on several of the projects referenced, and in some cases was excluded from communications about them. Nonetheless, he managed his team's completion of assigned work and there was still not enough work for him to fill a full workday. |
| The Committee misrepresented that Mr. Lu had plenty of work to do but was unwilling. Here is the misrepresentation:<br><br>"Significant amounts of similar work were available to you, and you chose to not do the work." | As the Committee knew when it made this false statement, this statement is a fabrication that is not supported by a scintilla of documentary evidence. |

---

[12]  *See* Exhibit C, exhibit 5, pp. 5, 11.

| Committee's Analysis | The Facts/Evidence |
|---|---|
| In furtherance of its attempt to prove that Mr. Lu was unwilling to perform his job duties, the Committee cites an example of Mr. Lu being assigned work that was outside his area of expertise and inconsistent with his prior duties. Here is the first example:<br><br>"This is another example of a project that was available to you that you refused to perform."[13] | As the Committee knew when it proffered this misleading example, Mr. Lu is a scientist, and because there was no budget to support his work after the Change in Control, Mr. Rastegar asked Mr. Lu to perform tasks that were outside the scope of his responsibilities prior to the Change of Control.<br><br>For example, Mr. Rastegar assigned Mr. Lu mathematical projects and attempted to rebrand Mr. Lu as "a mathematician." In reality, Mr. Lu never worked on a mathematical project while performing his duties in AAET at Anadarko. He was neither required nor qualified to absorb duties and responsibilities that were outside of the scope of his expertise.<br><br>Taken as true, this particular example illustrates that Mr. Lu's duties and responsibilities were materially and adversely diminished as a result of the Change of Control. In an apparent effort to paper the file, Mr. Rastegar tried to replace Mr. Lu's ordinary job duties with work of a totally different character. This square-peg, round-hole maneuver is a shameless obfuscation that should be given no credence. |

---

[13]   Referencing <u>Exhibit C</u>, exhibit 13.

Occidental [Ping Lu] 000580

| Committee's Analysis | The Facts/Evidence |
|---|---|
| Here is the second example of the Committee trying to characterize different duties as the same and–based on that misrepresentation–claim that Mr. Lu simply did not want to do his job:<br><br>"While you indicated that you did not perform the research in the area and did not understand why you were being asked to present, someone with your level of skills and expertise should be able to digest and present the information. Asking you to do so was not outside of the scope of your duties and responsibilities, and your hesitation to participate further reflects that you were not willing to engage in work that was available to you. It also reflects that while you indicated that management and leadership skills were taken away from you, these opportunities continued to be made available."[14] | The Committee knows better. This is yet another example of Mr. Rastegar attempting to assign off-point work to Mr. Lu because there was not enough work for him to perform within the scope of his duties and responsibilities after  the Change of Control. Mr. Rastegar emailed Alex Bayeh and Mr. Lu the following: "I'd like to invite you both to visit Greenway Plaza this coming Monday to present your work on log and seismic interpretation/compressed sensing/toppicking/fault detection etc. Let's make the presentation very detailed and technical as I'm trying to give the rest of the team in Greenway Plaza [a chance] to see your projects." Neither Mr. Bayeh or Mr. Lu were responsible for the work that Mr. Rastegar refers to in his email as "your work." Mr. Rastegar also asks that Mr. Bayeh and Mr. Lu make the presentation "very detailed and technical" and again characterizes the work Mr. Bayeh and Mr. Lu did not do as "your projects." This is why Mr. Lu's supervisor, Jeremy Graybill, contacted David Bowlby to express his concerns about Mr. Rastegar assigning Mr. Lu presentations on work that he did not perform (because it was far afield from his duties).<br><br>In an email, Mr. Graybill expresses confusion because Mr. Lu and a colleague were being asked to give presentations about projects they were unfamiliar with: "The lack of information and the conflicting information is really difficult for people. As one example, Ping and Alex are confused why they were the ones invited by Reza to |

---

[14]   Referencing <u>Exhibit C</u>, exhibit 9.

| Committee's Analysis | The Facts/Evidence |
|---|---|
| | provide deep technical details in some domains where neither of them performed the work, when other individuals were not invited. That also leads to assumptions being made, when nobody has any information on what to expect for the future for themselves and their colleagues."<br><br>Mr. Graybill's email is consistent with the rest of the evidence, which establishes that Mr. Rastegar and Mr. Bowlby assigned duties and responsibilities to Mr. Lu that were never assigned to Mr. Lu prior to the Change of Control, and they did this to fill in the massive gaps left by his lack of work after the Change of Control. However, replacing one species of work with another cannot undo the fact that Mr. Lu's job duties and responsibilities were materially and adversely diminished after the merger. |
| The Committee misrepresented that the sale of Mozambique assets did not diminish Mr. Lu's duties. Here is one such false statement:<br><br>"You indicated that the sale of Mozambique to Total reduced your ability to research because the overall assets of the company were reduced…In your role, you worked on many different projects in the organization as they were prioritized by the organization. Changing projects does not change your duties and responsibilities. Thus, reducing the assets of the organization does not correlate with fewer research and development opportunities." | After the Mozambique assets were sold, Mr. Lu was removed from at least eight specific projects, each of which had clearly defined tasks and responsibilities that extended until late 2021. Thereafter, Mr. Lu was neither told what projects would replace this work nor assigned tasks that in fact filled the void. |

Occidental [Ping Lu] 000582

| Committee's Analysis | The Facts/Evidence |
|---|---|
| The Committee pretended that Mr. Lu was still supported by data engineers. Here is the specific misrepresentation:<br><br>"You stated that you lost all of the data engineers in your group. In speaking with Mr. Rastegar, we understand that while you initially had three people reporting to you, one data engineer was offered a position in Mr. Koster's group and was designated to continue to support your work." | In reality, neither Mr. Rastegar nor Mr. Koster nor anyone else ever told Mr. Lu that the data engineer transferred to Mr. Koster's group (Yuan Xiao) would continue to support Mr. Lu or his group. Before the Change in Control, Mr. Xiao was 100% dedicated to Mr. Lu's group. After the Change in Control, Mr. Xiao–who was transferred to Mr. Koster's group in October 2019–did not support Mr. Lu's group at all. Moreover, Mr. Xiao has not been asked to informally or unofficially support or collaborate with Mr. Rastegar's group during the year since Mr. Lu resigned for Good Reason. |

Occidental [Ping Lu] 000583

| Committee's Analysis | The Facts/Evidence |
|---|---|
| Elaborating on its misrepresentation that Mr. Lu's work was still going to be supported—by "team members," not necessarily the critical data engineers needed for his work, the Committee stated:<br><br>"Additionally, one additional team member was going to be reporting to you to support your work. Mr. Rastegar indicated that he communicated to you in person several times that your team would grow. However, you terminated employment during the Oxy transition period before this was able to happen." | There were no additional team members supporting Mr. Lu's group. Mr. Lu was never told or otherwise made aware of any plans for Oxy to hire a new team member for his group. Oxy also never specified what title, role, or qualifications the alleged prospective team member would have, much less that the team member would be a data engineer. Data engineers were a key part of research and development activities in AAET (one of Mr. Lu's primary job responsibilities prior to the Change of Control) and with none left, all research and development activities in Mr. Lu's group would eventually cease. Mr. Lu resigned with Good Reason within the time he was required to in order to remain eligible for benefits pursuant to the Plan. The Committee's contention that Mr. Lu should have waited until the speculative statement that Mr. Lu's team would grow came to fruition—without a shred of evidence to support holding out for such an event—is inconsistent with the requisite to resign for good reason within ninety-days of the triggering event. Over a year has passed since Mr. Lu's team was allegedly supposed to grow. The Committee did not review any evidence that Mr. Rastegar's speculation materialized, nor could it. Mr. Rastegar's group has not hired any additional team members nor transferred any existing employees to Mr. Lu's former team since his resignation for Good Reason. |

Occidental [Ping Lu] 000584

Health and Welfare Benefits Administrative Committee
December 30, 2020
Page 12 of 17

| Committee's Analysis | The Facts/Evidence |
|---|---|
| The Committee first misrepresented that the company supported Mr. Lu's publication opportunities and then blamed its denial of such opportunities on Mr. Lu. Here is the relevant quote:<br><br>"You indicated that you were required to withdraw publications and cease pursuing new opportunities…Mr. Rastegar was supportive of your publishing your paper but declined your participation in the conference due to the demands arising from the COC and the more urgent business tasks that you had been assigned." | As the Committee knew when it attempted to bend the truth, a condition precedent to Mr. Lu's ability to submit the paper was his ability to participate in the conference. Mr. Rastegar knew this because Mr. Lu told him this via email. By denying Mr. Lu the opportunity to attend or present at the workshop, Mr. Rastegar also forced Mr. Lu to withdraw his paper.<br><br>Further, and equally important, Mr. Rastegar admitted that Mr. Lu missed out on this opportunity as a result of "budget constraints" and not because Mr. Lu had more important matters to attend to. This not only debunks the Committee's justification but also proves one of Mr. Lu's points–his team's budget was substantially reduced (and in some areas completely zeroed out), and this in turn eliminated some of his duties and reduced others. |

Occidental [Ping Lu] 000585

| Committee's Analysis | The Facts/Evidence |
|---|---|
| The Committee then drew an unsupported assumption that Mr. Lu would be permitted to participate in future conferences:<br><br>"This in no way suggested that you would forever be barred from participating in conferences. Again, this was a transition period immediately following the COC and not indicative of how things would operate going forward." | As Mr. Lu explained in his claim for benefits, Mr. Rastegar also denied his request to attend and present a paper at a conference in December 2019, and never responded to Mr. Lu's request to organize trainings from Google Brain. Mr. Rastegar denied Mr. Lu's team members similar requests to attend workshops and pursue publications. It was clear how things would operate going forward. Mr. Lu would no longer have the duties and responsibilities of generating and presenting material at conferences and workshops, a key duty he had at Anadarko.[15]<br><br>Again, the Committee seems to attempt to avail itself of the benefit of foresight that Mr. Lu was not entitled to under the specific time-constraints of the Plan. Moreover, the Committee did not evaluate any actual evidence of "how things would operate going forward" being any different than Mr. Lu's experience. |

### E.  The denial of Mr. Lu's request for benefits

Mr. Lu's entitlement to benefits was made very clear in both his Good Reason inquiry form and his claim for benefits. The Committee's denial of Mr. Lu's request for benefits was improper for four separate reasons.

### 1.  The Committee's denial relied on false statements from people with a retaliatory motive.

The Committee's denial of Mr. Lu's request for benefits relied on inaccurate statements by Mr. Rastegar, Mr. Bowlby, and Mr. Koster, none of whom had first-hand knowledge of Mr. Lu's job duties before the Change of Control. On top of this, Mr. Rastegar, Mr. Bowlby, and Mr. Koster had all been subject to formal and/or informal complaints from Mr. Lu, Mr. Graybill, and others within Mr. Lu's group. Their characterizations of Mr. Lu's role after the Change of Control were biased and as outlined above, contained demonstrable falsehoods. Allowing these people to

---

[15]  *See* <u>Exhibit C</u>, exhibit 1, job description.

become the *de facto* decisionmakers in Mr. Lu's request for benefits was arbitrary and capricious because all of them had an obvious bias.

> **2. After approving benefits for others who were harmed by Mr. Rastegar's dishonesty, the Committee arbitrarily and capriciously relied on dishonest statements from Mr. Rastegar in denying Mr. Lu's request for benefits.**

As mentioned, Mr. Lu, and several others on his team (including his former supervisor, Jeremy Graybill) made numerous complaints about Mr. Rastegar. Mr. Graybill provided human resources, Mr. Bowlby, and other members of management with a thorough analysis of his concerns following the Change of Control, many of which stemmed from Mr. Rastegar's dishonesty. Below is an excerpt from one of Mr. Graybill's complaints to Mr. Bowlby regarding Mr. Rastegar:

> [Mr. Rastegar's] flip-flopping and lack of any consistency in his interviews was very pronounced and concerning to the entire team, as it showed them that they couldn't trust anything he was saying, one way or another. *He also provided different information to different individuals on similar topics, strategy, and policies, likely due to ulterior motives, which again led to the development of a deep mistrust across the team.* In addition, Reza bad mouthed people including yourself to several of my employees, stating that you were not very knowledgeable or smart. He also made disparaging remarks about individuals and teams within the Oxy business as well. All of these comments further eroded any trust or respect from the team, and led my entire organization to question his motives and ethics. Many of the team is even concerned about retaliation activities from Reza in the future, based on some of the things he has said and some of his actions to date, including *Reza mentioning finding ways to fire people for cause (without COC) if they didn't do as he said in the future roles which he would assign them to.*[16]

Mr. Graybill's complaints were corroborated by others, including but not limited to: Alex Bayeh, Natalia (Natalie) Berestovsky, Dingzhou (Ding) Cao, and Yanyan Zhang, all of whom received benefits at the same time under the Plan after a complaint against Mr. Rastegar was filed with Oxy's compliance department. Nonetheless, the Committee apparently "understood that the allegations made against Mr. Rastegar were unsubstantiated and that it was determined that no violations occurred."[17] Apparently the Committee's understanding did not rely upon a single document, because none were provided to Mr. Lu.

---

[16]   *See* <u>Exhibit C</u>, exhibit 17, emphasis added.

[17]   *See* <u>Exhibit E</u>, letter from Lisa Barton dated May 21, 2020, in response to Mr. Lu's request for all documents he was entitled to under the Plan.

It is hard to imagine that the swath of consistent complaints against Mr. Rastegar, who provided the bulk of the information relied upon by the Committee in reaching their decision to deny Mr. Lu's benefit claim, "are not relevant to" Mr. Lu's claim appeal.[18] On top of this, similar concerns were raised about Mr. Bowlby, the other primary contributor to the Committee's decision to deny Mr. Lu's benefits.[19] Based on the lack of documents provided to Mr. Lu, the Committee was unaware of the complaints and potential investigation against Mr. Bowlby either.

### 3. Oxy has refused to provide Mr. Lu with documents regarding the Committee's decision to award benefits for similarly situated claims.

More than once, Mr. Lu requested all of the documents he is entitled to under the Plan. He has specifically requested the documents relating to the job duties and approval of benefits of similarly situated former coworkers, including Alex Bayeh, Natalie Berestovsky, and Ding Cao, who were managers of the data science team.

In response, Oxy has refused to provide Mr. Lu with these documents because it unilaterally deemed them "not relevant." While I understand the Committee's decision is unique to the circumstances of each Plan participant, the documents Mr. Lu requested are nevertheless highly relevant because Mr. Rastegar and Mr. Bowlby are the two principal people on whom the Committee has relied upon in denying Mr. Lu's claim. Their statements regarding the duties and responsibilities of similarly situated employees following the Change of Control are clearly relevant, and Mr. Lu should be entitled to compare their previous statements (made in conjunction with the coworkers' claims) to the statements they have made in relation to his claim. If, as suspected, their prior statements are inconsistent with their more recent statements, then the Committee's ongoing denial of Mr. Lu's claim is unsupportable.

Because Oxy has provided no documents proving that the Committee reviewed and compared similarly-situated claims or the statements Mr. Rastegar and/or Mr. Bowlby provided in response to those claims, it can be inferred that the Committee did not consider this information before it denied Mr. Lu's claim. Before the Change of Control, the AAET department had five managers, including Mr. Lu. All four of the other managers received benefits after the Change of Control. In addition, 10 of 12 non-management members of Mr. Lu's team received benefits under the Change of Control. This raises a strong inference that the Committee's decision to deny Mr. Lu's claim was either not based on a thorough evaluation of Mr. Lu's claim or was made with flagrant disregard for the evidence. In either scenario, the decision was arbitrary and capricious.

---

[18]  *See* <u>Exhibit E</u>.

[19]  *See* <u>Exhibit C</u>, exhibit 16. (Regarding complaints made about Mr. Rastegar to Mr. Bowlby: "The individuals on my team have not been pleased with David's response, and do not feel that their concerns have been heard at all.").

**4. The Committee relied on unsubstantiated information about potential future job duties that would be given to Mr. Lu after he was required to resign for Good Reason.**

Mr. Lu was required to initiate the termination of his employment within 90 days of the event triggering his right to terminate for Good Reason—in his case, a material and adverse diminishing of his job duties after the Change of Control. Immediately following the Change of Control on August 8, 2019, Mr. Lu's job duties were materially and adversely diminished. Accordingly, he did exactly what the Plan required in order to preserve his rights when he resigned for Good Reason on November 1, 2019—85 days after it became clear that his new job looked nothing like his old job.

The Committee's denial of Mr. Lu's claim for benefits is replete with "woulds"—crystal ball predictions about what duties Mr. Lu might have had at Oxy if he had only continued to hold out hope for the tides to turn once his eligibility to apply for benefits under the Plan had expired. Mr. Lu's claim for benefits was based on the reality he experienced—a material and adverse reduction of job duties and responsibilities, with no indication that his team was going to suddenly grow or win back the millions of dollars that had been slashed from the budgets that funded his work.

Perhaps more egregious is the fact that the Committee did not rely on any *concrete evidence* that Mr. Lu's role would grow in the manner prophesied by Mr. Rastegar and Mr. Bowlby. Even in the months that have passed since Mr. Lu's termination for Good Reason and the Committee's consideration of his claim, the Committee has yet to furnish a single page of documentary evidence to support the notion that Mr. Lu's team was growing or would grow or that the material and adverse reduction of duties and responsibilities Mr. Lu experienced was just part of a "transition period" that was "not indicative of how things would operate going forward."[20]

In the year that has passed since Mr. Lu's resignation for Good Reason, none of Mr. Lu's former team members absorbed any of the duties Mr. Rastegar or Mr. Bowlby insisted Mr. Lu would have. This is why the overwhelming majority of Mr. Lu's team was given benefits after the Change of Control because, like Mr. Lu, colleagues experienced a material and adverse diminishing of duties. Nobody was hired to fill Mr. Lu's role, and nobody took on the speculative duties that Mr. Rastegar and Mr. Bowlby told the Committee Mr. Lu was going to have after the "transition period." Hollow assurances fall short of good faith, especially when they are negated by hard evidence, and Mr. Rastegar and Mr. Bowlby's speculation should be given no weight.

<p style="text-align:center"><strong>CONCLUSION</strong></p>

---

[20] *See* Exhibit D.

Health and Welfare Benefits Administrative Committee
December 30, 2020
Page 17 of 17

Mr. Lu was clearly entitled to benefits pursuant to the Plan when he resigned for Good Reason on November 1, 2019. He submitted a detailed Good Reason Inquiry Form, followed by a thorough Claim for Severance Benefits. The Committee denied Mr. Lu's claim by ignoring the black and white evidence, and relying on the false narratives provided by Mr. Rastegar, Mr. Bowlby and Mr. Koster.

Mr. Lu is entitled to severance benefits under the Plan. He has fulfilled his obligations and urges the Committee to fulfill its obligations. A thorough review of this appeal and its attachments overwhelmingly support Mr. Lu's entitlement to benefits. Any other finding would be arbitrary, capricious, unjust, and inconsistent with the Plan. Mr. Lu seeks his severance benefits without further delay and urges the Committee to make the right decision.

Sincerely,

David M. Minces

# EXHIBIT A

Occidental [Ping Lu] 000591

**From:** "Barton, Lisa H." <lisa.barton@morganlewis.com>
**Date:** May 21, 2020 at 10:36:32 AM CDT
**To:** Ping Lu <xiaomadawolewo@gmail.com>
**Subject: RE:  Document Request Response**


Good morning!  You are correct in your understanding of the timing for providing your appeal – subject to what I added below.  It is the "earlier of" the two dates you provided.

Also attached is the response to your document request.  Please let me know if you have any questions.

Best,

Lisa

**Lisa H. Barton**
**Morgan, Lewis & Bockius LLP**
One Federal Street | Boston, MA 02110-1726
Direct: +1.617.341.7522 | Main: +1.617.341.7700 | Fax: +1.617.341.7701 | Mobile: +1.412.418.3640
lisa.barton@morganlewis.com | www.morganlewis.com
Assistant: Patricia A. Romzy | +1.412.560.3331 | patricia.romzy@morganlewis.com


**From:** Ping Lu <xiaomadawolewo@gmail.com>
**Sent:** Tuesday, May 12, 2020 12:52 PM
**To:** Barton, Lisa H. <lisa.barton@morganlewis.com>

Occidental [Ping Lu] 000592

**Cc:** peter lu <xiaomadawolewo@gmail.com>
**Subject:** Re: Document Request Response

[EXTERNAL EMAIL]

Dear Lisa,

I have not heard back from you regarding my email on May 6, 2020. I am writing to confirm that my request for review **is not due until the earlier of (i) 120 days after the pandemic is declared over or (ii) May 12, 2021.** I understand you are still getting clarification about the exact due date. I would appreciate a response regarding the new due date and the additional documents I requested at your earliest convenience. Thank you!

Best regards,

Ping

On Wed, May 6, 2020 at 10:57 PM Ping Lu <xiaomadawolewo@gmail.com> wrote:

Dear Lisa,

Thank you for your response. I understand you cannot confirm if my request for review must be filed by May 12, 2021, but to clarify, the earliest my request would be due is 120 days from the date the Department of Labor or IRS ends the COVID-19 national emergency, correct? So, practically speaking, the earliest my request for review is due would be 120 days from tomorrow?

In the interim, I would like to re-urge my request for the following documents:

1. Documents relating to any investigation of my former supervisor Reza Rastegar. It was my understanding that my former coworkers had similar complaints about Reza and that he was investigated on at least one occasion as a result. My former coworkers and I were not provided with updates regarding the outcome of any investigation into our complaints.

2. Documents relating to Alex Bayeh, Dingzhou Cao, Natalie Berestovsky, and Yanyan Zhang's job duties before and after the change of control.

3. Documents relating to Oxy's decision to award Alex Bayeh, Dingzhou Cao, Natalie Berestovsky, and Yanyan Zhang severance benefits.

Best regards,

Ping

On Wed, May 6, 2020 at 3:44 PM Barton, Lisa H. <lisa.barton@morganlewis.com> wrote:

Ping,
Good afternoon! We had not responded because we were reviewing new guidance from the Department of Labor regarding claim/appeal deadlines.

**Occidental [Ping Lu] 000593**

As you know, you were originally required to submit notice of your appeal by May 12, 2020. Now, in response to the COVID-19 pandemic, the DOL has extended the amount of time you have to appeal your claim. You have until 120 days after the announced end of the COVID-19 National Emergency (or other deadline established by the Department of Labor/Internal Revenue Service) or May 12, 2021, if earlier, to file your appeal. Unfortunately, we do not currently know when the end of the COVID-19 National Emergency will be announced. Therefore, we cannot confirm at this time if your claim appeal must be filed by May 12, 2021 or an earlier date.

Please let me know if you have any questions.

Best,

Lisa

**Lisa H. Barton**
**Morgan, Lewis & Bockius LLP**
One Federal Street | Boston, MA 02110-1726
Direct: +1.617.341.7522 | Main: +1.617.341.7700 | Fax: +1.617.341.7701 | Mobile: +1.412.418.3640
lisa.barton@morganlewis.com | www.morganlewis.com
Assistant: Patricia A. Romzy | +1.412.560.3331 | patricia.romzy@morganlewis.com

**From:** Ping Lu <xiaomadawolewo@gmail.com>
**Sent:** Tuesday, May 5, 2020 9:54 AM
**To:** Barton, Lisa H. <lisa.barton@morganlewis.com>
**Cc:** peter lu <xiaomadawolewo@gmail.com>
**Subject:** Fwd: Document Request Response
[EXTERNAL EMAIL]
Dear Lisa,
I hope you are doing well. I am writing to follow up on my time-sensitive email below from April 29. Thank you.
Best regards,
Ping
---------- Forwarded message ---------
From: **Ping Lu** <xiaomadawolewo@gmail.com>
Date: Wed, Apr 29, 2020 at 12:24 PM
Subject: Re: Document Request Response
To: Barton, Lisa H. <lisa.barton@morganlewis.com>
Cc: peter lu <xiaomadawolewo@gmail.com>

Dear Lisa,
Thank you for your prompt response. I would like to also request the following documents:

1. Documents relating to any investigation of my former supervisor Reza Rastegar. It was my understanding that my former coworkers had similar complaints about Reza and that he was investigated on at least one occasion as a result. My former coworkers and I were not provided with updates regarding the outcome of any investigation into our complaints.

2. Documents relating to Alex Bayeh, Ding Cao, and Natalie Berestovsky's job duties before and after the change of control.

Occidental [Ping Lu] 000594

3. Documents relating to Oxy's decision to award Alex Bayeh, Ding Cao, and Natalie Berestovsky severance benefits.

I would also like to request an extension to submit my request for review due to the COVID-19 pandemic and the amount of time that passed before I was provided documents relevant to my claim.

Best regards,

Ping

On Mon, Apr 27, 2020 at 8:53 AM Barton, Lisa H. <lisa.barton@morganlewis.com> wrote:

The Health and Welfare Benefits Administrative Committee reviewed the summary, your claim documents (which I did not send back to you because they were so voluminous and we believe you have them) and the attached documents that were originally presented to the Good Reason Subcommittee. We also sent you emails – which you did not mention below – so I'm reattaching. If you would like me to re-send you a copy of your claim documents, please let me know.

This includes all of the documents. Please let me know if you have any questions. We also sent the documents to you via regular mail.

Lisa

**Lisa H. Barton**
**Morgan, Lewis & Bockius LLP**
One Federal Street | Boston, MA 02110-1726
Direct: +1.617.341.7522 | Main: +1.617.341.7700 | Fax: +1.617.341.7701 | Mobile: +1.412.418.3640
lisa.barton@morganlewis.com | www.morganlewis.com
Assistant: Patricia A. Romzy | +1.412.560.3331 | patricia.romzy@morganlewis.com


**From:** Ping Lu <xiaomadawolewo@gmail.com>
**Sent:** Friday, April 24, 2020 11:20 AM
**To:** Barton, Lisa H. <lisa.barton@morganlewis.com>
**Cc:** peter lu <xiaomadawolewo@gmail.com>
**Subject:** Re: Document Request Response

[EXTERNAL EMAIL]

Dear Ms. Barton,

Thank you for providing these documents. I received the Severance Plan, Summary Plan Description, your letter from April 22, 2020, a summary of my claim, and my claim letter with attachments. In your letter you mention email correspondence and documents presented to the Health and Welfare Benefits Administrative Committee. I do not believe these were included in the documents you provided to me, unless the only document presented to the Committee (in addition to the Plan documents and my claim letter with attachments), was the summary of my claim.

Please confirm that you have provided me with all of the documents I am entitled to receive free of charge under the Plan, as referenced in the denial letter sent to me on March 13, 2020. I would appreciate a response within the next week because the deadline to submit my request for review is quickly approaching. Thank you.

Best regards,

Occidental [Ping Lu] 000595

Ping

On Wed, Apr 22, 2020 at 7:53 PM Barton, Lisa H. <lisa.barton@morganlewis.com> wrote:

This is being sent on behalf of the Health and Welfare Benefits Administrative Committee. Please let me know if you have any questions. We are also sending via hardcopy.

**Lisa H. Barton**
**Morgan, Lewis & Bockius LLP**
One Federal Street | Boston, MA 02110-1726
Direct: +1.617.341.7522 | Main: +1.617.341.7700 | Fax: +1.617.341.7701 | Mobile: +1.412.418.3640
lisa.barton@morganlewis.com | www.morganlewis.com
Assistant: Patricia A. Romzy | +1.412.560.3331 | patricia.romzy@morganlewis.com

DISCLAIMER
This e-mail message is intended only for the personal use of the recipient(s) named above. This message may be an attorney-client communication and as such privileged and confidential and/or it may include attorney work product. If you are not an intended recipient, you may not review, copy or distribute this message. If you have received this communication in error, please notify us immediately by e-mail and delete the original message.

5

Occidental [Ping Lu] 000596

# EXHIBIT B

Occidental [Ping Lu] 000597

### ANADARKO PETROLEUM CORPORATION
### CHANGE OF CONTROL SEVERANCE PLAN
### GOOD REASON INQUIRY FORM

On August 8, 2019, Occidental Petroleum Corporation ("Oxy") acquired Anadarko Petroleum Corporation ("Anadarko") pursuant to that certain merger agreement by and among Anadarko, Oxy and a subsidiary of Oxy ("the Merger Agreement"), which acquisition constituted a Change of Control under the Anadarko Petroleum Corporation Change of Control Severance Plan (the "COC Plan"). Among other things, the COC Plan provides that Participants may resign their employment within 90 days of a Good Reason event occurring and receive Separation Benefits from the COC Plan. The option to resign for a Good Reason event is available only for such events occurring before August 9, 2020.

The COC Plan allows Participants to resign their employment and claim Severance Benefits under the COC Plan if the Participant incurs a Good Reason event. This Good Reason Inquiry Form ("Form") has been approved by the Plan Administrator to allow Participants to inquire as to whether they have incurred a Good Reason event without having first resigned employment. All capitalized terms in this Form have the meaning provided for in the COC Plan unless a definition is provided in this Form.

If you believe you have experienced a "Good Reason" event as defined under the COC Plan and you have not resigned your employment, please complete and submit this Form to the address below. For more information about the Good Reason provision, including a discussion and examples, please click here. As stated in the Summary Plan Description, you may be entitled to Separation Benefits "*if your employment terminates for Good Reason within one year after the occurrence of a Change of Control, **provided that you initiate the termination of your employment** within 90 days of the event triggering your right to terminate for Good Reason.*" **By signing and submitting this Form, you confirm your desire and intent to initiate the termination of your employment**.

All determinations of Good Reason will be made by the Plan Administrator in its sole discretion. Please note that the Plan Administrator, in evaluating this Form, may communicate with your supervisor and other individuals who might have knowledge of facts relating to whether a Good Reason event has occurred. As such, your submission of this Form should not be considered a confidential or private matter.

In those cases where the situation is clear and the Plan Administrator can readily determine that a Good Reason event has occurred, you will be promptly notified that the circumstances you reported constitute a Good Reason event under the COC Plan. Company management will contact you separately regarding your last day of work ("Last Day"). Your Last Day will be determined by the Company in order to provide for an orderly transition, but in no case will your last day of work be later than 90 days after the Good Reason event occurred.

At any time prior to your Last Day, you may rescind your resignation by sending a notice to GoodReason@oxy.com stating that you rescind your Good Reason resignation. If you timely

rescind your Good Reason resignation, you will remain an employee under the same terms and conditions and with continued participation under the COC Plan, except that you will not be able to assert the Good Reason event submitted in this Form as a severance event under the COC Plan (if 90 days have passed since it occurred).

In cases that are less clear or are lacking in merit, the Plan Administrator will advise you that it cannot be readily determined that a Good Reason event has occurred.  You then have the option, in your complete discretion, of resigning your employment within 90 days of the Good Reason event that you believe may have occurred and filing a formal claim for benefits as a Claimant under Section 9.2 of the COC Plan.  Your claim for benefits will then be administered by the Plan Administrator under Article IX of the COC Plan document.

In all cases of Good Reason assertion, in order to receive Severance Benefits under the COC Plan, (i) the Plan Administrator must determine that a Good Reason event has occurred, (ii) you must terminate your employment within 90 days of the occurrence of the Good Reason event, and (iii) you must execute and not revoke the release of claims agreement that will be provided by Oxy.

For additional information on the process of making a Good Reason Inquiry, please also here.

| **Name:** Ping Lu | **Employee ID:** 156083 |
|---|---|
| **Address:** 124 South Brooksedge Circle | |
| **City:** The Woodlands | **State:** Texas | **Zip:** 77382 |
| **Title:** Manager of Data Science & Advanced Analytics | **Work Location:** The Woodlands, Texas |
| **Supervisor Name:** Reza Rastegar | |
| **Email Address:** xiaomadawolewo@gmail.com | |

Under the COC Plan, you may be eligible for Severance Benefits if, **prior to August 9, 2020**, you experience any of the events detailed in the chart below.  Please indicate which Good Reason event you believe applies to your situation, including the date on which such event first occurred, and provide any and all additional details in the space provided on page 3.  If you need more space, please attach an extra sheet.

Date on which you believe the Good Reason event first occurred:  August 12, 2019

| ✓ | Your duties and responsibilities were materially and adversely diminished in comparison to your duties and responsibilities immediately prior to closing |
|---|---|
| | Your Base Salary was materially reduced in comparison to your Base Salary immediately prior to closing |
| | The aggregate value of your Base Salary plus Total Target Incentive Compensation was materially reduced in comparison to the aggregate value of your Base Salary plus Total Target Incentive Compensation immediately prior to closing |

Page **2** of **6**

| | You are required to be based at a location more than 25 miles from the primary location where you were based and performed services immediately prior to closing |
|---|---|
| | You were required to take an assignment or position that requires travel on frequent overnight trips resulting in extended stays away from home on a consistent basis and to a substantially greater extent than immediately prior to closing (this excludes assignments or positions that might require temporary travel for a specified, short duration of time, regardless of whether such assignment or position is the result of circumstances related to the transactions contemplated by the Merger Agreement) |
| | You are required to perform in a job position, or a substantial job assignment, for which you are not skilled or trained |

Provide any and all additional detail supporting the Good Reason event in the space below:

I have led R&D efforts within the Data Science team for over two years. In April 2019, prior to the acquisition, I was promoted to Manager of Data Science & Advanced Analytics. My duties have been materially and adversely diminished since closing. In my role prior to the acquisition the responsibilities listed on the attached job description (Exhibit 1) were representative of my duties. I no longer have any of the responsibilities listed in Exhibit 1.

Before the closing I was consistently busy and had enough tasks to fill and often exceed a 40 hour workweek. Since closing I only have enough work to keep me busy for about 4-6 hours per week.

I have attached a detailed explanation of my diminished duties that includes specific examples.

*[Signature Page to Follow]*

Page **3** of **6**

Occidental [Ping Lu] 000600

Occidental [Ping Lu] 000601

**SIGNATURE**

By signing this Form, I agree that submitting this Form serves as my notice of resignation and that submitting this Form does not guarantee that I will receive severance benefits under the COC Plan. If the Plan Administrator determines that a Good Reason event has occurred, I understand that I will be resigning my employment on the Last Day identified by the Company but that I will have the option of rescinding my resignation as set forth in this Form.

I acknowledge that this is not a claim for benefits under Section 9.2 of the COC Plan.  I further acknowledge that I have received and have read the *Anadarko Petroleum Corporation Change of Control Severance Plan Summary Plan Description* and the *Anadarko Petroleum Corporation Change of Control Severance Plan document.*

By: _Ping Lu_____

Printed Name: _Ping Lu_____

Date: _November 1, 2019_____

**Submit your completed form to: GoodReason@oxy.com or APC Change of Control Severance Plan, 5 Greenway Plaza, Suite 110, Houston, TX 77046, Attn: Health and Welfare Benefits Administrative Committee.**

Occidental [Ping Lu] 000602

**FOR ADMINISTRATIVE USE ONLY**

| **Name:** | **Employee ID:** |
|---|---|

| | |
|---|---|
| Employee-reported date of Good Reason event (from page 1) | |
| Company date of Good Reason Event, if different | |
| Confirmation of Good Reason event by Company (yes or no) | |
| 90 days from Good Reason event (last day worked cannot be later than this date) | |
| Employee termination date, as determined by supervisor | |
| Notification sent to employee (indicate date) | |

Occidental [Ping Lu] 000603

# EXHIBIT 1

Occidental [Ping Lu] 000604



# JOB DESCRIPTIONS: AAET DATA SCIENCE

---

DIRECTOR OF DATA SCIENCE & ADVANCED ANALYTICS

MANAGER OF DATA SCIENCE & ADVANCED ANALYTICS

AAET DATA SCIENTIST

AAET DATA ENGINEER



Anadarko Technology │ Advanced Analytics & Emerging Technologies                                           1

Occidental [Ping Lu] 000605



## MANAGER OF DATA SCIENCE & ADVANCED ANALYTICS

### SUMMARY

The AAET group serves as a centralized innovation and excellence organization responsible for identifying and developing Advanced Analytics and Emerging Technologies which provide differentiating capabilities across Anadarko's business.

The Manager of Data Science & Advanced Analytics leads the Data Science efforts for various AAET initiatives, working very closely with counterparts in the Geoscience and Petroleum Engineering domains within AAET and Geoscience Technology, along with AAET's Application Development organization, in leading applied research and development in generating advanced data driven solutions for challenging and high impact problems within the E&P operations domains.

### QUALIFICATIONS

- Strong background and broad expertise in Data Science disciplines, including Mathematics, Statistics, Computer Science, Machine Learning, Data Engineering, Spatial Analytics, and/or Applied Physics
- Strong quantitative and problem-solving skills, including strong mathematical, statistical, and technical knowledge and skills
- Demonstrated ability to lead and deliver applied research and development projects for new technologies in oil and gas
- Recognized thought leadership and technical expertise with established credibility both internally and externally
- Strong programming and scripting skills, with languages such as Python, C#, C++, and Java
- Strong experience with modern ML and Deep Learning frameworks including TensorFlow, PyTorch, Keras, Theano, and Caffe
- Strong experience with modern ML and Data Science libraries including Pandas, Numpy, Scikit-Learn, NLTK, Seaborn, Dplyr
- Excellent understanding of ML techniques & algorithms, such as ANNs, SVM, GBM, Decision Forests, k-NN, Naive Bayes, etc.
- Master's Degree and/or PhD strongly preferred in Computer Science, Computational Mathematics, Applied Mathematics, Statistics, Engineering, Physics, or related quantitative field

### RESPONSIBILITIES

- Work intimately and collaboratively with business SMEs (Petroleum Engineers and Geoscientists) in leading advanced applied research and development for challenging and high impact problems within the E&P operations domains
- Lead the execution of a wide range of projects across core focus areas of AAET, leveraging significant data and real-time surveillance within the operational, production, and financial domains, for all core E&P business functions (US Onshore, GOM, and International), to deliver tangible business value
- Lead algorithm deployment and maintenance for E&P project domains including seismic acquisition, processing, inversion, and interpretation; subsurface characterization, field development, planning, and optimization; geologic and petrophysical analysis, offshore advanced process analytics, and digital operations
- Provide leadership within various Data Science & Advanced Analytics sub-functions, including Data Science Advanced Research & Development, Data Science Center of Excellence, Data Science Fleet Performance Optimization, Data Science Technology Advancement, Data Strategy & Analytics, and Embedded Data Science & Analytics teams
- Leverage statistical analysis, mathematical modeling, pattern recognition, and ML and deep learning frameworks (including TensorFlow, PyTorch, and Keras) towards recommending, selecting, developing, and integrating any Artificial Intelligence, Machine Learning, and Deep Learning algorithms and approaches required to provide requested capabilities
- Network internally and externally to build relationships that foster technology transfer and collaboration
- Work with external technology organizations including joint industry projects, external industry technology organizations, and key university departments through research consortiums, to improve digital capabilities
- Lead the promotion of digital transformation, training and development of other Data Scientists, Citizen Data Scientists, and other peers throughout the organization
- Lead advanced analytics projects using ML and Deep Learning, heavily utilizing GPU hardware stacks (including dedicated DGX boxes) and Google Cloud Platform infrastructure (Cloud Composer, CMLE, GKE, BigQuery, DataFlow, Pub/Sub, etc.)
- Pursue continuous learning, literature, and training opportunities, to keep up with academic and industry research and trends, and ensure that the most advanced technologies and capabilities are being leveraged and implemented
- Generate content for external publications and presentations in conference and scientific journals, participating and presenting in external conferences and meetings to promote Anadarko's name as a leader in technology

Occidental [Ping Lu] 000606

# EXHIBIT C

Occidental [Ping Lu] 000607

December 12, 2019

Health and Welfare Benefits Administrative Committee
Occidental Petroleum Corporation
5 Greenway Plaza, Suite 110
Houston, TX 77046

Re:     Ping Lu – Claim for Benefits

Dear Committee,

My duties as the Manager of Data Science & Advanced Analytics were materially and adversely diminished since the change of control. Because of this, I resigned for good reason under Anadarko Petroleum Corporation's Change of Control Severance Plan on November 1, 2019.

At the time of my resignation, I was no longer tasked with any of the responsibilities in my job description.[1] This claim specifically details how numerous significant responsibilities I had before the change of control were eliminated after the change of control. I did not have enough responsibilities to even occupy a part-time workweek. The attached calendars for 2019 are just one illustration of how materially my job duties were diminished since the change of control in August.[2]

As you will see in this detailed letter and the exhibits attached, my resignation was involuntary and for good reason as defined by the Plan. The evidence of this is overwhelming and my entitlement to benefits under the Plan is the only accurate finding for my claim.

**Overview of the AAET and my role**

Advanced Analytics & Emerging Technology ("AAET") has four primary functional units (1) Data Science Team, (2) Engineering Team, (3) Emerging Geoscience Team, and (4) Geoscience Technology Team. I worked in the AAET department during my time at Anadarko Petroleum Corporation ("APC"). After the acquisition closed, Occidental Petroleum ("OXY") defunctionalized and decentralized the entire AAET team and disbursed the team members to individual functional groups within OXY.

The Advanced Analytics R&D team is a sub-team of the Data Science team. I was the manager of this team with four direct reports: one data scientist, one senior data scientist, one staff data engineer, one data engineer (contractor). We worked and collaborated closely with colleagues from the Geoscience Team and Geotechnology Team.

As APC's CEO Al Walker stated, "[t]he AAET will be an entrepreneurial organization focused on developing new technologies and next-generation capabilities. Including those for our digital operations, reservoir characterization and modeling, and geophysical analysis," the core functionality of AAET focusing on R&D is no longer a continuation after the acquisition.

---

[1] Exhibit 1, Job description.
[2] Exhibit 2, Outlook calendars for 2019.

Page 1 of 16

Occidental [Ping Lu] 000608

**I. OXY's cancellation of the Data Science Internship Program absolved me of the substantial duties I had relating to the program.**

One of my job duties at APC was to lead the promotion of digital transformation, training and development of other Data Scientists, Citizen Data Scientists, and peers throughout the organization. A major component of this job duty was the Data Science Internship Program.

In 2018 and 2019, my group was assigned four interns. I was actively involved in the internship program including assisting with the campus information session, recruiting session, interviewing sessions, proposing and determining projects for the interns, mentoring, management, project advisement, publications, and making decision on extending employment offers.

The Data Science Internship Program was a success. Below are some examples of our interns' work.

1. 2018 Intern Program

   a. Arkabandhu Chowdhury (Rice University, PhD student - Computer Science) worked on projects titled "Generation of synthetic geological seismic and label data using deep-learning model" during summer 2018.

   b. Mostafa Karimi (Texas A&M University, PhD student - Electrical & Computer Engineering) worked on projects titled "Development of deep convolutional neural network architecture for seismic interpretation" during summer 2018.

   c. Mostafa Karimi's developments enabled us to publish a paper at the Thirty-second Conference on Neural Information Processing Systems, held in Montreal in 2018.

2. 2019 Intern Program

   a. Xing Zhao (Texas A&M University, PhD student - Computer Science) worked on "Deep learning approach on seismic noise attenuation: case studies for gaussian noise and swell noise" during summer 2019.

   b. Xing Zhao's work was integral to two journal publications, one of which was published in "The Leading Edge" and another submitted to "Geophysics."

   c. Rebecca Li (University of Houston, PhD student - Computer Science) worked on projects titled "Seismic compressive sensing technology through deep learning models" during summer 2019.

   d. Rebecca Li's work during her internship led to the publication of a paper in "The Leading Edge" journal and a paper at the Thirty-third Conference on Neural Information Processing Systems held in Vancouver in 2019.

For the 2018 intern program, I was responsible for: (1) assigning interns' projects and mentors, (2) making decisions on extending employment offers to interns, and (3) providing recommendations for interns' projects. For the 2019 intern program, I was responsible for: (1)

Occidental [Ping Lu] 000609

assigning interns' projects and mentors, (2) making decisions on extending employment offers to interns, and (3) coordinating intern recruiting events.

Summer interns were critical to support my group's research activities and functionality, which were necessary for success and development. OXY would not be making any offers to APC's 2019 summer interns (as repeat interns or employees).

OXY delivered a recruiting presentation on August 28, 2019.[3] OXY ended the Data Science Internship Program and accordingly cancelled all of APC's scheduled campus informational sessions, recruiting sessions, and interviewing sessions. My former supervisor, Jeremy Graybill (Director of Data Science), provided the presentation information to those involved with the internship program before the change of control. Mr. Graybill described the program as "effectively dead."[4] OXY's human resources presentation was not provided to Anadarko's human resources department, nor did OXY provide it to me directly.

I was never given any documentation or had any conversations with Reza Rastegar (my direct supervisor after the change of control, Director of Data Analytics) or anyone else at OXY about the continuation of the internship program. The information communicated in OXY's August 28 presentation was the only information I was provided about the program.

Without having the internship program in 2020, the number of resources that can be dedicated to my research topics and projects in my group was largely reduced.

The cancellation of the Data Science Internship Program meant that I did not have any of the following job responsibilities that I previously had at APC:

    a.  Providing input into or making a decision on which Data Science candidates should be hired as returning interns for next summer, or as new hires after graduation.

    b.  Recruiting Data Science candidates at the various college campuses and through other recruiting efforts.

    c.  Interviewing Data Science candidates for summer 2020 internship opportunities, both through recruiting efforts and formal scheduled interviews.

    d.  Providing input and deciding which candidates will be selected to receive internship offers.

    e.  Extending offers to Data Science intern candidates.

    f.  Determining which Data Science projects the interns work on and preparing for the Data Science summer internship program.

---

[3] Exhibit 3, Fall Internship Recruiting Update.
[4] Exhibit 4, September 11, 2019 email from Jeremy Graybill.

Occidental [Ping Lu] 000610

g. Providing individual mentorship, management, project advisement, and general internship program mentorship and input throughout the program.

## II. Geophysical R&D was allocated $0 in the 2020 budget, which decimated my individual and collaborative research duties.

In my role at APC I was tasked with working with external technology organizations including joint industry projects, external industry technology organizations, and key university departments through research consortiums to improve digital capabilities. I was also in charge of leading algorithm deployment and maintenance for E&P project domains including seismic acquisition, processing, inversion, and interpretation; subsurface characterization, field development, planning, and optimization; geologic and petrophysical analysis, offshore advanced process analytics, and digital operations. These tasks require support through third party R&D.

During the past two years I was involved in the following activities, which required investments totaling well over $6.6 million.

a. AAET collaborated with Bluware to build a powerful, interactive interpretation package to deploy our geophysical deep-learning models. (over $750,000)

b. AAET and Schlumberger signed a contract to develop the Delfi environment where our deep-learning models could be deployed and a user-interface with GUI capability could be built for geophysicists to provide training labels and QC results from those models. ($750,000)

c. AAET spent approximately $5.1 million on the Geophysical R&D team during 2018 and 2019, including internal labor of $3.3 million and $1.8 million in capital and operating expenses.

d. AAET planned to collaborate with CGG on re-processing the BOA project to incorporate dirty salt/inclusions from APC's deep-learning predictions into vendor processing workflow.

e. AAET worked on a collaboration with WesternGeco to leverage the GPU technology in seismic processing for the BEVO project with the integration of the deep-learning models.

f. AAET planned to continue to participate in consortiums through the University of Texas at Austin – Bureau of Economic Geology and Georgia Tech University's ML4Seismic, as well as took considerations of joining consortiums through Stanford University, SEG SEAM AI, University of Leeds, Fraunhofer Institute

g. AAET collaborated with Halliburton for development of fault segmentation tool

h. AAET invested Topcoder for seeking solutions with fault segmentation solutions

Occidental [Ping Lu] 000611

During a meeting on September 6, OXY communicated its decision to reduce the investment for AAET project and product development from $37.5 million to $4.6 million (a reduction of 88%).[5] Specifically, all the Geophysical R&D projects have been held completely at a standstill, with no budget allocation for 2020.[6] Prior to the acquisition, APC had allocated $4 million to Geophysical R&D for the year 2020.[7]

Before the change of control, I was actively involved in the following Core R&D projects listed on the AAET website:[8]

    a.  Machine Augmented Seismic Interpretation

- DL- based seismic fault interpretation

- DL- based seismic salt interpretation

- DL- based seismic stratigraphic interpretation

    b.  Advanced Reservoir Characterization & Quantitative Interpretation Solutions

- ML- based seismic inversion

- ML- based noise attenuation

With the Geophysical R&D budget slashed to zero, all the on-going and backlogged R&D projects were suspended. After the change of control, I did not perform any duties related to the projects listed above. Like the Geophysical R&D budget, my responsibility for these R&D activities was reduced by 100%.

With a zeroed-out budget, all R&D research and collaborations with third parties were terminated. The deep-learning models that I had developed will no longer have commercial platforms to deploy in the future. The critical research projects that were no longer being funded were a major supplement to the R&D activities within my group. In addition, promotion of the technologies developed, one of my responsibilities at APC, had been totally eliminated.

**III. One of my key responsibilities, developing deep-learning models, was also terminated by the slashing of the Geophysical R&D budget.**

In my role at APC, I was leading the effort to develop deep-learning models for geophysical projects. There were several topics that have been identified as collaborations with the geophysical team at AAET, Geoscience Technology, and Asset teams. Prior to the change of control, the R&D geophysical projects that I was involved with were:

    a.  Channel detection for the assets in Mozambique, Horn Mountain, Ghana

---

[5] Exhibit 5, AAET Portfolio – Evaluation progress update, p. 4.
[6] Exhibit 5, p. 5.
[7] Exhibit 5, p. 11.
[8] Exhibit 6, AAET website "Core R&D" page.

Occidental [Ping Lu] 000612

    b.   Salt/Salt inclusion detection for the assets in GoM K2, BOA, BEVO

    c.   MTC detection for the assets in Columbia, GoM

    d.   Horizon pickings for the assets in GoM Cretaceous, Horn Mountain, Ghana

    e.   Sand thickness detection for the assets in Mozambique, Horn Mountain

    f.   Seismic bandwidth extension for the assets in Mozambique, Horn Mountain

    g.   AVO anomaly detection for the assets in Mozambique

    h.   Attenuations of multiples for the assets in GoM K2

All the in-flight and future projects were well defined prior to the change of control. My responsibilities for those projects were to: (1) roadmap for geophysical DL projects and (2) roadmap salt identification projects. As shown in the memorandum from CTO Sanjay Paranji to the Governance and Risk Committee, in November 2018, it was estimated that "2-3 years of R&D" would be "required to get through it all."[9]

After the change of control, the work I did on these projects ceased. Before the change of control, a significant portion of my daily work was spent on these projects. None of the eight listed projects were discussed after the change of control. I was not provided with any individual projects to fill this reduction and the only two projects assigned to my group were directly relevant to my team members' work, not mine. The "compressive sensing" and "deployment of fault detection" projects assigned by Klaas Koster (OXY's Chief Geophysicist) and Mr. Rastegar after the change of control do not have any tasks relevant to my duties, as described below.

    a.   **Compressive sensing.** Mr. Koster assigned the compressive sensing project to my team members Yanyan Zhang, Yuan Xiao, and Nikos Mitsakos. Mr. Koster did not assign me any work for this project in his emails to the team.[10]

       Mr. Koster sent several emails to Yanyan and Yuan asking them for input on the project. Mr. Koster also invited them to have a meeting with him at OXY's office. Mr. Koster did not request my input or my presence at the meeting.

       Mr. Koster explicitly expressed that he only wanted to see the DL compressive sensing reconstruction to apply to another dataset. Mr. Koster did not express or imply that he would like to continue any R&D collaborations even though the potential for this was brought to his attention. I had no responsibility on the project without any R&D collaboration.

    b.   **Deployment of fault detection.** Before the change of control, Yanyan was exclusively responsible the deployment tasks relevant to fault detections. Yanyan was solely responsible for relevant interactions with counterparts and performance of all data science

---

[9] Exhibit 7, Memorandum dated November 16, 2018.
[10] Exhibit 8, September 26, 2019 email chain from Klaas Koster.

Occidental [Ping Lu] 000613

work. After the change of control, Yanyan continued to maintain responsibility of the fault deployment work. I was not assigned any work on this project.

Mr. Rastegar requested that I present technical details about these projects to his team members during a group meeting on October 14, 2019. I was not involved in any work on these projects. Mr. Graybill emailed David Bowlby (VP Data Management & Analytics) and described that I was not involved in either of the projects. As Mr. Graybill explained, I was confused about why Mr. Rastegar invited me to present "deep technical details in some domains where neither of them performed the work, when other individuals were not invited."[11] Ultimately, Nikos presented the compressive sensing work, Yanyan presented the fault deployment work, and I presented the introduction of team members, deep-learning workflows and challenges.

## IV. OXY has reduced seismic licensing, which left me with limited access to data and hindered me from performing my research and publication duties.

At APC, my job required that I: (1) lead the execution of a wide range of projects across core focus areas of AAET, leveraging significant data within the operational and production domains for all core E&P business functions, to deliver tangible business value and (2) generate content for external publications and presentations in conference and scientific journals, participating and presenting in external conferences and meetings to promote APC's name as a leader in technology.

The Geophysical R&D research topics required large volumes of datasets to support my R&D activities. Access to these datasets provided me with the requisite background information for the development of deep-learning models designed for each individual research topic and integration of regional deep-learning models to commercial platforms. APC purchased access to all the seismic datasets from assets in the Gulf of Mexico and international assets including Mozambique, Ghana, Colombia, Argentina, and more.

OXY largely reduced the budget for licensing seismic data from major vendors in the Gulf of Mexico region. In addition, OXY no longer has ownership of the international assets, like Mozambique that was owned by APC, which has been sold to Total. OXY and Total continued to work towards closing the remaining transactions for African assets in Algeria, Ghana and South Africa pursuant to their agreement signed in August 2019. The investment on licensing of seismic data had been reduced by about 60% after the change of control. None of the licensed data for international areas had been relicensed and most of the onshore data was not relicensed either.[12]

Without continued licensing of the datasets, which I was able to access before the change of control, most of my research activities, particularly relying on the characterizations of the various seismic datasets, could not be conducted. Because of this, 80% of my research topics were terminated, since I could not successfully develop deep-learning models and test the ideas with developing models in the absence of these datasets.

Also, I was no longer able to publish scientific papers relevant to the data that had been sold to other companies or no longer continued to be licensed by OXY. For instance, the Mozambique dataset was used for publications for several research topics including channel, sand detection, and

---

[11] <u>Exhibit 9</u>, September 5, 2019 emails between Jeremy Graybill and David Bowlby.
[12] <u>Exhibit 10</u>, Email from Cody Comiskey (Supervisor of Geophysical Team) regarding seismic licensing.

Occidental [Ping Lu] 000614

bandwidth extension projects. Without access to these datasets, none of the publications, including any of the previous work developed and based on the African assets, could be developed in the future. One paper that had been accepted from The Leading Edge had to be withdrawn in November 2019 due to the lack of seismic licensing for Mozambique.

**V. I lost all geophysicist collaborators and as a result was no longer be able to develop deep-learning models for Geophysical R&D projects.**

In my position at APC, two of my duties were to (1) work intimately and collaboratively with business Geophysicists in leading advanced applied research and development for challenging and high impact problems within the E&P operations domains and (2) network internally and externally to build relationships that foster technology transfer and collaboration.

Prior to the acquisition, I closely collaborated with ten Geophysicists from AAET and Geophysics Technology. Creating deep-learning models for Geophysical R&D projects requires the input, support and time of geophysicists with specialized knowledge and expertise. Before the change of control, I depended on the following Geophysicists for research in specific areas.

  a.  Channel detection: Karilys Castillo and Cody Comiskey

  b.  Salt/Salt inclusion detection: Hunter Danque and Cody Comiskey

  c.  MTC detection: Matt Morris and Cody Comiskey

  d.  Horizon pickings: Matt Morris, Carrie Kidd and Cody Comiskey

  e.  Sand thickness detection: Stan Morris, Grace Yu, Scott Geauner, Lin Yang and Mike Seeber

  f.  Seismic bandwidth extension: Stan Morris, Grace Yu, Scott Geauner, Lin Yang and Mike Seeber

  g.  AVO anomaly detection: Olga Brusova, Karilys Castillo and Cody Comiskey

  h.  Attenuation of multiples: David Sixta, Jianxiong Chen and Mike Seeber

My ability to successfully perform this key duty depended on the expertise of geophysicists who defined the scope of geophysical R&D and built connections with the business units.

All ten of my prior collaborators have either taken volunteer or change of control severance packages, moved to Total, or report to a new business unit or the new functional group lead by Mr. Koster. During a meeting on August 21, 2019 Mr. Koster stated that his group does not support Geophysical R&D activities and that his team will not collaborate with Geophysical R&D.

Occidental [Ping Lu] 000615

Because collaborative efforts ceased with the change of control, my job duties no longer included the following:

    a. Planning meetings, which were held with Cody and Mike's team, to initiate R&D efforts between geophysicists and my team, by presenting the scope of the project, exchange opinions, and understand the feasibility of developing deep-learning models for the tasks.

    b. Interactions with prior collaborators or new collaborators from OXY. Mr. Koster directly delivers the data to my team.

    c. Providing my opinions and ideas based on technical information shared between R&D and geophysicists. Mr. Koster and his team members do not request my input nor provide me with technical information they have.

Because I no longer had partners to collaborate with, I was not able to develop any deep-learning models for Geophysical R&D projects. OXY does not have any plan to rebuild a centralized team to support collaborative activities.

**VI. After the change of control, I lost 100% of the Data Engineers on my team, reducing my ability to perform R&D activities and thwarting all R&D potential.**

A large part of my role at APC was providing leadership support to various positions within my team, including data engineering. My team before the change of control had two Data Engineers, Yuan Xiao and Jerry Xiao. Both had very strong coding capability and geophysical backgrounds.

Yuan was the first data engineer hired at AAET in June 2017. He was brought onboard to work closely with me to provide dedicated Geophysical R&D research data. All of the team members from my group and the geophysical group, myself included, relied heavily on Yuan's work. Yuan's work included:

    a. Managing the design and development of all seismic data workflows and pipelines to support my research activities.

    b. Connecting the gap between data scientists and geophysicists. The programs and codes developed by Yuan provided a significant backbone for my daily work.

    c. Assisting with all Geophysical R&D projects (including interns' projects), activities, and interactions.

    d. Engaging in collaboration activities with external vendors to develop tools to integrate the deep-learning capabilities for the developed geophysical projects.

Jerry Xiao focused on the Geophysical R&D projects by developing and conducting:

    a. Algorithms for seismic interpretation projects and supports for geophysicists.

    b. Research of 3D visualization and quality control tools for seismic data and deep-learning output.

Occidental [Ping Lu] 000616

c.  Support for deep-learning research activities (including interns' projects).

d.  Geologically synthetic models, which can be used for training the deep-learning models.

Jerry resigned on September 21, 2019. On October 17, 2019, Yuan was transferred to Mr. Koster's Geophysical group. There were no longer any Data Engineers working in my group. There were plans to hire any new Data Engineers for my group. Mr. Rastegar nor anyone else ever told me that OXY planned to hire another team member to report to me, nor that Yuan would continue to support me and my group. After Yuan was transferred to Mr. Koster's group, he was fully occupied by tasks in his new role, as a Senior Geophysicist. Prior to the acquisition, Yuan dedicated 100% of his time to my group and was involved in all the projects for my group. With no Data Engineers, all R&D activities were slated to eventually cease.

## VII. My team leadership responsibilities were significantly diminished because I was excluded from communications, meetings and activities in Geophysical R&D.

As a manager leading the Geophysical R&D activities, before the change of control, I was always invited and made aware of technical discussions with collaborators and my supervisor, as I was considered a technical lead. I was invited to all Geophysical R&D meetings and activities and involved with all Geophysical R&D projects. I was made aware of all project plans and collaborations.

Before the change of control, I was invited to make suggestions and decisions for project planning, research direction, joining consortiums, and reporting project progress (fault deployment). Some of my other leadership responsibilities included:

a.  Steering the research direction for internal project planning.

b.  Instructing the technical advisor regarding research direction for external collaborations.

c.  Interacting with researchers from University of Texas at Austin regarding R&D efforts.

d.  Presenting Geophysical R&D program to the Executive Committee.

e.  Attending the Joint Anadarko Executive engagement with Google at San Jose.

f.  Leading external R&D efforts in collaboration with Google.

Following the change of control, Mr. Koster and Yongfeng Li (Lead Technical Analytics) bypassed most of my leadership responsibilities. After the change of control, Mr. Koster sent several emails directly to my team members (Yanyan Zhang and Yuan Xiao), requesting that they perform deep-learning work. Mr. Koster did not copy me on these emails or communicate these assignments to me. Mr. Koster also requested Yuan's attendance at several of his team meetings without me ever being invited to or made aware of these meetings. On August 23, 2019, I raised concerns to my manager Jeremy Graybill about my team members being asked to attend meetings that I was not invited to or aware of. Despite my report, Mr. Koster and Mr. Li continued to email my team members directly, without copying me, requesting that they perform certain tasks and inviting them to meetings that I was unaware of.

Occidental [Ping Lu] 000617

On October 8, 2019, Mr. Koster sent emails directly to Yanyan and Yuan asking them to travel to OXY's office to have technical discussions. On October 9, 2019, Maksym Pryporov (Mathematical Scientist) sent a technical paper to Yanyan and Yuan for comments and suggestions without including me.[13] On October 21, 2019, Mr. Li directly called Yanyan asking her to perform a task without my knowledge.[14]

I was excluded from key communications related to my job duties. This undermined my position as a manager and my ability to keep abreast of the tasks my team members were performing. My responsibility to lead my team was materially reduced.

**VIII. My project assignments at OXY came with extremely reduced discretion and a much narrower scope than my responsibilities before the change of control.**

The responsibility of the advanced analytics R&D team is to focus on development of deep-learning models by providing the most advanced technologies and capabilities for the problems brought to my group. At APC, I had the freedom to initiate research topics and engage as much or as little as I felt necessary with existing projects. I was given the discretion to select the most appropriate approach to conduct the research in order to produce the most compelling results for projects. Below are numerous examples of some my initiatives before the change of control.

a. On November 10, 2017, I proposed the idea of starting a technical collaboration regarding fault extraction with Xinming Wu, a post-doctoral researcher from the University of Texas at Austin.

b. On March 12, 2018, I proposed my ideas and plans to Christian Noll (Manager of Emerging Geoscience), Mr. Graybill, and Sanjay Paranji (VP of Technology) about how to develop a deep-learning model to assist seismic projects.

c. On November 12, 2018, I initiated the bandwidth extension research topic and sought collaborations with the Geophysics team.

d. On January 15, 2019, I steered the direction of a research topic for collaborative efforts with the Geophysics team and planned next steps.

e. On February 12, 2019, I proposed to review the progress and next steps for research of bandwidth extension with the Geophysics team.

f. On March 11, 2019, I initiated the meetings with the Geophysics team to report progress and goals of collaborative projects. I also drafted a spreadsheet including all the current projects and tasks associated with Geophysical team and advanced Analytics R&D team.

g. On March 20, 2019, I introduced the idea of leveraging a deep-learning approach to geophysicists from Geoscience Technology to begin a collaboration for seismic inversion projects. Within this collaboration, I have determined the research direction, and assigned tasks to those involved in the collaboration including Geoscience Technology, the asset

---

[13] Exhibit 11, October 9, 2019 email from Maksym Pryporov.
[14] Exhibit 12, October 21, 2019 email from Yanyan.

Occidental [Ping Lu] 000618

team and my team. I served as the project manager in organizing and reporting progress to stakeholders on a quarterly basis.

h.  On March 21, 2019, I proposed and steered an effort to Cody Comiskey (Supervisor of geophysics), Mr. Noll, and Mr. Graybill to develop a global deep-learning model for fault detections.

i.  On April 3, 2019, I proposed a meeting with the Geophysics team to discuss the research topics and challenges regarding bandwidth extension with development of deep-learning models.

j.  On April 24, 2019, I provided my feedback and directions to Mr. Comiskey to address the backlog of geophysical projects.

k.  On May 15, 2019, I provided my feedback to Mike Seeber (Director of Geophysics), Mr. Graybill, Mason Dykstra (Director of Geoscience Technology), Stan Morris (Distinguish Geophysicist), David Sixta (Distinguish Geophysicist), Grace Yu (Senior Geophysicist), and Jianxiong Chen (Geophysicist) and managed the direction for the ongoing collaborated projects with Geoscience Technology.

l.  On May 29, 2019, I provided my feedback and directions to Mr. Comiskey regarding the roadmap of geophysical projects.

m.  I had the support of Mr. Graybill, Mr. Comiskey, and Mr. Noll, with my own discretion to decide if a project was suitable for the deep-learning approach or not.

After the change of control, I did not engage in any similar work or get delegated responsibilities analogous to those listed above.

All the deep-learning models that my team developed and applied to the Geophysical R&D projects during the past two years were compiled with the latest deep-learning frameworks−TensorFlow or PyTorch. All the developed deep-learning models heavily leverage the GPUs or TPUs and cloud technologies. After the change of control, the deep-learning method used at APC was made all but obsolete. OXY urged me and my team to use methods that were outside of our areas of expertise and allowed minimal discretion.

One example of this arose on the compressive sensing project, one of two projects assigned to my team. The compressive sensing project was not conducive to the deep-learning model used before the change of control. Yanyan and Yuan, the team members working on this task explained this to Mr. Koster on numerous occasions. After Yanyan and Yuan explained this to Mr. Koster, Mr. Rastegar asked me to provide a plan for the compressive sensing project. I also tried my best to explain to Mr. Rastegar numerous times about the reasons why I thought this project was very different from my team's developments and projects before the change of control. Mr. Rastegar and his team did not listen to me either.

Mr. Pryporov and Mr. Rastegar asked me to review and understand a paper that Mr. Proporov used to develop an algorithm that heavily involved mathematical formulas, and did not require the use of any GPU or deep-learning frameworks. The approach used in the paper was completely outside

Occidental [Ping Lu] 000619

the scope of my responsibilities and job description before the change of control, and was not within the framework of a data scientist's position.

Mr. Rastegar was frustrated when I told him that the task I was being asked to perform did not align with my skills or responsibilities. He insisted that I was a mathematician[15] and that using a mathematical approach to solve a compressive sensing task is relevant to my domain, however, I never worked on a mathematical project since I joined AAET in 2017. All of the projects I worked on before the change of control utilized a deep-learning model with GPU technology approach.

My prior supervisor, Mr. Graybill, sent a detailed email to Mr. Bowlby, who is Mr. Rastegar's supervisor, which discussed several ways the discretion and duties of Data Scientists, like myself, were narrowed and materially diminished after the change of control.[16] Unfortunately, Mr. Bowlby and Mr. Rastegar did not change course after Mr. Graybill's email. My duties continued to diminish and my role as a Data Scientist was reduced to that of a mathematician.

### IX. Post-acquisition budget cuts forced me to withdraw publications and cease pursuing new publication opportunities that were required of my position before the change of control.

At APC, I was tasked with generating content for external publications and presentations in conference and scientific journals, participating and presenting in external conferences and meetings to promote Anadarko's name as a leader in technology and encouraged to pursue continuous learning, literature, and training opportunities, to keep up with academic and industry research and trends, and ensure that the most advanced technologies and capabilities are being leveraged and implemented.

I was provided with the opportunities of attending, presenting, and publishing papers at several conferences, workshops, and journals at AAET during the past two and half years. AAET has reserved certain budget for attending conferences and taking training. In 2017, I attended the SEG International Exposition and 88th Annual Meeting and NIPS 2017: The Thirty-first Annual Conference on Neural Information Processing Systems. In 2018, I attended the eight conferences and workshops. In 2019, I attended six conferences and workshops before the change of control.

Before the change of control I was encouraged to write papers and submit publications. I provided technical support for ten publications. I was also encouraged to deliver technical presentations. Between 2017 and 2019, I presented seven times at various conferences and workshops across the United States. Before the change of control I participated in six consortiums. I attended three Google trainings and was given several opportunities to collaborate with Google's team.

Mr. Graybill, my supervisor before the change of control, encouraged my attendance and participation in conferences, workshops, and consortiums. After the change of control, Mr. Rastegar denied every request I made to attend conferences, which also adversely impacted my ability to have papers published.

The 2019 SEG 3rd International Workshop on Mathematical Geophysics: Traditional vs. Learning accepted a paper my team and I submitted before the change of control. The workshop was held

---

[15] Exhibit 13, October 23, 2019 emails between Mr. Rastegar and I.
[16] Exhibit 14, August 22, 2019 email from Mr. Graybill.

Occidental [Ping Lu] 000620

the week of November 4, 2019. My request to attend the workshop and present the paper was approved prior to the change of control. The expenses for this trip were also approved and reimbursed. On October 17, 2019, I emailed Mr. Rastegar for his approval to attend the event.[17] Mr. Rastegar declined my request. The reason he provided was budget constraints. I sent a follow-up email the next day. Mr. Rastegar again declined my request. Because of this, I was forced to withdraw my paper from the workshop. This is detrimental to the company's reputation and my own. I am also now at risk from being banned from publication at any future SEG event.

This was not an isolated denial. My team members were similarly denied requests to attend consortiums, workshops, and conferences. Another paper was accepted for a NIPS conference in December 2019. Mr. Rastegar also denied my request to attend this conference. I also suggested organizing trainings from Google Brain. Mr. Rastegar never responded.

My duties to generate publications, present, and promote further training and opportunities for myself and my team members was completely diminished.

**X. Mr. Rastegar's statements allegedly supporting the denial of my good reason inquiry were false and representative of his pattern of lying to me and ignoring my legitimate concerns.**

Mr. Rastegar provided information that OXY relied on to deny my good reason inquiry. During the time Mr. Rastegar was my supervisor, he lied, or at the very least made inconsistent statements, to me and my team members on numerous occasions. This pattern continued in the statements he made to the Good Reason Subcommittee. Below are some examples.

1. Mr. Rastegar said that I refused to work on assigned projects. This is simply not true. This comment to the Subcommittee was not the first time Mr. Rastegar said this. He sent me an email on October 23, 2019 alleging that I said this in a staff meeting in front of my team members. I responded to this email to clarify that I never made that statement. Mr. Rastegar never replied to my email. My prior performance reviews indicate that this would be extremely out of character for me and I am confident that my team members would confirm I did not say this during our meeting on October 10, 2019.

2. Mr. Rastegar stated that I "did not produce any significant results" to requests to apply my algorithms to OXY's geophysical data "for nearly three months." The first time I was on notice of any task related to compressive sensing was on September 26, 2019, when Mr. Koster asked my team members to perform it. Once I was told about the task, I followed up with Reza to provide explanations and suggestions about the feasibility of applying deep-learning model to this task, and interacted with his team members (Yongfeng Li and Maksym Pryporov) to understand the mathematical approach developed at OXY. On October 23, 2019, I was told by Mr. Koster that he was waiting for Yanyan to complete the fault deployment task, although this task was contingent upon the completion of the work from Geophysicist. I submitted my good reason inquiry form less than five weeks after the first request. This falls far short of the three months Mr. Rastegar claims I did not provide results within. I provided technical advice as soon as I was able to, which was contingent upon the work of my team members.

---

[17] <u>Exhibit 15</u>, Emails between Mr. Rastegar and I regarding an upcoming conference.

Occidental [Ping Lu] 000621

3. Mr. Rastegar told the Subcommittee that the internship program has not been cancelled. He indicated that he verbally told me this. He did not. The only information I was provided about the internship program is Exhibit 2 to this claim, which clearly does not align with Mr. Rastegar's claim that "no decision has yet been made."

4. Mr. Rastegar claims that one data engineer would continue to support me from Mr. Koster's group. This is not true and Mr. Koster himself has confirmed that his group will not support mine. Mr. Rastegar references an "additional team member" who was going to be reporting to me and supporting my work. I am not aware of any additional team member who would be supporting my work.

Mr. Rastegar assigned me tasks that were unrelated to my job responsibilities. When I did not understand the tasks and sought clarification, assistance, and/or told Mr. Rastegar that these tasks were not part of my role as a data scientist, Mr. Rastegar threatened to "find ways to fire me for cause" so that I would not be eligible for severance benefits.

My colleagues received similar treatment from Mr. Rastegar. Mr. Graybill's emails to OXY's human resources department[18] and to Mr. Bowlby and Barbara Bergerson (SVP Technical Support) voiced accurate concerns about Mr. Rastegar's treatment of me and my team members, as well as the material diminishing of our job duties.[19] Ms. Bergerson forwarded these emails to OXY's compliance department for investigation as well. I was not provided an update regarding human resources and compliance's investigation of Mr. Graybill's concerns.

While I understand that each good reason claim is analyzed on a case-by-case basis, I believe the similarly situated good reason claims from my team members are relevant to my claim. Three managers on the Data Science team (Alex Bayeh, Ding Cao, and Natalie Berestovsky) were told by Rosaliz Ufret (Director of HR at OXY) that they qualified for severance benefits because OXY cannot find a position for them in the new organization and their job duties were materially diminished. All three of them reported to Mr. Rastegar and had similar experiences to me. Ms. Berestovsky submitted a complaint to Human Resources. I am not sure if Human Resources' investigation of any of the complaints against Mr. Rastegar factored into the good reason claims granted to my team members. I have not been provided with the findings of any investigations. At a minimum, the multitude of corroborated complaints from those within and outside of my team demonstrate that Mr. Rastegar has been untruthful and is intent on ensuring that APC employees do not qualify for benefits under the change of control, whether they are entitled to under the Plan or not.

Donald Iacobell also provided the Good Reason Subcommittee with information that is inaccurate. To my knowledge, Mr. Iacobell did not know my actual job duties before or after the change of control.

**Conclusion**

I respectfully request that this claim, including all attachments, be reviewed completely and fairly, as required by the Plan. The information provided in this claim illustrates that following the change

---

[18] Exhibit 16, September 12, 2019 email from Mr. Graybill to Lindsay Kilcrease (Senior HR Business Partner).
[19] Exhibit 17, October 1, 2019 email from Mr. Graybill to Barbara Bergerson.

Occidental [Ping Lu] 000622

of control, my duties were materially and substantially diminished in almost every way. I ask that you find my resignation was involuntary and for good reason as defined by the Plan and accordingly conclude that I am entitled to severance benefits under the Plan. In light of the overwhelming evidence, this is the only logical conclusion.

Thank you for your consideration.

Sincerely,

*Ping Lu*

Ping Lu

Occidental [Ping Lu] 000623

# EXHIBIT 1

Occidental [Ping Lu] 000624



# JOB DESCRIPTIONS: AAET DATA SCIENCE

DIRECTOR OF DATA SCIENCE & ADVANCED ANALYTICS

MANAGER OF DATA SCIENCE & ADVANCED ANALYTICS

AAET DATA SCIENTIST

AAET DATA ENGINEER



Anadarko Technology │ Advanced Analytics & Emerging Technologies                    1

Occidental [Ping Lu] 000625



## MANAGER OF DATA SCIENCE & ADVANCED ANALYTICS

### SUMMARY

The AAET group serves as a centralized innovation and excellence organization responsible for identifying and developing Advanced Analytics and Emerging Technologies which provide differentiating capabilities across Anadarko's business.

The Manager of Data Science & Advanced Analytics leads the Data Science efforts for various AAET initiatives, working very closely with counterparts in the Geoscience and Petroleum Engineering domains within AAET and Geoscience Technology, along with AAET's Application Development organization, in leading applied research and development in generating advanced data driven solutions for challenging and high impact problems within the E&P operations domains.

### QUALIFICATIONS

- Strong background and broad expertise in Data Science disciplines, including Mathematics, Statistics, Computer Science, Machine Learning, Data Engineering, Spatial Analytics, and/or Applied Physics
- Strong quantitative and problem-solving skills, including strong mathematical, statistical, and technical knowledge and skills
- Demonstrated ability to lead and deliver applied research and development projects for new technologies in oil and gas
- Recognized thought leadership and technical expertise with established credibility both internally and externally
- Strong programming and scripting skills, with languages such as Python, C#, C++, and Java
- Strong experience with modern ML and Deep Learning frameworks including TensorFlow, PyTorch, Keras, Theano, and Caffe
- Strong experience with modern ML and Data Science libraries including Pandas, Numpy, Scikit-Learn, NLTK, Seaborn, Dplyr
- Excellent understanding of ML techniques & algorithms, such as ANNs, SVM, GBM, Decision Forests, k-NN, Naïve Bayes, etc.
- Master's Degree and/or PhD strongly preferred in Computer Science, Computational Mathematics, Applied Mathematics, Statistics, Engineering, Physics, or related quantitative field

### RESPONSIBILITIES

- Work intimately and collaboratively with business SMEs (Petroleum Engineers and Geoscientists) in leading advanced applied research and development for challenging and high impact problems within the E&P operations domains
- Lead the execution of a wide range of projects across core focus areas of AAET, leveraging significant data and real-time surveillance within the operational, production, and financial domains, for all core E&P business functions (US Onshore, GOM, and International), to deliver tangible business value
- Lead algorithm deployment and maintenance for E&P project domains including seismic acquisition, processing, inversion, and interpretation; subsurface characterization, field development, planning, and optimization; geologic and petrophysical analysis, offshore advanced process analytics, and digital operations
- Provide leadership within various Data Science & Advanced Analytics sub-functions, including Data Science Advanced Research & Development, Data Science Center of Excellence, Data Science Fleet Performance Optimization, Data Science Technology Advancement, Data Strategy & Analytics, and Embedded Data Science & Analytics teams
- Leverage statistical analysis, mathematical modeling, pattern recognition, and ML and deep learning frameworks (including TensorFlow, PyTorch, and Keras) towards recommending, selecting, developing, and integrating any Artificial Intelligence, Machine Learning, and Deep Learning algorithms and approaches required to provide requested capabilities
- Network internally and externally to build relationships that foster technology transfer and collaboration
- Work with external technology organizations including joint industry projects, external industry technology organizations, and key university departments through research consortiums, to improve digital capabilities
- Lead the promotion of digital transformation, training and development of other Data Scientists, Citizen Data Scientists, and other peers throughout the organization
- Lead advanced analytics projects using ML and Deep Learning, heavily utilizing GPU hardware stacks (including dedicated DGX boxes) and Google Cloud Platform infrastructure (Cloud Composer, CMLE, GKE, BigQuery, DataFlow, Pub/Sub, etc.)
- Pursue continuous learning, literature, and training opportunities, to keep up with academic and industry research and trends, and ensure that the most advanced technologies and capabilities are being leveraged and implemented
- Generate content for external publications and presentations in conference and scientific journals, participating and presenting in external conferences and meetings to promote Anadarko's name as a leader in technology

**Occidental [Ping Lu] 000626**

# EXHIBIT 2

Occidental [Ping Lu] 000627

◀ ▶   January 2019

Houston, Texas ▾    Today 88°F / 75°F   Tomorrow 86°F / 73°F   Monday 78°F / 58°F   Search Calendar

| SUNDAY | MONDAY | TUESDAY | WEDNESDAY | THURSDAY | FRIDAY |
|---|---|---|---|---|---|
| Dec 30 | 31<br>7:30am PTO, Thanks; Lu, Ping<br>8:30am Canceled: Geophysical ML Strat Interpretation - Daily Stand Up; *ALR-04MOBILEB (VC); Palmer, Scott [Enaxis Consulting] | **Jan 1, 19**<br>New Years Day<br>10:00am Canceled: AAET DS&AA Team Discussion; *ALR-04028 CONF (18, VC); Graybill, Jeremy | 2<br>7:30am PTO; Lu, Ping | 3<br>7:30amLu, Ping | 4<br>Schedule A - Friday Off |
| 6 | 7<br>1:00pm Canceled: ML-Inversion Deep Dive Slides Review; *ALR-04012 CONF (6, VC); Brusova, Olga | 8<br>7:30am GSH North Technical Breakfast - Seismic Reflection Imaging with DAS Data for Long Term Reservoir Surveillance (ROOM UPDATE); Allison Tower - Hall D; Perez, Maria<br>10:00am Canceled: AAET DS&AA Team Discussion; *ALR-04028 CONF (18, VC); Graybill, Jeremy | 9<br>2:00pm Bandwidth extension discussion; *ALR-21047 CONF (18) (Managed); Yu, Grace | 10 | 11<br>7:30am as<br>9:30am FW: Agenda review for GT/AAET mini conference; *ALR-04078 CONF (24,VC); Brusova, Olga |
| 13 | 14<br>9:00am Discussion for deep dive meeting; Ping's office; Lu, Ping<br>2:30pm Canceled: Bevo feedback discussion with WesternGeco; *ALR-04078 CONF (24,VC); Noll, Christian | 15<br>10:00am Canceled: AAET DS&AA Team Discussion; *ALR-04028 CONF (18, VC); Graybill, Jeremy | 16 | 17<br>8:00am   ODiSI training with Pat Connolly; AHT-11100 (Conference Rm. 6) ; Bru 5:00pm<br>8:30am Canceled: AAET Quarterly Business Review (QBR); ALR Conference Center ; RSC-Technology | 18<br>Schedule A - Friday Off |
| 20 | 21<br>10:30am Canceled: Slides Review for ML Inversion Deep Dive; *ALR-04044 CONF (3, VC); Brusova, Olga<br>1:00pm DRY RUN - Technology R&D Update; *ALR-04078 CONF (24,VC); John...<br>3:00pm Salt ML - Prep for Phase 1 & 2 Discussion; *ALR-04078 CONF (24,VC); P... | 22<br>10:00am Canceled: AAET DS&AA Team Discussion; *ALR-04028 CONF (18, VC); Graybill, Jeremy<br>2:00pm Decesionspace; Hunter's office; Lu, Ping | 23<br>Google EBC - Placeholder; Mountain View Campus; Keister, Eric<br>8:00am | 24<br>Rice Math Symposium | 25<br>9:30pm |
| 27 | 28<br>9:30am Salt ML Summary and Roadmap; *ALR-04078 CONF (24,VC); Danque, Hun...<br>9:30am Canceled: Salt prediction status from Ph1 & Phase 2 forward plan; *ALR-...<br>1:00pm Canceled: ML-Inversion Deep Dive dry run; *ALR-04078 CONF (24,VC); ... | 29<br>9:00am Technology R&D Update; ALR-0...<br>9:00am Canceled: Technology R&D Upd...<br>10:00am Canceled: AAET DS&AA Team D...<br>11:30am Anadarko's Risking Tables: So...<br>1:00pm GT JIP Consortium Proposal - M...<br>2:00pm Geophysical ML - Sprint Review;... | 30<br>9:00am Info session about seismic projects; *ALR-04012 CONF (6, VC); Tobar, Ingrid<br>1:00pm Seismic ML Strat Interpretation - Sprint Retrospective & Planning; *ALR-07003 CONF (18); Palmer, Scott [Enaxis Consulting] | 31<br>7:30am work from home<br>12:30pm Last day to cancel hotel<br>1:30pm exxon<br>2:00pm Tech Thursday Talk: AAET Leadership Hosted Discussions; ALR-04078; Garza, Selena [INSIGHT GLOBAL INC.] | Feb 1<br>Schedule A - Friday Off |

Occidental [Ping Lu] 000628

◀ ▶  February 2019

Houston, Texas ▾

Today **88°F / 75°F**   Tomorrow **86°F / 73°F**   Monday **78°F / 58°F**

Search Calendar

| SUNDAY | MONDAY | TUESDAY | WEDNESDAY | THURSDAY | FRIDAY |
|---|---|---|---|---|---|
| Jan 27 | 28 | 29 | 30 | 31 | **Feb 1** |
| | 9:30am Salt ML Summary and Roadmap; *ALR-04078 CONF (24,VC); Danque, Hun... | 9:00am Technology R&D Update; ALR-0... | 9:00am Info session about seismic projects; *ALR-04012 CONF (6, VC); Tobar, Ingrid | 7:30am work from home | Schedule A - Friday Off |
| | 9:30am Salt prediction status from Ph1 & Phase 2 forward plan; *ALR-... | 9:00am Canceled: Technology R&D Upd... | | 12:30pm Last day to cancel hotel | |
| | 1:00pm ML-Inversion Deep Dive dry run; *ALR-04078 CONF (24,VC); ... | 10:00am Canceled: AAET DS&AA Team D... | 1:00pm Seismic ML Strat Interpretation - Sprint Review & Planning; *ALR-07003 CONF (18); Palmer, Scott [Enaxis Consulting] | 1:30pm exxon | |
| | 2:30pm Geoscience Team meeting; *ALR... | 11:30am Anadarko's Risking Tables: So... | | 2:00pm Tech Thursday Talk: AAET Leadership Hosted Discussions; ALR-04078; Garza, Selena [INSIGHT GLOBAL INC.] | |
| | | 1:00pm GT JIP Consortium Proposal - M... | | | |
| | | 2:00pm Geophysical ML - Sprint Review; ... | | | |
| 3 | 4 | 5 | 6 | 7 | 8 |
| | 7:30am | work from home | | 5:30pm | 8:00am AI Planning Workshop: Friday, 8 February - 8:30am-4:00pm (CT); Turquoise ZoomRoom; Shelly Oakley |
| | 8:00am GT-AAET Geoscience Conference ; 2301 NORTH MILLBEND DRIVE , THE WOODLANDS, TX 77380; Jendrusch, Jennifer [Prodigy Staff Advsr] | 7:30am     PTO, Thanks; Lu, Ping     5:30pm | | 5:00pm Farewell Celebration for Travis Olbrich; The Refuge Bar & Bistro; Ridley, Gina | |
| | | 7:30am GSH North Technical Breakfast - Least-Squares Full Wavefield Migration ... | | | 9:00am FW: Invitation: SeismicML Phase II kickoff @ Fri Feb 8, 2019 9am - 11am (CST) (cody.comiskey@anadarko.com); Anadarko Petroleum Corporation, 1201 Lake Robbins Dr, Room ALR-21047; bha... |
| | | 8:00am GT-AAET Geoscience Conference ; 2301 NORTH MILLBEND DRIVE , THE WO... | | | |
| | | 10:00am Canceled: AAET DS&AA Team D... | | | |
| **10** | 11 | 12 | 13 | 14 | 15 |
| | 9:30am otc rating | 10:00am Canceled: AAET DS&AA Team Discussion; *ALR-04028 CONF (18, VC); ... | 7:00am inter | 10:00am rating otc | Schedule A - Friday Off |
| | 11:45am Technology Team Lunar New Year Lunch ; 4th Floor Cafe; RSC-Technology | 1:30pm Seismic Attribute; *ALR-21047 CONF (18) (Managed); Lu, Ping | 7:30am PTO, thanks; Lu, Ping | | |
| | | 1:30pm Low Frequency, Bandwidth Research; Mike's Office, 21079; Seeber, ... | 8:30am Canceled: [UPDATE] OpendTect Seismic Interpretation Software Training Session; ALR 11035; Brazell, Seth | | |
| | | 3:30pm OTC | | | |
| 17 | 18 | 19 | 20 | 21 | 22 |
| | Presidents Day | 10:00am Employee Town Hall; The Woodlands: Allison Hall / Denver: 7th Floor Conference Center / Midland: Green Tree Country Club; APC Communications | 9:30am doctor | 11:45am lunch; allison cafe; Kara, Mustafa | 7:00am df |
| | | | 2:30pm Canceled: Geoscience Team meeting; *ALR-04078 CONF (24,VC); Noll, Christian | | |
| | | 12:00pm Geophysical Projects; *ALR-04012 CONF (6, VC); Comiskey, Cody | | | |
| 24 | 25 | 26 | 27 | 28 | **Mar 1** |
| | 1:00pm Historical Matching; *ALR-04028 CONF (18, VC); Lu, Ping | 10:00am Canceled: AAET DS&AA Team Discussion; *ALR-04028 CONF (18, VC); ... | 8:00am updates; Stan's office; Lu, Ping | 1:30pm ML work; *ALR-21053 IDEA Lab (12); Zhang, Yanyan | Schedule A - Friday Off |
| | 1:00pm Horn Mountain ; *ALR-04028 CONF (18, VC); Lu, Ping | 11:30am February & March Birthday Luncheon; Allison Hall; Walker, Al | 10:00am review Horn Mtn MS6 reservoirs with AAET data science; *ALR-10003 CONF (18); Morris, Matt | | |
| | 2:00pm ML work; Maria's office; Zhang, Yanyan | 1:30pm Carat Learning; Grace's Office; Zhang, Yanyan | | | |
| | | 3:00pm Technology Talk: One GOM Bus... | | | |

Occidental [Ping Lu] 000629

◀ ▶  March 2019

Houston, Texas ▾    Today 88°F /75°F    Tomorrow 86°F /73°F    Monday 78°F /58°F    Search Calendar

| SUNDAY | MONDAY | TUESDAY | WEDNESDAY | THURSDAY | FRIDAY |
|---|---|---|---|---|---|
| Feb 24 | 25 | 26 | 27 | 28 | **Mar 1** |
| | 1:00pm Historical Matching; *ALR-04028 CONF (18, VC); Lu, Ping | 10:00am Canceled: AAET DS&AA Team Discussion; *ALR-04028 CONF (18, VC); ... | 8:00am updates; Stan's office; Lu, Ping | 1:30pm ML work; *ALR-21053 IDEA Lab (12); Zhang, Yanyan | Schedule A - Friday Off |
| | 1:00pm Horn Mountain ; *ALR-04028 CONF (18, VC); Lu, Ping | 11:30am February & March Birthday Luncheon; Allison Hall; Walker, Al | 10:00am review Horn Mtn M56 reservoirs with AAET data science; *ALR-10003 CONF (18); Morris, Matt | | |
| | 2:00pm ML work; Maria's office; Zhang, Yanyan | 1:30pm Carat Learning; Grace's Office; Zhang, Yanyan | | | |
| | | 3:00pm Technology Talk: One GOM Bus... | | | |
| 3 | 4 | 5 | 6 | 7 | 8 |
| | 9:00am Introduction to ENRGeo; *ALR-04028 // Skype Meeting; Johnson, Jenny | 7:30am GSH North Technical Breakfast - Automated Scanning of Fine-Scale Geological, Petrophysical and Geomech... | 8:15am Send karilys | 9:00am Potential collaborations; Cristian's office; Lu, Ping | 8:45am Send email to Scott |
| | | 9:00am Basin Structure Group, University of Leeds; ALR 3rd floor - The Quad - Ro... | 1:30pm Technology Talk: Delaware Technology Review; Allison Tower Idea Theater; RSC-Technology | 3:00pm Seismic ML Sprint 18 Review; *ALR-04028 CONF (18, VC); Passey, Karan [Enaxis Consulting] | |
| | | 10:00am Canceled: AAET DS&AA Team Discussion; *ALR-04028 CONF (18, VC); ... | | | |
| 10 | 11 | 12 | 13 | 14 | 15 |
| | 8:30am Talk to David and Stan AVO | 10:00am ML Inversion - Time Update to accommodate your calendar; Ping's Offi... | 11:00am asd | 7:30am sdf | Schedule A - Friday Off |
| | | 1:00pm DL discussion; *ALR-05003 CONF (18); Lu, Ping | 1:00pm ef | 2:00pm GTC Talk Dry Run - with Amit Vij; *ALR-04028 CONF (18, VC); Tobar, Ingrid | |
| | | 1:00pm Deep Learning work for seismic data; *ALR-05003 CONF (18); Lu, Ping | | | |
| | | 3:00pm Geophysical R&D Project Planni... | | | |
| 17 | 18 | 19 | 20 | 21 | 22 |
| | 8:00am Jeremy sal yy | 9:00am DR; *ALR-05003 CONF (18); Lu, P... | 2:30pm K2 Multiples; *ALR-11013 CONF (16) (Managed); Rodriguez, Arnold | 8:00am Interactive Training and Prediction on Bluware; *ALR-05003 CONF (18); Comiskey, Cody | 8:00am |
| | 1:30pm hunter card | 9:00am DR; *ALR-05003 CONF (18); Lu, P... | 3:00pm FW: Review Salt ML Path; *ALR-04078 CONF (24,VC); Comiskey, Cody | | 8:15am Hunter card |
| | | 10:00am Canceled: AAET DS&AA Team D... | | | |
| | | 1:00pm sand detection; *ALR-05003 CO... | | | |
| | | 1:00pm True sand thickness detection f... | | | |
| | | 1:00pm Canceled: Digital Transformatio... | | | |
| 24 | 25 | 26 | 27 | 28 | 29 |
| | 11:30am APC / Bluware IDL Project.; *ALR-05003 CONF (18); Comiskey, Cody | 9:00am Hampson Russell Foundations and AVO Analysis ; ALR 11049 ; Chen, Jianxiong | 8:30am Hampson Russell Foundations and AVO Analysis ; ALR 11049 ; Chen, Jianxiong | 9:00am Optional: Intern & Co-op Project Discussion; *ALR-05053 CONF (16); Graybill, Jeremy | Schedule A - Friday Off |
| | 1:00pm DS Leadership Discussion; *ALR-04028 CONF (18, VC); Graybill, Jeremy | 10:00am Canceled: AAET DS&AA Team Discussion; *ALR-04028 CONF (18, VC); Graybill, Jeremy | 10:00am Discussions on CGG's Dirty-Salt Model-Building Practice plus ML Activiti... | 2:00pm Hunter Danque's Baby Shower ; *ALR-04010 Cafe (12,VC); Jendrusch, Jennifer [Prodigy Staff Advsr] | |
| | | | 2:00pm Geoscience Team meeting; *ALR-04078 CONF (24,VC); Noll, Christian | | |

Occidental [Ping Lu] 000630

◀ ▶  **April 2019**

Houston, Texas ▾      Today 88°F / 75°F    Tomorrow 86°F / 73°F    Monday 78°F / 58°F     Search Calendar

| SUNDAY | MONDAY | TUESDAY | WEDNESDAY | THURSDAY | FRIDAY |
|---|---|---|---|---|---|
| Mar 31 | **Apr 1** 9:00am inversion workshop registration | 2 7:30am GSH North Technical Breakfast - Integrating Geology and Geophysics into Engineering workflows to Enhance Unconventional Production; Allison Tower - Hall D; Perez, Maria ⟶ 10:00am Canceled: AAET DS&AA Team Discussion; *ALR-04028 CONF (18, VC); Graybill, Jeremy | 3 9:00am sd; *ALR-05003 CONF (18); Lu, Ping 9:00am bandwidth extension; *ALR-05003 CONF (18); Lu, Ping | 4 10:00am HGS inversion registration 11:00am Unconventional SIG: Artificial Intelligence for High Resolution Reservoir Characterization - Apr 4th; TGS 10451 Clay Road Houston, TX  77041-8753 | 5 |
| 7 | 8 2:30pm Salt inclusion; Hunter's office; Lu, Ping 3:00pm ML on GCP; *ALR-05086 Team (8); Comiskey, Cody | 9 8:30am salt inclusion excel and 3 predictions; Hunter's office; Danque, Hunter 10:00am Canceled: AAET DS&AA Team Discussion; *ALR-04028 CONF (18, VC); Graybill, Jeremy 12:00pmLi, Youxin [Apex Systems] | 10 9:00am Summer Intern Project; *ALR-05003 CONF (18); Zhang, Yanyan | 11 7:00am habitat | 12 Schedule A - Friday Off |
| 14 | 15 8:45am Conference other than cvpr 10:00am Employee Town Hall; Allison Hall in The Woodlands; APC Communications 1:30pm Corporate Headshot; Photo Stu... 4:00pm 8=================... 4:30pm Discussion; *ALR-04028 CONF (1... | 16 10:00am Canceled: AAET DS&AA Team Discussion; *ALR-04028 CONF (18, VC); Graybill, Jeremy | 17 8:30am Tell yy to work on mtc 2:30pm FW: Magnus/Spencer Seismic Reprocessing Close-Out Meeting ; ALR #3; Chen, Jianxiong | 18 7:30am                UT consortium                5:00pm Good Friday 9:00am | 19 |
| 21 | 22 8:00am Go through projects to make agreement, thanks!; Cody's office; Lu, Pi. 10:00am seismic project deliverable; Jeremy's office; Lu, Ping 10:00am Exploration Lookback 2016-2018; ALR 3rd Floor, Allison Hall A,... 2:30pm Geoscience Team meeting; *ALR... | 23 8:30am Speak to cody and Yuan to feel comfortable; Tell Matt appointment an... 8:45am Speak to Carrie to offer help 10:00am Canceled: AAET DS&AA Team Discussion; *ALR-04028 CONF (18, VC); ... 1:00pm 2019 Q2 Product Backlog and Roadmap Review - (Geophysics Teams); ... | 24 7:45am Bandwidth use synthetic double, grace 2:00pm Planning session for De-Multiple project; *ALR-05003 CONF (18); Lu, Ping | 25 8:00am   Student Research Conference Alumni & Industry Open House at UH 9:00am SEAM AI | 26 Schedule A - Friday Off 7:30am Student Research Conference Alumni & Industry Open House at UH |
| 28 | 29 7:45am Ask for guillaume data and David letter, place multiple in Cody excel, jerry... 8:30am Batch Machine Learning Development on Bluware; *ALR-05003 C... 3:30pm Horn Mountain Channel discussion; My office; Castillo, Karilys 4:00pm Backlog Grooming Session ; *AL... | 30 7:45am Global model 10:00am Canceled: AAET DS&AA Team Discussion; *ALR-04028 CONF (18, VC); Graybill, Jeremy 1:00pm Seismic ML Sprint 19 Review; *ALR-04028 CONF (18, VC); Passey, Karan [Enaxis Consulting] | **May 1** 7:30am On shore noise attenuation , meet mike & mason to layout 9:00am Opendtect; *ALR-05053 CONF (16); Lu, Ping 2:00pm RFP ML Pipeline ; *ALR-05053 CONF (16); Comiskey, Cody 5:00pm Eric Keister's Farewell Celebrati... | 2 1:00pm Discussions of paper; *ALR-05003 CONF (18); Lu, Ping 1:00pm paper; *ALR-05003 CONF (18); Lu, Ping 3:00pm summer intern project - follow up; *ALR-05003 CONF (18); Zhang, Yanyan | 3 |

Occidental [Ping Lu] 000631

◄ ► May 2019

Houston, Texas ▾  Today 88°F / 75°F   Tomorrow 86°F / 73°F   Monday 78°F / 58°F   | Search Calendar |

| SUNDAY | MONDAY | TUESDAY | WEDNESDAY | THURSDAY | FRIDAY |
|---|---|---|---|---|---|
| Apr 28 | 29 | 30 | **May 1** | 2 | 3 |
|  | 7:45am Ask for guillaume data and David letter, place multiple in Cody excel, jerry... | 7:45am Global model | 7:30am On shore noise attenuation , meet mike & mason to layout | 1:00pm Discussions of paper; *ALR-05003 CONF (18); Lu, Ping | |
|  | 8:30am Batch Machine Learning Development on Bluware; *ALR-05003 C... | 10:00am Canceled: AAET DS&AA Team Discussion; *ALR-04028 CONF (18, VC); Graybill, Jeremy | 9:00am Opendtect; *ALR-05053 CONF (16); Lu, Ping | 1:00pm paper; *ALR-05003 CONF (18); Lu, Ping | |
|  | 3:30pm Horn Mountain Channel discussion; My office; Castillo, Karilys | 1:00pm Seismic ML Sprint 19 Review; *ALR-04028 CONF (18, VC); Passey, Karan [Enaxis Consulting] | 2:00pm RFP ML Pipeline ; *ALR-05053 CONF (16); Comiskey, Cody | 3:00pm summer intern project - follow up; *ALR-05003 CONF (18); Zhang, Yanyan | |
|  | 4:00pm Backlog Grooming Session ; *AL... | | 5:00pm Eric Keister's Farewell Celebrati... | | |
| 5 | 6 | 7 | 8 | 9 | 10 |
|  | 8:00am look for Guillaume: GSH invite: invite cody | 9:00am De-multiple; David's office; Lu, Ping | | 7:30am China abstract degree | Schedule A - Friday Off |
|  | 2:30pm Riomar Visit to Anadarko; ALR The Quad (Room 16); Carvajal, Cristian | 10:00am Canceled: AAET DS&AA Team Discussion; *ALR-04028 CONF (18, VC); ... | | | |
|  | | 11:00am Microsoft Advanced Hub Training - Session 1; *ALR-04010 Cafe (1... | | | |
|  | | 1:00pm*ALR-05053 CONF (16); Lu, Ping | | | |
| 12 | 13 | 14 | 15 | 16 | 17 |
|  | PTO; Zhang, Yanyan | 9:00am*ALR-05003 CONF (18); Lu, Ping | 1:30pm Website Discussion; Codys Office ; Comiskey, Cody | 8:00am RUN 200 res | |
|  | 7:30am GSH North Technical Breakfast - Neural Networks 101: Math, not Magic ;... | 9:00am Ongoing projects; *ALR-05003 CONF (18); Lu, Ping | | 9:00am | |
|  | 1:00pm Microsoft Advanced Hub Training - Session 2; *ALR-04010 Cafe (12,VC); Ri... | 10:00am Canceled: AAET DS&AA Team Discussion; *ALR-04028 CONF (18, VC); Graybill, Jeremy | | | |
|  | 2:30pm Canceled: Geoscience Team meeting; *ALR-04078 CONF (24,VC); Noll... | | | | |
| 19 | 20 | 21 | 22 | 23 | 24 |
|  | 8:00am AAET website, cody doc chevron jb | 10:00am Canceled: AAET DS&AA Team Discussion; *ALR-04028 CONF (18, VC); Graybill, Jeremy | 9:00am cancel trip | 7:00am seg beijing abstract deadline | Schedule A - Friday Off |
|  | 9:00am Seismic license | 2:00pm Data Science Intern Meet & Greet; *ALR-04078 CONF (24,VC); Tobar, Ingrid | 11:30am Welcome Lunch for Xing, Rebecca and Shahin; Nick's Fish Dive & ... | 8:00am Mozambique well fault | |
|  | | | 2:00pm Occidental Introductory Town H... | 8:15am QC the Seismic Data for the DL/... | |
|  | | | 3:00pm one on one; Coffee bar at Aliso... | 9:00am Tech Thursday: Live Data Mining... | |
|  | | | 4:30pm Whit Armstrong Farewell HH; R... | 9:45am Intern data | |
|  | | | | 11:30am Denoise dataset discussion; *A... | |
| 26 | 27 | 28 | 29 | 30 | 31 |
|  | Memorial Day | 7:00am VAE intern | 9:00am Machine Learning MVP1: Project Kickoff ; Jupiter; Robert Torres | 8:00am seg beijing abstract deadline | |
|  | 7:00am Interpretation review | 8:00am Web Symposium by GSH and SEG: 3D Seismic Survey Design registration | 9:00am Canceled: Meeting at Bluware on Machine Learning Project Development; Bluware Offices ; Comiskey, Cody | 9:00am Project Discussion ; *ALR-05086 CONF (8, VC); Comiskey, Cody | |
|  | | 9:00am Discussion of TLE paper; *ALR-0... | | 10:00am Horn Mountain Horizon; Matt's office; Lu, Ping | |
|  | | 9:00am paper; *ALR-05003 CONF (18); L... | 4:00pm Hit Data Science out of the Park - Houston; Minute Maid Park; johnsoam... | | |
|  | | 10:00am Canceled: AAET DS&AA Team D... | | | |

Occidental [Ping Lu] 000632

◀ ▶   June 2019

Houston, Texas ▾

Today 88°F /75°F
Tomorrow 86°F /73°F
Monday 78°F /58°F

Search Calendar

| SUNDAY | MONDAY | TUESDAY | WEDNESDAY | THURSDAY | FRIDAY |
|---|---|---|---|---|---|
| Jun 2 | 3 | 4 | 5 | 6 | 7 |
| | Google Data Engineering training - Session 1; Hackett Tower Conf Room #7 (Computer Training Room); Graybill, Jeremy | | | | Schedule A - Friday Off |
| | 8:00am the leading edge AVO deadline | 8:15am Seis data check for paper, dental | 10:00am Using Paleoscan for Sequence Stratigraphy - Talk by Steve Tobias (iNearFX) - Lunch Provided; ALR Idea Theater - Lobby Level; Kirkland, Rodney | 9:00am CS by GAN inpainting; TBD; Li, Rebecca | |
| | 9:00am Dental | 10:00am Canceled: AAET DS&AA Team Discussion; *ALR-04028 CONF (18, VC); Graybill, Jeremy | | | |
| | 10:00am Check arka Mostafa intern report turn to paper | | | | |
| | 2:30pm Geoscience Team meeting; *ALR-04078 CONF (24,VC); Noll, Christian | | | | |
| 9 | 10 | 11 | 12 | 13 | 14 |
| | Conference @ ICML, CVPR; Zhang, Yanyan | | | | |
| | ICML 2019 (conference); Los Angeles CA; Mitsakos, Nikolaos | | | | |
| | 7:30am | va; Lu, Ping | | | |
| | 7:30am | At ICML & CVPR conferences; Long Beach; Lu, Ping | | | |
| | | 10:00am Canceled: AAET DS&AA Team Discussion; *ALR-04028 CONF (18, VC); ... | | 12:30pm Ingrid Tobar's Baby Shower; *ALR-04010 Cafe (12,VC); Jendrusch, Jen... | |
| 16 | 17 | 18 | 19 | 20 | 21 |
| | Conference @ ICML, CVPR; Zhang, Yanyan | | | | |
| | va; Lu, Ping | | | | |
| | At ICML & CVPR conferences; Long Beach; Lu, Ping | | | | 5:30pm |
| | CVPR 2019 (conference); Los Angeles CA; Mitsakos, Nikolaos | | | | Schedule A - Friday Off |
| | | 10:00am Canceled: AAET DS&AA Team Discussion; *ALR-04028 CONF (18, VC); ... | | | |
| 23 | 24 | 25 | 26 | 27 | 28 |
| | va; Lu, Ping | | | | |
| | Google ASL Shadowing trip; Sunnyvale, CA; Graybill, Jeremy | | | 10:30am DS & AA Team Building event; ... | |
| | Yuan PTO; Xiao, Yuan | | 7:30am | | PTO; Lu, Ping |
| | 2:30pm Intern Mid-Summer Goals Check-In: Rebecca Li; *ALR-04060 TEAM ... | 10:00am Canceled: AAET DS&AA Team Discussion; *ALR-04028 CONF (18, VC); ... | 1:00pm Canceled: Geophysics Sprint 20 Review; *ALR-05003 CONF (18); Passey, Karan [Enaxis Consulting] | | |
| | 2:30pm Canceled: Geoscience Team meeting; *ALR-04078 CONF (24,VC); Noll... | 11:00am Mozambique LNG Final Invest... | | | |

Occidental [Ping Lu] 000633

◀ ▶  July 2019

Houston, Texas ▾

Today 88°F / 75°F
Tomorrow 86°F / 73°F
Monday 78°F / 58°F

Search Calendar

| SUNDAY | MONDAY | TUESDAY | WEDNESDAY | THURSDAY | FRIDAY |
|---|---|---|---|---|---|
| Jun 30 | Jul 1 | 2 | 3 | 4 | 5 |
| From Jun 10 | | | va; Lu, Ping | | |
| From Jun 26 | | | PTO; Lu, Ping | | |
| | | 10:00am Canceled: AAET DS&AA Team Discussion; *ALR-04028 CONF (18, VC); Graybill, Jeremy | | Independence Day | Schedule A - Friday Off |
| 7 | 8 | 9 | 10 | 11 | 12 |
| | | | va; Lu, Ping | | |
| | | | PTO; Lu, Ping | | |
| | | 10:00am Canceled: AAET DS&AA Team Discussion; *ALR-04028 CONF (18, VC); Graybill, Jeremy | | | 8:00am I might arrive a bit late at the office this morning; Mitsakos, Nikolaos |
| 14 | 15 | 16 | 17 | 18 | 19 |
| | | va; Lu, Ping | | 5:30pm | |
| | | PTO; Lu, Ping | | 5:30pm | Schedule A - Friday Off |
| | | 8:00am Geophysics Sprint 20 Review; *ALR-04078 CONF (24, Hub VC); Passey, Karan [Enaxis Consulting] | | 8:30am Salt ML update on labels; Hunter's office; Danque, Hunter | |
| | | | | 8:30am Canceled: AAET Quarterly Business Review (QBR); ALR Conference Center ; RSC-Technology | |
| | | | | 3:30pm FW: ML denoise discussion; HOU E1070 USI Client Audio Conference Roo... | |
| 21 | 22 | 23 | 24 | 25 | 26 |
| | 7:00am SEG annual registration | | | PTO; Zhang, Yanyan | |
| | 10:30am Paper Discussion ; Comiskey, Cody | 7:30am | | | |
| | | 8:00am see; Lu, Ping | | | |
| | | 2:00pm Discussion on the recovery evaluation of OBN dataset; Guilaume's office@05096; Li, Rebecca | | | |
| 28 | 29 | 30 | 31 | Aug 1 | 2 |
| | 7:00am Seg annual registration | | | 1:00pm Machine learning approaches for uncertainty quantification of subsurface flow models; Alison Tower 3rd floor, conference room #4; Lu, Ping | Schedule A - Friday Off |
| | | | | | 2:17pm meeting; https://attend.webex.com/attend; Jelena Zhang |

Occidental [Ping Lu] 000634

◄ ► August 2019

Houston, Texas ▼   Today 88°F/75°F   Tomorrow 86°F/73°F   Monday 78°F/58°F   Search Calendar

| SUNDAY | MONDAY | TUESDAY | WEDNESDAY | THURSDAY | FRIDAY |
|---|---|---|---|---|---|
| Jul 28 | 29<br>7:00am Seg annual registration | 30 | 31 | **Aug 1**<br>1:00pm Machine learning approaches for uncertainty quantification of subsurface flow models; Alison Tower 3rd floor, conference room #4; Lu, Ping | 2<br>Schedule A - Friday Off<br>2:17pm meeting; https://attend.webex.com/attend; Jelena Zhang |
| 4 | 5 | 6 | 7<br>8:00am Code and description and tle paper tablet hunter channel and horizon change benefit insider profile<br>11:00am AAET Team Photo; Allison Tower Main Entrance; RSC-Technology<br>3:00pm "AAET/AAET" Team Celebration; Churrascos - The Woodlands; RSC-Tech... | 8<br>8:00am inter<br>11:45am AAET Lunch; Brio; Johnson, Jenny<br>3:30pm De-swell; skype; Lu, Ping | 9 |
| 11 | 12<br>8:00am DMA & AAET Meet & Greet ; HT 11th Floor Conference Room C & D; Rizvi, Mustafa Y<br>10:00am AAET Portfolio Overview - Next Steps; Hackett Tower 11th Floor Conf R...<br>12:00pm Meet and Greet Reza Rastegar with Oxy; Hacket Tower Room A-B; Jend... | 13<br>9:30am PTO; Lu, Ping | 14<br>8:00am Data Science Intern Final Presentations; Idea Theater (Allison Tower); Tobar, Ingrid<br>5:00pm Final Discussion; *ALR-04078 CONF (24, Hub VC); Graybill, Jeremy<br>5:20pm Final Discussion; *ALR-04078 CONF (24, Hub VC); Graybill, Jeremy | 15<br>8:45am Breakfast served by AAET interns; *ALR-04060 TEAM (4); Li, Rebecca<br>10:00am FW: Oxy HR Informational Session- Manager Session; Skype Meeti...<br>1:00pm FW: Oxy HR Informational Session- Employee Session; Skype Meet...<br>3:00pm Code review and paper submiss... | 16<br>Schedule A - Friday Off |
| 18 | 19<br>10:00am One-on-one; Ping's office (5018); Lu, Ping | 20 | 21<br>10:30am Geophysical Interpretation ; ALR-05053; Comiskey, Cody | 22 | 23 |
| 25 | 26 | 27 | 28 | 29<br>PTO; Mitsakos, Nikolaos<br>9:00am Canceled: Bluware / Headwave Demo & Review Meetings; *ALR-10049 IDEA (14) (Managed); Comiskey, Cody<br>3:30pm Discussion; *ALR-05003 CONF (18); Graybill, Jeremy | 30<br>Schedule A - Friday Off |

Occidental [Ping Lu] 000635

◄ ▶  September 2019

Houston, Texas ▾

Today
88°F / 75°F

Tomorrow
86°F / 73°F

Monday
78°F / 58°F

Search Calendar

| SUNDAY | MONDAY | TUESDAY | WEDNESDAY | THURSDAY | FRIDAY |
|---|---|---|---|---|---|
| Sep 1 | 2<br>▌Labor Day | 3 | 4 | 5 | 6 |
| | | | | Yuan PTO; Xiao, Yuan | |
| | | | | 7:00am                    6:00pm | |
| | | | | ▌7:30pm PTO; Lu, Ping | ▌WFH; Mitsakos, Nikolaos |
| 8 | 9 | 10 | 11 | 12 | 13<br>▌Schedule A - Friday Off |
| 15 | 16<br>9:00am RE: Conversation; Please call my office at 713 572-5483; Bowlby, David | 17 | 18 | 19 | 20 |
| 22 | 23<br>9:00am Update on the monetization on software portfolio with Yanni; *ALR-04078 CONF (24, Hub VC); Jendrusch, Jennifer [Prodigy Staff Advsr] | 24 | 25 | 26<br>▌PTO; Mitsakos, Nikolaos | 27<br>▌Schedule A - Friday Off |
| 29 | 30 | Oct 1<br>9:00am Important Update; *ALR-04078 CONF (24, Hub VC); Bowlby, David<br>9:00am Important Update; *ALR-04078 CONF (24, Hub VC); Jendrusch, Jennifer [Prodigy Staff Advsr] | 2 | 3 | 4 |

Occidental [Ping Lu] 000636

◄ ▶  October 2019

Houston, Texas ▾    Today 88°F / 75°F    Tomorrow 86°F / 73°F    Monday 78°F / 58°F    Search Calendar

| SUNDAY | MONDAY | TUESDAY | WEDNESDAY | THURSDAY | FRIDAY |
|---|---|---|---|---|---|
| Sep 29 | 30 | **Oct 1**<br>9:00am Important Update; *ALR-04078 CONF (24, Hub VC); Bowlby, David<br><br>9:00am Important Update; *ALR-04078 CONF (24, Hub VC); Jendrusch, Jennifer [Prodigy Staff Advsr] | 2 | 3 | 4 |
| 6 | 7 | 8 | 9 | 10<br>8:00am Weekly Staff Meeting ; *ALR-04028 CONF (18, Hub VC); Jendrusch, Jennifer [Prodigy Staff Advsr] | 11<br>Schedule A - Friday Off |
| 13 | 14<br>8:30am APC Project presentation; GW5, 14.186; Li, Yongfeng | 15<br>9:00am Conversation, thanks.; Lindsay's office; Lu, Ping | 16 | 17<br>8:00am Weekly Staff Meeting ; *ALR-04028 CONF (18, Hub VC); Jendrusch, Jennifer [Prodigy Staff Advsr]<br><br>9:00am Seismic Project Review; Woodlands Office; Pryporov, Maksym | 18 |
| 20 | 21<br>1:00pm Seismic Algorithm Demo & Visualization; Skype Meeting; Pryporov, Maksym | 22 | 23 | 24<br>8:00am Weekly Staff Meeting ; *ALR-04028 CONF (18, Hub VC); Jendrusch, Jennifer [Prodigy Staff Advsr] | 25<br>Schedule A - Friday Off |
| 27 | 28 | 29 | 30 | 31<br>8:00am Weekly Staff Meeting ; *ALR-04028 CONF (18, Hub VC); Jendrusch, Jennifer [Prodigy Staff Advsr] | **Nov 1** |

Occidental [Ping Lu] 000637

◀ ▶  November 2019

Houston, Texas ▾



Today
88°F / 75°F

Tomorrow
86°F / 73°F

Monday
78°F / 58°F

Search Calendar

| SUNDAY | MONDAY | TUESDAY | WEDNESDAY | THURSDAY | FRIDAY |
|---|---|---|---|---|---|
| Oct 27 | 28 | 29 | 30 | 31<br>8:00am Weekly Staff Meeting ;<br>*ALR-04028 CONF (18, Hub VC);<br>Jendrusch, Jennifer [Prodigy Staff Advsr] | **Nov 1** |
| 3 | 4 | 5 | 6 | 7<br>8:00am Weekly Staff Meeting ;<br>*ALR-04028 CONF (18, Hub VC);<br>Jendrusch, Jennifer [Prodigy Staff Advsr] | 8<br>▌Schedule A - Friday Off |
| 10 | 11 | 12 | 13 | 14<br>8:00am Weekly Staff Meeting ;<br>*ALR-04028 CONF (18, Hub VC);<br>Jendrusch, Jennifer [Prodigy Staff Advsr] | 15 |
| 17 | 18 | 19 | 20 | 21<br>8:00am Weekly Staff Meeting ;<br>*ALR-04028 CONF (18, Hub VC);<br>Jendrusch, Jennifer [Prodigy Staff Advsr] | 22 |
|  |  | PTO; Zhang, Yanyan |  |  |  |
| 24 | 25 | 26 | 27 | 28<br>▌Thanksgiving Day | 29<br>▌Thanksgiving Day After |
|  | PTO; Zhang, Yanyan |  |  | PTO; Zhang, Yanyan |  |
|  |  |  |  | 8:00am Weekly Staff Meeting ;<br>*ALR-04028 CONF (18, Hub VC);<br>Jendrusch, Jennifer [Prodigy Staff Advsr] |  |

Occidental [Ping Lu] 000638



# December 2019

◄ ►

Houston, Texas ▾

Today
88°F / 75°F

Tomorrow
86°F / 73°F

Monday
78°F / 58°F

Search Calendar

| SUNDAY | MONDAY | TUESDAY | WEDNESDAY | THURSDAY | FRIDAY |
|---|---|---|---|---|---|
| **Dec 1** | 2 | 3 | 4 | 5 | 6 |
| From Nov 27 | | | PTO; Zhang, Yanyan | | |
| | | | | 8:00am Weekly Staff Meeting ; *ALR-04028 CONF (18, Hub VC); Jendrusch, Jennifer [Prodigy Staff Advsr] | Schedule A - Friday Off |
| 8 | 9 | 10 | 11 | 12 | 13 |
| | | | PTO; Zhang, Yanyan | | |
| | | | | 8:00am Weekly Staff Meeting ; *ALR-04028 CONF (18, Hub VC); Jendrusch, Jennifer [Prodigy Staff Advsr] | |
| 15 | 16 | 17 | 18 | 19 | 20 |
| | | | PTO; Zhang, Yanyan | | |
| | | | | 8:00am Weekly Staff Meeting ; *ALR-04028 CONF (18, Hub VC); Jendrusch, Jennifer [Prodigy Staff Advsr] | Schedule A - Friday Off |
| 22 | 23 | 24 | 25 | 26 | 27 |
| | | | PTO; Zhang, Yanyan | | |
| | | Christmas Eve | Christmas | 8:00am Weekly Staff Meeting ; *ALR-04028 CONF (18, Hub VC); Jendrusch, Jennifer [Prodigy Staff Advsr] | |
| 29 | 30 | 31 | **Jan 1, 20** | 2 | 3 |
| | | | PTO; Zhang, Yanyan | | |
| | | | | 8:00am Weekly Staff Meeting ; *ALR-04028 CONF (18, Hub VC); Jendrusch, Jennifer [Prodigy Staff Advsr] | |

# EXHIBIT 3

Occidental [Ping Lu] 000640

## Fall 2019 Campus Recruitment Overview (08-28-19, afternoon)



Occidental [Ping Lu] 000641



Occidental [Ping Lu] 000642

# Occidental: Premier, Complementary Global Asset Portfolio

- No. 1 producer in the Permian Basin of West Texas and southeast New Mexico

- No. 1 in carbon dioxide enhanced oil recovery projects ($CO_2$ EOR)

- No. 1 producer in the Denver-Julesburg Basin of Colorado

- No. 1 producer in the Uinta Basin of Utah

- No. 1 independent producer in Oman

- No. 1 independent producer in Oman

- No. 4 producer in the Gulf of Mexico

- Leading position in Colombia

- Top 3 producer of polyvinyl chloride (PVC), chlorine and caustic soda

- Leading international midstream assets and master limited partnership (MLP)



3

Occidental [Ping Lu] 000643



Currently presenting  Give Control ▼                    ● ●  ✕ Stop Presenting  ⬉

# Occidental Overview

## Focus
## Discipline
## Performance

## Oil and Gas

- Exploration and production activities focused in the United States, Middle East, Latin America and Africa
- Domestic operations in the Permian Basin of West Texas and Southeastern New Mexico, focused in the Delaware, Midland and Central basins; Colorado; Utah; and Wyoming
- International operations in: Oman, United Arab Emirates and Qatar in the Middle East; Colombia in Latin America; and, Mozambique, Ghana, South Africa and Algeria in Africa
- Global leader in the application of enhanced oil recovery (EOR) techniques, such as carbon dioxide ($CO_2$) and water flooding

## Midstream and Marketing

- Purchases, markets, gathers, processes, transports and stores oil, condensate, natural gas liquids (NGLs), natural gas, carbon dioxide ($CO_2$) and power

## Oxy Low Carbon Ventures

- Wholly owned subsidiary focused on carbon capture, utilization and storage projects and technologies that source manmade $CO_2$ for use in global oil and gas projects. OLCV is advancing innovative low-carbon technology solutions that will economically grow our business, while reducing emissions.

## OxyChem

- Wholly owned subsidiary that manufactures and markets basic chemicals and vinyls with plants in 11 U.S. states, Canada and Chile

## Western Midstream Partners, LP

- A publicly traded master limited partnership and consolidated subsidiary of Occidental engaged in the business of acquiring, owning, developing and operating midstream assets.



4

Occidental [Ping Lu] 000644

Currently presenting   Give Control ▾                                    ● ● ✕ Stop Presenting ↰

# Select Awards and Rankings

### World's Most Admired Companies

- Fortune Magazine has ranked Occidental among its Most Admired Companies in the Mining, Crude-Oil Production category every reported year since 2008, including the No. 1 ranking 10 times.

### Fortune Blue Ribbon Company

- Occidental has been named a Fortune Magazine Blue Ribbon Company for appearing on four of its annual rankings in 2018, including the Fortune 500, World's Most Admired Companies, Businessperson of the Year and Most Powerful Women.

### Thomson Reuters Top 100 Global Energy Leader

- Thomson Reuters honored Occidental as a Top 100 Global Energy Leader, in recognition of excelling in a complex business environment by balancing financial demands with regulatory, risk, legal, social and environmental needs.

### Houston Chronicle Top 100 Companies

- The Houston Chronicle ranked Occidental No. 10 among the largest publicly traded companies in the Houston area as part of its 2018 Chronicle 100 list.



5

Occidental [Ping Lu] 000645



Occidental [Ping Lu] 000646

## University Relations Program History

| Year | Full Time | Intern |
|------|-----------|--------|
| 2015 | 74 | 97 |
| 2016 | 26 | 55 |
| 2017 | 33 | 75 |
| 2018 | 44 | 75 |
| 2019 | 72 | 96 |
| 2020 | 27 | 93 |



### New Grads & Intern Hires by Year

*46 offers extended: 39 offers accepted, 7 offers pending, 0 declines!*



7

Occidental [Ping Lu] 000647

# 2020 Summer Intern Program by Discipline

## Oil & Gas

| Discipline | # of Internships |
|---|---|
| Data Management | 4 |
| Office Engineers (Houston) | 19 |
| Field Engineers | 5 |
| Geoscience | 7 |
| HES | 1 |
| Integrated Supply | 4 |
| Land | 4 |
| Low Carbon Ventures | 2 |
| Petrophysics | 3 |
| TOTAL OOG | 49 |

## OPC

| Discipline | # of Internships |
|---|---|
| Accounting | 4 |
| IT | 14 |
| HES | 1 |
| Midstream & Marketing | 1 |
| Real Estate | 1 |
| TOTAL OPC | 21 |

## OxyChem

| Discipline | # of Internships |
|---|---|
| Accounting | 2 |
| Supply Chain | 2 |
| Sales | 1 |
| Engineering | 18 |
| TOTAL OCC | 23 |



8

Occidental [Ping Lu] 000648

# Approved University List

Colorado School of Mines
Louisiana State University
Missouri S&T University
Rice University
Texas A&M University
Texas Tech University
Tuskegee University

University of Houston
University of Oklahoma
University of Texas
University of Tulsa
University of Wyoming

*Auburn University\**
*Baylor University\**



\*Strategic University for OxyChem Recruitment

9

Occidental [Ping Lu] 000649

# Universities and Disciplines – Career Fair Dates

Currently presenting   Give Control ▾          💬   ● X Stop Presenting ↖

**Colorado School of Mines**
- Sep 10 – Engineering (O&G, Chem)
- Sep 10 – Geoscience (O&G)

**Louisiana State University**
- Sep 10 – Engineering (O&G, Chem)

**Missouri S&T University**
- Sep 24 – Engineering (O&G, Chem)

**Rice University**
- Sep 24 – Engineering (O&G)

**Texas A&M University**
- Sep 4 – Engineering (O&G, Chem)
- Sep 19 – Industrial Distribution (PAID)
- Sep 25 – Accounting, IT, SCM (O&G, Chem)

**Texas Tech University**
- Aug 22 – Land (O&G)
- Sep 18 – Engineering (O&G, Chem)
- Oct 2 – IT, SCM (O&G)

**Tuskegee University**
- Sep 26 – Engineering (O&G, Chem)

**University of Houston**
- Sep 12 – Engineering (O&G, Chem)
- Sep 13 – Accounting, IT (O&G)

**University of Oklahoma**
- Sep 12 – Engineering (O&G)

**University of Texas**
- Sep 4 – Accounting, IT (OPC)
- Sep 11 – Engineering (O&G)
- Sep 18 – Geoscience (O&G)

**University of Tulsa**
- Sep 11 – Engineering (O&G)
- Sep 19 – Land (O&G)

**University of Wyoming**
- Oct 1 – Engineering (O&G)

**Addt'l Recruitment Events**
- Sep 5 - AAPG (Geo)
- Sep 16-17 - Rocky Mountain Rendezvous (Geo)



10

Occidental [Ping Lu] 000650

Currently presenting  Give Control ▾          💬 • X Stop Presenting ↖

# 2019 Intern Class

## Oxy Legacy

- No full time opportunities at this time
- Encourage to go to career fair
- Ask them to check in with the University Relations team if they receive an offer

## APC Legacy

- Decision made to hold on offers for both interns and full-time
- Pending approval from GOM and the Rockies
  - Interns eligible for repeat internships would have priority in consideration for these roles



11

Occidental [Ping Lu] 000651



Occidental [Ping Lu] 000652



Occidental [Ping Lu] 000653



Occidental [Ping Lu] 000654



Occidental [Ping Lu] 000655

# Booth Setup

Currently presenting | Give Control ▼ | X Stop Presenting

**Preferred booth setup:**
move table(s) to side to
maximize space and let
candidates into area to talk
to representatives

Mobile registration





16



Occidental [Ping Lu] 000657



Occidental [Ping Lu] 000658

# Next Steps!

## University Relations Team

- Finalize campus teams
- Schedule breakout sessions per university to help further prepare for on-campus events
- Send calendar invites for all on-campus events

## On-Campus Representatives

- Respond to UR meeting invite for breakout session
- Ask UR if you need a navy polo (if this is your first time recruiting for us)
- Make travel reservations once you receive your university confirmation



19



Occidental [Ping Lu] 000660

# EXHIBIT 4

Occidental [Ping Lu] 000661

**From:**      University Relations
**Sent:**      Thursday, August 29, 2019 11:19 AM
**Cc:**        University Relations; Tucker, Keri; Whitley, Erin; Collins, Keely M
**Subject:**   University Relations Update- Oxy Fall Recruiting

To all Legacy APC UR Discipline Leads, former Campus Recruiters, and Summer 2019 Intern Supervisors:

Things are happening quickly with Fall Campus Recruiting and messaging to our summer 2019 interns. Here's a rundown:

- The email below was sent to summer 2019 interns this morning. This information was developed based on information from Oxy UR.
- Oxy has requested 1-2 legacy APC campus recruiters to participate at fall campus recruiting events. Discipline leads submitted names to us recently. Legacy APC UR is inviting them to Oxy-led prep meetings as they are scheduled. Not everyone who recruited in the past will be invited. Those who never recruited will not be considered this semester.
- We will communicate with discipline leads and potential campus recruiters on a "we need you now" basis. That's the best we can do as we have very little lead time on planning and are doing the best we can with limited info.
- Thank you for your patience. We recognize this is not an ideal situation and more planning would have been helpful. We are working to do right by our interns and give them the best chance possible. We also need to be very direct and not give false hopes or string them along.

Please coordinate with your discipline lead when feasible and reach out to us at UniversityRelations@Anadarko.com as needed for critical questions.

Thank you for your efforts to look out for our talented and eager summer 2019 interns! We love them as much as you do and will continue to work to give them support and clarity.

Keely Collins
HR- University Relations & Onboarding
Anadarko Petroleum Corporation, a wholly owned subsidiary of Occidental Petroleum Corporation
O: 832-636-3158
M: 210-471-1833

If you are not the intended recipient of this email message, any use, distribution or copying of the message is prohibited. Please let me know immediately by return email if you have received this message by mistake, then delete the email message. Thank you.

**From:** University Relations <UniversityRelations@anadarko.com>
**Sent:** Thursday, August 29, 2019 9:56 AM
**To:** University Relations <UniversityRelations@anadarko.com>
**Subject:** Oxy Employment and Internship Opportunities

Summer 2019 Anadarko Interns,

Greetings from your legacy Anadarko University Relations team. We hope your semester is getting off to a great start. We have some new information to share with you regarding employment opportunities.

Occidental [Ping Lu] 000662

- Full-time Opportunities - If you are interested in a full-time opportunity with Oxy there are no positions available at this time.
- Summer 2020 Internships - If you are interested in a Summer 2020 internship with Oxy, check your career services for Oxy events on campus this fall. Currently scheduled campus events are listed here: LinkedIn Oxy Career Fairs
    - Oxy needs an updated resume from you, please apply via their website. LINK: www.oxy.com/careers

For more updates as they become available visit www.oxy.com/careers and follow Oxy on LinkedIn at: www.linkedin.com/company/oxy

Thank you,

**Anadarko University Relations**
UniversityRelations@Anadarko.com

2

**Occidental [Ping Lu] 000663**

| | |
|---|---|
| **From:** | Graybill, Jeremy |
| **Sent:** | Wednesday, September 11, 2019 3:43 PM |
| **To:** | Bayeh, Alex; Berestovsky, Natalie; Cao, Dingzhou; Lu, Ping; Tobar, Ingrid; LeMoine, Vincent; Akkam Veettil, Dilshad; Kara, Mustafa; Zhan, Cheng; Fernandez, Ricardo; Madarshahian, Ramin; Teixeira de Moraes, Luis Felipe; Ben, Yuxing; Perrotte, Michael; Mitsakos, Nikolaos; Xiao, Yuan; Zhang, Yanyan; Gupta, Himanshu |
| **Subject:** | Data Science Internship Program Update |
| **Attachments:** | University Relations Update- Oxy Fall Recruiting; Oxy_Fall_Internship_Recruiting_Update_2019.pptx |

Since all of you have been involved in our Data Science internship program, I wanted to provide you with an update on the program and additional information.

I was told today, and it's supported in the presentation linked to below and the information in the attached email, that the Data Science Internship program is effectively dead, in that we will not be making any offers to any of our 2019 summer interns (as repeat interns or college new hires), and that we need to cancel all of our existing scheduled campus informational sessions, recruiting sessions, and interviewing sessions, as we will not be continuing with a Data Science internship program for the summer of 2020. As far as a timeline, this means that none of you will have any of the following job responsibilities related to our Data Science internship program, in comparison to previous APC job responsibilities you potentially had:

1. Providing input into or making a decision on which Data Science candidates should be hired as returning interns for next summer, or as college new hires after graduation. (Fall 2019)
2. Recruiting Data Science candidates at the various college campuses and through our other recruiting efforts. (Fall 2019)
3. Interviewing Data Science candidates for potential 2020 summer internship opportunities, both through recruiting efforts and formal scheduled interviews. (Fall 2019)
4. Providing input and deciding which Data Science candidates will be selected to receive internship offers. (Fall 2019)
5. Extending offers to Data Science intern candidates for the summer 2020 internship program. (Fall 2019)
6. Determining which Data Science projects the interns work on, and preparing for the Data Science summer internship program. (Spring 2020)
7. Providing individual mentorship, management, project advisement, and general internship program mentorship and input throughout the Data Science internship program. (Summer 2020)
8. Providing input into or making a decision on which Data Science candidates should be hired as returning interns for the following summer, or as college new hires after graduation. (Summer to Fall 2020)

---

To save you time, I've listened to the HR University Relations presentation linked to in the forwarded email below, and documented the most pertinent facts for our program as listed below. I've also attached a presentation which provides all of the screen shot grabs, since the PowerPoint presentation used in the HR presentation wasn't provided by Oxy HR to our HR department.

**Slide 8**
**5:14** - "This is what we're going to campus for this year" which doesn't include any Data Science internships.
**6:15** - "For international students, typically we will look at international students on the specialized side, so petrophysical roles, often times PhD roles. There are some opportunities on the engineering side, where we need that level of student, so that's where that might come in." Again, this does not include Data Science internships, and

Occidental [Ping Lu] 000664

historically, 11 out of 12 of our Data Science interns over the past 2 summers have been international students, due to the required capabilities for Data Science interns.

**Slide 10**
This provides all of the Career Fair possibilities for this year.  No Data Science related Career Fairs exist or will be scheduled, and we were not contacted by Oxy to be included in this discussion, any of the recruiting events, or any future discussions.

**Slide 11**
No offers, full time or for interns are being provided.  In addition, APC Legacy interns are treated differently than Oxy Legacy interns, and are not encouraged to go to Career Fairs or to check with University Relations, while Oxy Legacy interns are encouraged.

**Slide 12**
**14:05** - "All positions have already been posted on our Oxy careers website, as well as external websites."  This did not include any Data Science positions.

**Slide 13**
**16:38** - "We target to extend offers immediately as soon as possible whenever you guys tell us 'Hey, we thought this candidate was a rock star who's a must' we'll be extending those offers as soon as possible. We try to be as quick as possible."  So even if we were moving forward with a Data Science intern program, this means that we are no longer able to provide on the spot job offers to outstanding candidates as we have been able to do in the past.

**Slide 14**
**17:48** - "We do our behavioral based training versus a full on technical interview session for our interns."  Oxy is changing the interviews from in person interviews to virtual interviews, and changing the structure to be behavioral based instead of technical based, which obviously has many issues for identifying the highest qualified Data Science interns, even if we were continuing with the Data Science internship program.

Thanks,
-Jeremy

---

**From:** Tucker, Keri <Keri.Tucker@anadarko.com>
**Sent:** Wednesday, September 11, 2019 10:58 AM
**To:** Graybill, Jeremy <Jeremy.Graybill@anadarko.com>
**Subject:** FW: Oxy Recruiting Overview Presentation

Hi Jeremy,

Please see the instructions below to view the Oxy recruiting presentation.

Thank you,

*Keri Tucker*

University Relations Representative
1201 Lake Robbins Dr.
The Woodlands, TX 77380
(832) 636-3963
Keri_Tucker@oxy.com

Occidental [Ping Lu] 000665

**From:** University Relations
**Sent:** Tuesday, September 3, 2019 3:39 PM
**Subject:** Oxy Recruiting Overview Presentation

Legacy APC Recruiters,

If you were unable to attend the Oxy Recruiting Overview last week, Oxy has made the presentation available to view via this external link: Fall 2019 Campus Recruitment Overview (08-28-19, afternoon)

Please note that you will need to enter the password in order to view: ***OxyUniversityRelations***

Thank you,

**Anadarko University Relations**
UniversityRelations@Anadarko.com

**Occidental [Ping Lu] 000666**

# EXHIBIT 5

Occidental [Ping Lu] 000667



AAET Portfolio – Evaluation progress update

August 28th, 2019

Occidental [Ping Lu] 000668

## Executive summary

PRELIMINARY

- Evaluated 23 of the largest products in the AAET portfolio (Chiefs+DMA+IT)
- Majority of products will be "Archived" (i.e. eliminate costs, preserve IP):
  - **Archive 11 products**
  - **Merge 2 products,** capabilities being evaluated for potential inclusion in Oxy platform
  - **Sustain use for 8 products,** due to business continuity and risk mitigation, with "**keep the lights on" spend levels**
  - Continue usage & **roll-out of 2 products** based on **high operational reliance** and **high potential for legacy-Oxy assets**
- **88% reduction in go-forward addressable spend on AAET products ($4.6 MM out of $37.5 MM baseline)**
- **Fixed cost commitments total ~$7.5 MM per year** for Google Cloud, Kelvin, and other contracts being examined (not included in addressable spend)
- **Unclassified cost of $4.9 MM** needs to be further evaluated (not included in addressable spend)
- Next steps
  - Refine estimates of go-forward maintenance, unclassified and fixed cost commitments
  - Explore downstream impact of data collection spend
  - Prepare integration plans for technologies to be adopted or sustained
  - Local analytics team portfolio analysis (not part of AAET)



2

## Objectives of the discussion today

**1** **Summarize recommendations from SME evaluations**

**2** **Review IT dependencies and costs going forward**

**3** **Next steps**

**4** **Deep-dive on products recommended for sustain or expand as needed**



3

Occidental [Ping Lu] 000670



**① Recommendations for portfolio result in 88% reduction in addressable spend**

| Product recommendation | Definition | # of products | Spend summary, $MM |
|---|---|---|---|
| **Archive Or Merge** | ▪ **No additional funding**<br>▪ Allow code to be accessed and key modules incorporated into Oxy Platforms<br>▪ Cost of migrating data into Oxy platforms is TBD | 13 | 20.0 → 20.0 → **-100%** → 0 |
| **Sustain** | ▪ **Fund "keep the lights on" maintenance** to sustain current functionality<br>▪ Cost of migrating tools into Oxy systems is TBD | 8 | 6.6 → 5.3 → **-80%** → 1.3[2] |
| **Expand** | ▪ **Consider deployment into legacy Oxy BUs**<br>▪ In-flight development projects to be rationalized with DMA roadmap | 2 | 10.9 → 7.6 → **-70%** → 3.3[3] |
| **Total** | | 21 | 37.5 → 32.9 → **-88%** → 4.6 |

AAET 2020 addressable forecast spend[1]   Synergy savings   Go-forward cost to Oxy per year

PRELIMINARY



1 Full 2020 estimate provided by AAET is $50 MM. Excluded from addressable spend is $4.9 MM of "unclassified" costs and estimated fixed cost of $7.5 MM
2 Cost estimates for sustain include basic maintenance and assumed IT / cloud expense
3 Cost estimates for expand include recommended development and roll-out spend, maintenance, and IT / cloud expenses

4

**Occidental [Ping Lu] 000671**

# ① 8 products are recommended to **Sustain** and 2 to **Expand**

PRELIMINARY

Annual go-forward spend, $MM  ▢ G&G product ▮ Eng. product

| | Product | Summary | Evaluator | Deploy/develop[1] | Maintenance + IT / cloud | Total | Comments |
|---|---|---|---|---|---|---|---|
| **Products to Expand** | **IPSO Offshore** | Surveillance and res. management | M. Hackworth, J. Keating, D. Le, SP Singh | 0.9 | 0.9 | 1.8 | In active use for all offshore platforms, recommended to be maintained and updated for GOM BU |
| | **IPSO Onshore** | Surveillance and res. management | M. Hackworth, S. Lauver, S. Liu | 0.9 | 0.7 | 1.6 | In active use by legacy-APC DB team, recommended to maintain in short term and combine with other Oxy systems for surveillance in legacy Oxy BUs |
| **Products to Sustain** | **FiDO** | Uncertainty analysis package | J. Keating, SP Singh | 0 | 0.6 | 0.6 | In active use by GOM teams. Similar but less capable vendor products available at less cost, sustaining is least disruptive option |
| | **DXP (development planning module)** | Dev. plan optimization | S. Lauver | 0 | 0.1 | 0.1 | Dev. planning modules are in early deployment but can be supported at low incremental cost |
| | **LogQC (standalone), IP Toolkit (2 products)** | Petrophysical tools, plug and play | K. Newsham | 0 | 0.1 | 0.1 | Will be incorporated into existing platforms at very low cost |
| | **Geophysical ML, ARCQis, SaltID, & CTL (4 products)** | Geophysical interpretation and ML tools | K. Koster | 0 | 0.4 | 0.4 | Will be available for expert users with 1-3 Headwave licenses for $300k annually, TBC |
| | | | **Total** | **1.8** | **2.8** | **4.6** | |



1 Includes development of select in-flight projects and deployment/roll-out costs

Cost estimates are preliminary, and reconciliation with Value Capture targets is underway

5

Occidental [Ping Lu] 000672

# ① 13 products / initiatives are recommended to **Archive or Merge**

PRELIMINARY

G&G product    Eng. product    Other

| | Product | Evaluator | Addressable spend saved[1] $MM | Comments | | Product | Evaluator | Addressable spend saved[1] $MM | Comments |
|---|---|---|---|---|---|---|---|---|---|
| **Products to Archive** | **LogQC (cloud)** | K. Newsham | 1.5 | Cloud-based products associated with the Lithos platform are still in development, and were determined to be high cost relative to existing solutions in use at Oxy | **Products to Archive** | **Next Gen 3D Visualization** | D. Hoffman | TBD | Associated with Lithos and recommended for cancellation |
| | **PetroPT** | K. Newsham | 1.5 | | | **DXP (exploration module)** | B. Bullock | TBD | Exploration module can be Archived for potential future use, but no current applicability to Oxy |
| | **Tops Propagation Tool** | K. Newsham | 1.5 | | **Products to Merge** | **FPO – Real Time Drilling** | J. Mejia | 4.1 | Highest-value capabilities being examined for potential inclusion in ODA |
| | **Lithos Toolkit** | K. Newsham | 2.5 | | | **FPO – Real Time Completion** | J. Mejia | 2.3 | Highest-value capabilities being examined for potential inclusion in ODA |
| | **Multiscale Facies Mapping** | K. Newsham | 2.2 | | | **Open Innovation** | M. Hackworth | 1.7 | Crowd-sourcing program recommended for cancellation |
| | **Geomechanical Reservoir Characterization** | K. Newsham | 0.1 | | | **Emerging Technologies[2]** | M. Hackworth | 2.0 | Incubator program recommended for cancellation, BUs may continue to fund specific programs as needed |
| | **Advanced Geologic Modeling** | D. Hoffman | 0 | Future development should be cancelled, existing Petrel plug-ins should be made available | | | | | |

**Total addressable spend saved:**    **$20 MM**    Associated headcount and synergy opportunities is being analyzed

1 Represents total estimated development and maintenance costs provided by AAET
2 Total provided for Emerging Technologies is $6.3 MM; $4.3MM is assumed to be fixed cost associated with Kelvin and other vendors and removed from addressable spend, TBC

6

Occidental [Ping Lu] 000673

## ② Fixed cost commitments of $7.5 MM are associated with the portfolio

PRELIMINARY

| Contract | Annual contract amount, $MM | Contract end date | Comments |
|---|---|---|---|
| Google Cloud | 3.2 | Oct 1, 2021 | Exit options being evaluated |
| Kelvin | 3.0 | May 1, 2020 | IoT technology used for production optimization in DJ, and used by RTD (recommended for archiving). Evaluators recommendation is to continue where in active use |
| MapR | 1.0 | Jan 31, 2021 | Phase-out options being evaluated. Used by IPSO |
| StreamBase, MongoDB | 0.3 | TBD | Mongo is also used by Oxy, may consolidate contracts |
| Total | 7.5 | | |



Occidental [Ping Lu] 000674

## ③ Next steps

1. Improve understanding of costs for maintenance, data transfer, and integration

2. Integrate recommendations with Value Capture initiatives for DMA

3. Finalize path forward for targeted adoption of analytics algorithms and high-potential modules



8

Occidental [Ping Lu] 000675

# BACKUP



Occidental [Ping Lu] 000676

## The AAET technology portfolio by type and function

**Recommendation**  ○ Archive  ● Merge  ● Sustain  ● Expand

**Functional categories**

AAET product | Evaluator

✓ Potential overlap with Oxy technology, to be further evaluated

| Technology types | Geophysics | Petrophysics and earth modeling | | Field development + appraisal | Reservoir management | Drilling and completion | Facilities |
|---|---|---|---|---|---|---|---|
| **Data analytics** | ● Geophysical ML | ● LogQC and PetroPT | ● Multi-scale Facies Mapping | ● DXP | | | ● APA |
| | Geophysical interpretation using deep learning | ML for accelerated petrophysical QC and log-based basin interpretation | Data-driven facies characterization and basin mapping | Data analytics for exploration and appraisal | | | Predict and study facility shutdowns |
| | Klaas Koster | Kent Newsham | Mary Parke | Brian Bullock | | | Matt Hackworth |
| **Real time operations** | | | | | | ● FPO – RT Drilling | |
| | | | | | | Real-time ops, incl. edge computing at rig site | |
| | | | | | | ● FPO – RT Completion | |
| | | | | | | Stage-level cost opt., Frac hit monitoring, Frac diagnostics | |
| | | | | | | Juan Mejia | |
| **Workflow automation / accelerated interpretation** | ● ARCqis and Salt ID | ● Tops Propagation Tool | ● Geomech. Res. Char. | | | ● Open Innovation + Emerging Technologies | |
| | Accelerated seismic processing | Basin-wide stratigraphic framework | Accelerated basin-wide geomechanical modeling | | | Additional technologies in development, not shown here or with limited deployment to date, from the Open Innovation and Emerging Tech groups | |
| | Klaas Koster | Mary Parker | K. Newsham & J. Kessler | | | Matt Hackworth | |
| **Integrated platforms / visualization products** | ● Close-the-Loop | ● Lithos Toolkit | ● Adv. Geo. Modeling | ● FiDO | ● IPSO Offshore | ● Foundational data management + cloud capabilities | |
| | Integration of seismic data with static models | Integrated characterization platform | Integrated characterization platform | Uncertainty analysis and dev. plan. optimization | Integrated field, well, reservoir, and facility optimization | Data infrastructure and cloud requirements across technologies | |
| | Klaas Koster | Kent Newsham | Brian Bullock | James Keating | M. Hackworth & SP Singh | Randy Volkin & Mustafa Rizvi | |
| | | ● IP Toolkit | ● Next generation 3D Visualization | | ● IPSO Onshore | | |
| | | Petrophysical plugins for IP software | GPU-based visualization | | Integrated field, well, reservoir, and facility optimization | | |
| | | Kent Newsham | Dave Hoffman | | M. Hackworth & S. Lauver | | |

**IT Lead:** Randy Volkin

**DMA Lead:** Reza Rastegar

10

Occidental [Ping Lu] 000677

## AAET spend forecast for 2020

PRELIMINARY

| Product Lines[1] | Cpx $MM | Opx $MM | FTEs $MM | Total $MM | # Contrs | # FTEs |
|---|---|---|---|---|---|---|
| AAET Cloud Eng & Infrastructure | 0.5 | 1.2 | 2.1 | 3.8 | 6 | 5 |
| Advanced Reservoir Characterization | 0.6 | 0.1 | 1.5 | 2.2 | 2 | 4 |
| DL-Based Geophysics | 1.0 | 0.1 | 2.9 | 4.0 | 3 | 7 |
| DSRV (Geomechanical Simulator) | 0.1 | 0.0 | 0.0 | 0.1 | 0 | 0 |
| Emerging Tech | 0.0 | 4.7 | 1.5 | 6.3 | 16 | 4 |
| FiDO (Field Devp Optimization) | 1.4 | 0.1 | 1.2 | 2.6 | 5 | 3 |
| IPSO Offshore | 4.3 | 0.4 | 1.4 | 6.1 | 16 | 3 |
| IPSO Onshore | 3.1 | 0.2 | 1.5 | 4.8 | 11 | 4 |
| Lithos Toolkit (Unconventionals) | 1.8 | 1.9 | 3.5 | 7.1 | 12 | 9 |
| Open Innovation | 0.0 | 1.3 | 0.4 | 1.7 | 4 | 1 |
| RTC (Real-time Completions) | 1.0 | 0.0 | 1.3 | 2.3 | 3 | 3 |
| RTD (Real-time Drilling) | 2.7 | 0.2 | 1.3 | 4.1 | 10 | 3 |
| TCoE (Unclassified costs) | 0.0 | 2.5 | 2.4 | 4.9 | 8 | 6 |
| Total Spend | 16.4 | 12.7 | 20.9 | 50.0 | 96 | 52 |

**A more complete understanding of the costs will require which platforms are supported by Google Cloud, whose contract carries a $300M / month commitment for 3 years ($10.8 MM)**



1 Costs are provided by APC and only cover the major products / platforms;

11

Occidental [Ping Lu] 000678

# EXHIBIT 6

Occidental [Ping Lu] 000679



# Core R&D

Product and Product Lines with direct enterprise mission impact; aimed at specific business objectives with surgical precision.



### Advanced Process Analytics

Reduces the equipment and facility downtime by using machine learning to predict and resolve issues.





### Advanced Reservoir Characterization & Quantitative Interpretation Solutions (ARCqis)

Developing advanced reservoir characterization solutions, such as novel approaches to seismic inversion, to predict reservoir properties from seismically derived attributes.

`core`  `dwgom success`



### High Density L48 Characterization

New toolsets for petrophysicists and geologists to efficiently create high-density datasets for next generation subsurface characterization.





### Intelligent Production Surveillance

Enables Reservoir and Production Engineers to interrogate, understand, and optimize well performance using real-time surveillance and automated algorithms.

`core`  `digital ops`



Occidental [Ping Lu] 000680



## L48 Exploration & Development with Hyper-Cubes

Data-driven toolkit for rapid analysis of inter- and intra-basin datasets to derive insights for exploration screening and well campaign development planning.

`core`  `l48 expansion`



## Machine Augmented Seismic Interpretation

Applying deep learning to seismic datasets to create more efficient & robust frameworks and property estimations than current methods are able to provide today.

`core`  `dwgom success`



## Next Gen Reservoir Simulation

Through fit-for-purpose reservoir characterization and modeling technology, we provide frameworks that drive robust decision making under uncertainty, from exploration to production.

`core`  `l48 expansion`  `dwgom success`



## Real Time Well Construction Optimization

"Intelligent" control and edge computing in Drilling and Completions for fleet performance optimization (FPO). FPO enables real-time monitoring, automation, and optimization of drilling and completions."

`core`  `digital ops`

ANADARKO
Technology

Send us an email at
**technology@anadarko.com**
We'll be glad to help!



| Launch Pad | Engage | Connect |
|---|---|---|
| IPSO | Emerging Technology | Press |
| RTD | Geoscience Technology | Submit an Idea |
| RTC | Open Innovation | |
| FiDO | Videos | |
| RS Prism | | |



Occidental [Ping Lu] 000681



## Machine Augmented Seismic Interpretation

core  dwgom success



**DL-based Seismic Fault Interpretation**

Deep learning workflow for generating robust fault probability predictions across offshore and onshore seismic datasets



**DL-based Seismic Salt Interpretation**

Harnessing deep learning to efficiently identify salt bodies and salt inclusions for enhancing velocity modeling, subsalt imaging, and drilling hazard identification



**DL-based Seismic Stratigraphic Interpretation**

Deep learning workflow for classifying deep-water stratigraphic geometries such as channel complexes and MTC's in seismic data

DL-based Seismic Fault Interpretation

DL-based Seismic Salt Interpretation

DL-based Seismic Stratigraphic Interpretation

## About

Deep Learning and Machine Learning are exercises in human imitation. If I teach a machine to classify cats and dogs across thousands of images, chances are that when the machine sees a new image it's never seen before, it will be able to recognize if there is a cat or dog in the picture much like a human would be able to do. It is a classification problem and you and I do it all the time when we recognize faces, shapes, or more complex patterns.

We are using this same technique to train a machine to pick geologic features we are attempting to identify – everything from a fault or salt structure to other stratigraphic features. So what is the purpose of doing this at scale? Instead of manually interpreting just a small subset of data, we are able to interpret every single pixel of seismic imagery that we have within petabytes of data using a computer. Thus, we can train a machine to pick broader scale exploration features or finer features in a development optimization context.

Occidental [Ping Lu] 000682

Decision makers now have the power to use this extraordinarily high density feature classification (faults, salts, and stratigraphy) to explore for oil and gas accumulations by tracing fluid migration patterns. Similarly, we can infer better development patterns in the form of placement and number of infill wells to optimally drain a reservoir.

## Value Opportunity

Inferring geologic context from seismic data requires geoscientists to recognize patterns in the data. These patterns are learned after years of studying textbook diagrams, doing field work, and learning from experience. Armed with these experiences, geoscientists can interpret the rock record to better understand its origins and implications for E&P success. Since Machine Learning algorithms can excel in detecting patterns in data, it stands to reason that this technique might also be applied to detect and map stratigraphic features in 3D seismic data. A mature set of detection algorithms could be built up to interpret a whole host of geologic features. These could include:

- horizons likes mudlines & basements;
- architectures like deepwater channels, mass transport complexes, shelf foresets, lobes & levees;
- seismic irregularities like AVO anomalies, flat spots, & gas chimney clouds;
- and perhaps even source rock & reservoir intervals themselves.

And all of these could be done in the same amount of time as a coffee break. This has the potential to vastly improve the speed and precision of seismic data analysis.

## Roadmap

DL-based Seismic Stratigraphic Interpretation Roadmap



Send us an email at
**technology@anadarko.com**
We'll be glad to help!

| Launch Pad | Engage | Connect |
|---|---|---|
| IPSO | Emerging Technology | Press |
| RTD | Geoscience Technology | Submit an Idea |
| RTC | Open Innovation | |
| FiDO | Videos | |
| RS Prism | | |



Occidental [Ping Lu] 000683



## Advanced Reservoir Characterization & Quantitative Interpretation Solutions (ARCqis)

core   dwgom success



**Data Driven Low Frequency Models**
Generate seismically driven low frequency models that will directly impact the estimations of rock properties away from control points



**ML-based Seismic Inversion**
ML-based alternative stochastic inversion technique for seismically constrained property distributions for enhanced exploration and development campaign success



**ML-based Noise Attenuation**



**Waveform Similarity Workflow**

Occidental [Ping Lu] 000684

Explore current advancements in noise attenuation within the machine learning field in order to apply them to seismic data

Advanced solution for establishing similarities between seismic waveforms for geologic feature delineation, data classification, and comparison of seismic volumes

Data Driven Low Frequency Models       ML-based Seismic Inversion       ML-based Noise Attenuation       Waveform Similarity Workflow

## About

Many of the subsurface properties that affect reservoir performance aren't readily observable in seismic data. Instead, engineers and geophysicists must develop inferential models to relate our seismic data measurements to reservoir and fluid properties. This effort is two parts science and one part art. To drive the science, we are tapping into new technologies like deep learning and voice recognition algorithms. To drive the art, we are building advanced interpretation tools to integrate data-driven results with more subjective model-driven estimates. The combination of the two will yield enhanced insight to drive reservoir development and optimization decisions.

## Value Proposition

Noise attenuation is a crucial part of seismic data analysis. Most of the time pre-stack data delivered from processing shops can be further improved in some aspects such as removing residual noise or further correction of move-out misalignment. It is especially important for inversion since the prediction is directly derived from pre-stack of partially stacked seismic data. When seismic data is contaminated with noise or multiples, those problems will propagate to the inversion results. It is quite challenging to work in pre-stack domain due to large amounts of data. We are exploring machine learning applications for noise attenuation as well as aiming to leverage our cloud computing capabilities to better handle these large datasets.

## Roadmap

ML-based Noise Attenuation Roadmap



ANADARKO
Technology

Send us an email at
**technology@anadarko.com**
We'll be glad to help!

| Launch Pad | Engage | Connect |
|---|---|---|
| IPSO | Emerging Technology | Press |
| RTD | Geoscience Technology | Submit an Idea |
| RTC | Open Innovation | |
| FiDO | Videos | |
| RS Prism | | |



Occidental [Ping Lu] 000685

# EXHIBIT 7

Occidental [Ping Lu] 000686

# MEMORANDUM

| | | | |
|---|---|---|---|
| TO: | Governance and Risk Committee | DATE: | Nov 16, 2018 |

| | |
|---|---|
| FROM: | Sanjay Paranji, Chief Technology Officer |

| | |
|---|---|
| RE: | Advanced Analytics and Emerging Technologies (AAET) Update |

## Executive Summary

The AAET team continues to make good progress on the following strategic objectives:

- Digitalizing operations with automated surveillance and intelligent control
- Increasing velocity and quality of Lower 48 (L48) basin evaluations
- Optimizing field development (onshore & offshore)
- Enhancing exploration through advanced seismic imaging

AAET's organizational structure has evolved with end-to-end capabilities from ideation to in-house software development skills allowing us to sustainably deliver our products to the end-user and co-develop business-driven technical functionality in concert with business units. We have brought AAET and Geoscience Technology together into one team to foster increased connectivity between research & development and deployment efforts, and are developing a more robust data infrastructure with a dedicated DataOps team to support the migration of our analytics workloads to the Google Cloud Platform (GCP). Our stakeholder engagement is on a positive trajectory and has measurably increased with the engagement of over 380 users across the 6 distinct R&D product-lines now deployed to the asset teams corresponding to strategic objectives above.

AAET and IT have entered into a commercial agreement with Google for usage of Google Cloud Platform (GCP) with a negotiated commitment of $10MM in spend over the next 3 years. GCP is the preferred cloud platform for the continued development of AAET's next-generation applications and analytics and provides access to proprietary hardware specifically designed for Artificial Intelligence and Machine Learning, a more compelling technology stack for application developers, data-scientists and considerably faster GPU hardware adoption. The softer and intangible benefits of the agreement surround access to Google Engineering teams and the opportunity for our people to collaborate and learn from Google's experts to help solve some of our most difficult problems and help guide their future roadmaps as they pertain to Oil and Gas problems.

## Analysis

### Digitalizing Operations with Automated Surveillance and Assisted Control

At the end of January 2018, the AAET team in collaboration with our DW GoM team, successfully deployed a production surveillance and optimization system called IPSO. IPSO's purpose is to optimize base production through real-time surveillance and efficient reservoir management.

Occidental [Ping Lu] 000687

IPSO now covers approximately 150 wells across all deep-water facilities (16 operated and non-operated facilities in GoM and Ghana) and extended to the Onshore Delaware Basin team with ~1000 horizontal wells. Following the successful scale out in the Delaware Basin, we will shift focus to the Powder River Basin (PRB), expanding functionality to an emerging asset. The next major release, set for January 2019, will incorporate integrated forecasting and scheduling (IFS) for all DW GoM assets to enable real-time tracking of production and downtime performance against forecast. This unified framework is intended as a management tool providing the ability to measure forecast accuracy over time. Two critical components of IPSO Onshore include the development of productivity index (PI) based forecasting functionality which assesses well performance, even under infrastructure rate constraints, and the development of high density mapping functionality to spatially represent all information available in IPSO. Together these features impact both the financial and technical post appraisal workflows the asset teams perform today.

The AAET team's work with real time drilling and completions is ongoing and we have achieved a significant milestone in our first Internet of Things (IoT) driven initiative. All onshore rigs and frac vans are now equipped with data-gathering black boxes with data streaming into our high performance historian at 1-second frequency and 2-3 second latency. Thus far we have aggregated approximately 4 billion rows of data with auto-detected drilling and completion states. As of October 2018, we released both real-time drilling (RTD) and real-time completions (RTC) models to the end user community for monitoring of rig and frac fleets and will be incorporating additional cost monitoring and optimization functionality based on user feedback. RTD has released deepwater drilling and tripping KPI dashboards to aid in rig efficiency optimization, and for USON, has released a general drilling performance dashboard, automated days vs depth charts, KPIs (on and off bottom time metrics, footage analytics, and connection time performance), and 2-D/3-D directional analysis tools to compare planned and actual well paths. The first release of RTC went live in November 2018 and provides a real-time data viewing platform where all users can see near real-time data from all frac vans. Future releases will include functionality for real-time cost calculations, pump schedule management, and stage performance comparisons.

The AAET team also partnered with the DJ Operations team in our first successful intelligent (autonomous) control pilot to improve production across the well life cycle. In January 2018, we began testing control on 23 artificial lift wells (plungers) through a pilot with an IoT company, Kelvin. Results indicate an average production uplift of 5% coupled with increased uptime and projected NPV benefits around $10MM in the first year under a full-field implementation scenario. By Q1 2019 we plan to scale across all ~1500 horizontal wells and extend to an additional ~3000 vertical wells later in 2019.

*Increasing Velocity and Quality of L48 Basin Evaluations*
As of July 2018, we completed Generation 2 of the rapid basin evaluation workflows using machine-assisted log reconstruction, petrophysics and automated top-picking of geological

2

Occidental [Ping Lu] 000688

horizons. We recently acquired ~400K triple combo logs in addition to the existing 300K triple combo logs we currently own.  This gives us coverage across every known petroleum system in the L48 and we are planning to use the generation 2 workflows against the entire L48 data coverage.  This is an ambitious attempt to predict commercial sweet spots and production deliverability across the entire L48 and this effort is being jointly kicked off with exploration with validation against previous work in Louisiana Gulf Coast and Delaware. We are also working with the Delaware basin asset team and using the increased data coverage of approximately 6500 wells to produce higher resolution margin to margin basin maps which will have both lithological and geomechanical characterization.  We believe this can be used for development campaign optimization purposes at a greater resolution than we have ever done before.

*Optimizing Field Development (Onshore & Offshore)*
The AAET team delivered a multivariate analysis (MVA) workflow product to the Delaware Basin team that enhances development optimization decision-making and can also be used in business development applications to quickly evaluate acreage trades. We have incorporated public data of ~5000 wells, evaluated 183 input variables sampled from 124 maps and 59 well design/production variables and created economic maps at the basin scale for all operators and any proposed development plan scenarios in relation to completion design and inter-well spacing. The Delaware Basin team is currently evaluating the tool through a proof of concept on 13 wells and thus far have found the tool saves the development team approximately 10 hours on each well proposal compared to the previous workflow.

*Enhancing Exploration through Advanced Seismic Imaging*
The AAET team achieved early success utilizing a cutting-edge machine learning approach with Generative Adversarial Network GAN-based super-sampling for fault picking, and more recently have been testing algorithms for salt features. We have delivered fault probability cubes to the Colombia team covering the entire Esmerelda 3D dataset, GoM teams working in the Lucius/Phobos areas, and two new prediction models to Wattenberg in Q3. This approach allows us to turn around fault predictions in two business days and these insights are being used to explore additional subsalt traps, assess tectonics and hydrocarbon systems evolution, and identify possible conduits between the hypothesized source rock and reservoir rocks. We continue to meet with teams to assess the business need for fault prediction projects and have over a dozen additional projects in the backlog.

Using our proprietary deep neural network architecture, we have prototyped multi-realization probability cubes that provide an interpreter with a quantitative confidence score for the presence or absence of salt in every voxel across the entire Bevo survey.  Additionally, the salt probability cube prototype has been used to locally update the traditional velocity model generated by the vendor, WesternGeCo (WGC). The team has also created a catalog of stratigraphic features that could be systematically and efficiently identified in seismic data if machine learning is injected into the interpretation workflow.  As there are 2-3 years of R&D required to get through it all, the catalog has been circulated amongst staff and exploration leadership to prioritize by business

<center>3</center>

Occidental [Ping Lu] 000689

needs. Our first two attempts at detecting stratigraphic features using ML yielded moderate success, with iterative improvements arriving in the coming quarters.

**<u>Conclusion</u>**

Enhanced stakeholder engagement remains a key focus for the AAET team throughout 2018. We now have a roadmap for each of our 15 project teams with a plan to continue engaging end-users in the delivery of application platforms and products to the company. Across four of our AAET platforms, we have engaged with over 380 users with over 100 new users added in October. We are forming deployment teams in both the engineering and geoscience domains with a dedicated focus on the integration and scale out of AAET products.

4

**Occidental [Ping Lu] 000690**

# EXHIBIT 8

Occidental [Ping Lu] 000691

**From:**          Yanyan_Zhang@oxy.com
**Sent:**          Thursday, October 03, 2019 4:42 PM
**To:**             Koster, Klaas
**Cc:**             Xiao, Yuan; Lu, Ping
**Subject:**       RE: Anadarko CS reconstruction

Hi Klaas,

I personally have doctor appointment on Next Monday so couldn't visit GW5.
We'll investigate on the data further and let you know the progress later.

Thanks.

Best,
Yanyan

---

**From:** Koster, Klaas <Klaas_Koster@oxy.com>
**Sent:** Thursday, October 3, 2019 3:50 PM
**To:** Zhang, Yanyan <Yanyan_Zhang@oxy.com>
**Cc:** Xiao, Yuan <Yuan_Xiao@oxy.com>; Lu, Ping <Ping_Lu@oxy.com>
**Subject:** RE: Anadarko CS reconstruction

Yanyan,

I know that you are using GANs, Ive read the TLE article. I am interested in comparing results, not underlying methods.
I'm not sure when I am next at APC, so let's start with a meeting at GW5 to show you what the problem is we have
solved using low-rank matrix completion.
I'm sure Maks and Reza will be part of the discussion here.

Klaas

---

**From:** Yanyan_Zhang@oxy.com <Yanyan_Zhang@oxy.com>
**Sent:** Thursday, October 3, 2019 3:44 PM
**To:** Koster, Klaas <Klaas_Koster@oxy.com>
**Cc:** Xiao, Yuan <Yuan_Xiao@oxy.com>; Lu, Ping <Ping_Lu@oxy.com>
**Subject:** RE: Anadarko CS reconstruction

Hi Klaas,

Since I'd need invite Cody and my other colleagues to help me explain, can we meet on a day that you'll be in APC
instead of me going to GW5?
Also, we're not using linear algebra or transformation methods to solve the problem, so I'm afraid some experience
might not be easily transferable.

Thanks!

Best,
Yanyan

1

**Occidental [Ping Lu] 000692**

**From:** Koster, Klaas <Klaas_Koster@oxy.com>
**Sent:** Thursday, October 3, 2019 3:16 PM
**To:** Zhang, Yanyan <Yanyan_Zhang@oxy.com>
**Cc:** Xiao, Yuan <Yuan_Xiao@oxy.com>; Lu, Ping <Ping_Lu@oxy.com>
**Subject:** RE: Anadarko CS reconstruction

Yes, of course. Right now Monday looks like a good day with relatively few meetings.
If you come to GW5 then I can show you all the work we have already done on CS with low-rank matrix completion and matching-pursuit Fourier interpolation.

---

**From:** Yanyan_Zhang@oxy.com <Yanyan_Zhang@oxy.com>
**Sent:** Thursday, October 3, 2019 3:09 PM
**To:** Koster, Klaas <Klaas_Koster@oxy.com>
**Cc:** Xiao, Yuan <Yuan_Xiao@oxy.com>; Lu, Ping <Ping_Lu@oxy.com>
**Subject:** RE: Anadarko CS reconstruction

Hi Klaas,

If you have time, can I request to schedule a meeting with you in person?
I'd like to explain our current problem and the difficulty we have to apply our method towards this problem, so that you can have a better understanding.

Thanks!

Best,
Yanyan

---

**From:** Koster, Klaas <Klaas_Koster@oxy.com>
**Sent:** Thursday, October 3, 2019 2:34 PM
**To:** Rastegar, Reza <reza_rastegar2@oxy.com>; Zhang, Yanyan <Yanyan_Zhang@oxy.com>
**Cc:** Xiao, Yuan <Yuan_Xiao@oxy.com>; Lu, Ping <Ping_Lu@oxy.com>; Pryporov, Maksym <Maksym_Pryporov@oxy.com>
**Subject:** RE: Anadarko CS reconstruction

Yanyan,

There is no fundamental difference between reconstruction of a single 3D pre-stack shot-gather, or a single 3D post-stack volume. Both can be simply represented as a sequence of 2D slices.

The whole point of compressive sensing is to sparsely sample the data non-uniformly and then reconstruct it to what you would have measured on a dense regular grid. So, I have no idea what the difficulty is.
Perhaps you are saying that you need some dense and uniformly sampled data for your training images? We have those of course.

Klaas

---

**From:** Rastegar, Reza <Reza_Rastegar2@oxy.com>
**Sent:** Thursday, October 3, 2019 2:26 PM
**To:** Zhang, Yanyan <Yanyan_Zhang@oxy.com>

Occidental [Ping Lu] 000693

**Cc:** Xiao, Yuan <Yuan_Xiao@oxy.com>; Lu, Ping <Ping_Lu@oxy.com>; Koster, Klaas <Klaas_Koster@oxy.com>; Pryporov, Maksym <Maksym_Pryporov@oxy.com>
**Subject:** Re: Anadarko CS reconstruction

Thanks Yanyan. I'm including Klaas in the conversation.

Klaas, please see the update. Any thought?

Sent from my iPhone

On Oct 3, 2019, at 1:43 PM, "Yanyan_Zhang@oxy.com" <Yanyan_Zhang@oxy.com> wrote:

> Reza,
>
> We're in the process of reviewing the data. The problem is actually not what we have published, we were working with
> post-stack migrated seismic, but this data is about pre-stack gathers. What's more important is this data is non-uniform sampled, which is different to our work.
>
> Best,
> Yanyan
>
> Get Outlook for Android
>
> **From:** Rastegar, Reza <Reza_Rastegar2@oxy.com>
> **Sent:** Thursday, October 3, 2019 7:12:36 AM
> **To:** Zhang, Yanyan <Yanyan.Zhang@anadarko.com>; Xiao, Yuan <Yuan.Xiao@anadarko.com>
> **Cc:** Lu, Ping <Ping_Lu@oxy.com>
> **Subject:** RE: Anadarko CS reconstruction
>
> Team,
>
> Were you able to get the data and try what Klaas was asking?
>
> Thanks,
> Reza
>
> **From:** Koster, Klaas <Klaas_Koster@oxy.com>
> **Sent:** Thursday, September 26, 2019 3:26 PM
> **To:** Zhang, Yanyan <YANYAN.ZHANG@ANADARKO.COM>; Xiao, Yuan <YUAN.XIAO@ANADARKO.COM>
> **Cc:** Pryporov, Maksym <Maksym_Pryporov@oxy.com>; Rastegar, Reza <Reza_Rastegar2@oxy.com>; Lu, Ping <Ping_Lu@oxy.com>
> **Subject:** RE: Anadarko CS reconstruction
>
> Yuan/Yanyan,
>
> I'd like to see your DL compressive sensing reconstruction (TLE, September 2019) applied to the enclosed shot gather.
> I enclosed the mask that was applied to the full dataset, so you know which seismic traces are missing.
> The dataset itself is on the Geophysics Function MS Teams site, Yuan has access to it:
> DUG_rec_sampled_pkl

**Occidental [Ping Lu] 000694**

Klaas


Example of Python code to read data:
import pickle as pkl
nxs = 641
P  = np.zeros((nxs,nxs),dtype=bool)
P =  pkl.load(open( 'DUG_ReceiverMask_pkl', "rb" ))




**From:** Cody_Comiskey@oxy.com <Cody_Comiskey@oxy.com>
**Sent:** Friday, September 13, 2019 4:42 PM
**To:** Koster, Klaas <Klaas_Koster@oxy.com>; Comiskey, Cody <Cody_Comiskey@oxy.com>;
Lu, Ping <Ping_Lu@oxy.com>
**Subject:** Re: Anadarko CS reconstruction

Sounds good. I would reach out to Ping and his team. My group wasn't involved in the project.


Thanks Klaas, have a good weekend

Cody



Sent from my Verizon, Samsung Galaxy smartphone

-------- Original message --------
From: "Koster, Klaas" <Klaas_Koster@oxy.com>
Date: 9/13/19 16:36 (GMT-06:00)
To: "Comiskey, Cody" <Cody_Comiskey@oxy.com>, "Comiskey, Cody"
<Cody_Comiskey@oxy.com>, "Lu, Ping" <Ping_Lu@oxy.com>
Subject: RE: Anadarko CS reconstruction

Thanks for the info. R&D is fine, possibly still good enough to attempt our benchmark.

**From:** Cody_Comiskey@oxy.com <Cody_Comiskey@oxy.com>
**Sent:** Friday, September 13, 2019 4:34 PM
**To:** Koster, Klaas <Klaas_Koster@oxy.com>; Comiskey, Cody <Cody_Comiskey@oxy.com>;
Lu, Ping <Ping_Lu@oxy.com>
**Subject:** Re: Anadarko CS reconstruction

Klaas, this project was a collaboration between the data science team and geophysical
technology and was an initial test in using ML for projects like this. I will defer to Ping on
the status of the work but at our last discussion, this was a strictly R&D project.

Cody



Sent from my Verizon, Samsung Galaxy smartphone

4

Occidental [Ping Lu] 000695

**From:** Rastegar, Reza <Reza_Rastegar2@oxy.com>
**Sent:** Thursday, October 3, 2019 7:12:36 AM
**To:** Zhang, Yanyan <Yanyan.Zhang@anadarko.com>; Xiao, Yuan <Yuan.Xiao@anadarko.com>
**Cc:** Lu, Ping <Ping_Lu@oxy.com>
**Subject:** RE: Anadarko CS reconstruction

Team,

Were you able to get the data and try what Klaas was asking?

Thanks,
Reza

---

**From:** Koster, Klaas <Klaas_Koster@oxy.com>
**Sent:** Thursday, September 26, 2019 3:26 PM
**To:** Zhang, Yanyan <YANYAN.ZHANG@ANADARKO.COM>; Xiao, Yuan <YUAN.XIAO@ANADARKO.COM>
**Cc:** Pryporov, Maksym <Maksym_Pryporov@oxy.com>; Rastegar, Reza <Reza_Rastegar2@oxy.com>; Lu, Ping <Ping_Lu@oxy.com>
**Subject:** RE: Anadarko CS reconstruction

Yuan/Yanyan,

I'd like to see your DL compressive sensing reconstruction (TLE, September 2019) applied to the enclosed shot gather.
I enclosed the mask that was applied to the full dataset, so you know which seismic traces are missing.
The dataset itself is on the Geophysics Function MS Teams site, Yuan has access to it:
DUG_rec_sampled_pkl

Klaas

Example of Python code to read data:
```
import pickle as pkl
nxs = 641
P  = np.zeros((nxs,nxs),dtype=bool)
P =  pkl.load(open( 'DUG_ReceiverMask_pkl', "rb" ))
```

---

**From:** Cody_Comiskey@oxy.com <Cody_Comiskey@oxy.com>
**Sent:** Friday, September 13, 2019 4:42 PM
**To:** Koster, Klaas <Klaas_Koster@oxy.com>; Comiskey, Cody <Cody_Comiskey@oxy.com>; Lu, Ping <Ping_Lu@oxy.com>
**Subject:** Re: Anadarko CS reconstruction

Sounds good. I would reach out to Ping and his team. My group wasn't involved in the project.

Thanks Klaas, have a good weekend

Occidental [Ping Lu] 000696

Cody

Sent from my Verizon, Samsung Galaxy smartphone

-------- Original message --------
From: "Koster, Klaas" <Klaas_Koster@oxy.com>
Date: 9/13/19 16:36 (GMT-06:00)
To: "Comiskey, Cody" <Cody_Comiskey@oxy.com>, "Comiskey, Cody"
<Cody_Comiskey@oxy.com>, "Lu, Ping" <Ping_Lu@oxy.com>
Subject: RE: Anadarko CS reconstruction

Thanks for the info. R&D is fine, possibly still good enough to attempt our benchmark.

**From:** Cody_Comiskey@oxy.com <Cody_Comiskey@oxy.com>
**Sent:** Friday, September 13, 2019 4:34 PM
**To:** Koster, Klaas <Klaas_Koster@oxy.com>; Comiskey, Cody <Cody_Comiskey@oxy.com>; Lu, Ping
<Ping_Lu@oxy.com>
**Subject:** Re: Anadarko CS reconstruction

Klaas, this project was a collaboration between the data science team and geophysical
technology and was an initial test in using ML for projects like this. I will defer to Ping on
the status of the work but at our last discussion, this was a strictly R&D project.

Cody

Sent from my Verizon, Samsung Galaxy smartphone

6

Occidental [Ping Lu] 000697

# EXHIBIT 9

Occidental [Ping Lu] 000698

**From:** Graybill, Jeremy
**Sent:** Friday, September 06, 2019 2:35 AM
**To:** Bayeh, Alex; Lu, Ping
**Subject:** FW: Presentation

FYI…since you two are part of this conversation as well.

Thanks,
-Jeremy

**From:** Graybill, Jeremy
**Sent:** Thursday, September 5, 2019 1:21 PM
**To:** Bowlby, David <David_Bowlby@oxy.com>
**Subject:** RE: Presentation

David,

I'm sorry you aren't feeling well, and I hope you get to feeling better soon.  Unfortunately, as I let Mustafa know, I won't be able to attend the meeting tomorrow, since it is my Friday off and I had previous plans to be out of town and unavailable at that time.  I look forward to hearing about the plans and strategy for each of the products, and what that means for moving forward.

Yes, I agree that my employees are free to interact as they would like.  Since I am still their manager, that is likely why they are still reaching out and voicing their concerns to me.  Yes, we will all assume best intentions from everyone, even though I've heard from them that it's difficult for people to feel like Oxy has the best intentions of the legacy APC employees in mind at this point.  The lack of information and the conflicting information is really difficult for people.  As one example, Ping and Alex are confused why they were the ones invited by Reza to provide deep technical details in some domains where neither of them performed the work, when other individuals were not invited.  That also leads to assumptions being made, when nobody has any information on what to expect for the future for themselves and their colleagues.  I only want what's best for each of my employees, whether that ends up being them deciding to stay with Oxy, or otherwise.  I know this process is difficult for you all as well, so it will be better for everyone when more clarity is provided in the coming weeks and people can make their decisions with more information.

Thanks,
-Jeremy

**From:** Bowlby, David <David_Bowlby@oxy.com>
**Sent:** Thursday, September 5, 2019 12:31 PM
**To:** Graybill, Jeremy <Jeremy_Graybill@oxy.com>
**Subject:** Re: Presentation

Jeremy, I am out today and not feeling well and just realized you are coming in tomorrow, so we can speak then.  In our last conversation, while we did not agree on all points, I thought I was clear that although you want to be in all conversations with your employees, the fact that they have a sense of loyalty to you may diminish any chance of them becoming an Oxy employee so we want to give them some free space to interact with other Oxy employees.  You should be able to work coordination with Reza, and as stated, if something of a significant nature arises they are free to call me or HR, but if it is just a general complaint, than it is counter productive as I can't take any action on something non-specific.

Occidental [Ping Lu] 000699

The potential for a company buyout of AAET is a developing item which is why we scheduled a meeting to discuss it tomorrow so everyone is as caught up as we can be.  Christian called me regarding contract support so I went ahead and filled him in and asked him to pass along the info prior to the meeting.

I am going to continue to assume best intentions on everyone's part and asking you to do the same.

->

On Sep 5, 2019, at 7:41 AM, Bowlby, David <David_Bowlby@oxy.com> wrote:

> Jeremy,
>
> Since you are not available until later, I will email. Reza is still your manager, and as we discussed, if an HR worthy issue arises, the employee can contact me or HR, but If it is anything other than that you need to work it directly through Reza.  I spoke with Reza this morning and he can work through any concerns regarding IP with you and he can reach out to our attorneys if needed.  Reza is traveling there today and as we also discussed, although there is discontent, people need to still be professional and HR will be communicating employee options beyond VSP's, but until that time you will need to work it through him.
>
> We have the meeting tomorrow regarding roadmaps and we can also discuss where we are at in the process of potentially selling as that is very recent information.
> ->

On Sep 4, 2019, at 11:30 PM, "Jeremy_Graybill@oxy.com" <Jeremy_Graybill@oxy.com> wrote:

>> David,
>>
>> Can I please ask what the original email below is in relation to?  As I mentioned to you last week, the team would like me included on any requests or communications by Reza, given previous incidents and concerns that I shared with you via email and you and I discussed, and clearly that request has not been honored in this case.
>>
>> I heard today that Oxy may have interests in selling Lithos to an outside party.  If that is the case, then sharing any of the technical details of those products to a wider audience is not appropriate, as that would complicate the process of selling and transferring the IP, and could have a serious negative impact monetarily for Oxy.  Since any individuals who are tied to that effort may be included in such a sale as well, it would not be appropriate for them to transfer any of their known IP.  In addition, since much of the seismic work listed below has been related to Mozambique data, which we have not received confirmation that Oxy has licensed appropriately for wider use across Oxy, there could be significant issues with any of that being presented to a wider audience.  As you're likely aware, any violation around seismic data could result in significant lawsuits for Oxy.  Any presentation of this sort of technical work would require the Geoscientists and Geophysicists involved, to include Christian Noll, Cody Comiskey, Matt Morris, Michael Ashby, Seth Brazell, etc., since they are much more aware of many aspects around licensing and IP, and what can and can't be shown, and therefore these sessions would not be appropriate to conduct otherwise.  Therefore, any such sessions should be conducted in The Woodlands with the appropriate audience, and not in Greenway.
>>
>> Finally, I mentioned to some of the team that you'd welcome speaking individually with them, and so as Alex requested, please meet with him prior to any further discussions between he and Reza.  Just an FYI that Ping informed me he is not feeling well, and will be taking PTO tomorrow.

Occidental [Ping Lu] 000700

Thanks,
-Jeremy

**From:** Bayeh, Alex <Alex.Bayeh@anadarko.com>
**Sent:** Wednesday, September 4, 2019 8:16 PM
**To:** Bowlby, David <David_Bowlby@oxy.com>
**Cc:** Lu, Ping <Ping.Lu@anadarko.com>; Graybill, Jeremy
<Jeremy.Graybill@anadarko.com>
**Subject:** FW: Presentation

Hello David,

Based on mine and my peers' previous discussions and circumstances, I would like to
speak with you before further speaking with Reza, as I do not trust and respect him.
We can arrange for me to show my work in The Woodlands, as I am not interested in
traveling to Greenway Plaza at this time given recent events. Please let me know
when you would like to speak with me.

Thank you,
Alex Bayeh

**From:** Rastegar, Reza <Reza_Rastegar2@oxy.com>
**Sent:** Wednesday, September 4, 2019 6:43 PM
**To:** Bayeh, Alex <Alex.Bayeh@anadarko.com>; Lu, Ping <Ping.Lu@anadarko.com>
**Cc:** Li, Yongfeng <Yongfeng_Li@oxy.com>
**Subject:** Presentation


Hi Alex and Ping,


I'd like to invite you both to visit Greenway Plaza this coming Monday to
present your work on log and seismic interpretation/compressed sensing/top
picking/fault detection etc. Let's make the presentation very detailed and
technical as I'm trying to give the rest of the team in Greenway Plaza to see
your projects. The week after that I'll be on vacation but as soon as I'm back
I'll ask the team in Greenway Plaza to present to you as well. Yongfeng will
set the meeting up.


Hope with integration meetings getting fewer on my side, very soon we can
start having regular meetings and information exchanges on weekly activities,
ideas, etc.


Alex, I'll be in Woodlands tomorrow and I'll stop by to chat.


Reza

3

Occidental [Ping Lu] 000701

# EXHIBIT 10

Occidental [Ping Lu] 000702

| | |
|---|---|
| **From:** | Comiskey, Cody |
| **Sent:** | Tuesday, September 10, 2019 6:35 PM |
| **To:** | Lu, Ping |
| **Cc:** | Zhang, Yanyan; Graybill, Jeremy |
| **Subject:** | Seismic Licensing |
| **Attachments:** | OXY_GoM_greyscale_integration_TGS.pdf; OXY_GoM_greyscale_integration_CGG.pdf; OXY_GoM_greyscale_integration_ION2D.pdf; OXY_GoM_greyscale_integration_PGS.pdf |

Ping,

As requested, I have attached the difference maps from the major licensors in the GoM.
None of the licensed data in the international areas has been relicensed, we still retain the wholly owned / government owned datasets.

Onshore, most of the data has been relicensed in the DJ, PRB and Delaware Basins, outside of that, most of the data was not retained.

Let me know if this helps.

Thanks Ping.

Cody Comiskey
Geophysical Supervisor – Advanced Analytics and Emerging Technologies
Office: (832) 636-3707
Mobile: (806) 544-3161
Email: cody_comiskey@oxy.com
Address: 1201 Lake Robbins Drive
            The Woodlands, Tx 77380

Occidental [Ping Lu] 000703



96°0'0"W
94°0'0"W
92°0'0"W
90°0'0"W
88°0'0"W
86°0'0"W
84°0'0"W
82°0'0"W
32°0'0"N
30°0'0"N
28°0'0"N
26°0'0"N
24°0'0"N
MOBILE
PENSACOLA
VIOSCA KNOLL
Viosca Knoll 2 3D
Eastern Gulf 1 3D
DESTIN DOME
APALACHICOLA
GAINESVILLE
Texas Renaissance 3D
Louisiana Renaissance 3D
Nessie Fan 3D
Eastern Delta 3D
Eastern Gulf 2 and 3
Justice WAZ 3D
Kepler WAZ 3D
Declaration M-WAZ 3D
DESOTO CANYON
FLORIDA MIDDLE GROUND
TARPON SPRINGS
MISSISSIPPI CANYON
MC and eMC 3D
Independence WAZ
Fusion M-WAZ
Sophies Resolve 3D
Cameron SAD 3D
Ogo Fan 3D
Hernando 3D
Amendment FAN 3D
Patriot M-WAZ 3D
EWING BANK
Revolution XII/XIII FAZ 3D
Freedom and Liberty WAZ 3D
Amerigo 3D
East Breaks 3D
Garden Banks 3D
Baldpate
LLOYD
THE ELBOW
SAINT PETERSBURG
EAST BREAKS
GARDEN BANKS
GREEN CANYON
ATWATER
Orion 3D
Alonso
Boomvang North
Nansen
Gunnison
Constitution
Holstein
Marco Polo
Francisco 3D
CORPUS CHRISTI
Stanley 3D
Hoover
LUND
PORT ISABEL
ALAMINOS CANYON
KEATHLEY CANYON
WALKER RIDGE
HENDERSON
VERNON BASIN
CHARLOTTE HARBOR
Panfilo
Lucius
SIGSBEE ESCARPMENT
AMERY TERRACE
LUND SOUTH
FLORIDA PLAIN
HOWELL HOOK
PULLEY RIDGE
MIAMI
CAMPECHE ESCARPMENT
KEY WEST
RANKIN
DRY TORTUGAS
TORTUGAS VALLEY
Esri, Garmin, GEBCO, NOAA NGDC, and other contributors, GOM Exploration
N
0 25 50 100 150 200
Miles
OXY Entitlements - TGS
APC Active Overrides (GOM)
APC Active Leases (GOM)
OXY TGS 3D Licenses transferred
APC TGS 3D Licenses not transferred



96°0'0"W
94°0'0"W
92°0'0"W
90°0'0"W
88°0'0"W
86°0'0"W
84°0'0"W
82°0'0"W
32°0'0"N
30°0'0"N
28°0'0"N
26°0'0"N
24°0'0"N
MOBILE
PENSACOLA
VIOSCA KNOLL
DESTIN DOME
APALACHICOLA
GAINESVILLE
DESOTO CANYON
FLORIDA MIDDLE GROUND
TARPON SPRINGS
EWING BANK
MISSISSIPPI CANYON
Marlin
Horn Mountain
Blind Faith
LLOYD
THE ELBOW
SAINT PETERSBURG
EAST BREAKS
GARDEN BANKS
GREEN CANYON
Baldpate
Boomvang North
Nansen
Gunnison
Constitution
Holstein
Marco Polo
Heidelberg
Hoover
ATWATER
CORPUS CHRISTI
PORT ISABEL
ALAMINOS CANYON
KEATHLEY CANYON
WALKER RIDGE
LUND
HENDERSON
VERNON BASIN
CHARLOTTE HARBOR
Lucius
SIGSBEE ESCARPMENT
AMERY TERRACE
LUND SOUTH
FLORIDA PLAIN
HOWELL HOOK
PULLEY RIDGE
MIAMI
CAMPECHE ESCARPMENT
KEY WEST
RANKIN
DRY TORTUGAS
TORTUGAS VALLEY
Esri, Garmin, GEBCO, NOAA NGDC, and other contributors, GOM Exploration
N
0 25 50 100 150 200
Miles
OXY Entitlements - CGG
APC Active Overrides (GOM)
APC Active Leases (GOM)
Oxy Not Licensed
Oxy Licensed



96°0'0"W
94°0'0"W
92°0'0"W
90°0'0"W
88°0'0"W
86°0'0"W
84°0'0"W
82°0'0"W
32°0'0"N
30°0'0"N
28°0'0"N
26°0'0"N
24°0'0"N
MOBILE
PENSACOLA
VIOSCA KNOLL
DESTIN DOME
APALACHICOLA
GAINESVILLE
Marlin
Horn Mountain
DESOTO CANYON
MISSISSIPPI CANYON
EWING BANK
Blind Faith
FLORIDA MIDDLE GROUND
TARPON SPRINGS
Baldpate
GREEN CANYON
LLOYD
THE ELBOW
SAINT PETERSBURG
EAST BREAKS
Boomvang North
Nansen
Gunnison
GARDEN BANKS
Constitution
Holstein
Marco Polo
Heidelberg
ATWATER
CORPUS CHRISTI
Hoover
ALAMINOS CANYON
PORT ISABEL
KEATHLEY CANYON
WALKER RIDGE
LUND
HENDERSON
VERNON BASIN
CHARLOTTE HARBOR
Lucius
SIGSBEE ESCARPMENT
AMERY TERRACE
LUND SOUTH
FLORIDA PLAIN
HOWELL HOOK
PULLEY RIDGE
MIAMI
CAMPECHE ESCARPMENT
KEY WEST
RANKIN
DRY TORTUGAS
TORTUGAS VALLEY
Esri, Garmin, GEBCO, NOAA NGDC, and other contributors, GOM Exploration
N
0 25 50 100 150 200
Miles
OXY Entitlements - ION
APC Active Overrides (GOM)
APC Active Leases (GOM)
OXY 2D Licensed



OXY Entitlements - PGS
APC Active Overrides (GOM)
APC Active Leases (GOM)
OXY PGS licenses transferred
APG PGS Licenses not transferred
0 25 50 100 150 200
Miles
N
96°0'0"W
94°0'0"W
92°0'0"W
90°0'0"W
88°0'0"W
86°0'0"W
84°0'0"W
82°0'0"W
32°0'0"N
30°0'0"N
28°0'0"N
26°0'0"N
24°0'0"N
MOBILE
PENSACOLA
VIOSCA KNOLL
DESTIN DOME
APALACHICOLA
GAINESVILLE
FLORIDA MIDDLE GROUND
TARPON SPRINGS
DESOTO CANYON
MISSISSIPPI CANYON
EWING BANK
GREEN CANYON
GARDEN BANKS
EAST BREAKS
CORPUS CHRISTI
PORT ISABEL
ALAMINOS CANYON
KEATHLEY CANYON
SIGSBEE ESCARPMENT
AMERY TERRACE
WALKER RIDGE
ATWATER
LUND
LUND SOUTH
HENDERSON
LLOYD
THE ELBOW
SAINT PETERSBURG
VERNON BASIN
CHARLOTTE HARBOR
FLORIDA PLAIN
HOWELL HOOK
PULLEY RIDGE
MIAMI
KEY WEST
CAMPECHE ESCARPMENT
RANKIN
DRY TORTUGAS
TORTUGAS VALLEY
HI_ANGUS
HI_BRAHMA_MIG
HIS_D_AVO
HIS_C_AVO
HIS_A_AVO
ECAM_1
ECAM_A_RECON_AVO
ECAM_2
GB_B_AVO
FLEX_RPM_ORIG
SMI_B_PRESDM
EIS_2_OBS
EIS_B_POSTSDM
EIS_D_AVO
SSS_A_PRESDM
GIS_A_PRESDM
EW_A_AVO
STEW_2
MC_D_PRESTM
MC_A_AVO
MCAV_1&2
AV_1
DW2
DW8
DW1
DW4
DW3
DW3_BC
DW1_PSDM_INLINE
CRYSTAL_1&2
CRYSTAL_III_EAST_BREAKS
TRITON
Gunnison
Boomvang North
Nansen
Hoover
Baldpate
Constitution
Holstein
Marco Polo
Heidelberg
Lucius
Marlin
Horn Mountain
Blind Faith
DESOTO_CANYON (HERNANDO)
Esri, Garmin, GEBCO, NOAA NGDC, and other contributors, GOM Exploration

# EXHIBIT 11

Occidental [Ping Lu] 000708

**From:** Pryporov, Maksym <Maksym_Pryporov@oxy.com>
**Sent:** Tuesday, October 08, 2019 12:27 PM
**To:** Zhang, Yanyan; Koster, Klaas; Xiao, Yuan; Rastegar, Reza
**Subject:** RE: CS discussion

Yanyan and Yuan,

Here is a paper I mentioned earlier,
https://www.researchgate.net/publication/316446541_Beating_Level-Set_Methods_for_5-
D_Seismic_Data_Interpolation_A_Primal-Dual_Alternating_Approach
Feel free to follow up if you have any further comments or suggestions.

Best regards,
Maks

**From:** Yanyan_Zhang@oxy.com <Yanyan_Zhang@oxy.com>
**Sent:** Tuesday, October 8, 2019 11:02 AM
**To:** Koster, Klaas <Klaas_Koster@oxy.com>; Xiao, Yuan <Yuan_Xiao@oxy.com>; Pryporov, Maksym <Maksym_Pryporov@oxy.com>; Rastegar, Reza <Reza_Rastegar2@oxy.com>
**Subject:** Re: CS discussion

Can anyone come downstairs and pick us up?
Thanks

Best,
Yanyan

Get Outlook for Android

**From:** Koster, Klaas <Klaas_Koster@oxy.com>
**Sent:** Tuesday, October 8, 2019 7:21:46 AM
**To:** Xiao, Yuan <Yuan.Xiao@anadarko.com>; Zhang, Yanyan <Yanyan.Zhang@anadarko.com>; Pryporov, Maksym <Maksym_Pryporov@oxy.com>; Rastegar, Reza <reza_rastegar2@oxy.com>
**Subject:** CS discussion
**When:** Tuesday, October 8, 2019 11:00 AM-12:00 PM.
**Where:** HOUSTON GW5 20.076 Conf Rm

Show what legacy Oxy and APC each have accomplished to date.

1

# EXHIBIT 12

Occidental [Ping Lu] 000710

**From:**          Zhang, Yanyan
**Sent:**          Monday, October 21, 2019 4:18 PM
**To:**            Lu, Ping
**Subject:**       memo

Hi Ping,

Today (10/21/2019) Yongfeng called me around 10:00 am to discuss the compressive sensing problem.
During the discussion, he said he would like to see whether our methods could be applied to their preprocessed seismic gathers, despite the facts that our team has already explained many times to their team that our method would only be used to a totally different problem. In addition to that, after I explained again that our method does not work, Yongfeng questioned about the reason why we can't convert our model to solve his problem directly. He believed that we were working on existing models developed by others and just by changing the input/output data, we can have a functional model on this new problem. As an experienced data scientist on deep learning, I doubt his judgement on our model and workflow

I'd like to share with you about this discussion and let you know about the conversation between us.

Thanks!

Best,
Yanyan

Occidental [Ping Lu] 000711

# EXHIBIT 13

Occidental [Ping Lu] 000712

**From:**       Lu, Ping
**Sent:**       Wednesday, October 23, 2019 11:47 PM
**To:**         Rastegar, Reza
**Subject:**    RE: Weekly Report

Reza, thanks for your email.

Regarding the planned meeting mentioned in my previous email, it would be considered as an opportunity to communicate and exchange knowledge and ideas between group members, especially Maks who has been working on this task for the past one and half years. There is no intention to ask for them to work on the project. I also mentioned that Klaas will be invited to join the meeting for discussion.

I have kept working on the development of deep-learning models for seismic data, since I started the collaboration with my colleagues previously at AAET. I am specialized and focused my expertise in the deep-learning domain when I was hired. I am not sure about other techniques that could be potentially applied to this problem. Therefore, that is why I am learning and exploring from the paper in a mathematical way suggested by Maks.

To be honest with you, what you mentioned about not meeting your expectation really makes me feel frustrated. Here are some of my thoughts and facts I would like to share with you about how I had tried my best to meet your expectation.  Each time when I replied your email, I have tried to phrase several paragraphs by telling you in details about what have been happened, in spite of I have spent most of time in writing emails recently.

In a more efficient and effective way, a discussion and conversation in face to-face communication could be much easier than typing everything in email. That is why I proposed to save that part until the meeting. For your references, here are the explanations which could also be further discussed in the meeting. The way how it works explained in our paper is that during the training process, training images are first normalized and are then downscaled by a factor in order to form a pair of ($I\_LR$；$I\_HR$) for training. Here, $I\_LR$ requires to be downscaled with equally distributed sample points. An example could be provided during the meeting which is hard to present in the email here. The data that Klaas provided is sampled in optimized grids, which is totally different from what we worked on the paper. My group member and myself have discussed several times within our group meetings to think about a solution, and also evaluated the feasibility of developing a deep-learning model for this request. All of the conversations from my group eventually converge to a point that applying the deep-learning model to solve this problem doesn't appear to be an appropriate route. My team member is happy to share more information to you as well. Therefore, with limited deep-learning knowledge, we are trapped into a corner where my team members as well as myself don't know how to design a neural network architecture that is able to reach the expectation of the request. That is why we need to seek the help from Google Brain, as they are considered as the best research institute in the world focusing on designing of deep-learning architecture for unsolvable problems.

What we could do is that I will get contact with Jonathan who is the point of contact for the Google's team. I could arrange a meeting with him by inviting the team member from your and my group as well as yourself at either Greenway Plaza or woodlands office. During the one hour meeting, we could explain to Googlers about the project and what we would like to achieve. Then, Jonathan could provide the link to Google Brain by travelling to their campus for about one week collaborations with them.

**From:** Rastegar, Reza <Reza_Rastegar2@oxy.com>
**Sent:** Wednesday, October 23, 2019 7:37 PM

Occidental [Ping Lu] 000713

**To:** Lu, Ping <Ping_Lu@oxy.com>
**Subject:** Re: Weekly Report

Thanks Ping. I'm supportive of your collaboration with whoever you would like, but keep in mind this is a task that I have assigned to you and your team and Maks and Yongfeng have their own projects. Also, I would like to see real progress which is real result going toward Klaas. With regard to the last item, you mentioned you have lack of knowledge and I'll be happy to help. However as I expected to receive a comprehensive response by end of today (which I did not unfortunately), first you need to be specific and not so vague and high level. I reiterate myself again that this is a data science problem and you are mathematician. This task is entirely in your domain of expertise. Again you didn't meet my expectation and deadline.

Reza

Sent from my iPhone

On Oct 23, 2019, at 6:16 PM, "Ping_Lu@oxy.com" <Ping_Lu@oxy.com> wrote:

> Reza, please see my replies below. Thanks.

>> **From:** Rastegar, Reza <Reza_Rastegar2@oxy.com>
>> **Sent:** Wednesday, October 23, 2019 6:45 AM
>> **To:** Lu, Ping <Ping_Lu@oxy.com>
>> **Subject:** RE: Weekly Report

>> Thanks, Ping.

>> I have a few comments and requests.

>> 1) Can you please include the collaborators in the report? ok
>> 2) Please include me in those communications with geophysicists as I requested several times. Ok. Reza, I understand your concerns. It is perfectly understood to the written communications. However, please note that, often, oral communication between colleagues happen, which may be easier for explaining problems and needs than sending emails. Given the fact that we have two satellite offices spread out in the grand Houston areas, it would be impossible to arrange all these conversations at your presence. My recommendation for your consideration is to form a centralized organization with every team seating in the same floor in the future, so communication could be easily delivered.

>> 3) See my points below in red. I'd like these to be addressed in a timely manner (end of the business day today, 10/23/19). Please see my responses below.

>> Reza

>> **From:** Ping_Lu@oxy.com <Ping_Lu@oxy.com>
>> **Sent:** Tuesday, October 22, 2019 5:37 PM
>> **To:** Rastegar, Reza <Reza_Rastegar2@oxy.com>
>> **Cc:** Zhang, Yanyan <Yanyan_Zhang@oxy.com>; Mitsakos, Nikolaos <Nikolaos_Mitsakos@oxy.com>; Xiao, Yuan <Yuan_Xiao@oxy.com>
>> **Subject:** Weekly Report

>> Reza, here is the weekly report from my group.

2

Occidental [Ping Lu] 000714

Compressive Sensing and Fault Deployment

Objective: perform compressive sensing and fault detection for seismic data
Collaborator: Klaas

- Held a meeting on last Thursday with Maksym and Yongfeng exchanging knowledge of the compressive sensing algorithm; compiled a list of the questions that need to be addressed; scheduled a follow-up meeting on Thursday this week.

- Have been looking into the work *Beating level-set methods for 5D seismic data interpolation: a primal-dual alternating approach,* mainly focusing on addressing the key questions that surfaced during last week's discussion with Maksym and Yongfeng.

- Discussed with the geophysicists who are working on the preparation of the interpretation of the faults.

In addition, here are some of explanations about the feasibility of the deep-learning approach for compressive sensing problem and suggested plan for your considerations.

Here are two primary points:
- The given problem is completely different from what has been tested and published on the TLE.
  The problem is not different. It is compressive sensing for seismic data. I agree that your approach may have been different from what Maks did. However as I made it clear in our communication before, I'm interested in a solution for this business problem and I'm very flexible with the approach you take to solve the problem. This is a data science problem and you are very welcome to use whatever approach you see fit.
  We will set up a meeting with your team members Maks and Yongfeng to present our approach and brainstorm on the difficulties and differences for extending to non-uniform scheme. How about we reserve this point during our brainstorming session with your team?

- Current deep-learning based approach was not ready to handle the onshore shot gather datasets and would not provide a comparable result for assessments.
  The nature of the data both offshore and onshore is very similar. One might be noisier than the other but at the end the problem formulation will stay the same one way or another. I'd like to complete the task before jumping to conclusion whether a specific the approach is appropriate for onshore or is not.
  How about we leave this as well for our brainstorming session?

Detailed explanations:
- The provided data is prestack shot gathers, but what we were working on was poststack migrated full-stack seismic attribute.
  - Klaas Koster sent an email to you and your team on October 3rd stating "There is no fundamental difference between reconstruction of a single 3D pre-stack shot-gather, or a single 3D post-stack volume. Both can be simply represented as a sequence of 2D slices. The whole point of compressive sensing is to sparsely sample the data non-uniformly and then reconstruct it to what you would have measured on a dense regular grid. So, I have no idea what the difficulty is. Perhaps you are saying that you need some dense and uniformly sampled data for your training images? We have those of course."

3

I believe there is a difference here between the geophysicist's point of view and the deep-learning implementation. I suggest we keep this point for further discussion whenever Klaas is available to join our meeting session with the members of your group. I would be more than happy to explain this to him.

- The provided data is extremely sparsely non-uniformly sampled, which is an extremely difficult and challenging task in a stage where most of other vendors and researchers are actively under investigation.
  - Again, I refer to Klaas email to you. My expectation was that you have communicated with Klaas to get to see what his point is. After all, he is the most senior geophysicist in the company and if he is reaching out to you with an explanation, his feedback and comment should be fully considered and not ignored.
  
    I truly respect to Klaas given his experience in the geophysical domain. Like what I have explained with you on the email on Oct.16th, there are several actions that have been made through oral, email communication, and personal meeting with your presence. I truly believe that all the communications and questions from Klaas have been properly and actively addressed from my colleagues and team members. I wasn't asked to provide responds and actions from any Klaas's emails and requests.

- Shot gathers have limited geological features that deep-learning model can be trained with, which means there would be no representative training information that could be provided and applied to this problem.
- The intensive level of noises in the prestack shot gathers bring significantly strong perturbations of training the deep-learning model.
- The extremely large gaps existing in the prestack data provide strongly missing information which prevents the deep-learning model to obtain prior information.
  - Again, I'd like to see the result of analysis first before I make a judgment call on whether the results are good or bad. Also, I ask you to propose a solution with deep learning or without deep learning algorithm you used.
  
    That is another point that I think can be better discussed during our meeting session with your team.

Suggested potential-solution:
- We are presently not equipped with the knowledge needed to perform the work. In order to investigate the possibility of having a properly functional deep-learning based compressive sensing method, we would have to discuss with domain experts from Google Brain and seek the help from them. This would require enough training and development time for the entire team, and we need budget to be allocated and approved from you for this collaboration between us and Google's team. Please let me know your opinion about the training, and I could provide more detailed information to you.
  - This is a data science problem and you are a mathematician. Please help me out to understand what you're specifically talking about when you refer to "lack of knowledge"? Also, please send me the detail list of items that you are asking for training and explain why this needs to be done by google brain team. Please provide this by end of the business date today (10/23/19). I'd the items to be very specific and not high level. How about we save that after the our discussion about our method?

4